THE LAW OFFICES OF

# Special | Hagan

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

July 26, 2019

**VIA ECF AND E-MAIL**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

> RE:  Kaye v. NYC Health & Hospitals Corp. et. al.
>      Index No.: 18-cv-12137(JPO)
>      Referral to Mediation Program

Dear Honorable Judge Preska:

  I am writing to respectfully request the designation of a mediator and for the following discovery to facilitate settlement discussions. In terms of discovery, Plaintiff respectfully requests the initial production of the following categories of documents:

1) any salary and all personnel actions for Plaintiff's comparators at the Court Clinics from 2013 to present (i.e. either the Medical Directors or Directors at the Borough Court Clinics);

2) any and all correspondence involving Plaintiff from H + H Office of Corporate Compliance, including any and all investigations pertaining to Plaintiff;

3) any and all correspondence involving Plaintiff and H + H's EEO Office; and

4) the initial production of ESI containing Plaintiff's name in the subject and or body of emails from the following custodians from the period of 2013 to present: Patricia (Patsy) Yang; Ross MacDonald; Elizabeth Ford; Abhishek Jain; and Jonathan Wangel).

  In closing, Plaintiff is looking forward to participating in the Mediation Program in good faith. Accordingly, I am writing the Court to insure that the discussions are informed and are transparent.

Respectfully submitted,

/s/

THE LAW OFFICES OF

*Special | Hagan*

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

Special Hagan, Esq.
Attorney for Plaintiff
Melissa Kaye, M.D.


Cc:     Donna Canfield, Esq.
        Counsel for Defendants