THE LAW OFFICES OF

*Special Hagan*

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

August 22, 2019

**VIA ECF & E-MAIL**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 706
New York, New York 10007

RE: Kaye v. NYC Health & Hospitals Corp. et. al.
Index No.: 18-cv-12137(JPO)

Dear Honorable Judge Oetken:

    I respectfully write to withdraw from the SDNY Mediation Program. My client would like to resolve this matter in good faith, however it is clear that the City is intent on engaging in dilatory tactics at this time. In this vein, we have already contacted the Mediation Office via email and I have informed them that Plaintiff would like to withdraw from the program.

    I am therefore, contacting Your Honor to request an earlier date before the 30th of September for the initial conference. As it stands, Plaintiff has already given Defendants interrogatories, requests for admissions and requests for the production of documents. As such, Plaintiff is ready to proceed with this matter without any further delay.

Respectfully submitted,

/s/

Special Hagan, Esq.
Attorney for Plaintiff
Melissa Kaye

c:    Donna Canfield, Esq.
       Counsel for Defendants