UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA KAYE,

                              Plaintiff,

          -v-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION et al.,
                              Defendants.

18-CV-12137 (JPO)

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

J. PAUL OETKEN, District Judge:

      The above entitled action is referred to the Honorable James L. Cott, United States Magistrate Judge, for the following purpose(s):

__X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

__X__ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)
      *See* Dkt. No. 50

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT / DAMAGES HEARING

_____ SOCIAL SECURITY

_____ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF _____

SO ORDERED.

Dated:  November 20, 2019
           New York, New York

_____
J. PAUL OETKEN
United States District Judge