USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                    :

MELISSA KAYE,                      :
                                    :

                 Plaintiff,       :          **ORDER**
                                      :

         -v-                        :          18-CV-12137 (JPO) (JLC)
                                      :

NEW YORK CITY HEALTH AND       :
HOSPITALS CORPORATION, et al,    :
                                      :

                 Defendants.    :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated November 20, 2019 (Dkt. No. 51), Judge Oetken referred this employment discrimination case to me for general pre-trial supervision and for resolution of a specific non-dispositive motion.  On November 19, 2019, plaintiff filed a letter addressed to Judge Oetken requesting intervention in the development of ESI protocol.  Dkt. No. 50.  On November 22, 2019, defendants filed a response.  Dkt. No. 52.  That same day, plaintiff filed another letter addressed to the undersigned requesting a discovery conference on the same matter (any such correspondence in the future seeking relief from the Court should be made by letter-motion not by letter).  Dkt. No. 53.

The Court will hold a conference on **December 4, 2019** at **11:00 a.m.** in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York to address the issues raised in the parties' correspondence.  All parties must appear

at this conference and should arrive prior to the scheduled time so that the conference may begin promptly.

Upon receipt of this order, counsel are directed to confirm with all other counsel that each party to this proceeding has received a copy of this order.  In addition, and even though it appears that they have previously attempted to meet and confer, the parties are directed to meet and confer further in advance of the conference to determine whether they can resolve or at least narrow any of the outstanding issues without judicial intervention.

**SO ORDERED.**

Dated: November 25, 2019
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge