USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/4/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MELISSA KAYE, :
:
                      Plaintiff, : **ORDER**
:
            -v- : 18-CV-12137 (JPO) (JLC)
:
NEW YORK CITY HEALTH AND :
HOSPITALS CORPORATION, et al, :
:
                  Defendants. :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    The Court held a hearing today to address various discovery issues, including the scope and production of ESI. As discussed at the conference, it is hereby ordered as follows:

1. The deadline for all fact discovery is extended to April 9, 2020, the date by which all expert discovery shall also be completed.

2. The parties are directed to the transcript for the Court's rulings on specific discovery issues and for the dates for various deadlines set by the Court.

    **SO ORDERED.**

Dated: December 4, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1