USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MELISSA KAYE, :
:
Plaintiff, : **ORDER**
:
-v- : 18-CV-12137 (JPO) (JLC)
:
NEW YORK CITY HEALTH AND :
HOSPITALS CORPORATION, et al, :
:
Defendants. :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court has received correspondence from counsel concerning the production of discovery (Dkt. Nos. 56-58). It is not clear from plaintiff's letters whether any relief is being sought at this time, but to the extent it is, it is denied without prejudice given that defendants' production is apparently in process. For the future, if any relief is sought, it should be requested by letter-motion, not by letter, so the Court may act through text-only orders. In addition, the parties should not provide the Court with their internal correspondence unless it is absolutely necessary in support of a specific argument. Finally, the parties are directed to submit a protective order as soon as practicable so that any additional document production is not delayed due to its not having been submitted to the Court.

   **SO ORDERED.**

Dated: December 16, 2019
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1