USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MELISSA KAYE,                                               :
                                                            :
                            Plaintiff,                      :   **ORDER**
                                                            :
            -v-                                             :   18-CV-12137 (JPO) (JLC)
                                                            :
NEW YORK CITY HEALTH AND                                    :
HOSPITALS CORPORATION, et al,                               :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On January 6 and January 7, 2020, plaintiff's counsel filed two letters concerning the production of discovery (Dkt. Nos. 60, 62). Defendants are directed to respond to plaintiff's letters no later than January 16, 2020.

    **SO ORDERED.**

Dated: January 13, 2020
    New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1