THE LAW OFFICES OF

*Special | Hagan*

**196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137**

November 11, 2020

**VIA ECF**
Honorable James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:    Kaye v. NYC Health & Hospitals Corp. et. al.
       Index No.: 18-cv-12137(JPC)(JLC)

Dear Honorable Judge Cott:

      I am writing to request the opportunity to submit a reply to Defendants' opposition pursuant to Local Rule 6.1. I am thereby seeking leave of the Court to submit Plaintiff's reply on or before November 18, 2020. Plaintiff seeks this additional time based on the breadth of the discovery disputes herein.

Respectfully submitted,

/s/

Special Hagan, Esq.
Attorney for Plaintiff
Melissa Kaye

c:     Donna Canfield, Esq.
       Counsel for Defendants