UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................................... X
MELISSA KAYE,

          PLAINTIFF,

   -against-

                18-CIV-12137(JPC)(JLC)

HEALTH AND HOSPITALS CORPORATION; ELIZABETH FORD;
ABHISHEK JAIN; JONATHAN WANGEL; and PATRICIA YANG
          Defendants.
................................................................................... X

**DECLARATION OF SPECIAL HAGAN, ESQ.
IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ESI AND FOR SANCTIONS**

 I**,** SPECIAL HAGAN, declare, pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct

1) I represent plaintiff MELISSA KAYE, M.D. As such, I am familiar with the facts and circumstances underlying this action. Accordingly, I submit this declaration in opposition to defendants' motion for summary judgment.

2) Attached hereto as Exhibit 1 is an Email from Jonathan Wangel Esq. to Chief Corporate Compliance Officer, Catherine Patsos dated March 20, 2019. (ESI2686-ESI2687)

3) Attached hereto as Exhibit 2 is an email from Elizabeth Ford, M.D. to Patricia Yang dated May 9, 2019. (ESI2804)

4) Attached hereto as Exhibit 3 is an email from Ross MacDonald, M.D. to Elizabeth Ford, M.D. dated June 18, 2019. (ESI2946)

5) Attached hereto as Exhibit 4 is Plaintiff's Amended Complaint as uploaded to ECF.

6) Attached hereto as Exhibit 5 is the Operating procedure from the Office of Corporate Compliance.

1

7) Attached hereto as Exhibit 6 is the Summary Compliance Memorandum dated May 9, 2019. (ESI2797-ESI2800)

8) Attached hereto as Exhibit 7 is Andrea Swenson's LinkedIn Profile.

9) Attached hereto as Exhibit 8 is an Email from Andrea Swenson to Stephen Morello dated March 7, 2019.

10) Attached hereto as Exhibit 9 are Email Exhibits to Yetta Kurland's Motion for Sanctions against Donna Canfield in the Local 3621 et. al. v. City of New York matter.

11) Attached hereto as Exhibit 10 is the Transcript of the July 1, 2015 conference in front of Judge Fallia in the Catapano Fox v. City of New York matter.

Dated: Queens, New York
      November 19, 2020

by:     /s/
_____
Special Hagan, Esq.
Attorney for Plaintiff,
Melissa Kaye, M.D.
Law Offices of Special Hagan
196-04 Hollis Avenue
Saint Albans, New York 11412