| | |
|---|---|
| **From**: | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
| **Sent**: | 4/4/2019 4:11:07 PM |
| **To**: | Patsos, Catherine [patsosc@nychhc.org] |
| **Subject**: | RE: Referral |

Great, thank you.

**From:** Patsos, Catherine
**Sent:** Thursday, April 4, 2019 4:10 PM
**To:** WANGEL, JONATHAN
**Subject:** RE: Referral

Hi Jonathan,

Thank you for your email. We are still reviewing this matter, and expect to conclude our investigation soon.

Catherine

**Catherine G. Patsos, Esq., CHC**
Chief Corporate Compliance Officer
Corporate Privacy and Security Officer
Office of Corporate Compliance
NYC Health + Hospitals
160 Water Street, Suite 1129
New York, NY 10038
Office: (646) 458-5632
Fax: (646) 458-5624
Email: patsosc@nychhc.org
Compliance Helpline: 1-866-HELP-HHC

Live Your Healthiest Life.   **NYC HEALTH+ HOSPITALS**

**From:** WANGEL, JONATHAN <wangelj@nychhc.org>
**Sent:** Thursday, April 4, 2019 1:42 PM
**To:** Patsos, Catherine <patsosc@nychhc.org>
**Subject:** RE: Referral

Hi, just checking-in to see if you need any other information. Thanks.

Jon

**From:** WANGEL, JONATHAN
**Sent:** Wednesday, March 20, 2019 6:30 PM
**To:** Patsos, Catherine <patsosc@nychhc.org>
**Subject:** Referral

Good evening,

I'm referring this matter to Corporate Compliance for review. It appears Dr. Melissa Kaye, a Psychiatrist in CHS' Forensic Psychiatric Evaluation Court Clinic, electronically recorded on multiple occasions, evaluations of patients. The recordings appear to have been created without the consent of the patient or counsel. It is not the practice of CHS to electronically record evaluations.

Additionally, per the attached minutes, Dr. Kaye indicates that she made a recording using an iPhone. I have confirmed with IT that Dr. Kaye is not assigned an H+H mobile phone.

I've attached Part 2 of 2 of the hearing minutes where Dr. Kaye appeared before the Criminal Term of the Bronx Supreme Court on February 7, 2019.

I refer you to transcript pages 343-346 and 414-418 related to a March 12, 2018 evaluation.

I refer you to page 437, line 18 with regard to a September, 2018 evaluation.

Glad to discuss further at our meeting tomorrow morning. Thank you.

Jon