| **From**: | Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F] |
|---|---|
| **Sent**: | 5/9/2019 8:50:34 PM |
| **To**: | Yang, Patricia [patricia.yang@nychhc.org] |
| **CC**: | Macdonald, Ross [rmacdonald@nychhc.org]; WANGEL, JONATHAN [wangelj@nychhc.org] |
| **Subject**: | Re: Summary Investigative Memorandum re: Dr. Melissa Kaye |
| **Sensitivity**: | Company Confidential |

Thank you
I am out tomorrow but will follow up on Monday about discipline

Sent from my iPhone
347-461-5830

On May 9, 2019, at 7:44 PM, Yang, Patricia <Patricia.Yang@nychhc.org> wrote:

Begin forwarded message:

**From:** "Patsos, Catherine" <patsosc@nychhc.org>
**Date:** May 9, 2019 at 7:26:40 PM EDT
**To:** "Yang, Patricia" <Patricia.Yang@nychhc.org>
**Cc:** "WANGEL, JONATHAN" <wangelj@nychhc.org>, "Khalid, Sofia"
<khalids4@nychhc.org>
**Subject: Summary Investigative Memorandum re: Dr. Melissa Kaye**

Hi Patsy,
Please see the attached memorandum summarizing the Office of Corporate
Compliance's investigation of the report regarding Dr. Melissa Kaye, including
recommendations. Please let me know if you have any questions.
Catherine
**Catherine G. Patsos, Esq., CHC**
Chief Corporate Compliance Officer
Corporate Privacy and Security Officer
Office of Corporate Compliance
NYC Health + Hospitals
160 Water Street, Suite 1129
New York, NY 10038
Office: (646) 458-5632
Fax: (646) 458-5624
Email: patsosc@nychhc.org
Compliance Helpline: 1-866-HELP-HHC