| | |
|---|---|
| From: | Macdonald, Ross [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ACBFE73761E34DEE863582CA7954D9C9-ROSS F MACDON] |
| Sent: | 6/18/2019 1:48:06 PM |
| To: | Ford, Elizabeth [eford@nychhc.org] |
| CC: | WANGEL, JONATHAN [wangelj@nychhc.org] |
| Subject: | RE: did we complete the discipline |

Ok thanks.

**From:** Ford, Elizabeth
**Sent:** Tuesday, June 18, 2019 1:46 PM
**To:** Macdonald, Ross
**Cc:** WANGEL, JONATHAN
**Subject:** Re: did we complete the discipline

Nope. Kaye was out on FMLA and leave until the time I clarified my role in this until yesterday. Am calling her today to schedule. Clarence and I are meeting with her.

Sent from my iPhone
347-461-5830


On Jun 18, 2019, at 1:12 PM, Macdonald, Ross <rmacdonald@nychhc.org> wrote:

> Re: recording the forensic exam?
>
> Ross MacDonald, MD
> Chief Medical Officer/
> Sr. Assistant Vice President
> Correctional Health Services
> NYC Health + Hospitals
> O: 646 614 0075
> C: 347 578 5607

Confidential
NYC_002946