
 **Andrea Swenson, LMHC, CCHP, CASAC-T**
Mental Health Counselor and Administrative Director

🔒 Message    More...



🔒 Message

# Andrea Swenson, LMHC, CCHP, CASAC-T

· 3rd

 HHC, Correctional Services

 City University of John Jay College

Mental Health Counselor and Administrative Director

New York City Metropolitan Area · 198 connections ·

**Contact info**

## About

I bring to the table a solid clinical experience and program administration, as well as a demonstrated dep knowledge in human services with individuals with mental illness and criminal justice involvement. I poss understanding of various models and theories pertaining to evidence-based treatment for mental ill

... **see more**

## Activity

199 followers

Posts Andrea created, shared, or commented on in the last 90 days are displayed here.

**See all activity**

## Experience



### Administrative Director, Forensic Court Clinics
HHC, Correctional Health Services · Full-time
Mar 2018 – Present · 2 yrs 9 mos
New York, New York

Deployed a pilot program in Queens Criminal Court to optimize efficiency for the 730 clinics partnership with varied stakeholders.
Interfaced with the courts to drive productivity and performance measures in Forensic Clini citywide
Established and executed the CHIRP/I-Sight database as a reference for all 730 and 390 evaluations citywide, with the inclusion of reports for data identification and tracking
Streamlined operations of the Enhanced Pre-Arraignment Screening Units, a medical scree unit for newly arrested people pre-arraignment.



### Mental Health Counselor
Various Companies · Part-time
Dec 2019 – Present · 1 yr
New York City Metropolitan Area

NY Mental Health Group- 11.2019- Present
Andrea Swenson, LMHC Private Practice- 9/2018- Present
Cornerstone of Medical Arts Center- 4.2019- 12.2019
Shiloh Consulting - 7.2017- 3.2018 ··· see n



### Counselor
BetterHelp.com
Jan 2018 – May 2020 · 2 yrs 5 mos
New York, New York



### ATI Liaison
Queens District Attorney's Office
Jan 2017 – Mar 2018 · 1 yr 3 mos
Queens, NY

In my role as an ATI Liaison, I interfaced with Assistant District Attorneys in identifying treatment needs for defendants, executing timely dispositions within the construct of the criminal justice system. I streamlined ATI screening, assessment, program admission, progr hearings, and sentencing. ··· see n



### Senior Case Manager

Eac Queens Tasc

Jan 2015 – Jan 2017 · 2 yrs 1 mo

New York, United States

As a senior case manager, I provided assistance for individuals struggling with severe and persistent mental illness navigate a treatment mandate as an alternative to incarceration disposition. I was responsible for the misdemeanor mental health cases during my tenure.

## Education

### City University of New York-John Jay College of Criminal Justice

Master of Arts (M.A.), Forensic Mental Health Counseling

2011 – 2014



### Skidmore College

Bachelor of Arts (B.A.), Psychology

1998 – 2002



# Andrea Swenson, LMHC, CCHP, CASAC-T

· 3rd

Mental Health Counselor and Administrative Director

New York City Metropolitan Area · 198 connections ·

Contact info



HHC, Correctional Services

City University of
John Jay College







 Messaging