**From:** Morello, Stephen [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=881D6DB85F6C48A19B903EEEB14520CE-MORELLO, STEP]
**Sent:** 3/7/2019 1:59:03 PM
**To:** Swenson, Andrea [swensona@nychhc.org]
**Subject:** RE: I am making mistakes so you don't have to!

They definitely want him to be found fit. This is definitely one of the worst cases to mess up the pre-test twice

**From:** Swenson, Andrea
**Sent:** Thursday, March 07, 2019 1:52 PM
**To:** Morello, Stephen
**Subject:** RE: I am making mistakes so you don't have to!

I don't even know what they are trying to find. I think they want him to be fit. Which is why he's throwing furniture and scored high on malingering. But the expert didn't do the correct pre-test for that so those results aren't valid. And Dr. Winkler did the pre-test and it was invalid so they couldn't get to the malingering one. And since then he has just been refusing to speak.

**From:** Morello, Stephen
**Sent:** Thursday, March 07, 2019 1:48 PM
**To:** Swenson, Andrea <swensona@nychhc.org>
**Subject:** RE: I am making mistakes so you don't have to!

Maybe the judge will send it to another borough? There are 3 other clinics to pull doctors from haha

**From:** Swenson, Andrea
**Sent:** Thursday, March 07, 2019 12:33 PM
**To:** Morello, Stephen <morellos@nychhc.org>
**Subject:** RE: I am making mistakes so you don't have to!

Hahaha I don't know. We are out of doctors here after this round!

**From:** Morello, Stephen
**Sent:** Thursday, March 07, 2019 12:32 PM
**To:** Swenson, Andrea <swensona@nychhc.org>
**Subject:** RE: I am making mistakes so you don't have to!

At what point is the judge going to ask Beesh and Dr Ford to do the 730?

**From:** Morello, Stephen
**Sent:** Thursday, March 07, 2019 12:31 PM
**To:** Swenson, Andrea <swensona@nychhc.org>
**Subject:** RE: I am making mistakes so you don't have to!

Hahaha good to know

**From:** Swenson, Andrea
**Sent:** Thursday, March 07, 2019 12:15 PM
**To:** Morello, Stephen <morellos@nychhc.org>
**Subject:** I am making mistakes so you don't have to!

Note to you: don't involve Dr. Kaye with the EMT case. I just copied her on an email requesting transcripts and Beesh just told me she said she didn't want any part of it since she was the clinician in the first part. So if you have questions Monday as him or Mullan and Brayton.

**Andrea Swenson, LMHC, CCHP**
Correctional Health Services
Administrative Director
Forensic Psychiatric Evaluation Court Clinics
Email: swensona@nychhc.org
Cell: 646-285-3402



*"Live Your Healthiest Life"*