THE LAW OFFICES OF

*Special | Hagan*

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

November 19, 2020

**VIA ECF**

Honorable James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

>            RE:     Kaye v. NYC Health & Hospitals Corp. et. al.
>                    Index No.: 18-cv-12137(JPC)(JLC)

Dear Honorable Judge Cott:

    I respectfully write to request the Court's latitude for Plaintiff's revised submission of her Reply in Support of her Motions to Compel and for Sanctions. In her revised application, Plaintiff has included the referenced exhibits and a declaration in support.  I struggled with my vision from another submission to this Court yesterday morning and was unable to complete my initial submission on November 18, 2020.  Accordingly, I apologize for any inconvenience and for cluttering the docket in this matter.


Respectfully submitted,

/s/

Special Hagan, Esq.
Attorney for Plaintiff
Melissa Kaye

c:      Donna Canfield, Esq.
        Counsel for Defendants