

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DONNA A. CANFIELD**
*Assistant Corporation Counsel*
Phone: (212) 356-2461
Fax: (212) 356-2438
dcanfiel@law.nyc.gov

March 12, 2021

**BY:  ECF**
Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  *Kaye v. NYC Health & Hospitals Corp. et al.*, 18-cv-12137 (JPC)(JLC)

Dear Judge Magistrate Judge Cott:

   Due to a previously scheduled vacation beginning March 19th and continuing through to the end of March, I write to respectfully request that the discovery conference, recently rescheduled by Your Honor for March 26, 2021 (ECF No. 140), be adjourned to a date in April.  I have consulted with Plaintiff's counsel, who consents to this adjournment request, and the parties are mutually available on April 8-9, 12, 19-23, 26-27.

   Thank you for your attention to this matter.

              Respectfully submitted,

              ECF   /s/

              Donna A. Canfield
              Assistant Corporation Counsel
              dcanfiel@law.nyc.gov

cc:  Special Hagan (by ECF)