

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

**DONNA A. CANFIELD**
*Assistant Corporation Counsel*
Phone: (212) 356-2461
dcanfiel@law.nyc.gov

July 1, 2021

**BY: ECF**
Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *Kaye v. NYC Health & Hospitals Corp., et al.*, 18-cv-12137 (JPC)(JLC)

Dear Magistrate Judge Cott:

      I write in response to Plaintiff's June 29, 2021 letter requesting an in-person settlement conference, rather than proceeding by video conference using a Zoom platform as proposed by the Court in its June 16, 2021 Order.  *See* ECF Nos. 155 and 156.

      Defendants were not consulted regarding Plaintiff's preference to participate in-person, and respectfully request that the settlement conference proceed by video conferencing as set forth in the Court's June 16, 2021 Order.

      Very truly yours,

      /s/
Donna A. Canfield
Assistant Corporation Counsel