

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DONNA A. CANFIELD**
*Assistant Corporation Counsel*
Phone: (212) 356-2461
Fax: (212) 356-2438
dcanfiel@law.nyc.gov

July 8, 2021

**BY: ECF**
Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Kaye v. NYC Health & Hospitals Corp. et al.*, 18-cv-12137 (JPC)(JLC)

Dear Judge Magistrate Judge Cott:

In accordance with Your Honor's Standing Order for All Cases Referred for Settlement and Rule I.E. of the Court's Individual Practices, I write to respectfully request an adjournment of the settlement conference currently scheduled for 10 am on Wednesday, July 20, 2021. Defendants make this request on the grounds that we are still searching for comparator information that will assist in informing our settlement position, and we do not expect to have this information prior to ex parte submissions, which are due on Tuesday, July 13, 2021.

Defendants are available the week of August 9th should the Court be available to conduct the settlement conference. I have reached out to Plaintiff regarding this adjournment request, and sought dates of her future availability, but have not yet received a response.

Respectfully submitted,

**ECF   /s/**

Donna A. Canfield
Assistant Corporation Counsel
dcanfiel@law.nyc.gov

cc:     Special Hagan (by ECF)