# Request for Winkler's Full Salary Upon Promotion to Director of Brooklyn/SI Clinic (Kaye v. H + H)

**SPECIAL HAGAN**

Fri 12/18/2020 4:14 PM

Sent Items

To: Canfield, Donna (Law) <dcanfiel@law.nyc.gov>;

📎 1 attachments (54 KB)
D001301.JPG;

Dear Ms. Canfield,

The attached is Mr. Winkler's partial salary for 2018.  He was promoted in April 2018 to Director of the Brooklyn/Staten Island Clinic.  I am therefore requesting his salary upon his promotion and afterwards.

Please advise,

Special Hagan
Law Offices of Special Hagan, Esq.
196-04 Hollis Avenue
Saint Albans, New York 11412
p: (917) 337-2439
fax: (914) 462-4137

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.