| | |
|---|---|
| From: | Laboy, Jessica [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2EC93EBB7C8488E8D10620AE5AFBD2F-LABOY, JESSIC] |
| Sent: | 2/2/2018 7:14:58 PM |
| To: | Yang, Patricia [patricia.yang@nychhc.org]; Gillen, Sara [gillens@nychhc.org]; Anderson, Aaron [andersoa9@nychhc.org]; Ford, Elizabeth [eford@nychhc.org]; Ward, Elizabeth [warde1@nychhc.org]; Macdonald, Ross [rmacdonald@nychhc.org]; Dickey, Nathaniel [ndickey@nychhc.org]; WANGEL, JONATHAN [wangelj@nychhc.org] |
| Subject: | FPECCC Vacancies |
| Attachments: | FPECC Transition List_updated 2218.xlsx |

All FPECC vacancies have been posted, job opening #s listed below. You should be able to view the postings by tomorrow or sooner.

Resumes will be routed to Ford and Beth.

Current vacancies posted under Kings and Bellevue are in the process of being removed.

Updated tracking attached.

Thanks!

| JO # | Position # | Posting Title | Dept ID | Department | Hiring Manager | Salary Cap (VCB) |
|---|---|---|---|---|---|---|
| 35785 | 00041485 | Psychiatrist, Queens Forensic Psychiatry Court Clinic (Attending Physician AS L-3), Correctional Health Services | 6140251040 | Psychiatry-Mental Health | Elizabeth Ford | $189,490 |
| 35784 | 00041484 | Psychiatrist, Brooklyn Forensic Psychiatry Court Clinic (Attending Physician AS L-3), Correctional Health Services | 6140251040 | Psychiatry-Mental Health | Elizabeth Ford | $189,490 |
| 35768 | 00041477 | Administrator, Forensic Psychiatry Service (Assistant Director, CO L-1), Correctional Health Services | 6140440400 | Operations Field Operations | Beth Ward | $90,000 |
| 35763 | 00041474 | Director of Manhattan Court Clinic (Sr Director), Correctional Health Services | 6140251040 | Psychiatry-Mental Health | Elizabeth Ford | $205,000 |
| 35495 | 00041164 | Director of Forensic Psychiatry Court Clinics (Associate Executive Director), Correctional Health Services | 6140251040 | Psychiatry-Mental Health | Elizabeth Ford | $210,000 |
| 35772 | 00041478 | Psychologist, Queens Forensic Psychiatry Court Clinic (Psychologist - Lvl II), Correctional Health Services **3 Positions** | 6140251040 | Psychiatry-Mental Health | Elizabeth Ford | $85,000 |
| 35775 | 00041479 | Psychologist, Queens Forensic Psychiatry Court Clinic (Psychologist - Lvl II), Correctional Health Services **Posted Under MASTER 35772** | 6140251040 | Psychiatry-Mental Health | Elizabeth Ford | $85,000 |
| 35776 | 00041480 | Psychologist, Queens Forensic Psychiatry Court Clinic (Psychologist - Lvl II), Correctional Health Services **Posted Under MASTER 35772** | 6140251040 | Psychiatry-Mental Health | Elizabeth Ford | $85,000 |
| 35787 | 00041489 | Director of Queens Forensic Psychiatry Court Clinic (Sr Director), Correctional Health | 6140251040 | Psychiatry-Mental | Elizabeth Ford | $205,000 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | Services |  | Health |  |  |
| 35794 | 00041495 | Coordinating Manager, Forensic Psychiatry Service, Correctional Health Services **2 Positions** | 6140440400 | Operations Field Operations | Beth Ward | $54,620 |
| 35795 | 00041496 | Assistant Coordinating Manager, Forensic Psychiatry Service, Correctional Health Services **2 Positions** | 6140440400 | Operations Field Operations | Beth Ward | $50,763 |
| 35801 | 00041500 | Coordinating Manager, Forensic Psychiatry Service, Correctional Health Services **Posted Under MASTER 35794** | 6140440400 | Operations Field Operations | Beth Ward | $54,620 |
| 35799 | 00041499 | Assistant Coordinating Manager, Forensic Psychiatry Service, Correctional Health Services **Posted Under MASTER 35795** | 6140440400 | Operations Field Operations | Beth Ward | $50,763 |

| Vacancy Request Form (VRF) |||||
|---|---|---|---|---|
| Date: | 2-6-18 | Hiring Manager: || Elizabeth Ford, MD |
| H+H or PAGNY? | H+H | FT/PT/Per Diem? || FT |
| Blanket? (If yes, # of Pos) | No | New Position or Backfill? (if backfill, provide previous incumbent name(s)) || Backfill, Liz Owen |
| Proposed Corporate Title: | *Senior Director* | Proposed Functional Title: || Director, Brooklyn Forensic Psychiatry Court Clinic |
| Proposed Salary: | $205,000 | Proposed Work Location/ Schedule: || Brooklyn Court Clinic |
| Signatures of Approval: |||||
| Hiring Manager (Sign & Date): || Department Head (Sign & Date): || *EBFord  2-6-18* |
| CHS HR Mgr (Sign & Date): || PS Budget Analyst (Sign & Date): |||
| Sr. Dir of Finance (Sign & Date): || Sr. Dir of HR (Sign & Date): |||
| COO: (Sign & Date): || SVP: (Sign & Date) |||
| CHS HR Office Use Only: |||||
| Date Submitted to H+H or PAGNY HR: || Date Posted: |||
| VRF Reference # (CHS Control #): || H+H or PAGNY Position #(s): |||
| Provide Justification Below: |||||

Liz Owen, PhD is becoming the Director of the Queens Court Clinic, leaving vacant the Director of the Brooklyn Court Clinic. *(new need)*

Note: Current Proposed Org Chart Job description must be submitted with this request.

Confidential                                                                                                                                NYC_000090

| | |
|---|---|
| HHC Payroll Title: | **Senior Director** |
| Functional/Office Title: | **Director of Brooklyn Forensic Psychiatry Court Clinic** |

**Summary**

Blurb about CHS/H+H.

**Summary of position:**

This full-time position reports to the Director of the Forensic Psychiatry Court Clinics in the Division of Correctional Health Services and is responsible for the overall clinical oversight, management, supervision and innovative development of Brooklyn Forensic Psychiatry Court Clinic. The clinic is responsible for conducting competency to stand trial evaluations and pre-sentencing evaluations for defendants in the NYC criminal justice system. New York State Criminal Procedure Law requires that two qualified examiners (psychiatrists or psychologists) conduct each competency evaluation and then prepare reports for the court in a timely manner. Pre-sentencing evaluations are conducted by a licensed mental health provider. On occasion, court testimony is required. The Director of the Brooklyn Forensic Psychiatry Court Clinic will liaise with multiple involved city agencies, under the direction of the Director of the Forensic Psychiatry Court Clinics, and will be expected to report regularly to CHS about specific metrics and outcomes of interest. In addition, this position will be responsible for ensuring the integrity and quality of the forensic psychiatry and psychology training programs for which the Brooklyn Forensic Psychiatric Court Clinic is a training site.

Major components of this position will be training, recruiting and retaining high quality staff, ensuring standardization and modernization of the competency evaluation process, and providing strong leadership and mentorship for existing staff.

**Responsibilities Include:**

- Ensure that clinic staff maintain the highest possible level of honesty and objectivity in the formulation of their forensic opinions and that the documentation of such is clear and concise and in line with recognized national standards.
- Develop durable and effective lines of communication with relevant agencies and organizations that interface with the clinic (e.g., defense agencies, District Attorney's office, court personnel, the Department of Correction).
- Under the supervision of the Director of the Forensic Psychiatry Court Clinics, oversight of creation, implementation, ongoing review and monitoring of all procedures, policies and operating manuals related to the Brooklyn court clinic
- Participate in weekly supervision with the Director of Forensic Psychiatry Court Clinics
- Provide regular and in-person supervision for each of the clinical staff in the clinic
- Oversight of quality improvement projects and performance metrics for the clinic

- Attend required leadership and service staff meetings
- Monitor training curricula for psychology interns/externs, forensic psychiatry fellows, and psychiatric residents.
- Ensure appropriate supervision for the trainees working at the clinic
- At least 20% of time devoted to conducting forensic psychiatric evaluations in the clinic
- Personnel management, either directly or in a supervisory capacity, of the court clinic staff, including psychiatrists, psychologists and social workers.  This includes setting quality standards, establishing effective recruitment and retention strategies, managing workforce complaints and limiting conflicts of interest, hiring, on-boarding, disciplinary procedures and termination.
- Be available as needed for defendants in mental health crises in the courthouses
- Other duties at the discretion of the Director of the Forensic Psychiatry Court Clinics or the Chief of Psychiatry

**Department Preferences:**

- Excellent diagnostic and evaluation skills with particular attention to issues related to forming opinions about legal questions,
- Excellent forensic report writing skills
- Excellent interpersonal communication skills and ability to work collaboratively and professionally with other disciplines
- Strong leadership skills with ability to identify staff needs and provide mentorship and education to suit those needs
- Ability to effectively delegate and assign tasks with responsibility for follow-up
- Experience managing QA/QI activities in a health care or criminal justice setting

**Qualification Requirements:**

1. Education
   a. M.D., PhD or Psy.D degree with active NY State license in good standing
   b. Completion of a 4-year psychiatric residency training program or forensic specialty in psychology training program or post-doctoral fellowship
   c. Active certification by the American Board of Psychiatry and Neurology in Psychiatry with Added Qualifications in Forensic Psychiatry (for MD applicants)

2. Experience
   a. At least two years of post-training experience conducting forensic psychiatric evaluations, including competence to stand trial evaluations, in New York City.
   b. At least one year of post-training experience in a management or supervisory role in psychiatry
   c. Deposition and testimonial experience in New York State criminal cases
3. An equivalent and satisfactory combination of education and experience may be considered

| | |
|---|---|
| From: | Anderson, Aaron [/o=CORPNYCHHC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2c967fbcccf14f349ea13e881e6f6838-Anderson, Aar] |
| Sent: | 4/25/2018 10:40:01 AM |
| To: | Yang, Patricia [patricia.yang@nychhc.org] |
| CC: | Gillen, Sara [gillens@nychhc.org] |
| Subject: | RE: Bellevue 730 personnel |

Snip below. Talking with Sara now. Kaye makes more than everyone except Ciric's old line and of course the uber Mundy.

| FPECC - Clinical | | | | | | | Annualized Sal | Actual Salary |
|---|---|---|---|---|---|---|---|---|
| VACANT (oversight) | 1 | CHS | CHS | Associate Executive Director | Director of Forensic Psychiatry | Group 11 | $ 210,000.00 | $ 210,000.00 |
| | | | | | | | | |
| VACANT (Steve Ciric) | 1 | Bellevue | M | Senior Director | Manhattan | Group 11 | $ 205,000.00 | $ 205,000.00 |
| Mundy, Daniel | 0.5 | Bellevue | M | Attending Physician L-III | | Doc. C | $ 176,828.00 | $ 88,414.00 |
| Weiss, Jonathan | 0.5 | Bellevue | M | Physician Specialist | | Doc. C | $ 202,826.00 | $ 101,413.00 |
| Harper, Oliver | 0.5 | Bellevue | M | Psychiatrist | | Doc. C | $ 160,000.00 | $ 80,000.00 |
| Solanki, Kanishk | 0.6 | Bellevue | M | Psychiatrist | | Doc. C | $ 148,807.00 | $ 89,284.20 |
| VACANT (E. Arias L/D 2/23/2) | 0.57 | Bellevue | M | Psychologist L-II | | DC37 | $ 80,991.00 | $ 46,164.87 |
| VACANT (L. Bishel L/D 3/2/2( | 0.6 | Bellevue | M | Psychologist L-II | | DC37 | $ 86,148.00 | $ 51,688.80 |
| Patten, Kimberly | 1 | Bellevue | M | Social Worker L-1 | | DC37 | $ 61,741.00 | $ 61,741.00 |
| | 0.7 | | | Forensic Fellow - NYU/Columbia | | | | |
| Kaye, Melissa | 1 | Bellevue | BX | Attending Physician L-II | | Doc. C | $ 203,912.00 | $ 203,912.00 |
| Winkler, Barry | 1 | Affiliate | BX | Psychologist | | DC37 | | $ 93,449.00 |
| | | | | | | | | |
| Owen, Elizabeth | 1 | Kings | BK | Director | | Group 11 | $ 114,195.00 | $ 114,195.00 |
| Francois, Patrice | 1 | Kings | BK | Psychologist L-II | | DC37 | $ 82,787.00 | $ 82,787.00 |
| Paradis, Cheryl | 0.72 | Kings | BK | Psychologist L-II | | DC37 | $ 83,683.00 | $ 60,251.76 |
| Radcliffe, Fiona | 1 | Kings | QN/BK | Psychologist L-III | | DC37 | $ 93,431.00 | $ 93,431.00 |
| Shao, Liang | 1 | Kings | QN/BK | Psychologist L-II | | DC37 | $ 85,711.00 | $ 85,711.00 |
| VACANT (Steven Rubel) | 1 | Kings | BK | Attendng MD III | Brooklyn Court Clinic Psychiatrist | Doc. C | $ 189,490.00 | $ 189,490.00 |
| | | | | | | | | |
| Elizabeth Owen - Pipeline | 1 | Queens | QN | Senior Director | Clinical Dire | Group 11 | $ 118,478.00 | $ 118,478.00 |
| Perry, Alan | 1 | Kings | QN | Psychologist L-III | | DC37 | $ 96,154.00 | $ 96,154.00 |
| VACANT (Chandra, Subhash | 1 | Kings | QN | Attendng MD III | Queens Court Clinic Psychiatrist | Doc. C | $ 189,490.00 | $ 189,490.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologist II | DC37 | $ 85,000.00 | $ 85,000.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologis | DC37 | $ 85,000.00 | $ 85,000.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologis | DC37 | $ 85,000.00 | $ 85,000.00 |

**From:** Yang, Patricia
**Sent:** Wednesday, April 25, 2018 10:30 AM
**To:** Anderson, Aaron
**Cc:** Gillen, Sara
**Subject:** Bellevue 730 personnel

Can you send me salaries for Kaye and her
Peers Sara knows scoop