# Cancelled - Kaye deposition

**Canfield, Donna (Law)** <dcanfiel@law.nyc.gov>

Fri 10/15/2021 7:33 AM

Inbox

To: SPECIAL HAGAN <special@haganlawoffices.net>;

Ms. Hagan:

I am still ill and unable to complete Dr. Kaye's deposition today. I hope that you will work with me to reschedule both Dr. Kaye's and Dr. MacDonald's deposition.

Thank you.