

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DONNA A. CANFIELD**
*Assistant Corporation Counsel*
Phone: (212) 356-2461
Fax: (212) 356-2438
dcanfiel@law.nyc.gov

October 29, 2021

**BY:  ECF**
Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  *Kaye v. NYC Health & Hospitals Corp. et al.*, 18-cv-12137 (JPC)(JLC)

Dear Judge Magistrate Judge Cott:

   I write briefly to respond to Plaintiff's October 18, 2021 letter to the Court.  [ECF Dkt Nos. 180 and 181].

   As explained to Plaintiff's counsel, the files she seeks are not employment evaluations, but an on-going professional practice evaluation or OPPE, which is done for all providers as set forth in the medical staff by-laws of Bellevue Hospital.  It is not an employment evaluation but a medical staff evaluation.  Regardless, today, consistent with the parties' earlier meet and confer, I produced Dr. Kaye's medical file from Bellevue Hospital, bearing Bates stamp numbers D001533-D001587.  Note that as I explained to Plaintiff's counsel, her client does not have a medical staff file at Correctional Health Service or CHS, because she is not medical staff and CHS is not a hospital.

   With respect to the cancellation fee related to the cancelled deposition of Catherine Patsos, as per the Court's April 27, 2021 Order, Defendants are responsible to pay $100.00 of the $150.00—not $175.00 cancellation fee.  *See* ECF No. 146.  Moreover, the $100.00 payment was to be made to Martin Deposition Solutions, Inc., and not to Plaintiff.  Yesterday, I spoke to Randy Lackrow of Martin Deposition Solutions, Inc., to confirm Defendants' $100.00 payment.

   As to the cancellation fee of Dr. MacDonald's deposition, upon receipt of an invoice from Plaintiff's counsel, Defendants will pay the cancellation fee.

        Respectfully submitted,

        **ECF**  /s/
_____

        Donna A. Canfield
        Assistant Corporation Counsel
        dcanfiel@law.nyc.gov

cc:    Special Hagan (by ECF)