

**THE CITY OF NEW YORK**

**GEORGIA M. PESTANA**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DONNA A. CANFIELD**
*Assistant Corporation Counsel*
Phone: (212) 356-2461
dcanfiel@law.nyc.gov

January 7, 2022

**BY: ECF**
Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Kaye v. NYC Health & Hospitals Corp., et al.*, 18-cv-12137 (JPC)(JLC)

Dear Magistrate Judge Cott:

    I write in response to plaintiff's January 3, 2022 application seeking a limited re-opening of plaintiff's deposition. *See* ECF No. 208.

    After reviewing plaintiff's deposition transcript, along with the numerous contemporaneous emails and documents exchanged during discovery, defendants do not believe it is necessary to re-open plaintiff's deposition. Defendants respectfully request that the Court deny plaintiff's application.

    Very truly yours,

    /s/
    Donna A. Canfield
    Assistant Corporation Counsel