

**THE LAW OFFICES OF Special | Hagan**

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

January 10, 2022

**VIA ECF**

Honorable James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

      RE:    Kaye v. NYC Health & Hospitals Corp. et. al.
             Index No.: 18-cv-12137(JPC)(JLC)

Dear Honorable Judge Cott:

I respectfully write the Court to request until January 13, 2022 to respond to the Court's Order, which was rendered on January 7, 2022.  (ECF. Dkt. 210)  I make this request due to previously scheduled appointments and treatment.  Accordingly,  I apologize for any inconvenience to the Court and to Defense Counsel.

Respectfully submitted,

/s/

Special Hagan, Esq.
Attorney for Plaintiff
Melissa Kaye, M.D.

c:    Donna Canfield, Esq.
       Counsel for Defendants