UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MELISSA KAYE,

                                                              Plaintiff,

                        -against-

NEW    YORK    HEALTH    AND    HOSPITALS
CORPORATION, ELIZABETH FORD, PATRICIA
YANG, ABHISHEK JAIN, and JONATHAN WANGEL
(said names being fictitious, the persons intended being
those who aided and abetted the unlawful conduct of the
named Defendants),

                                                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF DEFENDANTS'
MOTION TO DISMISS THE
AMENDED COMPLAINT**

18 Civ. 12137 (JPC)(JLC)

   **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Donna

A. Canfield in support of Defendants' Motion for Summary Judgment, dated March 4, 2022 and

the exhibits annexed thereto, Defendants' Statement of Undisputed Facts Pursuant to Local Rule

56.1, dated March 4, 2022, the Memorandum of Law in Support of Defendants' Motion for

Summary Judgment dated March 4, 2022; and upon all other pleadings and proceedings herein,

Defendants New York City Health and Hospitals Corporation, Elizabeth Ford, Patricia Yang,

Abhishek Jain, and Jonathan Wangel (hereinafter "the Defendants") will move this Court, at the

United States District Court for the Southern District Court of New York, located at 500 Pearl

Street, New York, New York 10007, before the Honorable John P. Cronan, on a date and time to

be determined by the Court for an order pursuant to Rule 56 of the Federal Rules of Civil

Procedure, granting summary judgment in favor of Defendants, dismissing the Amended

Complaint in its entirety on the grounds that there is no genuine issue of material fact, entering

judgment for Defendants, and granting Defendants costs, fees, and disbursements together with such other and further relief as the Court deems just and proper.

Dated:        New York, New York
              March 4, 2022

                              **SYLYVIA HINDS-RADIX**
                              Corporation Counsel of the
                                City of New York
                              Attorney for Defendants
                              100 Church Street, Room 2-124
                              New York, New York  10007
                              T:  (212) 356-2461
                              E:  dcanfiel@law.nyc.gov


                              By:    **ECF          /s/**
                                     Donna A. Canfield
                                     Assistant Corporation Counsel


By ECF:        Special Hagan, Esq.

Index No.  15 Civ. 2868 (JMF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADELLE GOODWINE,

Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF INFORMATION TECHNOLOGY
& TELECOMMUNICATIONS, PAUL COSGRAVE,
RONALD BERGMANN, CORDELL SCHACHTER,
VINCENT GRIPPO, and CAROLE POST, in their
official and individual capabilities,

                                                      Defendants.

**NOTICE OF DEFENDANTS' MOTION
TO DISMISS THE COMPLAINT**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*

*Attorney for Defendants*
*100 Church Street*
*New York, N.Y.  10007*

*Of Counsel:  Donna A. Canfield*

*Tel:  (212) 356-2461*

*Matter No. 2015-023487*