02/01/04

# STEVEN J. CIRIC, M.D.

## CURRICULUM VITAE

### GENERAL INFORMATION

**Home Address:** [redacted]

**Telephone/E-mail:**
Home: [redacted]
Work: (212) 562-7383
E-mail: [redacted]

**Date of Birth:** [redacted]

**Place of Birth:** [redacted]

### HOSPITAL, ACADEMIC & OTHER POSITIONS

| | |
|---|---|
| March 2003 – Present | *Medical Director*, Assisted Outpatient Treatment Program, Department of Health and Mental Hygiene, The City of New York. Guiding and implementing policies on New York State mental hygiene law relating to outpatient civil commitment for the city's five boroughs and correctional system. Assuring quality of service delivery by chairing special reviews and case conferences. |
| July 2001 – Present | *Attending Physician*, Division of Forensic Psychiatry, Bellevue Hospital Center, New York, New York. Evaluating and treating patients referred by the New York City Department of Correction, New York City Police Department, as well as federal and other law enforcement agencies. Performing court-ordered examinations for Supreme and Criminal Courts in New York County. Providing forensic and general psychiatric consultation-liaison services on correctional medical-surgical inpatients. |
| July 1999 – Present | *Clinical Instructor (part-time)*, Department of Psychiatry, New York University Medical School, New York, New York. Supervising and teaching forensic psychiatry fellows, psychiatry residents, medical students, and trainees in psychology. |
| July 2001 – Present | *Consultant*, Private Practice in General Adult and Forensic Psychiatry, New York, New York. Accepting referrals for the evaluation of adults with a wide range of emotional and behavioral symptoms. Utilizing psychopharmacological and psychotherapeutic techniques in the treatment of patients. Performing psychiatric-legal consultations for local and federal public defense services, private attorneys, and other parties. Interviewing defendants, reviewing records, compiling comprehensive reports, and providing court testimony when appropriate. |

D000397

*Steven J. Ciric, M.D., continued*

## POST-DOCTORAL TRAINING

| | |
|---|---|
| July 2000 – June 2001 | *Forensic Psychiatry Fellow,* Fellowship in Psychiatry and Law, New York University, New York, New York. Acquired unique clinical experience and skills in a variety of correctional and forensic settings. Undertook intensive academic curriculum including coursework at New York Law School. Lectured on forensic psychiatry to New York University psychiatry residents. |
| July 1999 – June 2000 | *Chief Resident,* Department of Psychiatry, New York University, New York, New York. Managed clinical and administrative resident activities in the outpatient department. Served as junior attending physician on the Bellevue inpatient training service. |
| July 1997 – June 2000 | *Psychiatry Resident,* New York University Medical Center-Bellevue Hospital, New York, New York. Pursued electives in Intensive Short-Term Dynamic Psychotherapy, Psychoanalytic Reading Seminar, and University Counseling Service. |
| July 1996 – June 1997 | *Medicine-Psychiatry Intern,* Johns Hopkins Bayview Medical Center, Baltimore, Maryland. Rotated on general medical, emergency, cardiac and medicine intensive care, neurology and psychiatry services. |

## EDUCATION

| | |
|---|---|
| May 1996 | *Doctor of Medicine,* University of Illinois, College of Medicine, Chicago, Illinois. Honors in Neuropsychiatry, Occupational Medicine, and Immunology. |
| May 1991 | *Bachelor of Arts,* Tufts University, Medford, Massachusetts. Majored in History with a concentration in Cold War politics. Satisfied pre-medical requirements. |

## RESEARCH EXPERIENCE

| | |
|---|---|
| August 2000 – February 2002 | *Co-Investigator,* Forensic Psychiatry Clinic, New York, New York. Undertook study of Serial Stalking with research mentor during Fellowship in Psychiatry and Law at New York University. Reviewed data on stalking offenders with multiple victims. |
| October 1993 – August 1994 | *Research Assistant,* University of Illinois, College of Pharmacy, Chicago, Illinois. Helped validate a mouse model of anxiety using a mirrored chamber and selected pharmacological agents. Evaluated data to investigate the potential anxiolytic efficacy of cholecystokinin antagonists. |

*Steven J. Ciric, M.D., continued*

| | |
|---|---|
| January 1993 - September 1993 | *Research Assistant,* New York State Psychiatric Institute, New York, New York. Participated in quantitative autoradiography of human brain tissue to study the kinetics of serotonin receptors in victims of suicide. |
| May 1992 - December 1992 | *Research Assistant,* Medical University of Wuerzburg, Wuerzburg, Germany. Learned techniques of quantitative autoradiography to assist in the study of NMDA receptors in the pathophysiology of schizophrenia. |
| May 1988 - August 1988 | *Summer Research Fellow,* Brain Tumor Research Laboratory, Evanston Hospital, Evanston, Illinois. Trained to culture malignant cell colonies and develop fundamental laboratory skills. |

## PUBLICATIONS

| | |
|---|---|
| January 2004 | *Second author,* Chapter 32 on The Role of the Psychiatric Evaluator in Child Custody Disputes, first author Stephen B. Billick, M.D., in Principles and Practice of Forensic Psychiatry, ed. by Richard Rosner, M.D., 2004 |

## OTHER TEACHING EXPERIENCE

| | |
|---|---|
| Fall Semesters 1998 and 1999 | *Group Preceptor,* NYU Medical School. Organized interviews of psychiatric inpatients by second-year medical students and led subsequent group discussion. |
| Fall Semester 1997 | *Group Preceptor,* NYU Medical School. Led discussion group of first-year medical students on Ethics in Medicine. |

## PROFESSIONAL ADDRESSES

| | |
|---|---|
| February 14, 2002 | Presented study-in-progress on "Serial Stalking" at the annual meeting of the American Academy of Forensic Sciences in Atlanta, Georgia. |
| May 25, 2000 | Presented Department of Psychiatry Grand Rounds at New York University on "Issues in Assisted Outpatient Treatment". As *Chief Resident,* helped prepare and moderate presentations by five junior residents and introduced guest discussant, Neal Cohen, M.D., former Commissioner of Health and Mental Hygiene for The City of New York. |

D000399

*Steven J. Ciric, M.D., continued*

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| 2000 – Present | *Early Career Member*, American Academy of Psychiatry and Law. |
| 1998 – Present | *Early Career Member*, American Psychiatric Association. |

## LICENSURE AND CERTIFICATION

| | |
|---|---|
| August 1998 | *Medicine and Surgery*, New York State License # 211847. |
| May 2001 | *Diplomate*, American Board of Psychiatry and Neurology, Inc., Certificate # 49470. |

## REFERENCES

Available upon request.