BELLEVUE HOSPITAL CENTER

PROMOTION
PRF #

PSY-7742

B05328

**HUMAN RESOURCES**
**PERSONNEL REQUISITION FORM**
**PROMOTION**

HHC Ref #:
IRC Approved: Yes ☐ No ☐
Outcome Date:

---

**A**

Reimb Code: bt06     Position Budgeted: ✓   Budgeted Salary:   0    Funding Required:

Funded By: General Care (00)    Mental Health (MH)    Grant (GR) ✓ Grant Name   ensic Psychiatry Court Clinic- Manhat

---

✓ Promotion    Increase    Change in Hours (Part Time to Full Time)    Hourly Worker Conversion

---

**B**

| B1 - CURRENT STATUS | B2 - MODIFIED STATUS |

Full Time    Part Time

| B1 - CURRENT STATUS | B2 - MODIFIED STATUS |
|---|---|
| Division:   Grants | Division:   Grants |
| Cost Group:   Psychiatry Grants | Cost Group:   Psychiatry Grants |
| Cost Center:   1211 | Cost Center:   6856 |
| Cost Center Name:   Prison Psychiatry | Cost Center Name:   Forensic Psych Clinic/ Manh |
| JOB #:   B05328 b05012   Line #: | JOB #:   B05328 b05012   Line #: |
| Position Title:   PHYSICIAN SPECIALIST Lw 3 | Position Title:   PHYSICIAN SPECIALIST Lw 4 |
| Title Code: 005300-3 Curr Salary: 173,777 FT | Title Code: 005300-4 |
| Incumbent Name:   Steven Ciric | Proposed Salary: 183,709 146,967.30 Hrs/Week: 32 |
| | Increase %: 0%   Increase $: 9,932   CS Code: |

---

**C**     TO BE COMPLETED BY HUMAN RESOURCE    Effective Date

Employee Name:   Ciric, Steven     DOB: ▇▇   Start 4/18/2011 (Mo)

Address: ▇▇▇▇▇▇▇    Employee SS#: ▇▇▇   Gender: M ☐ F ☐

Marital Status: S ☐ M ☐ W ☐ D/Sep ☐

Starting Salary $146,967   Differential: L-2966   Exempt ☐ Provisional ☐ Competitive ☐ Non-Competitive ☐

Date Posted:   Dist Code: B701   Remarks: Central office Approved

---

**AUTHORIZATION SIGNATURES**

**D**

COST GROUP MANAGER   1/5/11    DIVISION MANAGER   1/5/11

BUDGET MANAGER   Edw... Daring... Mary Saraci 1/13/11    PERSONNEL OFFICER   Sara M. Rodriguez 4/20/11

CONTACT PERSON (Please Print)    Telephone No.    1/13/11

---

**RESUBMISSION**

**E**

SIGNATURE        DATE

---

D000434

E

.ROMOTIONS JUSTIFICATIO.

**PRF#:** PSY-7742

**1** How long has the employee been in their current title?

Dr. Ciric has been in his current title as Attending Physician since July 10, 2001.

**2** What are the current responsibilities?

As Bellevue Hospital Forensic Psychiatry Service Inpatient Attending Physician his current responsibilities are:
-Evaluated and treated patients referred to acute care correctional inpatient service by the New York City Department of Correction and New York City Police Department.  Performed admission assessments, generated comprehensive treatment plans, and led multidisciplinary treatment team.
-Conducted daily reassessment, psychotherapeutic and psychopharmacological treatment of a caseload of patients.
-Interviewed collateral informants, reviewed collateral records and documentation, and maintained communication with patients' family, outpatient providers, and attorney, as appropriate.
 -Coordinated medical care needs with internal medicine and medical specialty consultants.
-Drafted psychiatric summaries and discharge documentation.
-Conducted court-ordered examinations of fitness to stand trial.
-Participated in quality improvement reviews and other unit management activities, as directed by Unit Chief or Division Director.

**3** What are the new responsibilities that are being added?

His new responsibilities will include:
-Direct administration of services provided by the Clinic; Monitors, supervises and fosters the provision of mental health reports to the Court and Department of Probation
-Provide liaison and act as representative of Clinic to other agencies in the Forensic Mental Health Services network; Establish new and maintain existing contacts with mental health and criminal justice programs, resources and services
-Performs forensic psychiatric examinations
-Provides training several times yearly to newly appointed Judges in New York County Criminal & Supreme Courts regarding the Clinic, its function and the referral process
-Participates in long range and short term planning for the Clinic
-Leads monthly clinical staff meetings
- Quality assurance in reviewing procedures for evaluation of defendants, reports to the courts, and administrative support processes.
 - Working together with the Administrative Director to develop and modify Policies and Procedures to provide for efficient and productive operations.
-Providing clinical oversight, orientation, training and supervision of clinical staff, including psychiatrists, psychologists, social workers and residents

**4** Why are the new responsibilities being added at this time?

The new responsibilities are being added now because productivity has decreased at the Forensic Court Clinic with the loss of a full-time Psychologist, a part-time Assistant Medical Director, and a part-time Medical Director. The staff see approximately 1,200 to 1,400 criminal defendants annually. Funding for increase will come from the Forensic Court Clinic budgeted vacancy.

**5** How are these new responsibilities being handled now and by whom?

There is no one in this role presently. Previous incumbent resigned during last fiscal year, and has not yet been replaced.

D000435

6 | Why are these new services needed?

Presently, lack of a Med... tor has lead to inconsistencies, low mor... sed productivity.

D000436

Bellevue Hospital/NYU SOM

# JOINT OVERSIGHT COMMITTEE Personnel Request Form
☐ *Returned for More Information on ----/---/---*

## NO ACTION WILL BE TAKEN UNTIL APPROVAL RECEIVED FROM JOC
### (and VCB/HHC as applicable)

| Date: 8/2/2010 | ☐ Name Of Facility   NYU | Division/Dept/Grant:  Forensic Service | |
|---|---|---|---|
| Division Chief: | | Service Chief: **Mary Anne Badaracco, M.D.** | |
| Tel: | Email: | Tel: **212-562-4601** | Email: **mary.badaracco@nyumc.org** |
| Facility Administrator: **Ann-Marie Foster** | Tel: e-mail: **Ann-marie.foster@bellevue.nychhc.org** | Affiliate Administrator: **Betty Slavicek, MPA** | Tel: **212-263-7628** e-mail: **slavib01@nyumc.org** |
| **Title of Position: Director, Manhattan Court Clinic** | | Candidate Name (If available):  **Steven Ciric, MD/ Myles Schneider, MD** | |

| ☐ New Line | Recommended Salary: | Payroll (check one): ☐ Facility ☐ Affil | FTE: |
|---|---|---|---|
| Date Line Needed - | ☐ Attending | ☐ Midlevel (Title): | ☐ Other (Specify) |

| ☐ Replacement | Who will this Line Replace? | | Last Day Of Work |
|---|---|---|---|
| Date Line Needed | Former Salary: | Payroll (check one): ☐ Facility ☐ Affil | Former FTE: |
| | New Salary: | Payroll (check one): ☐ Facility ☐ Affil | New FTE: |
| | ☐   Attending | ☐   Midlevel (Title): | ☐ Other (specify) |

| X Other Modifications: | Please Describe: ( If Additional room Required Attach as a Separate Sheet) Redistribute approved salary for the replacement of Dr. Rosner | | |
|---|---|---|---|
| Date Modification Needed: 8/29/2010 | Salary: **$174,000** | Payroll (check one): ☐ Facility X Affil | FTE: 1.0 |

General Description of Request: (Please complete for all positions) ( See Questions on Sheet 2)

- Request for a redistribution of the approved salary for Dr. Rosner's replacement.
- Dr. Ciric will transfer to the Manhattan Court Clinic at 0.8 FTE for a salary of $152,000 (based on full-time salary of $190,000).
- Request that Dr. Schneider increase his hours by 5 hrs from 0.78 FTE to 0.9 FTE. His salary would increase from $142,196 to $164,072.
- The total cost of this request is $152,000 + $21,876 = $173,876, which is budget neutral since the approved salary for Dr. Rosner's replacement was $174,000.

**How will this Line be Supported?**

☐   Grant *(Approved grant budget must be attached)*     ☐   Workload Supported

X   Fixed MD/PA/NP, etc.     ☐   Other Fixed (tech/clerical/management, etc.)

Page 1 of 2

D000437