| | | Mundy 730's | Orders Received | Reports Sent | Total 730's |
|---|---|---|---|---|---|
| **MANHATTAN** | June 2018 | 0 | 0 | 0 | 0 |
| | July 2018 | 0 | 0 | 0 | 0 |
| | August 2018 | 1 | 19 | 1 | 18 |
| | September 2018 | 10 | 40 | 18 | 40 |
| | October 2018 | 4 | 30 | 38 | 28 |
| | November 2018 | 7 | 32 | 28 | 31 |
| | December 2018 | 1 | 28 | 24 | 26 |
| | January 2019 | 4 | 44 | 47 | 35 |
| | February 2019 | 3 | 38 | 32 | 10 |
| | Total | 30 | 231 | 209 | 188 |

| | | Kaye 730's | | | Total 730's |
|---|---|---|---|---|---|
| **THE BRONX** | June 2018 | 0 | 0 | 0 | 0 |
| | July 2018 | 0 | 0 | 0 | 0 |
| | August 2018 | 0 | 0 | 0 | 0 |
| | September 2018 | 1 | 2 | 0 | 1 |
| | October 2018 | 5 | 10 | 1 | 8 |
| | November 2018 | 2 | 6 | 6 | 4 |
| | December 2018 | 0 | 6 | 3 | 3 |
| | January 2019 | 2 | 13 | 4 | 7 |
| | February 2019 | 0 | 8 | 11 | 1 |
| | Total | 10 | 45 | 26 | 24 |

| | | Winkler 730's | | | Total 730's |
|---|---|---|---|---|---|
| **BROOKLYN/STATEN ISLAND** | June 2018 | 0 | 0 | 0 | 0 |
| | July 2018 | 0 | 0 | 0 | 0 |
| | August 2018 | 0 | 0 | 0 | 0 |
| | September 2018 | 0 | 0 | 0 | 0 |
| | October 2018 | 2 | 13 | 0 | 10 |
| | November 2018 | 9 | 40 | 6 | 36 |
| | December 2018 | 10 | 29 | 35 | 24 |
| | January 2019 | 13 | 44 | 31 | 22 |

| | | Owen 730's | | | Total 730's |
|---|---|---|---|---|---|
| **BRONX** | February 2019 | 2 | 42 | 36 | 6 |
| | Total | 36 | 168 | 126 | 98 |
| **QUEENS** | June 2018 | 0 | 0 | 0 | 0 |
| | July 2018 | 3 | 14 | 4 | 14 |
| | August 2018 | 12 | 32 | 29 | 32 |
| | September 2018 | 8 | 19 | 24 | 19 |
| | October 2018 | 11 | 36 | 27 | 36 |
| | November 2018 | 10 | 34 | 33 | 34 |
| | December 2018 | 10 | 26 | 37 | 26 |
| | January 2019 | 4 | 25 | 22 | 24 |
| | February 2019 | 5 | 33 | 30 | 22 |
| | Total | 63 | 219 | 217 | 207 |

| |
|---|
| June 2018 |
| July 2018 |
| August 2018 |
| September 2018 |
| October 2018 |
| November 2018 |
| December 2018 |
| January 2019 |
| February 2019 |
| Total |

| |
|---|
| June 2018 |
| July 2018 |
| August 2018 |
| September 2018 |
| October 2018 |
| November 2018 |
| December 2018 |
| January 2019 |
| February 2019 |
| Total |

| |
|---|
| June 2018 |
| July 2018 |
| August 2018 |
| September 2018 |
| October 2018 |
| November 2018 |
| December 2018 |
| January 2019 |

| |
|---|
| February 2019 |
| Total |

| |
|---|
| June 2018 |
| July 2018 |
| August 2018 |
| September 2018 |
| October 2018 |
| November 2018 |
| December 2018 |
| January 2019 |
| February 2019 |
| Total |