| | |
|---|---|
| **From**: | Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F] |
| **Sent**: | 10/16/2018 3:12:24 PM |
| **To**: | Jain, Abhishek [jaina7@nychhc.org] |
| **CC**: | Swenson, Andrea [swensona@nychhc.org] |
| **Subject**: | Re: Big picture question |

Thanks to you both. Maybe we can try to get to the bottom of this over time. The clinic has been small for decades so that's not new, but wonder if the courts adapted over those decades.
Judicial preference just refers to whether Bronx judges have a particular bid against ordering 730's

Sent from my iPhone
347-461-5830


> On Oct 16, 2018, at 2:39 PM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>
> I think they've just gotten used to the smaller clinic. I've heard the judicial preference argument before, but didn't follow the logic.
>
> Abhishek Jain, MD
> Director, Forensic Psychiatry Court Clinics
> NYC Health + Hospitals, Correctional Health Services
> Work cell: 646-901-0640
> Email: jaina7@nychhc.org
>
> _____
> From: Swenson, Andrea
> Sent: Tuesday, October 16, 2018 12:19 PM
> To: Ford, Elizabeth; Jain, Abhishek
> Subject: RE: Big picture question
>
> Good question.  I don't know the answer- the attorney on the citywide call did say something to the effect of "there's only one doctor up there" when discussing how long they take with the orders.  I have had no luck in contacting anyone in the courts in Bronx, so aside from what the clinic reports I have no information.  And their hard drive with all of their data from the past ten years or so crashed and we have not been successful in retrieving information.
>
> -----Original Message-----
> From: Ford, Elizabeth
> Sent: Tuesday, October 16, 2018 12:14 PM
> To: Swenson, Andrea <swensona@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>
> Subject: Big picture question
>
> Why does the Bronx have so many fewer 730 orders than any other county, especially since it has the second highest arrest rate of all 5 boroughs and the highest violent crime arrest rate?
>
> Melissa always told me it was because of judicial preference. But possible that it's also because attorneys and judges have accommodated to our tiny clinic staffing model up there?
>
> Sent from my iPhone
> 347-461-5830
>

Confidential