# CHS/Forensic Psychiatry Evaluation Court Clinic
## Organizational Chart



**Legend**
- Orange = New positions