**NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION
RESIGNATION FORM**

TO BE FILLED IN BY PERSONNEL OFFICE
TITLE: _____
SALARY: _____ POSITION NO.: _____
☐ Exit Interview Held

| EMPLOYEE NAME (Please Print) | FACILITY | DATE |
|---|---|---|
| Steven Ciric | Bellevue Hospital | 10/31/17 |

I submit my resignation to take effect at the close of business on __11/21__ 20_17_
for the following reason (please read all reasons and check the one that best applies to you):

☐ Taking new governmental job in greater metropolitan area [code 40]
☐ Taking nongovernmental job in greater metropolitan area [code 41]
☒ Relocation [code 46]
☐ Changing occupation, but not returning to school [code 50]
☐ Leaving work world, but not returning to school [code 42]
☐ Returning to school for further study in current occupation [code 45]
☐ Returning to school for degree in different occupation [code 51]
☐ Leaving to work per them or fee for service [code 52]
☐ Medical [code 61]
☐ Military [code 70]
☐ Normal Retirement [code 30]
☐ Early Retirement [code 31]

In addition to the above, if one of the following contributed to your decision to resign, please let us know. Read all the items and check the **one** that best applies to you (the computer system will accept only one entry). Completion of this section of the form is optional.

☐ Dissatisfied with service assignment [code 81]
☐ Dissatisfied with rotation/hours [code 82]
☐ Dissatisfied with staff levels in your occupational group [code 83]
☐ Dissatisfied with staff levels in related occupational group [code 84]
☐ Dissatisfied with salary [code 85]
☐ Dissatisfied with support from department management [code 86]
☐ Dissatisfied with support from hospital management [code 87]
☐ Dissatisfied with availability of HHC child care [code 88]
☐ Dissatisfied with availability of HHC housing [code 89]
☐ Dissatisfied with availability of housing in New York City [code 90]

Employees are expected to give a minimum of two weeks notice before effective date of resignation. Your failure to do so will be so noted in your permanent record file. If you cannot comply, please explain:

_____
_____

Employee's Signature: [signature]
Social Security No.: [redacted]
Employee's Address: [redacted]
Accepted: Division Head: [signature]
Accepted: Personnel Head:

HHC 1429 (July 89) Replaces HHC 318

D000432