| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 1/22/2018 2:51:13 PM |
| **To:** | Mundy, Daniel [daniel.mundy@nychhc.org]; Colley, Jeremy [jeremy.colley@nychhc.org]; Harper, Oliver [harpero1@nychhc.org]; Solanki, Kanishk [solankik2@nychhc.org]; Weiss, Jonathan [jonathan.weiss@nychhc.org]; Winkler, Barry [barry.winkler@nychhc.org] |
| **Subject:** | Re: Suggestions for a workgroup |

?Let me know dates, and I'll try to work it in

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Mundy, Daniel
**Sent:** Monday, January 22, 2018 1:48 PM
**To:** Colley, Jeremy; Harper, Oliver; Solanki, Kanishk; Weiss, Jonathan; Kaye, Melissa; Winkler, Barry
**Subject:** Re: Suggestions for a workgroup
?Certainly interested, please keep me in the loop.

DM

---

**From:** Colley, Jeremy
**Sent:** Thursday, January 18, 2018 4:48 PM
**To:** Harper, Oliver; Solanki, Kanishk; Mundy, Daniel; Weiss, Jonathan; Kaye, Melissa; Winkler, Barry
**Subject:** FW: Suggestions for a workgroup
See below - let me know if you are interested.

**From:** Ford, Elizabeth
**Sent:** Thursday, January 18, 2018 12:01 PM
**To:** Colley, Jeremy
**Subject:** Suggestions for a workgroup
Hi Jeremy,
Can you suggest one evaluator from the Bronx clinic and 1-2 psychiatrists from the Manhattan clinic who would be willing/able to participate in a workgroup to think about a standardized clinical approach to the exams? Will also include two evaluators from Brooklyn and Queens, both psychologists. Not interested in a rigid form or approach that everyone has to fill out the same way, but some standardized guidance along with discussion re: when are records useful, candidates for psychological testing, etc.
I don't think this would take more than 2 meetings in February that can probably be done over the phone and held at 55 Water st.
Let me know if you want to talk over phone,
Thanks,
-e

| | |
|---|---|
| **From:** | CHS Communications [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BB768400F4514DA28735A71B2AD8935C-CHS COMMUNICA] |
| **Sent:** | 3/27/2018 4:23:41 PM |
| **To:** | CHS Communications [chscommunications@nychhc.org] |
| **Subject:** | RE: FPECC Update from Correctional Health Services |

Our apologies - the Director of the Queens Court Clinic is Dr. Elizabeth Owen, not Owens.

Thank you,
CHS Communications

---

**From:** CHS Communications
**Sent:** Tuesday, March 27, 2018 3:10 PM
**To:** CHS Communications
**Subject:** FPECC Update from Correctional Health Services

Dear Colleagues,
We are pleased to announce that on Sunday, April 1, 2018, management of the Forensic Psychiatric Evaluation Court Clinics ("FPECC") in Brooklyn and Queens will be consolidated within CHS. A lot of work has gone into preparing for this moment, and we wanted to share some information to help make this transition as smooth as possible.

Beginning April 1, staff at Brooklyn and Queens should contact the following CHS divisions for administrative and IT needs:
- For questions regarding administrative leave and benefits, please contact Human Resources: CHSHR@nychhc.org or 646-614-0153
- For questions regarding payroll or timekeeping, please contact Payroll: CHSPayroll@nychhc.org or 646-614-0160
- For questions about labor relations, please contact Employment and Labor Relations: CHSEmployeeRelations@nychhc.org or 646-614-0027
- For questions about IT, please contact CHS Information Technology: RikersIT@nychhc.org or 347-774-7110.

We are also happy to share with you the new FPECC management team:
- Dr. Abhishek Jain, Director of Forensic Psychiatry Evaluation Court Clinics
- Andrea Swenson, LMHC, Administrator for Forensic Psychiatry Evaluation Court Clinics
- Dr. Melissa Kaye, Director of the Bronx Court Clinic
- Dr. Daniel Mundy, Director of Manhattan Court Clinic
- Dr. Elizabeth Owens, Director of the Queens Court Clinic
- Dr. Barry Winkler, Director of the Brooklyn Court Clinic

Please welcome our newest hires:
- Edmund Dalton, Assistant Coordinating Manager, Queens Clinic
- Jennifer Rivera, Coordinating Manager, Manhattan Clinic
- Toba Sklar, Coordinating Manager, Queens Clinic
- Janai Williams, Coordinating Manager, Manhattan Clinic

We continue to work closely with staff in all of the clinics to prioritize and respond to issues that will help us best support your clinical, operational, and administrative work. In Queens, telephone numbers were assigned to each individual phone, and in both Brooklyn and Queens we are in the process of upgrading the IT infrastructure to improve performance and allow for expansion, such as upgrading the main circuit and individual workstations. We have also begun to train staff in Brooklyn and Queens on new applications, such as our electronic timekeeping system.

In Manhattan the fiber installation will soon be completed, and both Manhattan and the Bronx are being evaluated for a circuit upgrade. Telephones and workstations have been purchased for Manhattan and the Bronx and will be upgraded ahead of the July 1st, 2018 transition.

In all four clinics we have begun to develop new administrative and clinical policies. Dr. Elizabeth Ford, our Chief of Psychiatry, has convened two workgroup meetings with forensic evaluators from each clinic to create preliminary templates for 730 reports and guidelines about the interviewing process, medical records requests, and psychological testing. The FPECC management team will be meeting within the next month to review these recommendations, finalize the policies, and plan for the training and ongoing supervision of staff.

All remaining vacant positions are posted and under active recruitment. In the interim, we have contracted with Vizient, a health care staffing firm, to bring in staff as needed and provide temporary relief.

Development of an electronic case management system within the existing Correctional Health Information Reporting Program (CHIRP) has begun. This system will support integrated management and processing of each FPECC case from judicial order, gathering necessary medical records, to report. Stakeholders from each forensic clinic are providing input and feedback into program requirements and we will schedule testing and trainings over the spring to ensure a smooth implementation of a responsive system ready this summer. Finally, we are working to establish a standard language interpretation service in each borough clinic.

Thank you,
CHS Communications