| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 1/22/2018 2:51:13 PM |
| **To:** | Mundy, Daniel [daniel.mundy@nychhc.org]; Colley, Jeremy [jeremy.colley@nychhc.org]; Harper, Oliver [harpero1@nychhc.org]; Solanki, Kanishk [solankik2@nychhc.org]; Weiss, Jonathan [jonathan.weiss@nychhc.org]; Winkler, Barry [barry.winkler@nychhc.org] |
| **Subject:** | Re: Suggestions for a workgroup |

?Let me know dates, and I'll try to work it in

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Mundy, Daniel
**Sent:** Monday, January 22, 2018 1:48 PM
**To:** Colley, Jeremy; Harper, Oliver; Solanki, Kanishk; Weiss, Jonathan; Kaye, Melissa; Winkler, Barry
**Subject:** Re: Suggestions for a workgroup
?Certainly interested, please keep me in the loop.

DM

---

**From:** Colley, Jeremy
**Sent:** Thursday, January 18, 2018 4:48 PM
**To:** Harper, Oliver; Solanki, Kanishk; Mundy, Daniel; Weiss, Jonathan; Kaye, Melissa; Winkler, Barry
**Subject:** FW: Suggestions for a workgroup
See below - let me know if you are interested.

**From:** Ford, Elizabeth
**Sent:** Thursday, January 18, 2018 12:01 PM
**To:** Colley, Jeremy
**Subject:** Suggestions for a workgroup
Hi Jeremy,
Can you suggest one evaluator from the Bronx clinic and 1-2 psychiatrists from the Manhattan clinic who would be willing/able to participate in a workgroup to think about a standardized clinical approach to the exams? Will also include two evaluators from Brooklyn and Queens, both psychologists. Not interested in a rigid form or approach that everyone has to fill out the same way, but some standardized guidance along with discussion re: when are records useful, candidates for psychological testing, etc.
I don't think this would take more than 2 meetings in February that can probably be done over the phone and held at 55 Water st.
Let me know if you want to talk over phone,
Thanks,
-e