| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 2/12/2018 8:46:48 PM |
| **To:** | JCBloom@legal-aid.org |
| **CC:** | Colley, Jeremy [jeremy.colley@nychhc.org]; Winkler, Barry [barry.winkler@nychhc.org]; Persaud, Lucrecia [lucrecia.persaud@nychhc.org] |
| **BCC:** | melissakayemd@gmail.com; Santa Maria, Nate (Doctors Council) [nsantamaria@doctorscouncil.org] |
| **Subject:** | 730 schedule disruption per CHS |

Hi Jeff,

Three 730 cases have been scheduled for Tuesday 2/2718, two of which are LAS cases, one is an out-defendant LAS case that Lucrecia has already sent out notification. I know Mondays and Tuesdays are the best days for you to see cases, and that you have commitments off site on other days. I have always made every effort to accommodate your schedule so you can most easily be present LAS 730 exams.

As you know, CHS is taking over the city court clinics. Unfortunately, I no longer have authority over our schedule or staff. Barry learned from Elizabeth Ford today that he is being pulled out of the clinic on 2/27/18 to attend the first of several exclusive "City wide 730 workgroup" meetings downtown. Although I am a very senior, highly qualified examiner, I was not asked to participate in this process to "standardize and streamline" 730s. Similarly, I was not consulted about the date of the meeting so I did not have the opportunity to provide input on which day would be least disruptive for Barry to be pulled.

In any event, Barry is now unavailable to do evaluations on Tuesday 2/27/18, and it is expected that he will again be unavailable in an impromptu manner to attend future CHS 730 workgroup meetings.

## Evaluators performing 730 exams separately is something that can and has been done before. I will
see the cases scheduled on 2/27/18 without a second evaluator. There is no justification for me to forgo my scheduled job duties, nor do not want to be held accountable for cases getting adjourned due to scheduling conflicts imposed by CHS meetings.

Please come to the clinic as planned on 2/27 to see your cases with me. If you wish to sit in on Barry's evaluation at a later date, you can reach out to him directly for scheduling. I don't know if he will be able to see these cases in time to prevent adjournments. All three cases have short turnaround times, and one case is an incarcerated LAS misdemeanor. I know you have hospital arraignments on Wednesday and Thursday so these cases may not get done if you plan to attend Barry's evaluation too. Regardless, I am discharging my duty and proceeding as scheduled with all three cases on 2/27/18.

Talk soon,
Melissa


?

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344