| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 3/12/2018 2:33:57 PM |
| **To:** | rtorres@nycourts.gov |
| **Subject:** | Fw: ▮ |

Dear Judge Torres,
I will be keeping you informed of all records matters regarding cases in the Bronx.
Thank you,

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Kaye, Melissa
**Sent:** Monday, March 12, 2018 2:23 PM
**To:** Colley, Jeremy
**Subject:** Fw: ▮

?Hi Jermey,

FYI this case has a high suspicion for malingering. The defendant is facing hard time upstate. I believe that relying on redacted records falls below the standard of practice for forensic (and clinical) psychiatry.

Chief Administrative Judge Torres in the Bronx has been in contact with Mayor's Office regarding this issue. Most mental health defense attorneys and DA's believe we need to use unredacted records in order to render an opinion within a reasonable degree of medical certainty, and to avoid controversions and maintain our professional credibility.

I also have concerns about the increased medicolegal liability of using redacted records. I am aware of MD's successfully being sued for making a diagnosis of malingering, as well as for incomplete review of medical records.

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Persaud, Lucrecia
**Sent:** Monday, March 12, 2018 12:03 PM
**To:** Kaye, Melissa
**Cc:** Winkler, Barry
**Subject:** Fw: ▮

fyi

Lucrecia Persaud
Assist. Coord. Mgr.
Bronx Court Clinic

215 East 161 Street, Rm. 318
Bronx, NY 10451

Phone: 718 410 2345
Fax: 718 410 2344

---

**From:** Caltagirone, Lucia
**Sent:** Monday, March 12, 2018 12:00 PM
**To:** Persaud, Lucrecia
**Subject:** ▮▮▮▮▮▮▮▮

Lucrecia,
Are the redacted medical records provided to the Manhattan clinic acceptable to the Bronx clinic clinicians for their examination of the patient?
Thank you.
Lucia A. Caltagirone, Esq.

NYC HEALTH+HOSPITALS | LEGAL AFFAIRS

125 Worth Street, Room 527
New York, NY 10013
Tel: (212) 323-2261
Cell: (917) 231-6062