| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 3/13/2018 11:48:49 AM |
| **To:** | melissakayemd@gmail.com |
| **Subject:** | Fw: |

**From:** Kaye, Melissa
**Sent:** Tuesday, March 13, 2018 10:44 AM
**To:** Colley, Jeremy
**Subject:** Re:

Hi Jeremy,

Thank you for your involvement and support. I think using records with any redaction renders the report and conclusion unsupported and incomplete.

Also, I am not willing to make myself vulnerable to a medical malpractice allegation simply because H & H legal department is pushing us to practice medicine below the standards set forth by our profession.

As I have said before, this issue is between H & H legal and the judges and lawyers seeking our expertise. It is not appropriate for me to continually be put in the middle and pressured to compromise the quality of our work just because H & H legal has not worked out their issue with the criminal courts regarding obtaining the unredacted medical records that are absolutely necessary for us to properly do our job.

We never had this problem until CHS took over Rikers, and we do not have this problem with any other facility, including OMH, correctional facilities upstate or privately run institutions.

If other forensic evaluators choose to compromise the integrity of their work that is on them and beyond my role to address. I do think that the MD's are much more vulnerable on this issues than psychologists. A successful civil medical malpractice lawsuit for failure to review the complete record or an unsubstantiated diagnosis of malingering is a slam dunk.

H & H has been defying judicial subpoenas and putting undue pressure on me to compromise the quality of our evaluations. Perhaps the Courts or the DA's office should be requesting these unredacted records directly to take us out of the loop? I'll keep you posted.

Thanks for your help and support,
Melissa


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Colley, Jeremy
**Sent:** Monday, March 12, 2018 5:26 PM
**To:** Kaye, Melissa
**Subject:** Fw:

HI Melissa -

As you know, I support your position that you cannot complete the evaluation with redacted records.

See below - can you clarify if you have received one set of records, or a second, with different redactions?

**Jeremy Colley, M.D.**
Associate Chief, Department of Psychiatry
Director, Division of Forensic Psychiatry
Bellevue Hospital Center
Associate Clinical Professor of Psychiatry
NYU School of Medicine

---

**From:** Badaracco, Mary
**Sent:** Monday, March 12, 2018 4:21 PM
**To:** Colley, Jeremy
**Subject:** FW: ▮▮▮▮▮▮
Your advice please re: a response. Sorry this requires so much time.

**From:** Caltagirone, Lucia
**Sent:** Monday, March 12, 2018 2:59 PM
**To:** Badaracco, Mary
**Subject:** FW: ▮▮▮▮▮▮
FYI – is there a way to confirm that she is looking at the most recent set of redacted records.

**From:** Kaye, Melissa
**Sent:** Monday, March 12, 2018 2:43 PM
**To:** Caltagirone, Lucia <lcaltagirone@nychhc.org>
**Cc:** Persaud, Lucrecia <Lucrecia.Persaud@nychhc.org>; Winkler, Barry <Barry.Winkler@nychhc.org>
**Subject:** Fw: ▮▮▮▮▮▮
Hello Ms. Caltagirone,
We cannot use redacted records to complete evaluations. Please forward unredacted records for ▮▮▮▮▮▮ ▮▮▮▮▮per judicial subpoena.
Thank you,
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Persaud, Lucrecia
**Sent:** Monday, March 12, 2018 12:03 PM
**To:** Kaye, Melissa
**Cc:** Winkler, Barry
**Subject:** Fw: ▮▮▮▮▮▮
fyi
Lucrecia Persaud
Assist. Coord. Mgr.
Bronx Court Clinic
215 East 161 Street, Rm. 318
Bronx, NY 10451

Phone: 718 410 2345
Fax: 718 410 2344

**From:** Caltagirone, Lucia
**Sent:** Monday, March 12, 2018 12:00 PM
**To:** Persaud, Lucrecia
**Subject:** ███

Lucrecia,

Are the redacted medical records provided to the Manhattan clinic acceptable to the Bronx clinic clinicians for their examination of the patient?

Thank you.

Lucia A. Caltagirone, Esq.

NYC HEALTH+HOSPITALS | LEGAL AFFAIRS

125 Worth Street, Room 527
New York, NY 10013
Tel: (212) 323-2261
Cell: (917) 231-6062