| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 3/23/2018 11:46:57 AM |
| **To:** | rtorres@nycourts.gov |
| **Subject:** | Fw: Third party communication |

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Newton, Deirdre
**Sent:** Friday, March 23, 2018 11:20 AM
**To:** Kaye, Melissa
**Cc:** Colley, Jeremy; Caltagirone, Lucia; Badaracco, Mary
**Subject:** Third party communication

Good morning, Dr. Kaye,

The email below was forwarded to me. I am writing to remind you that your communications with the system's attorneys are privileged. In the future, please do not put that privilege at risk by copying third parties on email that you send.

Thank you,
Deirdre Newton
Senior Counsel
NYC Health + Hospitals
(212) 788-3300

---------------------------------------------------------

**From:** Kaye, Melissa
**Sent:** Friday, March 23, 2018 11:00 AM
**To:** Caltagirone, Lucia <lcaltagirone@nychhc.org>
**Cc:** rtorres@nycourts.gov
**Subject:** Redacted records received

?Please note we received redacted records for defendant ▇▇▇▇▇ including parts of the psychosocial history of substance abuse and laboratory studies. This will cause a delay in completing the reports which are due court this Monday.

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345wi
Fax: 718-410-2344