**From:** Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F]
**Sent:** 1/5/2018 11:54:09 AM
**To:** Yang, Patricia [patricia.yang@nychhc.org]
**Subject:** Can i talk to you re: Bronx clinic director after call with Liz?

Just off the phone with Melissa Kaye

Confidential