| | |
|---|---|
| **From:** | Yang, Patricia [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.YANG.NYCHHC.ORG] |
| **Sent:** | 1/31/2018 3:30:26 PM |
| **To:** | Hicks, William [william.hicks@nychhc.org] |
| **Subject:** | Re: 730 clinic management consolidation |

Time will tell. I understand that she already tried unsuccessfully to find a spot with you. Thanks, you're a good travel partner.

On Jan 31, 2018, at 3:18 PM, Hicks, William <William.Hicks@nychhc.org> wrote:

> No concerns, not sure how the loss of bonus next year will play out. I'm on the bus with you.
>
> Bill
>
> -----Original Message-----
> From: Yang, Patricia
> Sent: Wednesday, January 31, 2018 1:15 PM
> To: Hicks, William <William.Hicks@nychhc.org>
> Subject: RE: 730 clinic management consolidation
>
> We want to stick with July 1, 2018 cutover for your two clinics solely to protect the four (1FT, 3 PT)psychiatrists eligibility to get their $20K retention bonus due July 1, 2018. We do believe they will not be eligible for the bonus for their time with us after the July 2018 bump, but it buys us and them time to settle in or find another option without throwing the clinics in chaos. During the period up to July 1, 2018, we will be transitioning management anyway - filling the vacancies onto our payroll, hiring up missing managers onto our payroll, increasing our management and supervisory presence. Let me know if concerns - it really just boiled down to the retention bonuses that Melissa was clearly concerned about. This meets her (and the other three) halfway.
>
> -----Original Message-----
> From: Yang, Patricia
> Sent: Wednesday, January 31, 2018 11:37 AM
> To: Hicks, William <William.Hicks@nychhc.org>
> Subject: RE: 730 clinic management consolidation
>
> I got a copy of the agreement that Stan negotiated. As I read it, I am pretty sure there is no way the psychiatrists will get the July 2019 bump if they come to us. And I am fairly certain they will only get the July 2018 bump if they stay with you through June 30, 2018. But I've asked my finance, labor and HR folks to read and tell me if my interpretation is correct. If it is, it is worth stability for the clinics and the staff to stay on your payroll through June 30th to at least get one of the two $20K bonuses. Will be back in touch.
>
> -----Original Message-----
> From: Hicks, William
> Sent: Monday, January 29, 2018 10:02 PM
> To: Yang, Patricia <Patricia.Yang@nychhc.org>
> Subject: Re: 730 clinic management consolidation
>
> Why not April for Manhattan and Bronx? Not like we couldn't commit to supporting as needed.

Confidential

Rip the band-aid off! ??

Sent from my iPhone

On Jan 29, 2018, at 9:56 PM, Yang, Patricia <Patricia.Yang@nychhc.org> wrote:

Proposing tapered transition with final cutover to CHS on:

April 1, 2018 for the queens and Brooklyn clinics

July 1, 2018 for the Manhattan and Bronx clinics

Let me know questions a/o concerns.

Confidential