| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 1/5/2018 8:01:41 AM |
| **To**: | Ford, Elizabeth [eford@nychhc.org] |
| **Subject**: | Re: Hi Melissa! |

Hi Elizabeth,
Thanks for reaching out. I'm free to talk anytime, uncertain about what's happening, text or call when you're free
Thanks 917-842-3092

Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

---

From: Ford, Elizabeth
Sent: Wednesday, January 3, 2018 5:03 PM
To: Kaye, Melissa
Subject: Hi Melissa!

Happy new year!
I trust Jeremy has told you about the discussions happening around the court clinics. Wondering if you and I could chat this week or next? Lots of rumors and I just wanted to talk in person to let you know what I know and hear what you've been thinking.
Most importantly, hope you and your kids are all well! Had been a long time...
All the best,
Elizabeth

Sent from my iPhone
347-461-5830

Confidential                                                                                                           NYC_003244