| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 2/23/2018 2:58:45 PM |
| **To**: | Badaracco, Mary [mary.badaracco@nychhc.org] |
| **CC**: | Colley, Jeremy [jeremy.colley@nychhc.org] |
| **BCC**: | melissakayemd@gmail.com |
| **Subject**: | BHC line jobs |

Hi Dr. Badaracco,

I'm following up regarding my interest in a job at Bellevue on an HHC line. I can work in forensic, child, outpatient, ER or other areas. My first choice is to work on 19.

I would like to start a new position prior to the CHS take over of the Bronx Court Clinic, which is scheduled to be complete by July 1. I know most lines are NYU at this point, but my union said there is internal flexibility at hospitals to change back to HHC lines.

Thank you for your consideration?,

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344