| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 5/25/2018 4:00:05 PM |
| **To**: | Katzab, Michael [michael.katzab@nychhc.org] |
| **CC**: | Hazelwood, Chaka [hazelwoc@nychhc.org] |
| **Subject**: | Re: Psychiatry jobs Bellevue |
| **Attachments**: | CV-MelissaKayeMD2015Jan.pdf |

?I am interested in working anywhere at Bellevue on a Bellevue HHC line. Are there any open jobs. Is there a number I can call you at? Attached is my CV?
Thank you


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Katzab, Michael
**Sent:** Friday, May 25, 2018 2:53 PM
**To:** Kaye, Melissa
**Cc:** Hazelwood, Chaka
**Subject:** RE: Psychiatry jobs Bellevue
Hi Dr. Kaye,
I just attempted to call you. Your VM is full!
What areas or facilities are you interested in? Can you share your CV with me?
Thank you!
M

---

**From:** Kaye, Melissa
**Sent:** Friday, May 25, 2018 2:42 PM
**To:** Katzab, Michael
**Subject:** Psychiatry jobs Bellevue
?Hello
I received a Linkedin email that there are psychiatry jobs at Bellevue. Please let me know what if any job on HHC lines are available. I am looking at options for a lateral transfer.
Thank you
Melissa Kaye, M.D.
917-842-3092

| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 2/23/2018 2:58:45 PM |
| **To**: | Badaracco, Mary [mary.badaracco@nychhc.org] |
| **CC**: | Colley, Jeremy [jeremy.colley@nychhc.org] |
| **BCC**: | melissakayemd@gmail.com |
| **Subject**: | BHC line jobs |

Hi Dr. Badaracco,

I'm following up regarding my interest in a job at Bellevue on an HHC line. I can work in forensic, child, outpatient, ER or other areas. My first choice is to work on 19.

I would like to start a new position prior to the CHS take over of the Bronx Court Clinic, which is scheduled to be complete by July 1. I know most lines are NYU at this point, but my union said there is internal flexibility at hospitals to change back to HHC lines.

Thank you for your consideration?,

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Confidential

| | |
|---|---|
| **From**: | Badaracco, Mary [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARY.BADARACCO.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 6/5/2018 10:00:13 AM |
| **To**: | Kaye, Melissa [melissa.kaye@nychhc.org] |
| **CC**: | Colley, Jeremy [jeremy.colley@nychhc.org]; Hixson, Todd [todd.hixson@nychhc.org]; Badaracco, Mary [mary.badaracco@nychhc.org] |
| **Subject**: | FW: 19 job questions |

Hi Melissa. Shamelle Harcum in Bellevue HR is the one who can confirm your HR Q's, including all title, salary, and benefit questions. I will alert her that you will be contacting her.

If you tell me by the end of this week that you want to transfer here, you, Jeremy and I will confirm your starting date.

Mary Anne

---

**From:** Kaye, Melissa
**Sent:** Tuesday, June 05, 2018 8:38 AM
**To:** Colley, Jeremy <Jeremy.Colley@nychhc.org>
**Subject:** 19 job questions

Hi Jeremy
Is the line an HHC Physician Specialist or Attending III?
What is the salary range?
When is the start date?
Does everything carry over, accrued time, longevity pay, benefits etc?
Will I have my own office?

Thanks
Melissa


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Confidential

**From**:        Nathan Truong [nathan@mymotivz.com]
**Sent**:        9/11/2018 10:36:39 AM
**To**:          Kaye, Melissa [melissa.kaye@nychhc.org]
**Subject**:     Re: Updates for Dr. Kaye (Manhattan)

Thanks, Dr. Kaye. I just responded to your Gmail account. If you don't see it, please let me know.


Best,

**Nathan Truong**
Director of Career Development
MyMotivz | Progress Starts Now
Direct: 714.248.3223 Office: 949.271.9102
www.MyMotivz.com



On Tue, Sep 11, 2018 at 7:17 AM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

I'm interested in learning more information about this opportunity. Please send all further information to

melissakayemd@gmail.com

I can be reached on 917-842-3092

Thank you.

Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

---

**From:** Nathan Truong <nathan@mymotivz.com>
**Sent:** Tuesday, September 11, 2018 8:26 AM
**To:** Kaye, Melissa
**Subject:** Updates for Dr. Kaye (Manhattan)

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. If it looks suspicious, send it as an attachment to spamadmin@nychhc.org*

Hi Dr. Kaye,

NYC_000515

I have another Psychiatrist position in Manhattan for $384,000 with no on-call, no nights and no weekends. Full benefits and malpractice coverage are included. I know you're still with NYC Health but just wanted to keep you in the loop.

May I share this job with you? Thanks, Dr. Kaye.

Best,

**Nathan Truong**
Director of Career Development
MyMotivz | Progress Starts Now
Direct: 714.248.3223 Office: 949.271.9102
www.MyMotivz.com

**Visit www.nyc.gov/hhc**

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

NYC_000516

**From**:     Badaracco, Mary [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARY.BADARACCO.BELLEVUE.NYCHHC.ORG]
**Sent**:     10/5/2018 8:42:57 PM
**To**:       Kaye, Melissa [melissa.kaye@nychhc.org]
**Subject**:  RE: Retention Bonus

Thanks, Melissa. I will update Child.
Hope your weekend is good.
Mary Anne

**From:** Kaye, Melissa
**Sent:** Friday, October 05, 2018 6:35 PM
**To:** Badaracco, Mary
**Subject:** Re: Retention Bonus

Thank you. I'll forward my updated CV when I find out if I passed the child boards. FYI I can be hired on a NYU line after 8/8/19 but I can start on an HHC line at any time. Thank you. Enjoy your long weekend.


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Badaracco, Mary
**Sent:** Thursday, October 4, 2018 3:35 PM
**To:** Kaye, Melissa
**Subject:** RE: Retention Bonus

Hi Melissa. The doctors' union just contacted me (Nate SantaMaria) and I confirmed via email that you are eligible for the bonus, due to continuous H+H employment from July 2017 thru 6-30-18.He said you would receive it. Let me know any glitches.

Great that you took your boards. We now have a new Child Psychiatry Chief, Rebecca Weis, who started on Monday. I will speak with her re: opportunities—the forensic-child expertise is often needed.

Very good to hear from you too! I hope the transition is working out as well as possible.

Mary Anne

**From:** Kaye, Melissa
**Sent:** Thursday, October 04, 2018 3:27 PM
**To:** Badaracco, Mary <Mary.Badaracco@nychhc.org>
**Subject:** Retention Bonus

Hi Dr. Badaracco,

I hope all is well. I miss Bellevue. I'm writing because I am eligible for the retention bonus but for some reason I was left off the list. Patzy Yang had sent me an email in June saying that I was being kept on a BHC payline until July 1 to ensure that I receive the bonus, so I think everyone is in agreement that I meet the criteria for the $20K bonus.

Confidential

On another note, I sat for my child boards last month, I don't know if I passed, but either way I would be interested in coming back to Bellevue in the outpatient department, if any HCC line were to open up.

Thank you,
Melissa

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Confidential

| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 12/11/2018 10:26:46 AM |
| **To**: | Badaracco, Mary [mary.badaracco@nychhc.org]; Colley, Jeremy [jeremy.colley@nychhc.org] |
| **Subject**: | Employment Sought |
| **Attachments**: | CV-MelissaKayeMD2018Dec.pdf |

?Hi Drs. Badaracco and Colley

I am seeking employment at Bellevue. I am board certified in general, forensic and child and adolescent psychiatry. I also have experience in geriatric, consultation liaison and substance abuse.

I am seeking an HHC line to ensure that my children can utilized the generous orthodontic benefits offered by Doctors' Council.

I am available to start in January 2019. I can work a shift with a start time of 9AM.

Attached is my CV

Thank you for your consideration.

Melissa Kaye, M.D.?
917-842-3092

| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 5/30/2018 2:47:24 PM |
| **To**: | Minton, ROLLIE [mintonr@nychhc.org] |
| **Subject**: | seeking employment at Bellevue on HHC line |

Hello
Please let me know if there are any psychiatry jobs at Bellevue. I can start immediately

Melissa Kaye, M.D.
917-842-3092

Confidential

**From**:     Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG]
**Sent**:     6/1/2018 12:37:30 PM
**To**:       Badaracco, Mary [mary.badaracco@nychhc.org]
**CC**:       Colley, Jeremy [jeremy.colley@nychhc.org]
**Subject**:  Job on 19

Hi Dr. Badaracco,

I tried to find out job numbers as you asked. My union said they don't have that information and said I should call DCAS or go to payroll, which I'm doing.

I would like to accept the job on 19 pending clarification of details including salary/line etc. Can we meet next week?

Thank you
Melissa
917-842-3092

Confidential

**From**:          Docs4NYC [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP
                   (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=56EEA267B9C848068267B0E6AD8F6AFF-PHYSICIAN CAR]
**Sent**:          10/24/2018 12:10:33 PM
**To**:            Kaye, Melissa [melissa.kaye@nychhc.org]
**Subject**:       RE: Looking for HHC line

Hi Melissa:

It's great hearing from you.

Please send us your resume. I will then be able to let you know a position that may match your criteria below.

Best,

Recruiter, Talent Acquisition Services
System Human Resources



*Please visit our* Employee Resource Center *- the one-stop, easy to use place on our intranet for all Human Resources information and employee self-service functions*

**From:** Kaye, Melissa
**Sent:** Tuesday, October 23, 2018 8:36 PM
**To:** Docs4NYC
**Subject:** Looking for HHC line

Hello,
I'm looking for work in forensics, child, ER or substance abuse on an HHC line.

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Confidential