| | |
|---|---|
| **From**: | Yang, Patricia [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.YANG.NYCHHC.ORG] |
| **Sent**: | 1/22/2019 11:34:08 AM |
| **To**: | Blanche Greenfield (Blanche.Greenfield@nychhc.org) [blanche.greenfield@nychhc.org] |
| **CC**: | jonathan wangel [wangelj@nychhc.org] |
| **Subject**: | MK |

Any update on Melissa Kaye going back to Bellevue as she requested?

Confidential
NYC_001187