| | |
|---|---|
| **From:** | Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F] |
| **Sent:** | 3/27/2018 1:07:00 PM |
| **To:** | Mundy, Daniel [daniel.mundy@nychhc.org] |
| **Subject:** | FW: Welcome! (and CV's to review!) |
| **Attachments:** | DIANA_DIMITRI_Resume_35772.docx; JONATHAN_KENT_Resume_35772._Kent_Psy.D_CV.docx; RAINA_LAMADE_Resume_35772.CV.3.18.DOC.pdf; SUSANNA_PREZIOSI_Resume_35772.2018.pdf |

---

**From:** Ford, Elizabeth
**Sent:** Tuesday, March 27, 2018 12:23 PM
**To:** Owen, Elizabeth ; Kaye, Melissa ; Mundy, Daniel ; 'Winkler, Barry' ; 'Abhishek Jain'
**Cc:** Lewis, Susannah ; Garcia-Mansilla, Alexandra ; Swenson, Andrea
**Subject:** Welcome! (and CV's to review!)

Good morning existing and soon-to-be directors!!!

First, I'm really excited to get to work with you all as a group and to introduce you to each other in person.
- Dr. Abhisek Jain, Director of Forensic Psychiatry Evaluation Court Clinics
- Dr. Melissa Kaye, Director of the Bronx Court Clinic
- Dr. Daniel Mundy, Director of Manhattan Court Clinic
- Dr. Elizabeth Owens, Director of the Queens Court Clinic
- Dr. Barry Winkler, Director of the Brooklyn Court Clinic

We'll all be meeting sometime the week of 4/16, I hope. I will also be sending out emails with more awesome information about each of you in the coming weeks.

Second, other important people whose names you should know and who you will meet soon:

- Andrea Swenson, Senior Administrator for the Court Clinics. She'll be working closely with Dr. Jain and also managing the administrative staff and operations.
- Dr. Alex Garcia-Mansilla, Director of Psychological Assessment for CHS. Will be providing oversight of psychological testing procedures and issues related to all four clinics
- Susannah Lewis, my administrative support. You've all met her over email, I'm sure.

Third (since no time like the present to start hiring!), attached are 4 resumes that we have received for vacant or soon-to-be psychology positions in all four clinics. I have only vetted these to see if people generally qualify; I do not know if the applicants have preferences for a particular clinic. If you are interested in interviewing any of these applicants, **please be in touch with Susannah Lewis asap**. She will then reach out to the applicants, get additional information about clinic preference, and get back to you. There may be some who only want a particular borough. I would like Dr. Jain to interview all applicants in addition to the clinic directors, although the interviews don't necessarily have to be at the same time. Once you've interviewed, please let me know if you'd like to hire or not for your clinic. I'm hoping that there won't be a conflict between clinics, but if that happens, we'll sort it out fairly. I'll also be introducing you all to CHS hiring practices/HR/etc when we start meeting more regularly.

*Some food for thought*: Although these are all listed as full-time, if good applicants want part-time, and it makes clinical sense, ok to accommodate. The new psychology positions should be able to be offered at a level III position. Please do not promise salary options to applicants; the range is listed in the posting. I'm around for any questions.

See you soon!
-e

p.s. more emails to follow, I'm sure.

Confidential

NYC_001959