| | |
|---|---|
| From: | Anderson, Aaron [/o=CORPNYCHHC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2c967fbcccf14f349ea13e881e6f6838-Anderson, Aar] |
| Sent: | 4/25/2018 10:40:01 AM |
| To: | Yang, Patricia [patricia.yang@nychhc.org] |
| CC: | Gillen, Sara [gillens@nychhc.org] |
| Subject: | RE: Bellevue 730 personnel |

Snip below. Talking with Sara now. Kaye makes more than everyone except Ciric's old line and of course the uber Mundy.

### FPECC - Clinical

| Name | FTE | Facility | Boro | Title | | Group | Annualized Sal | Actual Salary |
|---|---|---|---|---|---|---|---|---|
| VACANT (oversight) | 1 | CHS | CHS | Associate Executive Director | Director of Forensic Psychiatry | Group 11 | $ 210,000.00 | $ 210,000.00 |
| VACANT (Steve Ciric) | 1 | Bellevue | M | Senior Director | Manhattan | Group 11 | $ 205,000.00 | $ 205,000.00 |
| Mundy, Daniel | 0.5 | Bellevue | M | Attending Physician L-III | | Doc. C | $ 176,828.00 | $ 88,414.00 |
| Weiss, Jonathan | 0.5 | Bellevue | M | Physician Specialist | | Doc. C | $ 202,826.00 | $ 101,413.00 |
| Harper, Oliver | 0.5 | Bellevue | M | Psychiatrist | | Doc. C | $ 160,000.00 | $ 80,000.00 |
| Solanki, Kanishk | 0.6 | Bellevue | M | Psychiatrist | | Doc. C | $ 148,807.00 | $ 89,284.20 |
| VACANT (E. Arias L/D 2/23/2 | 0.57 | Bellevue | M | Psychologist L-II | | DC37 | $ 80,991.00 | $ 46,164.87 |
| VACANT (L. Bishel L/D 3/2/2 | 0.6 | Bellevue | M | Psychologist L-II | | DC37 | $ 86,148.00 | $ 51,688.80 |
| Patten, Kimberly | 1 | Bellevue | M | Social Worker L-1 | | DC37 | $ 61,741.00 | $ 61,741.00 |
| | 0.7 | | | Forensic Fellow - NYU/Columbia | | | | |
| Kaye, Melissa | 1 | Bellevue | BX | Attending Physician L-II | | Doc. C | $ 203,912.00 | $ 203,912.00 |
| Winkler, Barry | 1 | Affiliate | BX | Psychologist | | DC37 | | $ 93,449.00 |
| Owen, Elizabeth | 1 | Kings | BK | Director | | Group 11 | $ 114,195.00 | $ 114,195.00 |
| Francois, Patrice | 1 | Kings | BK | Psychologist L-II | | DC37 | $ 82,787.00 | $ 82,787.00 |
| Paradis, Cheryl | 0.72 | Kings | BK | Psychologist L-II | | DC37 | $ 83,683.00 | $ 60,251.76 |
| Radcliffe, Fiona | 1 | Kings | QN/BK | Psychologist L-III | | DC37 | $ 93,431.00 | $ 93,431.00 |
| Shao, Liang | 1 | Kings | QN/BK | Psychologist L-II | | DC37 | $ 85,711.00 | $ 85,711.00 |
| VACANT (Steven Rubel) | 1 | Kings | BK | Attendng MD III | Brooklyn Court Clinic Psychiatrist | Doc. C | $ 189,490.00 | $ 189,490.00 |
| Elizabeth Owen - Pipeline | 1 | Queens | QN | Senior Director | Clinical Director | Group 11 | $ 118,478.00 | $ 118,478.00 |
| Perry, Alan | 1 | Kings | QN | Psychologist L-III | | DC37 | $ 96,154.00 | $ 96,154.00 |
| VACANT (Chandra, Subhash | 1 | Kings | QN | Attendng MD III | Queens Court Clinic Psychiatrist | Doc. C | $ 189,490.00 | $ 189,490.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologist II | DC37 | $ 85,000.00 | $ 85,000.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologist | DC37 | $ 85,000.00 | $ 85,000.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologist | DC37 | $ 85,000.00 | $ 85,000.00 |

**From:** Yang, Patricia
**Sent:** Wednesday, April 25, 2018 10:30 AM
**To:** Anderson, Aaron
**Cc:** Gillen, Sara
**Subject:** Bellevue 730 personnel

Can you send me salaries for Kaye and her Peers Sara knows scoop

| From: | Yang, Patricia [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.YANG.NYCHHC.ORG] |
|---|---|
| Sent: | 5/3/2018 4:39:37 PM |
| To: | Howell, Paul [howellp1@nychhc.org] |
| Subject: | FW: Pay Equity for Court Clinic Medical Directors |

For fpecc

**From:** Laboy, Jessica
**Sent:** Thursday, May 03, 2018 4:30 PM
**To:** Yang, Patricia ; Gillen, Sara ; WANGEL, JONATHAN ; Macdonald, Ross ; Ford, Elizabeth
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

See below, provided Mundy's new salary with us as a manager...she earns the highest of all in Doc C

| Employee Name | Title | Full/Part Time | Current Annualized Salary (please confirm) | New Title w/ CHS | New Salary (If applicable) |
|---|---|---|---|---|---|
| Solanki, Kanishk | Psychiatrist | Part-Time | $ 148,807.00 | N/A | N/A |
| Harper, Oliver | Psychiatrist | Part-Time | $ 160,000.00 | N/A | N/A |
| Mundy, Daniel | Attending Physician III | Part-Time | $ 176,828.00 | Senior Director | $ 205,000.00 |
| VACANT (Chandra, Subhash) | Attending MD III | Full-Time | $ 189,490.00 | N/A | N/A |
| VACANT (Steven Rubel) | Attending MD III | Full-Time | $ 189,490.00 | N/A | N/A |
| Weiss, Jonathan | Physician Specialist | Part-Time | $ 202,826.00 | N/A | N/A |
| Kaye, Melissa | Attending Physician II | Full-Time | $191, 571 (w diff $203, 912) | N/A | N/A |

**From:** Yang, Patricia
**Sent:** Thursday, May 03, 2018 4:13 PM
**To:** Gillen, Sara <gillens@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

Thanks no urgency for the Jess info but we will need to be able to offer a position that suits the needs of FPECC and is fair and equitable to the scope and responsibility. We can offer her the management position comparable to Winkler and Mundy, to run Bx under us. Talk later.

**From:** Gillen, Sara
**Sent:** Thursday, May 03, 2018 3:55 PM
**To:** Yang, Patricia <Patricia.Yang@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

Jessica is reviewing the salaries at the time we planned the transition. I believe at that time she was the highest paid, but Jessica will confirm the numbers.

At this moment, two of her colleagues transitioned to management roles which has increased their pay above hers, but doesn't consider the union benefits (differentials, etc) that she receives.

Jessica will send info shortly.

Sara

---

**From:** Yang, Patricia
**Sent:** Thursday, May 03, 2018 3:43 PM
**To:** WANGEL, JONATHAN <wangelj@nychhc.org>; Gillen, Sara <gillens@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

I can do that but then I am dumping BHC into the soup. I don't know and don't want to know what they did to "address her eeoc" issues.

---

**From:** WANGEL, JONATHAN
**Sent:** Thursday, May 03, 2018 3:41 PM
**To:** Yang, Patricia <Patricia.Yang@nychhc.org>; Gillen, Sara <gillens@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

This is EEO. Strongly suggest Blanche be looped-in.

---

**From:** Yang, Patricia
**Sent:** Thursday, May 03, 2018 3:36 PM
**To:** Gillen, Sara <gillens@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** FW: Pay Equity for Court Clinic Medical Directors

In the meantime (and we should brainstorm for july but not with the entire FPECC crew), I propose to send her this reply below and separately sanitize her email and send to Bill and copy her, removing editorials and elephantine quotes.

Dr. Kaye,

Thank you for bringing your concerns to my attention.

As you know, the decision was made to postpone bringing the Bronx Court Clinic into Correctional Health Services (CHS) until July 1, 2018, specifically so that you will be an employee of Bellevue through June 30th and therefore eligible to receive the retention bonus. As such, I will convey these serious concerns and your request to the attention of Mr. William Hicks, CEO of Bellevue.

In the interim, we at CHS will investigate possibilities for ensuring equitable and appropriate remuneration in anticipation of the July move.


Do any of the five of you have a comment or concern about the proposed email a/o approach? I'd prefer to respond sooner than later.

---

**From:** Yang, Patricia
**Sent:** Thursday, May 03, 2018 2:19 PM