| | |
|---|---|
| **From**: | Anderson, Aaron [/o=CORPNYCHHC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2c967fbcccf14f349ea13e881e6f6838-Anderson, Aar] |
| **Sent**: | 4/25/2018 10:40:01 AM |
| **To**: | Yang, Patricia [patricia.yang@nychhc.org] |
| **CC**: | Gillen, Sara [gillens@nychhc.org] |
| **Subject**: | RE: Bellevue 730 personnel |

Snip below. Talking with Sara now. Kaye makes more than everyone except Ciric's old line and of course the uber Mundy.

### FPECC - Clinical

| Name | FTE | Facility | Boro | Title | Dept | Union | Annualized Sal | Actual Salary |
|---|---|---|---|---|---|---|---|---|
| VACANT (oversight) | 1 | CHS | CHS | Associate Executive Director | Director of Forensic Psychiatry | Group 11 | $ 210,000.00 | $ 210,000.00 |
| VACANT (Steve Ciric) | 1 | Bellevue | M | Senior Director | Manhattan | Group 11 | $ 205,000.00 | $ 205,000.00 |
| Mundy, Daniel | 0.5 | Bellevue | M | Attending Physican L-III | | Doc. C | $ 176,828.00 | $ 88,414.00 |
| Weiss, Jonathan | 0.5 | Bellevue | M | Physician Specialist | | Doc. C | $ 202,826.00 | $ 101,413.00 |
| Harper, Oliver | 0.5 | Bellevue | M | Psychiatrist | | Doc. C | $ 160,000.00 | $ 80,000.00 |
| Solanki, Kanishk | 0.6 | Bellevue | M | Psychiatrist | | Doc. C | $ 148,807.00 | $ 89,284.20 |
| VACANT (E. Arias L/D 2/23/2) | 0.57 | Bellevue | M | Psychologist L-II | | DC37 | $ 80,991.00 | $ 46,164.87 |
| VACANT (L. Bishel L/D 3/2/2( | 0.6 | Bellevue | M | Psychologist L-II | | DC37 | $ 86,148.00 | $ 51,688.80 |
| Patten, Kimberly | 1 | Bellevue | M | Social Worker L-1 | | DC37 | $ 61,741.00 | $ 61,741.00 |
| | 0.7 | | | Forensic Fellow - NYU/Columbia | | | | |
| Kaye, Melissa | 1 | Bellevue | BX | Attending Physican L-II | | Doc. C | $ 203,912.00 | $ 203,912.00 |
| Winkler, Barry | 1 | Affiliate | BX | Psychologist | | DC37 | | $ 93,449.00 |
| Owen, Elizabeth | 1 | Kings | BK | Director | | Group 11 | $ 114,195.00 | $ 114,195.00 |
| Francois, Patrice | 1 | Kings | BK | Psychologist L-II | | DC37 | $ 82,787.00 | $ 82,787.00 |
| Paradis, Cheryl | 0.72 | Kings | BK | Psychologist L-II | | DC37 | $ 83,683.00 | $ 60,251.76 |
| Radcliffe, Fiona | 1 | Kings | QN/BK | Psychologist L-III | | DC37 | $ 93,431.00 | $ 93,431.00 |
| Shao, Liang | 1 | Kings | QN/BK | Psychologist L-II | | DC37 | $ 85,711.00 | $ 85,711.00 |
| VACANT (Steven Rubel) | 1 | Kings | BK | Attendng MD III | Brooklyn Court Clinic Psychiatrist | Doc. C | $ 189,490.00 | $ 189,490.00 |
| Elizabeth Owen - Pipeline | 1 | Queens | QN | Senior Director | Clinical Direc | Group 11 | $ 118,478.00 | $ 118,478.00 |
| Perry, Alan | 1 | Kings | QN | Psychologist L-III | | DC37 | $ 96,154.00 | $ 96,154.00 |
| VACANT (Chandra, Subhash | 1 | Kings | QN | Attendng MD III | Queens Court Clinic Psychiatrist | Doc. C | $ 189,490.00 | $ 189,490.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologist II | DC37 | $ 85,000.00 | $ 85,000.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologis | DC37 | $ 85,000.00 | $ 85,000.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologis | DC37 | $ 85,000.00 | $ 85,000.00 |

**From:** Yang, Patricia
**Sent:** Wednesday, April 25, 2018 10:30 AM
**To:** Anderson, Aaron
**Cc:** Gillen, Sara
**Subject:** Bellevue 730 personnel

Can you send me salaries for Kaye and her
Peers Sara knows scoop