| | |
|---|---|
| **From:** | Yang, Patricia [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.YANG.NYCHHC.ORG] |
| **Sent:** | 5/3/2018 4:39:37 PM |
| **To:** | Howell, Paul [howellp1@nychhc.org] |
| **Subject:** | FW: Pay Equity for Court Clinic Medical Directors |

For fpecc

---

**From:** Laboy, Jessica
**Sent:** Thursday, May 03, 2018 4:30 PM
**To:** Yang, Patricia ; Gillen, Sara ; WANGEL, JONATHAN ; Macdonald, Ross ; Ford, Elizabeth
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

See below, provided Mundy's new salary with us as a manager...she earns the highest of all in Doc C

| Employee Name | Title | Full/Part Time | Current Annualized Salary (please confirm) | New Title w/ CHS | New Salary (If applicable) |
|---|---|---|---|---|---|
| Solanki, Kanishk | Psychiatrist | Part-Time | $ 148,807.00 | N/A | N/A |
| Harper, Oliver | Psychiatrist | Part-Time | $ 160,000.00 | N/A | N/A |
| Mundy, Daniel | Attending Physician III | Part-Time | $ 176,828.00 | Senior Director | $ 205,000.00 |
| VACANT (Chandra, Subhash) | Attending MD III | Full-Time | $ 189,490.00 | N/A | N/A |
| VACANT (Steven Rubel) | Attending MD III | Full-Time | $ 189,490.00 | N/A | N/A |
| Weiss, Jonathan | Physician Specialist | Part-Time | $ 202,826.00 | N/A | N/A |
| Kaye, Melissa | Attending Physician II | Full-Time | $191, 571 (w diff $203, 912) | N/A | N/A |

---

**From:** Yang, Patricia
**Sent:** Thursday, May 03, 2018 4:13 PM
**To:** Gillen, Sara <gillens@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

Thanks no urgency for the Jess info but we will need to be able to offer a position that suits the needs of FPECC and is fair and equitable to the scope and responsibility. We can offer her the management position comparable to Winkler and Mundy, to run Bx under us. Talk later.

---

**From:** Gillen, Sara
**Sent:** Thursday, May 03, 2018 3:55 PM
**To:** Yang, Patricia <Patricia.Yang@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

Jessica is reviewing the salaries at the time we planned the transition. I believe at that time she was the highest paid, but Jessica will confirm the numbers.

At this moment, two of her colleagues transitioned to management roles which has increased their pay above hers, but doesn't consider the union benefits (differentials, etc) that she receives.

Jessica will send info shortly.

Sara

---

**From:** Yang, Patricia
**Sent:** Thursday, May 03, 2018 3:43 PM
**To:** WANGEL, JONATHAN <wangelj@nychhc.org>; Gillen, Sara <gillens@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

I can do that but then I am dumping BHC into the soup. I don't know and don't want to know what they did to "address her eeoc" issues.

---

**From:** WANGEL, JONATHAN
**Sent:** Thursday, May 03, 2018 3:41 PM
**To:** Yang, Patricia <Patricia.Yang@nychhc.org>; Gillen, Sara <gillens@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Pay Equity for Court Clinic Medical Directors

This is EEO. Strongly suggest Blanche be looped-in.

---

**From:** Yang, Patricia
**Sent:** Thursday, May 03, 2018 3:36 PM
**To:** Gillen, Sara <gillens@nychhc.org>; Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** FW: Pay Equity for Court Clinic Medical Directors

In the meantime (and we should brainstorm for july but not with the entire FPECC crew), I propose to send her this reply below and separately sanitize her email and send to Bill and copy her, removing editorials and elephantine quotes.

Dr. Kaye,

Thank you for bringing your concerns to my attention.

As you know, the decision was made to postpone bringing the Bronx Court Clinic into Correctional Health Services (CHS) until July 1, 2018, specifically so that you will be an employee of Bellevue through June 30th and therefore eligible to receive the retention bonus. As such, I will convey these serious concerns and your request to the attention of Mr. William Hicks, CEO of Bellevue.

In the interim, we at CHS will investigate possibilities for ensuring equitable and appropriate remuneration in anticipation of the July move.

Do any of the five of you have a comment or concern about the proposed email a/o approach? I'd prefer to respond sooner than later.

**From:** Yang, Patricia
**Sent:** Thursday, May 03, 2018 2:19 PM

**To:** Gillen, Sara <gillens@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Cc:** Macdonald, Ross <rmacdonald@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Anderson, Aaron <andersoa9@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
**Subject:** Fwd: Pay Equity for Court Clinic Medical Directors

Need your input.

Begin forwarded message:

> **From:** "Kaye, Melissa" <Melissa.Kaye@nychhc.org>
> **Date:** May 3, 2018 at 2:08:58 PM EDT
> **To:** "Yang, Patricia" <Patricia.Yang@nychhc.org>
> **Subject: Pay Equity for Court Clinic Medical Directors**
>
> Dear Dr. Yang,
>
> I have been employed at the Health and Hospital Corporation (H&H) Bellevue Hospital Bronx Court Clinic as a forensic psychiatrist court evaluator since 1999. I have been the Medical Director of the Bronx Court Clinic since 2004. I have received unequal pay for equal work since I began my employment at H&H. I was hired on an Attending III line but my male colleagues working as forensic psychiatric court evaluators have been paid a higher salary on a Physician Specialist line.
>
> I learned from my union that at H & H there is a known pay disparity between male and female physicians who are doing the exact same work. This has been my situation. Dr. Steven Ciric, Medical Director of the Manhattan Court Clinic was on a Physician Specialist line. He worked 80% of a full time line and his extrapolated full time salary was approximately 30% higher than mine.
>
> My lower pay also reflects the hostile work environment in which I was hired. At the time I was hired, Manuel Trujillo, M.D. was the Director of the Department of Psychiatry at Bellevue Hospital. He was a known as a blatant chauvinist. Worse yet, the Director of the Division of Forensic Psychiatry, Robert Berger, M.D., treated women in a highly sexist manner and had a history of sexual misconduct. He was ultimately fired for allegations of sexual harassment.
>
> When I was hired in 1999, I was the only female forensic psychiatrist in the Division of Forensic Psychiatry. I was subjected to abuse and discrimination in addition to being hired on a lower paying line. This was despite my superior training and qualifications. I have additional training in child and adolescent psychiatry, above and beyond the forensic psychiatric training of my male colleagues. I am actuality more of a 'physician specialist' than the male court clinic psychiatric evaluators who paid more than me.

Confidential

In approximately 2012, I brought this pay inequality to the attention of the then Director of the Division of Forensic Psychiatry, Elizabeth Ford, M.D. who said she would speak to Dr. Maryanne Badaracco, the Director of Psychiatry for Bellevue Hospital. (Dr. Badaracco replaced Dr. Trujillo). Dr. Ford later told me "it was like moving elephants" to get anything done at Bellevue about this.

In approximately 2015, Dr. Jeremy Colley replaced Dr. Elizabeth Ford as the Director of the Division of Forensic Psychiatry. I mentioned my pay inequality to Dr. Colley who informed Dr. Badaracco. She said she would address this EEOC issue but told me that my line would not be changed to Physician Specialist. I got a small increase in my salary to the top range of an Attending III line but this did not provide pay equity with my male counterparts.

I have been trying for years to rectify this and believe this problem needs to be corrected since it is unlawful to pay me less because I am a woman. I request my line to be changed Physician Specialist with retention of all my current benefits, union membership, pension etc. with a consummate increase in compensation equal to or higher than my male colleagues.

Thank you for your attention to this matter.

Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2398

Fax: 718-410-2344