| | |
|---|---|
| **From:** | Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F] |
| **Sent:** | 2/6/2018 11:26:21 AM |
| **To:** | CHS Personnel Actions [chspersonnelactions@nychhc.org] |
| **CC:** | Macdonald, Ross [rmacdonald@nychhc.org] |
| **Subject:** | ARF and Backfill for Liz Owen |
| **Attachments:** | ARF_Owen.pdf; VRF_backfill Owen.pdf; Court Clinics Org Chart.pptx; Brooklyn Court Clinic Director.docx |

Attached please find
1. ARF to hire Liz Owen into vacant Queens clinical director line
2. VRF to post her Brooklyn court clinic director position with accompanying job description and org chart. Please use this job description instead of others you may have.
3. Please send me the Job ID as soon as posted.

Let me know if any questions, thanks
-e

| Action Request Form (ARF) |||| 
|---|---|---|---|
| Date: | 2-6-18 | Hiring Manager: (Print Name) | Elizabeth Ford, MD |
| VRF Reference #: | Clinical Director, Queens Court Clinic | Candidate Name: | Elizabeth Owen, PhD |
| Current Salary: (only for Internal Candidates) | $114,195 | Proposed Salary: | $114,195 |
| Increase Percentage: |  | Proposed Corporate Title: (if different from posting) | Senior Director |
| Proposed Work Schedule: | M-F, full-time | Proposed Department Start Date: | asap |
| Signatures of Approval: ||||
| Hiring Manager: (Sign & Date) |  | Department Head: (Sign & Date) | EBFord 2-6-18 |
| CHS HR Mgr: (Sign & Date) |  | PS Budget Analyst: (Sign & Date) |  |
| Sr. Dir of Finance: (Sign & Date) |  | Sr. Dir of HR: (Sign & Date) |  |
| COO: (Sign & Date) |  | SVP: (Sign & Date) |  |
| CHS HR Office Use Only: ||||
| Date Submitted to H+H HR or PAGNY HR: |  | Actual Start Date: |  |
| Provide Justification Below: ||||
|  ||||

Note: Current/Proposed Org Chart, Candidate Resume Affirmative Action Compliance Form must be submitted with this request.

| Vacancy Request Form (VRF) |||| 
|---|---|---|---|
| Date: | 2-6-18 | Hiring Manager: | Elizabeth Ford, MD |
| H+H or PAGNY? | H+H | FT/PT/Per Diem? | FT |
| Blanket? (If yes, # of Pos) | No | New Position or Backfill? (if backfill, provide previous incumbent name(s)) | Backfill, Liz Owen |
| Proposed Corporate Title: | *Senior Director* | Proposed Functional Title: | Director, Brooklyn Forensic Psychiatry Court Clinic |
| Proposed Salary: | $205,000 | Proposed Work Location/Schedule: | Brooklyn Court Clinic |
| Signatures of Approval: ||||
| Hiring Manager (Sign & Date): | | Department Head (Sign & Date): | *EBFord* 2-6-18 |
| CHS HR Mgr (Sign & Date): | | PS Budget Analyst (Sign & Date): | |
| Sr. Dir of Finance (Sign & Date): | | Sr. Dir of HR (Sign & Date): | |
| COO: (Sign & Date): | | SVP: (Sign & Date) | |
| CHS HR Office Use Only: ||||
| Date Submitted to H+H or PAGNY HR: | | Date Posted: | |
| VRF Reference # (CHS Control #): | | H+H or PAGNY Position #(s): | |

**Provide Justification Below:**

Liz Owen, PhD is becoming the Director of the Queens Court Clinic, leaving vacant the Director of the Brooklyn Court Clinic. *(new need)*

Note: Current Proposed Org Chart Job description must be submitted with this request.

| | |
|---|---|
| **From:** | Anderson, Aaron [/o=CORPNYCHHC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2c967fbcccf14f349ea13e881e6f6838-Anderson, Aar] |
| **Sent:** | 4/25/2018 10:40:01 AM |
| **To:** | Yang, Patricia [patricia.yang@nychhc.org] |
| **CC:** | Gillen, Sara [gillens@nychhc.org] |
| **Subject:** | RE: Bellevue 730 personnel |

Snip below. Talking with Sara now. Kaye makes more than everyone except Ciric's old line and of course the uber Mundy.

### FPECC - Clinical

| Name | FTE | Facility | Boro | Title | Notes | Group | Annualized Sal | Actual Salary |
|---|---|---|---|---|---|---|---|---|
| VACANT (oversight) | 1 | CHS | CHS | Associate Executive Director | Director of Forensic Psychiatry | Group 11 | $ 210,000.00 | $ 210,000.00 |
| VACANT (Steve Ciric) | 1 | Bellevue | M | Senior Director | Manhattan | Group 11 | $ 205,000.00 | $ 205,000.00 |
| Mundy, Daniel | 0.5 | Bellevue | M | Attending Physician L-III | | Doc. C | $ 176,828.00 | $ 88,414.00 |
| Weiss, Jonathan | 0.5 | Bellevue | M | Physician Specialist | | Doc. C | $ 202,826.00 | $ 101,413.00 |
| Harper, Oliver | 0.5 | Bellevue | M | Psychiatrist | | Doc. C | $ 160,000.00 | $ 80,000.00 |
| Solanki, Kanishk | 0.6 | Bellevue | M | Psychiatrist | | Doc. C | $ 148,807.00 | $ 89,284.20 |
| VACANT (E. Arias L/D 2/23/2) | 0.57 | Bellevue | M | Psychologist L-II | | DC37 | $ 80,991.00 | $ 46,164.87 |
| VACANT (L. Bishel L/D 3/2/2) | 0.6 | Bellevue | M | Psychologist L-II | | DC37 | $ 86,148.00 | $ 51,688.80 |
| Patten, Kimberly | 1 | Bellevue | M | Social Worker L-1 | | DC37 | $ 61,741.00 | $ 61,741.00 |
| | 0.7 | | | Forensic Fellow - NYU/Columbia | | | | |
| Kaye, Melissa | 1 | Bellevue | BX | Attending Physican L-II | | Doc. C | $ 203,912.00 | $ 203,912.00 |
| Winkler, Barry | 1 | Affiliate | BX | Psychologist | | DC37 | | $ 93,449.00 |
| Owen, Elizabeth | 1 | Kings | BK | Director | | Group 11 | $ 114,195.00 | $ 114,195.00 |
| Francois, Patrice | 1 | Kings | BK | Psychologist L-II | | DC37 | $ 82,787.00 | $ 82,787.00 |
| Paradis, Cheryl | 0.72 | Kings | BK | Psychologist L-II | | DC37 | $ 83,683.00 | $ 60,251.76 |
| Radcliffe, Fiona | 1 | Kings | QN/BK | Psychologist L-III | | DC37 | $ 93,431.00 | $ 93,431.00 |
| Shao, Liang | 1 | Kings | QN/BK | Psychologist L-II | | DC37 | $ 85,711.00 | $ 85,711.00 |
| VACANT (Steven Rubel) | 1 | Kings | BK | Attendng MD III | Brooklyn Court Clinic Psychiatrist | Doc. C | $ 189,490.00 | $ 189,490.00 |
| Elizabeth Owen - Pipeline | 1 | Queens | QN | Senior Director | Clinical Director | Group 11 | $ 118,478.00 | $ 118,478.00 |
| Perry, Alan | 1 | Kings | QN | Psychologist L-III | | DC37 | $ 96,154.00 | $ 96,154.00 |
| VACANT (Chandra, Subhash) | 1 | Kings | QN | Attendng MD III | Queens Court Clinic Psychiatrist | Doc. C | $ 189,490.00 | $ 189,490.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologist II | DC37 | $ 85,000.00 | $ 85,000.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologist | DC37 | $ 85,000.00 | $ 85,000.00 |
| VACANT (Queens NN) | 1 | Queens | QN | Psychologist II | Psychologist | DC37 | $ 85,000.00 | $ 85,000.00 |

**From:** Yang, Patricia
**Sent:** Wednesday, April 25, 2018 10:30 AM
**To:** Anderson, Aaron
**Cc:** Gillen, Sara
**Subject:** Bellevue 730 personnel

Can you send me salaries for Kaye and her
Peers Sara knows scoop