| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 6/4/2018 9:40:37 AM |
| **To**: | melissakayemd@gmail.com |
| **Subject**: | Fw: Pay Parity |

?

**From:** Ford, Elizabeth
**Sent:** Wednesday, April 25, 2018 10:08 AM
**To:** Kaye, Melissa
**Cc:** Jain, Abhishek
**Subject:** Re: Pay Parity
Of course.
Likely that much more flexibility for your salary if you are willing to move into managerial role, but I know that also means losing union/other benefits.
Regardless, please let me know how it goes. I want to be as supportive and fair as possible.

Sent from my iPhone
347-461-5830


On Apr 24, 2018, at 12:42 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

> Hi Elizabeth,
>
> I'd like to talk with Dr. Yang about pay parity. Are you okay if I reach out to her directly?
>
> Thanks
> Melissa
>
> Melissa Kaye, M.D.
> Medical Director
> Bronx Court Clinic
> phone: 718-410-2345
> Fax: 718-410-2344