| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 9/7/2018 5:46:36 PM |
| **To**: | melissakayemd@gmail.com |
| **Subject**: | Fw: Melissa Kaye BHC to CHS line change |

**From:** Kaye, Melissa
**Sent:** Monday, April 30, 2018 3:20 PM
**To:** Laboy, Jessica; WANGEL, JONATHAN
**Subject:** Melissa Kaye BHC to CHS line change

Hello Mr. Wangel and Ms. Laboy:
Thank you for taking the time to talk with me about the pending change of my line on July 1, 2018. I understand from our conversation that everything will stay the same and nothing will change when my line is transferred from Bellevue to CHS. My current benefits and job duties are:
1. Doctor's Council Union membership with all associated benefits including but not limited to dental, legal, orthodontic, vision, purchase discounts, disability insurance, dependent coverage, annuity fund etc.
2. I will not be taken out of Doctors Council to be put on a non-unionized managerial line.
3. I will receive the $20,000 retention bonus owed to Bellevue physicians per the MOA which has not yet been forthcoming. I will remain eligible and receive this bonus even if it is dispersed after July 1, 2018 when my line has been changed.
4. My 15 year longevity pay will continue, and my increase to 20 years longevity pay in 2019 will occur as scheduled.
5. My accrual rate of 16.40 for annual leave will continue and increased if stipulated in contractual agreement
6. I will continue to receive the Floating Holiday. I was hired in 1999 therefore entitled to this vacation day, which can be used as a banked vacation day. I have not used my Floating Hospital day for February 2018 so that will carry over.
7. All my currently accrued vacation and sick time will carry over
8. I will continue to get 5 paid conference/CME days per year. I have not used these in this calendar, academic or fiscal year.
9. Bereavement leave
10. 403(b) and 457 contribution and plans remain unchanged
11. Direct deposits contributions to 529 plan remain unchanged
12. NYCERS pension status and membership remains unchanged
13. Medical insurance with City of NY Empire BC/BS remains unchanged
14. My job description and title of Medical Director remain unchanged. I will continue to perform forensic psychiatric evaluation for the Bronx Criminal and Supreme Courts and provide administrative functions at the Bronx Court Clinic.
15. I will not be required to report to or work on Rikers Island or other City Court Clinics in different boroughs.
Thank you so much for your help with this transition,?

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344