| | |
|---|---|
| **From:** | Dickey, Nathaniel [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=311FC63870724155B06C8E8C1E04CD15-NATHANIEL DIC] |
| **Sent**: | 3/26/2018 5:19:33 PM |
| **To**: | Macdonald, Ross [rmacdonald@nychhc.org]; Gillen, Sara [gillens@nychhc.org]; Laboy, Jessica [laboyj@nychhc.org]; WANGEL, JONATHAN [wangelj@nychhc.org]; Ward, Elizabeth [warde1@nychhc.org]; Alberts, Patrick [palberts1@nychhc.org]; Farber, Benjamin (bfarber1) [bfarber1@nychhc.org]; Anderson, Aaron [andersoa9@nychhc.org]; Herrera, Jeffrey [jherrera@nychhc.org]; Ford, Elizabeth [eford@nychhc.org]; Fishman, Levi [levi.fishman@nychhc.org]; Yang, Patricia [patricia.yang@nychhc.org] |
| **Subject**: | FPECC Org Chart |
| **Attachments**: | Proposed Court Clinics Org Chart_03-26-18_v2.pptx |

All,

Per the discussion at our meeting this afternoon, attached please find an updated draft of the FPECC org chart.

Thanks,
Nate

Confidential

NYC_000140

# CHS/Forensic Psychiatry Evaluation Court Clinic
Organizational Chart

