**From:**     Yang, Patricia [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.YANG.NYCHHC.ORG]
**Sent:**     5/3/2018 4:33:51 PM
**To:**       Hicks, William [william.hicks@nychhc.org]
**CC:**       Kaye, Melissa [melissa.kaye@nychhc.org]
**Subject:**  Pay Equity Concern

Mr. Hicks,

I am referring for your attention concerns raised to me by Dr. Melissa Kaye, who is Medical Director of the Bronx Court Clinic, and who will be an Attending III with Bellevue until July when management of the clinic transitions to Correctional Health Services.

Dr. Kaye believes that she has been and is still paid less than her male colleagues. She indicates that she has brought the issue of pay inequality to several managers, most recently to Dr. Jeremy Colley and, through him, to Dr. Maryanne Badaracco.

I'm copying Dr. Kaye should your office need more information.

Confidential