| | |
|---|---|
| **From**: | Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F] |
| **Sent**: | 6/21/2018 2:27:26 PM |
| **To**: | Barber Rioja, Virginia [barberv@nychhc.org]; Macdonald, Ross [rmacdonald@nychhc.org] |
| **Subject**: | Fw: Jonathan |

fyi, nothing to do. Melissa Kaye is filing an EEO complaint with respect to pay differential that I think spans multiple years at Bellevue. Jonathan will be made aware.

---

From: Jain, Abhishek
Sent: Thursday, June 21, 2018 1:33 PM
To: Ford, Elizabeth
Subject: Jonathan

I let Melissa know that I'll need to tell Jonathan at least, and she was understanding that I need to report it to whomever from my end. No problem. She is hopeful and feels more optimistic that this will all lead to a positive outcome. Just passing along to you.

Thanks,

Beesh

Sent from my iPhone