| | |
|---|---|
| **From:** | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent:** | 5/11/2018 4:26:50 PM |
| **To:** | Swenson, Andrea [swensona@nychhc.org] |
| **Subject:** | RE: Titles |

For me:

Me:
Director, New York City Forensic Psychiatry Court Clinics

Liz:
Director, Queens Forensic Psychiatry Court Clinic

Melissa:
Director, Bronx Forensic Psychiatry Court Clinic

Dan:
Director, Manhattan Forensic Psychiatry Court Clinic

Barry:
Director, Brooklyn Forensic Psychiatry Court Clinic

---

**From:** Swenson, Andrea
**Sent:** Friday, May 11, 2018 2:48 PM
**To:** Jain, Abhishek
**Subject:** Titles

Hey Beesh,
What titles do I use for the clinic directors? I have Melissa Kaye as Medical Director but is that changing?

And what is your official title?

**Andrea Swenson, LMHC**
Senior Administrator
Forensic Court Clinics
Correctional Health Services
Email:- swensona@nychhc.org
Cell: 646-285-3402