| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 6/4/2018 9:27:45 AM |
| **To:** | melissakayemd@gmail.com |
| **Subject:** | Fw: Business Cards |

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Swenson, Andrea
**Sent:** Friday, May 25, 2018 10:40 AM
**To:** Kaye, Melissa
**Cc:** Jain, Abhishek; Laboy, Jessica; MUIRJR, CLARENCE
**Subject:** RE: Business Cards

Hi Dr. Kaye,
I spoke with the director of HR (copied here) regarding the titles and the understanding is that the functional job title- "director, FPECC", was to remain consistent for each borough. While there may be varying corporate titles, the functional job title of "director" would remain the same. I can also provide you with a listing of the job posting for reference if you would like.
Thanks!
Andrea

**From:** Kaye, Melissa
**Sent:** Friday, May 25, 2018 9:20 AM
**To:** Swenson, Andrea
**Cc:** Jain, Abhishek
**Subject:** Re: Business Cards

Hi Andrea,
My title at BCC has always been 'Medical Director' not 'Director.' Please let me know why this change.
Thank you,
Melissa
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Owen, Elizabeth
**Sent:** Thursday, May 24, 2018 4:18 PM
**To:** Swenson, Andrea; Kaye, Melissa; Winkler, Barry
**Cc:** Jain, Abhishek
**Subject:** Re: Business Cards

?Looks good to me.
Elizabeth Owen, Ph.D.
Director, Forensic Psychiatry
Queens Clinic 718-268-8277

**From:** Swenson, Andrea
**Sent:** Thursday, May 24, 2018 4:16 PM
**To:** Kaye, Melissa; Winkler, Barry; Owen, Elizabeth
**Cc:** Jain, Abhishek
**Subject:** FW: Business Cards

Please confirm the information on the cards so I can get them sent out. Dr. Jain made the final call for the position name and wording of the clinic name.

**From:** Drain, Lorrie
**Sent:** Monday, May 21, 2018 9:07 AM
**To:** Swenson, Andrea <swensona@nychhc.org>
**Cc:** Oo, ShweZin <ShweZin.Oo@nychhc.org>
**Subject:** RE: Business Cards

Hi Andrea,
Please review and let me know if you want any corrections before the order is processed.
Also, Dr. Jain only has one number listed a second number is required for the order.
Thank you,
Lorrie

**ABHISHEK JAIN, M.D.**

Personalization

| Field | Value |
|---|---|
| * First Name | Abhishek |
| * Last Name | Jain, M.D. |
| * Title | Director |
| * Department | Forensic Psychiatry Court Clinics of New York City |
| * Street Address | 55 Water Street, 18th Floor |
| * Borough | New York |
| * Zip | 10041 |
| * Tel | 646-901-0640 |
| * Phone Two | Required |
| * Phone Two Label | Required |
| * Email | jaina7@nychhc.org |
| Social Media Handle | |

**BARRY T. WINKLER, J.D., PSY.D.**



**MELISSA KAYE, M.D.**



**ELIZABETH OWEN, PH.D.**



Confidential

NYC_000254

**From:** Swenson, Andrea
**Sent:** Wednesday, May 16, 2018 2:57 PM
**To:** Drain, Lorrie <ldrain@nychhc.org>
**Cc:** Oo, ShweZin <ShweZin.Oo@nychhc.org>
**Subject:** RE: Business Cards

Yes that is correct! I am waiting on Daniel Mundy and will send that once we get the phone numbers sorted out. Thank you!

**From:** Drain, Lorrie
**Sent:** Wednesday, May 16, 2018 2:50 PM
**To:** Swenson, Andrea <swensona@nychhc.org>
**Cc:** Oo, ShweZin <ShweZin.Oo@nychhc.org>
**Subject:** RE: Business Cards

Hi Andrea,
I received the following requests.
A- Barry T Winkler, J.D, Psy. D.
2- Melissa Kaye, M.D.
3- Abhishek Jain, M.D.
4- Elizabeth Owen, Ph.D.

**Best Regards,**
**Lorrie.R. Drain**
Coordinating Manager - L A
CHS - Finance
(W) 646-614-0050
ldrain@nychhc.org
Central Office
55 Watter Street, 18th Floor
NY, NY 10041

Live Your Healthiest Life.   **NYC HEALTH+ HOSPITALS**

**From:** Swenson, Andrea
**Sent:** Wednesday, May 16, 2018 1:40 PM
**To:** Drain, Lorrie <ldrain@nychhc.org>
**Subject:** Business Cards

Thank you again! I handwrote it, I hope that is ok? If not let me know and I can type them up.

Confidential