| | |
|---|---|
| **From**: | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent**: | 5/29/2018 6:13:37 PM |
| **To**: | Ford, Elizabeth [eford@nychhc.org] |
| **Subject**: | Re: Very basic question |

I think it's resolved, but if interested:

At the FPECC Meeting Patsy suggested there ought to be a Clinical and Administrative distinction for titles, but eventually agreed Director is fine. HR also said the job postings were for "Director." Melissa wanted to keep "Medical Director" because she didn't want to lose benefits or have to explain on the stand the change in job title - but she also said it's ultimately fine with her if it's fine with Dan. Liz wanted to be called Senior Director, which I guess is technically her corporate title, but to me this implies there is a Junior Director somewhere. I think for the sake of keeping it simple and the same, we'll stick with "Director," especially for business cards . . . Talk to you tomorrow.

Sent from my iPhone

> On May 29, 2018, at 5:49 PM, Ford, Elizabeth <eford@nychhc.org> wrote:
>
> Correct that they are called "Directors" but I think at least a few of them prefer Medical (for the psychiatrists) or Clinical (for the psychologists). Agree with you that Director makes more sense and is consistent across clinics although since Liz and Melissa functionally transferred, they may get to keep their titles if they really want. Can check with HR
> Sigh....
>
> Sent from my iPhone
> 347-461-5830
>
>
>> On May 29, 2018, at 3:13 PM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>>
>> Am I wrong that the Court Clinic Directors' title is "Director" rather than "Medical Director" or "Clinical Director"? I actually thought "Director" would even be considered higher (administrative and clinical, rather than just clinical). It's for the business cards. Turning into more of a thing than I expected . . .
>>
>> Sent from my iPhone