**From:** WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT]
**Sent:** 7/11/2018 4:50:38 PM
**To:** Ayarza, Saadya [saadya.ayarza@nychhc.org]
**CC:** Barrow, Colleen [colleen.barrow@nychhc.org]
**Subject:** Re: Kaye, M Schedule

Thx

On Jul 11, 2018, at 4:30 PM, Ayarza, Saadya <Saadya.Ayarza@nychhc.org> wrote:

Jonathan,
I change her schedule in Kronos 9:am -5:30 and ½ lunch until , total of hours 8.5 hrs. per day with a ½ lunch until . Once the ½ lunch change to an hour lunch her schedule will need to change form 9am -6pm.
Saadya

**From:** WANGEL, JONATHAN
**Sent:** Wednesday, July 11, 2018 4:13 PM
**To:** Laboy, Jessica <laboyj@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>; Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
**Cc:** BLAISE, GUILAINE <blaiseg1@nychhc.org>; MUIRJR, CLARENCE <muirjrc@nychhc.org>; Barrow, Colleen <Colleen.Barrow@nychhc.org>
**Subject:** RE: Kaye, M Schedule
We are changing the Kronos schedule to reflect 9 to 6. The out punches will be changed to 5:30 (as actual out time is 5:30) and we will code 5:30 to 6:00 as ½ hour lunch.

**From:** Laboy, Jessica
**Sent:** Wednesday, July 11, 2018 4:05 PM
**To:** Jain, Abhishek <jaina7@nychhc.org>; Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
**Cc:** BLAISE, GUILAINE <blaiseg1@nychhc.org>; MUIRJR, CLARENCE <muirjrc@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
**Subject:** RE: Kaye, M Schedule
+ Wangel

**From:** Jain, Abhishek
**Sent:** Wednesday, July 11, 2018 10:57 AM
**To:** Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
**Cc:** BLAISE, GUILAINE <blaiseg1@nychhc.org>; MUIRJR, CLARENCE <muirjrc@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** Re: Kaye, M Schedule
Hi Saadya,
I'm just looping in Jessica because I know she has been involved with this as well.
Thanks,
Beesh

Sent from my iPhone

On Jul 11, 2018, at 10:47 AM, Ayarza, Saadya <Saadya.Ayarza@nychhc.org> wrote:

Good afternoon Mr, Jain
Ms. Kaye, M is a 40hrs. Per week employee however her schedule is only for 35 hrs.
Please clarify asap.
See below
*Saadya Ayarza*

Confidential