| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 7/11/2018 8:00:51 PM |
| **To:** | Colley, Jeremy [jeremy.colley@nychhc.org] |
| **Subject:** | Re: FPECC Question |

?My union is gathering information. I will forward everything I get from them to you.

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Colley, Jeremy
**Sent:** Wednesday, July 11, 2018 7:52 PM
**To:** Kaye, Melissa
**Subject:** RE: FPECC Question

Thanks - do you by any chance have a copy of the contract, or can I find one online?

**From:** Kaye, Melissa
**Sent:** Wednesday, July 11, 2018 7:21 PM
**To:** Colley, Jeremy
**Subject:** Re: FPECC Question

Hi Jeremy,
I hope you are well. Thank you for bringing this to my attention.
??The 30 minute lunch for doctors is per a collective bargaining agreement between Doctors Council Union and the City that occurred about 10 years ago. It is actually *requires* that physician work a 30 minute lunch rather than a 1 hour lunch per the negotiation, it also stipulated a change from a 37.5 hour work week to a 40 hour work week. CHS should know this. ?
Thank you
Melissa
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Colley, Jeremy
**Sent:** Wednesday, July 11, 2018 3:44 PM
**To:** Mundy, Daniel; Kaye, Melissa
**Subject:** FW: FPECC Question

Does this question make any sense to you guys? Or what the issue is?

**From:** WANGEL, JONATHAN
**Sent:** Wednesday, July 11, 2018 3:30 PM
**To:** Colley, Jeremy <Jeremy.Colley@nychhc.org>
**Cc:** Swenson, Andrea <swensona@nychhc.org>
**Subject:** FPECC Question

Hi Dr. Colley,

As you may know, FPECC recently transitioned to Correctional Health Services. We have timekeeping-related question, specifically, the rationale for permitting physicians to work 8 hours w/ only a 30 minute lunch (rather than 1 full hour which is standard). Please let me know if you have a couple of minutes to discuss. Thank you.

Jon

Jonathan C. Wangel, Esq.
Senior Director, Employment & Labor Relations
NYC Health + Hospitals, Correctional Health Services
55 Water Street, 18th Floor
New York, NY 10041
646-614-0118 (office)
917-620-7815 (mobile)
347-774-8894 (confidential fax)

Confidential
NYC_000370