| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 7/12/2018 11:03:04 AM |
| **To**: | melissakayemd@gmail.com |
| **Subject**: | Fw: Following up |

Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

---

From: Jain, Abhishek
Sent: Thursday, July 12, 2018 9:54 AM
To: Kaye, Melissa
Subject: Following up

Hi Melissa,

So sorry you're not feeling well today - hopefully you feel better soon. Was hoping to tell you in person today, and no need to respond to this email, but just to catch you up:

1) We were able to resolve your schedule in Kronos. It should now remain the same (representing 40 hours of worked hours per week, even after taking out the time for lunch). Hopefully we'll get Kronos set up soon, and in the meantime I'll continue putting in your hours.

2) I talked with our Legal and will try to use the affidavit and order for unredacted records you and Dr. Winkler use here in Bronx - at least for our case we saw yesterday. They were okay with us trying for now, and if there is still resistance from CHS, we can use an order that just indicates "records" without specifying redacted vs. unredacted. As you mentioned, this way it at least doesn't seem that we ourselves are asking for redacted records.

3) Virginia and I are figuring out a plan for a psychologist for the case in Bronx that might need testing. Will also be on the look out when we get the order here in Bronx.

4) Dr. Winkler and I are here today, so we should be okay with the cases. Didn't want you to have to worry about a backlog.

5) I have noted the days you will be away starting next week (Annual Leave), and the days I need to cover. As well as yesterday and today's sick days. I'll also stay in touch with Lucrecia, Louise, and Barry and we'll take care of the clinic while you are away.

6) Hopefully you can make it to the Directors' Meeting tomorrow, but I also know you have the medical appointment in the morning. So no problem - we can get started, and then catch you up when you can make it or even at a later time if you're still not feeling well.

Feel better and will talk to you soon,

Beesh

Sent from my iPhone