| | |
|---|---|
| **From:** | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent:** | 7/13/2018 3:20:24 PM |
| **To:** | Barber Rioja, Virginia [barberv@nychhc.org] |
| **Subject:** | Fw: Kaye, M Schedule |

I just checked Kronos and looks like it is appropriately reflected now as 9-5:30a. So Dr. Kaye should get credit for a full 40 hours of work each week.
Abhishek Jain, MD
Director, Forensic Psychiatry Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

---

**From:** WANGEL, JONATHAN
**Sent:** Wednesday, July 11, 2018 4:12 PM
**To:** Laboy, Jessica; Jain, Abhishek; Ayarza, Saadya
**Cc:** BLAISE, GUILAINE; MUIRJR, CLARENCE; Barrow, Colleen
**Subject:** RE: Kaye, M Schedule

We are changing the Kronos schedule to reflect 9 to 6. The out punches will be changed to 5:30 (as actual out time is 5:30) and we will code 5:30 to 6:00 as ½ hour lunch.

**From:** Laboy, Jessica
**Sent:** Wednesday, July 11, 2018 4:05 PM
**To:** Jain, Abhishek ; Ayarza, Saadya
**Cc:** BLAISE, GUILAINE ; MUIRJR, CLARENCE ; WANGEL, JONATHAN
**Subject:** RE: Kaye, M Schedule
+ Wangel

**From:** Jain, Abhishek
**Sent:** Wednesday, July 11, 2018 10:57 AM
**To:** Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
**Cc:** BLAISE, GUILAINE <blaiseg1@nychhc.org>; MUIRJR, CLARENCE <muirjrc@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
**Subject:** Re: Kaye, M Schedule

Hi Saadya,
I'm just looping in Jessica because I know she has been involved with this as well.
Thanks,
Beesh

Sent from my iPhone

On Jul 11, 2018, at 10:47 AM, Ayarza, Saadya <Saadya.Ayarza@nychhc.org> wrote:

> Good afternoon Mr, Jain
> Ms. Kaye, M is a 40hrs. Per week employee however her schedule is only for 35 hrs. Please clarify asap.
> See below
> *Saadya Ayarza*