**From:** Laboy, Jessica [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2EC93EBB7C8488E8D10620AE5AFBD2F-LABOY, JESSIC]
**Sent:** 7/11/2018 11:24:38 AM
**To:** WANGEL, JONATHAN [wangelj@nychhc.org]
**Subject:** FW: Direct Deposit

**From:** Jain, Abhishek
**Sent:** Wednesday, July 11, 2018 6:59 AM
**To:** Laboy, Jessica
**Subject:** Re: Direct Deposit

Hi Jessica,

I know you and Jonathan are also looking into all the previous schedules/times from Bellevue, but I was just thinking about this a little.

What if we keep things the same as Dr. Kaye's previous 9-5:30p hours, and still keep it as a one hour lunch. Then, if there's actually a difference in accrued sick time and vacation days (based on a 40 hour worked week instead of a 37.5 hour worked week with the difference coming from the half-hour vs. hour lunch), we can calculate and add the difference quarterly or annually, etc. This way we don't have to change the one hour lunch rule for everyone and and can still satisfy her unique situation (carrying over from Bellevue and that "nothing will change"). Not sure if this works from our end, and no idea if it would satisfy Dr. Kaye, but wondering what you think and if this might be the easiest/fairest solution?

Thanks,

Beesh

Sent from my iPhone

On Jul 10, 2018, at 5:13 PM, Jain, Abhishek <jaina7@nychhc.org> wrote:

> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Kaye, Melissa" <Melissa.Kaye@nychhc.org>
>> **Date:** July 10, 2018 at 4:30:55 PM EDT
>> **To:** "laboyj@nychh.org" <laboyj@nychh.org>
>> **Cc:** "Jain, Abhishek" <jaina7@nychhc.org>
>> **Subject: Direct Deposit**
>>
>> Hi Ms. Laboy,
>>
>> I was switched from BHC to CHS on July 1st. We don't have operational Kronos in the Bronx yet. Dr. Jain put in my time. I work an 8 hour day, (40 hours/week) 9:30 to 17:30, with a half hour lunch. My accrual rate is 18. I have 386.34 of

accrued annual leave and 116 accrued sick time. I cannot access Kronos to check that this information transferred properly.

I will be taking a scheduled sick day tomorrow (code 03), and scheduled annual leave (code 02) 7/17 thru 7/25.

I am requesting my Floating Holiday on 8/15.

I have direct deposit with Chase. Will this continue uninterrupted?

Thank you for any information you can provide.

Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

Confidential

| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 7/12/2018 4:17:39 AM |
| **To**: | Jain, Abhishek [jaina7@nychhc.org] |
| **CC**: | Persaud, Lucrecia [lucrecia.persaud@nychhc.org] |
| **BCC**: | melissakayemd@gmail.com |
| **Subject**: | Out sick 7/12 |

I will be out sick today

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344