| | |
|---|---|
| **From:** | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent:** | 7/23/2018 5:57:50 PM |
| **To:** | WANGEL, JONATHAN [wangelj@nychhc.org]; Laboy, Jessica [laboyj@nychhc.org] |
| **CC:** | Swenson, Andrea [swensona@nychhc.org] |
| **Subject:** | Dr. Kaye time off |

We can discuss tomorrow. Dr. Kaye just sent me this text:

"My stepdad is in hospice my siblings and I need to deal with his end of life issues. I plan to return to work on 8/6. I'm writing outstanding reports while I'm here. I'm sorry for any difficulties this causes. I'm available by phone or email if needed."

She has been on leave since last Tuesday (7/17) using her annual leave to take care of this issue. We'll have to take care of the clinical issues, but not sure technically how this works from a leave-of-absence standpoint?

Thanks,

Beesh

Sent from my iPhone

Confidential