| | |
|---|---|
| **From**: | Barrow, Rosalind [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROSALIND.BARROW.NYCHHC.ORG] |
| **Sent**: | 7/24/2018 11:49:43 AM |
| **To**: | Campese, Matthew [matthew.campese@nychhc.org]; WANGEL, JONATHAN [wangelj@nychhc.org]; McCarthy, Michele [michele.mccarthy@nychhc.org] |
| **Subject**: | RE: 30 minute MD lunch |
| **Attachments**: | 3413_001.pdf; 3414_001.pdf; 3415_001.pdf |

I have attached the MOU, Language from the contract, as well as the Scott VanOrden Payroll memo on the additional hours for the Doctors.

Rosalind Barrow
Deputy Director, Labor Relations

**NYC**
**HEALTH+**
**HOSPITALS**

Office of Labor Relations
55 Water Street, 25th Floor
New York, N.Y. 10041
Office: 212.788.3426
Cell: 929.359.0600

---

**From:** Campese, Matthew
**Sent:** Monday, July 23, 2018 3:02 PM
**To:** WANGEL, JONATHAN ; McCarthy, Michele ; Barrow, Rosalind
**Subject:** RE: 30 minute MD lunch

+Rosalind

Ros,

Do you have any info on this in your files?

Matt

---

**From:** WANGEL, JONATHAN
**Sent:** Monday, July 23, 2018 2:15 PM
**To:** Campese, Matthew <Matthew.Campese@nychhc.org>; McCarthy, Michele <Michele.McCarthy@nychhc.org>
**Subject:** Fwd: 30 minute MD lunch

Below is an email from a Former Bellevue Staffer (Doctors Council) now with CHS as part of FPECC.

Are you familiar with the agreement referenced? Trying to determine if these staff should be on a standard 1 hour lunch. Thanks.


Begin forwarded message:

> **From:** "Kaye, Melissa" <Melissa.Kaye@nychhc.org>
> **Date:** July 13, 2018 at 3:09:53 PM EDT
> **To:** "WANGEL, JONATHAN" <wangelj@nychhc.org>
> **Cc:** "Jain, Abhishek" <jaina7@nychhc.org>, "Colley, Jeremy" <Jeremy.Colley@nychhc.org>,

"Laboy, Jessica" <laboyj@nychhc.org>, "Mundy, Daniel" <Daniel.Mundy@nychhc.org>
**Subject: 30 minute MD lunch**

Dear Mr. Wangel

I can provide information regarding Bellevue physicians taking a 30-minute lunch. Approximately 13 years ago there was an agreement between Doctors Council Union and Bellevue Hospital to increase the physician salaries by increasing their workweek from 37.5 hour per week to 40 hours per week, and at the same time decrease their unpaid lunch time from 1 hour to ½ hour.

I recall being at union meetings when this was discussed and later when it was formally implemented at Bellevue for MDs on an HHC pay line. I am uncertain if I still have documentation about this in storage, but if necessary I'm guessing that either Doctor's Council, HHC, Bellevue Payroll or the City has archived documents pertaining to this official change.

I do not know if this was a City-wide collective bargaining agreement or specific to Bellevue. I do know that it applied to all physicians working for Bellevue and that included the Bronx and Manhattan Court Clinics doctors.

I hope this information is helpful.

Regards,

Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

Doctors Council Summary 11.23.04

Doctors Council
Tentative Settlement

| | HHC full-time and part-time per annum | Mayoral full-time and part-time per annum | PCP; hourly; sessional | |
|---|---|---|---|---|
| upon ratification | $1,000 | $1,000 | $1,000 | pro-rated for other than full-time; maximum of $1,000 per SSN |
| 7/1/2003 | 3.00 | 3.00 | 3.00 | ⎫ |
| 7/1/2004 | 1.00 | 1.00 | 1.00 | ⎬ compounded |
| 2/1/2005 | 5.7964 | 6.2097 | --- | ⎭ |

The following ATGs increase by 3% and 1%, compounded:
   Article III, Section 7
   Article III, Section 8:     a, b, e, f, g, i, and j
                          [c, d and h do <u>not</u> get increased]

Effective 2/1/05, 130.5 hours additional per year (except PCP, hourly, sessional)
   HHC: 1/2 hour per day - if any chabge, will inform Doctors Council
   OCME: every third Saturday - full tour; may use time for training
   DOH: expect 1/2 hour per day; will notify Doctors Council if other
         will meet prior to implementation of change upon request

No Citywide modifications for new hires; no reduced hiring rate for new hires

Annualization threshold corresponds to resulting half-time hours upon implementation of new schedules
Welfare fund and Annuity: "half-time" will be 20 hours in HHC; 18.75 hours in Mayoralty

L/M meeting to discuss additional productivity (1%)
L/M meeting to discuss additional hours in Department of Education; provided cost-neutral to City

_Barry Liebowitz, M.D._                              _Richard Yates_   11/23/04

[handwritten: Linda (718) 918-4874]

ii. The general increase in Section 3B(a)(ii) shall be based upon the base rates (including salary or incremental salary schedules) of the applicable titles in effect on June 30, 2004.

c.  i. The general increases provided for in this Section 3 shall be applied to the base rates, incremental salary levels and the minimum "hiring rates," minimum "incumbent rates" and maximum rates (including levels), if any, fixed for the applicable titles.

ii. The general increases provided for in this Section 3 shall be applied to the assignment differentials.

C. Increased Work Week

i. Effective February 1, 2005, full-time per annum employees (except Primary Care Physicians) shall be required to work an additional 130.5 hours per annum. Part-time per annum employees shall be required to work the prescribed number of additional hours per week in accordance with the following schedule:

| Current Weekly Hours | Number of Additional Hours |
|---|---|
| $10 \leq 10.5$ | 0.5 |
| $11 \leq 18.0$ | 1.0 |
| $18.5 \leq 25.5$ | 1.5 |
| $26.0 \leq 33.0$ | 2.0 |
| $33.5 \leq 37.5$ | 2.5 |

ii. Full-time per annum employees whose regular work week increases from 35 to 37.5 hours shall receive an additional 6.2097% wage increase. Full-time per annum employees whose regular work week increases from 37.5 to 40 hours shall receive an additional 5.7964% wage increase. Part-time per annum employees in HHC shall receive an additional 5.7964% wage increase. Part-time per annum employees in Mayoral agencies shall receive an additional 6.2097% wage increase. The respective wage increases shall be compounded and based on the wage rates in effect on January 31, 2005.

iii. Primary Care Physicians, hourly employees, per session employees and per diem employees shall not be affected by the expanded work schedules.

D. Joint Labor Management Committee on Productivity Initiatives

An additional one percent (1%) shall be paid to employees subject to the identification of funding by the "Joint Labor Management Committee on Productivity Initiatives."

05021

Confidential

NYC_000405



**NEW YORK CITY HEALTH & HOSPITALS CORPORATION**
160 Water Street • Room 621 • New York, N.Y. 10038
(646) 458-2711 • Fax: (646) 458-2704 • email: scott.vanorden@nychhc.org

2005 JAN 31  PM 2: 33

LABOR RELATIONS

Scott Van Orden
Director
Corporate Payroll Systems

**TO:** Payroll Managers

**FROM:** Scott Van Orden
Director, Corporate Payroll Systems

**DATE:** January 28, 2005

**SUBJECT: NEW WORK WEEK HOURS FOR ANNUALIZED DOCTORS COUNCIL TITLES**

As you may already be aware, as a result of the recent collective bargaining settlement with Doctors Council, effective February 1, 2005, the following work week hours changes must be applied to all annualized Doctors Council employees with the exception of Primary Care Physicians (job class 005070):

**Full-time annualized employees:** The normal work week for all annualized Pay Code "A" physicians and dentists (except Primary Care Physicians) will be increased as follows:

- Employees now working 37.5 hours will be required to work 40 hours per week.
- Employees now working 35 hours will be required to work 37.5 hours per week.
- Primary Care Physicians' work week requirements are not changing and will continue to be required to work a minimum of 37.50 hours.

**Part-time annualized employees:** The normal work week will be increased on a pro-rated basis. Hours for half-time annualized employees' (Pay Code "I" employees) will increase from 18.75 to 20 hours per week. Hours for other part-time annualized employees (Pay Codes B, C, and F) will increase as presented below:

- Employees who work less than 11 hours per week will work an additional 30 minutes (one half hour) per week.
- Employees who work from 11 to 18 hours per week will work an additional 60 minutes (one hour) per week.
- Employees who work more than 18 and less than 26 hours per week will work an additional 90 minutes (1 and ½ hours) per week. Note: Those employees working half-time (Pay Code I) will increase from 18.75 to 20 hours per week.
- Employees who work from 26 to 33 hours per week will work an additional 120 minutes (two hours) per week.
- Employees who work more than 33 hours per week will work an additional 150 minutes (2 and ½ hours) per week.

Please note: Due to the increase in the required number of work week hours, some part-time annualized employees may require a pay code change because their new minimum hours may now be outside of their current pay code's parameters. Corporate Payroll Operations will be contacting you directly if any of your part-time annualized employees requires a pay code change.

**Hourly employees:** Work hours requirements for non-annualized hourly employees are not changing as a direct result of this settlement. Such employees should continue to work their current assigned work schedule unless advised otherwise by their supervisor.

The necessary changes to the affected annualized employees' scheduled hours will be updated via mass programming by Information Services effective February 6, 2005. Therefore, ATLS will be expecting the increased number of work week hours for all timesheets processed after that date, including the timesheets for week ending February 5, 2005 (timekeeping week 0441) - the effective week of the increased work hours.

Due to the increase in the scheduled hours to the affected employees' ATLS master records, timesheets for week ending February 5th (0441) and prior, processed on or after February 6th, may "kick out" due to insufficient hours. If the employee has worked or accounted for the correct number of hours in the week being processed and the error is being caused by the difference between that week's correct hours and the current master record's scheduled hours, the correction is simple - just add the appropriate number of hours to the week on any actual work day or days and code the additional hours "01" - Day Off/Excused Time.

This correction should not be applied if the employee has not actually worked or accounted for the correct number of hours for each work day in that week (i.e. An employee going from a 37.5 hour work week to a 40 hour work week must account for 7.5 hours per day before February 1, 2005 and 8 hours per day February 1, 2005 and after). In such an event, please follow your normal procedures for correcting an insufficient number of work week hours error. Timesheet errors for week 0441 should be reviewed carefully to ensure the lesser daily hours are accounted for on January 30th and 31st and the greater daily hours accounted for February 1st through the 5th.

To avoid timesheet errors due to insufficient hours, every effort should be made to process all prior period timesheets (week 0440 and prior) by February 3, 2005.

If you have any questions please call the ATLS HelpDesk at (646) 458-2707. Thank you.

(word/co/Doctor)

c:   Chief Financial Officers
     Human Resources Directors
     J.   Darcy
     M.   DiBlasio
     N.   Doyle
     M.   Genee
     L.   Migdal
     A.   Rozakis
     J.   Yan

     chrono file

Confidential

NYC_000407