| | |
|---|---|
| From: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| Sent: | 8/6/2018 12:20:08 PM |
| To: | Jain, Abhishek [jaina7@nychhc.org] |
| Subject: | Re: Touching base |

Thanks Beesh,? let me know when you want to talk, anytime is good.

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Jain, Abhishek
**Sent:** Monday, August 6, 2018 11:53 AM
**To:** Kaye, Melissa
**Subject:** Touching base

Hi Melissa,
Just welcoming you back.
I know it was a difficult time away, but I hope you were able to take care of things and spend time with your family.
I look forward to catching up once you are settled back in.
Best,
Beesh
Abhishek Jain, MD
Director, Forensic Psychiatry Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 8/9/2018 4:34:33 AM |
| **To**: | Jain, Abhishek [jaina7@nychhc.org] |
| **Subject**: | Out Sick today |

Hi Beesh,
I?'m sorry but I can't come to Brooklyn, I woke up in the middle with stomach pain and I'm guessing a GI bug?.
Melissa

Confidential NYC_000415

| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 8/10/2018 8:24:44 AM |
| **To:** | Jain, Abhishek [jaina7@nychhc.org] |
| **CC:** | Persaud, Lucrecia [lucrecia.persaud@nychhc.org] |
| **Subject:** | Out Sick today |

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344