| | |
|---|---|
| From: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| Sent: | 8/13/2018 9:46:10 AM |
| To: | CHS Payroll [chspayroll@nychhc.org]; collen.barrow@nychhc.org; Smith, Ciara [smithc45@nychhc.org] |
| Subject: | Pay error |

Hello Ms. Barrow and Ms. Brown:

I am contacting you about an apparent pay discrepancy in Kronos for on all of my time processed since July 1. Per my HHC contract, I work an 8.5 hours per day: 8 hours of paid time and a 30 minute unpaid lunch. The total time column in Kronos should read 8.5 hours to reflect this total time but instead it is logging in only 8 hours. This means that I am getting paid for either 35 hours per week or 37.5 hours per week and not the 40 hours per week that I am due per my contract. This decrease in my hours worked effects among other things, my accrual rate for time off since accrual time is based on the total number of hours worked per month.

I do not know if the 8 hour total time logged into Kronos means that I am only getting paid for 7.5 hour per day with a 30 minute unpaid lunch or I am getting paid 7 hours per day with a 1-hour unpaid lunch. I would like this to be clarified but in either case, both are incorrect and not in keeping with my contract and causing me to be underpaid.

In the roll over of my employment from Bellevue to CHS, the agreement was that everything would stay the same with my HHC employment status including benefits, work shift, lunch-time etc., but it appears this is not happening.

Currently, I'm either getting docked either 5 hours per week (1 hour per day) or 2.5 hours a week (1/2 hour per day) of paid time. Since I was not given any access to Kronos until August 7th, I am just noting this error.

Please let me know who can clarify and rectify this serious situation.

Thank you,

?Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344