| | |
|---|---|
| **From**: | Ayarza, Saadya [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SAADYA.AYARZA.NYCHHC.ORG] |
| **Sent**: | 8/13/2018 11:03:02 AM |
| **To**: | Swenson, Andrea [swensona@nychhc.org]; Jain, Abhishek [jaina7@nychhc.org] |
| **CC**: | WANGEL, JONATHAN [wangelj@nychhc.org]; Smith, Ciara [smithc45@nychhc.org]; Barrow, Colleen [colleen.barrow@nychhc.org]; Liu, Min [min.liu@nychhc.org] |
| **Subject**: | Meal Code |

Good morning all,

Please be advised that as of 8/5/2018 the code meal code for the following employee will change from 30 Minutes to an hour.

Harper, Oliver
Kaye, Mellissa
Solanki, Kanishk
Weiss, Jonathan

Once the new schedule is ready let me know so I can update it in Kronos.
Thank you

*Saadya Ayarza*