**From:** Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG]
**Sent:** 8/16/2018 10:48:08 AM
**To:** melissakayemd@gmail.com
**Subject:** FW: 1- Hour Lunch

---

**From:** Kaye, Melissa
**Sent:** Thursday, August 16, 2018 10:48 AM
**To:** Jain, Abhishek
**Subject:** RE: 1- Hour Lunch

As per our discussion, this change in my work schedule and lengthening the duration of my shift conflicts with my family responsibilities.

**From:** Jain, Abhishek
**Sent:** Wednesday, August 15, 2018 3:06 PM
**To:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Subject:** Fw: 1- Hour Lunch

Hi Melissa,

Just passing this on from Jonathan Wengel regarding the Kronos schedule as previously discussed. Your schedule is now adjusted in Kronos as 8a-5p, with a 1-hour lunch. Please ensure your hours reflect this going forward so that your total worked hours (nine hours minus one-hour lunch each day) can remain 40 hours per week.

Thank you,

Beesh
Abhishek Jain, MD
Director, Forensic Psychiatry Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

---

**From:** WANGEL, JONATHAN
**Sent:** Wednesday, August 15, 2018 10:20 AM
**To:** Jain, Abhishek; Swenson, Andrea
**Subject:** 1- Hour Lunch

Good morning,

This is to confirm that Drs. Kaye, Solanki, Weiss and Harper have had their schedules adjusted in Kronos to reflect the 1-hour lunch break (effective Sunday, August 5, 2018) which is consistent with all FPECC staff.

Please let me know if you have any questions. Thanks.

Jon

Jonathan C. Wangel, Esq.

Senior Director, Employment & Labor Relations
NYC Health + Hospitals, Correctional Health Services
55 Water Street, 18th Floor
New York, NY 10041
646-614-0118 (office)
917-620-7815 (mobile)
347-774-8894 (confidential fax)

Confidential