| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 10/5/2018 2:53:09 PM |
| **To:** | melissakayemd@gmail.com |
| **Subject:** | Fw: 9/24 Time sheet error |

?

---

**From:** Jain, Abhishek
**Sent:** Friday, October 5, 2018 2:19 PM
**To:** Kaye, Melissa
**Subject:** Re: 9/24 Time sheet error

I am looking into this.

Thank you,

Beesh

Sent from my iPhone

On Oct 5, 2018, at 1:51 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

> Hi Beesh,
>
> I put in for education leave on 8/28 to take the Child and Adolescent Psychiatry B?oards on 9/24. I provided the documentation to payroll.
>
> I just checked Kronos. In the "My Audits" section, I see that my educational leave was overridden and changed to annual leave, and that I was docked 18 hours (2 full work days) for 9/24. (see attached).
>
> The "Time Review" report indicates that I work 36 hours, which does not make sense to me since I work a 40 hour week.
>
> It is my understanding that with proper documentation educational leave is paid leave, and annual leave obviously comes out of my accrued time.
>
> Can you please help me clarify this or let me know who I should talk with?
>
> Thanks
> Melissa
>
> Melissa Kaye, M.D.
> Medical Director
> Bronx Court Clinic
> phone: 718-410-2345
> Fax: 718-410-2344