| From: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
|---|---|
| Sent: | 10/5/2018 4:02:36 PM |
| To: | Smith, Ciara [smithc45@nychhc.org]; Ayarza, Saadya [saadya.ayarza@nychhc.org]; Jain, Abhishek [jaina7@nychhc.org] |
| CC: | Swenson, Andrea [swensona@nychhc.org]; Barrow, Colleen [colleen.barrow@nychhc.org] |
| Subject: | Re: Educational Leave 9/24/18 |

Okay, sounds good. Thank you for your help.

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Smith, Ciara
**Sent:** Friday, October 5, 2018 4:00 PM
**To:** Ayarza, Saadya; Jain, Abhishek
**Cc:** Kaye, Melissa; Swenson, Andrea; Barrow, Colleen
**Subject:** RE: Educational Leave 9/24/18
Good Afternoon Dr. Kaye,
We have spoken to Dr. Jain who advised that the exam was work related. As such the exam was 5 hours and 15 minutes in duration therefore that period will be charged to Code 07. The remaining hours (minus the hour lunch break) for that day will need to be charged to your annual leave.
Thank you. Have a good weekend.
Ciara Smith
Director of CHS Payroll
NYC Health + Hospitals, Correctional Health Services
55 Water Street, 18th Floor
New York, NY 10041
(646) 614-0218
smithc45@nychhc.org

**From:** Ayarza, Saadya
**Sent:** Friday, October 5, 2018 3:41 PM
**To:** Jain, Abhishek ; Smith, Ciara
**Cc:** Kaye, Melissa ; Swenson, Andrea ; Barrow, Colleen
**Subject:** RE: Educational Leave 9/24/18
Hi Ciara,
Can you assist Ms. Kaye?
Thanks

**From:** Jain, Abhishek
**Sent:** Friday, October 05, 2018 3:34 PM
**To:** Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
**Cc:** Kaye, Melissa <Melissa.Kaye@nychhc.org>; Swenson, Andrea <swensona@nychhc.org>; Smith, Ciara <smithc45@nychhc.org>
**Subject:** Re: Educational Leave 9/24/18
Hi Saadya, this should qualify as educational leave for Dr. Kaye. She is a physician and this is part of her professional credentialing. Please advise.
Beesh

Confidential

Sent from my iPhone

On Oct 5, 2018, at 3:32 PM, Ayarza, Saadya <Saadya.Ayarza@nychhc.org> wrote:

> Ms. Kate,
> Code 07 is no chargeable time for class attendance job related or
> seminar , exam are not included.
> Regards,
> Saadya

**From:** Kaye, Melissa
**Sent:** Friday, October 05, 2018 3:28 PM
**To:** Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
**Cc:** Jain, Abhishek <jaina7@nychhc.org>; Swenson, Andrea <swensona@nychhc.org>
**Subject:** Fw: Educational Leave 9/24/18
Attached is the documentation of the exam.
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Rivera, Sharon
**Sent:** Tuesday, August 28, 2018 3:07 PM
**To:** Ayarza, Saadya
**Cc:** Liu, Min; Kaye, Melissa
**Subject:** FW: Educational Leave 9/24/18
Hey
FYI
Please open the attachment for Mellissa Kaye educational leave.
Thank you
Sharon Rivera

**From:** Kaye, Melissa
**Sent:** Tuesday, August 28, 2018 2:41 PM
**To:** Rivera, Sharon <Sharon.Rivera@nychhc.org>
**Cc:** Jain, Abhishek <jaina7@nychhc.org>
**Subject:** Educational Leave 9/24/18
Hi Ms. Rivera
Thank you for your help in forwarding this to the Court Clinic time keeper. I am taking my Child and
Adolescent Boards on 9/24/18 at a testing site downtown. I believe I will earn CME credits for this also.
Attached is the documentation for my test, I am to arrive early to the testing and when I requested the
exam be changed to 10 or 11AM, they said I could start when I get there in the morning.

NYC_000690