| | |
|---|---|
| **From:** | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
| **Sent:** | 10/9/2018 11:17:41 AM |
| **To:** | Greenfield, Blanche [blanche.greenfield@nychhc.org] |
| **Subject:** | RE: Educational Leave 9/24/18 |

**From:** Greenfield, Blanche
**Sent:** Tuesday, October 9, 2018 11:15 AM
**To:** WANGEL, JONATHAN
**Subject:** RE: Educational Leave 9/24/18

Blanche Greenfield
Chief Employment Counsel



125 Worth Street, Suite 527
New York, NY 10013-4006
E-mail: Blanche.Greenfield@nychhc.org
Phone: (212) 788-3300
Fax: (212) 267-6905

**From:** WANGEL, JONATHAN
**Sent:** Tuesday, October 9, 2018 11:13 AM
**To:** Greenfield, Blanche <Blanche.Greenfield@nychhc.org>
**Subject:** FW: Educational Leave 9/24/18

**From:** Kaye, Melissa
**Sent:** Tuesday, October 9, 2018 10:50 AM
**To:** Smith, Ciara <smithc45@nychhc.org>; Ayarza, Saadya <Saadya.Ayarza@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>
**Cc:** Swenson, Andrea <swensona@nychhc.org>; Barrow, Colleen <Colleen.Barrow@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Santa Maria, Nate (Doctors Council) <nsantamaria@doctorscouncil.org>
**Subject:** Re: Educational Leave 9/24/18

Hello Ms. Smith,

I am improperly being docked time for taking a board certification exam on 9/24. I am due the entire day as educational leave. The exam was all day: 5 ½ hours plus 30 minutes of additional time for bathroom and water breaks, which equals 6 hours. I was required to check is a least 30 minutes prior to exam, and I arrived 2 hours early, since that is what I was told I needed to do if I wanted to be on "stand by" to possibly start the exam earlier.

I am entitled to the full day of educational leave of 8 hours for taking a board certification exam. In my 20 years experience at HHC, I've never known a physician to be penalized for taking a board certification exam.

I request this time keeping error be corrected and that I and I be given a full day of educational leave.

Thank you for your attention to this important matter.

Dr. Melissa Kaye


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Smith, Ciara
**Sent:** Friday, October 5, 2018 4:00 PM
**To:** Ayarza, Saadya; Jain, Abhishek
**Cc:** Kaye, Melissa; Swenson, Andrea; Barrow, Colleen
**Subject:** RE: Educational Leave 9/24/18

Good Afternoon Dr. Kaye,

We have spoken to Dr. Jain who advised that the exam was work related. As such the exam was 5 hours and 15 minutes in duration therefore that period will be charged to Code 07. The remaining hours (minus the hour lunch break) for that day will need to be charged to your annual leave.

Thank you. Have a good weekend.

Ciara Smith
Director of CHS Payroll
NYC Health + Hospitals, Correctional Health Services
55 Water Street, 18th Floor
New York, NY 10041
(646) 614-0218
smithc45@nychhc.org

---

**From:** Ayarza, Saadya
**Sent:** Friday, October 5, 2018 3:41 PM
**To:** Jain, Abhishek <jaina7@nychhc.org>; Smith, Ciara <smithc45@nychhc.org>
**Cc:** Kaye, Melissa <Melissa.Kaye@nychhc.org>; Swenson, Andrea <swensona@nychhc.org>; Barrow, Colleen

<Colleen.Barrow@nychhc.org>
**Subject:** RE: Educational Leave 9/24/18

Hi Ciara,

Can you assist Ms. Kaye?
Thanks

---

**From:** Jain, Abhishek
**Sent:** Friday, October 05, 2018 3:34 PM
**To:** Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
**Cc:** Kaye, Melissa <Melissa.Kaye@nychhc.org>; Swenson, Andrea <swensona@nychhc.org>; Smith, Ciara <smithc45@nychhc.org>
**Subject:** Re: Educational Leave 9/24/18

Hi Saadya, this should qualify as educational leave for Dr. Kaye. She is a physician and this is part of her professional credentialing. Please advise.

Beesh

Sent from my iPhone

On Oct 5, 2018, at 3:32 PM, Ayarza, Saadya <Saadya.Ayarza@nychhc.org> wrote:

> Ms. Kate,
>
> Code 07 is no chargeable time for class attendance job related or seminar , exam are not included.
>
> Regards,
> Saadya
>
> ---
>
> **From:** Kaye, Melissa
> **Sent:** Friday, October 05, 2018 3:28 PM
> **To:** Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
> **Cc:** Jain, Abhishek <jaina7@nychhc.org>; Swenson, Andrea <swensona@nychhc.org>
> **Subject:** Fw: Educational Leave 9/24/18
>
> Attached is the documentation of the exam.
>
> Melissa Kaye, M.D.
> Medical Director
> Bronx Court Clinic
> phone: 718-410-2345
> Fax: 718-410-2344
>
> ---
>
> **From:** Rivera, Sharon
> **Sent:** Tuesday, August 28, 2018 3:07 PM
> **To:** Ayarza, Saadya

Confidential
NYC_004274

**Cc:** Liu, Min; Kaye, Melissa
**Subject:** FW: Educational Leave 9/24/18

Hey

FYI

Please open the attachment for Mellissa Kaye educational leave.

Thank you

Sharon Rivera

---

**From:** Kaye, Melissa
**Sent:** Tuesday, August 28, 2018 2:41 PM
**To:** Rivera, Sharon <Sharon.Rivera@nychhc.org>
**Cc:** Jain, Abhishek <jaina7@nychhc.org>
**Subject:** Educational Leave 9/24/18

Hi Ms. Rivera
Thank you for your help in forwarding this to the Court Clinic time keeper. I am taking my Child and Adolescent Boards on 9/24/18 at a testing site downtown. I believe I will earn CME credits for this also. Attached is the documentation for my test, I am to arrive early to the testing and when I requested the exam be changed to 10 or 11AM, they said I could start when I get there in the morning.