| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 10/31/2018 9:15:23 AM |
| **To**: | Santa Maria, Nate (Doctors Council) [nsantamaria@doctorscouncil.org] |
| **BCC**: | melissakayemd@gmail.com |
| **Subject**: | Fw: Educational Leave for Board Certification Exam |

?FYI
I was supposed to get educational leave time for the full day since it is at least 1.5 door to door commute from my work site in the Bronx to the test site in lower Manhattan. When I registered for the exam I was a Bellevue employee and CHS has no formal policy ?

---

**From:** Myrie, Wayne
**Sent:** Wednesday, October 31, 2018 8:07 AM
**To:** Kaye, Melissa
**Subject:** RE: Educational Leave for Board Certification Exam
The entire time out of office is to be considered part of educational leave

**From:** Kaye, Melissa
**Sent:** Wednesday, October 31, 2018 8:07 AM
**To:** Myrie, Wayne
**Subject:** Re: Educational Leave for Board Certification Exam
Thank you that is helpful. What about the travel time from the work location to the exam or from exam back to work? Is that educational leave time or annual leave time?
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Myrie, Wayne
**Sent:** Tuesday, October 30, 2018 4:16 PM
**To:** Kaye, Melissa
**Subject:** RE: Educational Leave for Board Certification Exam
Hi Melissa
There is not a stipulated time frame for taking educational leave. You should have been presented with proof by the employee as to the date and time/duration of these exams, and if it is that it's not for the entire day, it is up to the department management to use their discretion to ask the employee to either take the rest of the day or return to duty after the exam.

**From:** Kaye, Melissa
**Sent:** Tuesday, October 30, 2018 3:53 PM
**To:** Myrie, Wayne <Wayne.Myrie@nychhc.org>
**Subject:** Educational Leave for Board Certification Exam
Mr. Myrie,
Are physicians given a full day of educational leave to take a board certification exam?
Thank you for any information that you can provide. ?
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345

NYC_000793

Fax: 718-410-2344

Confidential