| | |
|---|---|
| From: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| Sent: | 1/15/2019 1:18:15 PM |
| To: | Smith, Ciara [smithc45@nychhc.org] |
| CC: | Ford, Elizabeth [eford@nychhc.org]; Laboy, Jessica [laboyj@nychhc.org] |
| BCC: | Santa Maria, Nate (Doctors Council) [nsantamaria@doctorscouncil.org]; kCollins@doctorscouncil.org |
| Subject: | Re: Docked Educational Leave |

?Thank you

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Smith, Ciara
**Sent:** Tuesday, January 15, 2019 12:50 PM
**To:** Kaye, Melissa
**Cc:** Ford, Elizabeth; Laboy, Jessica
**Subject:** RE: Docked Educational Leave

Good Afternoon Dr. Kaye,
Please see below screenshot which shows that 9/24 has been corrected in Kronos to reflect 9 hours of Education Leave(07).



Thank you,
Ciara Smith
Director of CHS Payroll
NYC Health + Hospitals, Correctional Health Services
55 Water Street, 18th Floor
New York, NY 10041
(646) 614-0218
smithc45@nychhc.org

**From:** Kaye, Melissa
**Sent:** Monday, January 14, 2019 10:00 AM
**To:** Smith, Ciara
**Cc:** Ford, Elizabeth ; Laboy, Jessica ; Santa Maria, Nate (Doctors Council) ; kCollins@doctorscouncil.org
**Subject:** Re: Docked Educational Leave

Hello Ms Smith

Thank you for getting back to me. Please let me know the status of my educational leave for taking (and passing) a full day initial board certification exam in Child and Adolescent psychiatry on 9/24/18. Please let me know when the 2:15 hours of docked annual leave has been restored and kindly forward documentation of that correction.

Thank you,

?

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Smith, Ciara
**Sent:** Friday, December 14, 2018 11:47 AM
**To:** Kaye, Melissa
**Cc:** Ford, Elizabeth; Laboy, Jessica
**Subject:** RE: Docked Educational Leave

Good Morning Dr. Kaye,

Sorry for the delay in getting back to you. CHS is in the process of revising its policy with regard to education leave. It's likely that educational leave for Board exams will likely be granted to staff prospectively. However, CHS will grant you the same courtesy for your leave on 9/24/18 and restore any leave which you were charged (2:15). My direct supervisor is Jessica Laboy, I do not report to anyone directly at Central Office.

Thank you. Have a good day.

Ciara Smith
Director of CHS Payroll
NYC Health + Hospitals, Correctional Health Services
55 Water Street, 18th Floor
New York, NY 10041
(646) 614-0218
smithc45@nychhc.org

**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Friday, November 30, 2018 1:40 PM
**To:** Smith, Ciara <smithc45@nychhc.org>
**Cc:** Ford, Elizabeth <eford@nychhc.org>
**Subject:** Docked Educational Leave

?Hello Ms. Smith,

As you know I took a full day board certification exam on 9/24/18 but was docked annual leave for doing so. I I'm appealing this improper wage deduction.

Please send me with your direct supervisors full name, email address and phone number and to whom you or your supervisor report to at Central Office.

Thank you,

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344