| | |
|---|---|
| **From:** | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent:** | 9/13/2018 6:16:17 PM |
| **To:** | Ford, Elizabeth [eford@nychhc.org] |
| **Subject:** | Fwd: Annual Health Assessment Review Appointment canceled |

Hi Elizabeth,

Was planning on leaving you out of this, but now I think it's worth you knowing. This is of course unprofessional. Dr. Kaye was out of town until today, so I haven't had a chance to address this directly with her. We can talk more later.

Beesh

Sent from my iPhone

Begin forwarded message:

> **From:** "Phillips, Carla" <Carla.Phillips@nychhc.org>
> **Date:** September 10, 2018 at 12:55:04 PM EDT
> **To:** "Jain, Abhishek" <jaina7@nychhc.org>
> **Subject: RE: Annual Health Assessment Review Appointment canceled**
>
> Thank you.
> Carla Phillips, NP
>
> **From:** Jain, Abhishek
> **Sent:** Monday, September 10, 2018 12:20 PM
> **To:** Kaye, Melissa <Melissa.Kaye@nychhc.org>; Phillips, Carla <Carla.Phillips@nychhc.org>
> **Cc:** Richardson, Equilla <richarde9@nychhc.org>
> **Subject:** Re: Annual Health Assessment Review Appointment canceled
> Dear Ms. Phillips and Ms. Richardson,
> Please cc me (not Dan Mundy) as Dr. Kaye's supervisor.
> Thank you,
> Abhishek Jain, MD
> Director, Forensic Psychiatry Court Clinics
> NYC Health + Hospitals, Correctional Health Services
> Work cell: 646-901-0640
> Email: jaina7@nychhc.org
>
> **From:** Kaye, Melissa
> **Sent:** Monday, September 10, 2018 12:02 PM
> **To:** Phillips, Carla
> **Cc:** Richardson, Equilla; Jain, Abhishek
> **Subject:** Re: Annual Health Assessment Review Appointment canceled
> Ms. Phillips:
> Dan Mundy is NOT my supervisor in any way. He is significantly junior to me. I do NOT "report to" him in any fashion and never have. I have 18 years of seniority over Dan, I have superior training and credential to Dan, and we work in different boroughs.
> To site Dan Munday as my supervisor or my "report to" and copy him on my private HR matters is beyond careless and insulting, it is a serious privacy violation against me. It is imperative that Dan Mundy never be copied on any of my HR or personnel related matters again.
>
> Melissa Kaye, M.D.

Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Phillips, Carla
**Sent:** Sunday, September 9, 2018 6:53 PM
**To:** Kaye, Melissa
**Cc:** Richardson, Equilla
**Subject:** Re: Annual Health Assessment Review Appointment canceled

Good day Dr. Kaye,

Thank you for bringing this to our attention. I canceled your appointment. The appointment was scheduled with an OHS available appointment date and time. Please kindly reschedule appointment. The OHS office is open Monday to Friday 8 am to 3:30 pm.

The person CC'd to your appointment e-mail is the "reports to" (or supervisor). This is so the appointment can be completed within work hours. The person listed may be a human resource error. I will forward this matter to human resources.

Thank you again for bringing this to our attention.

Sincerely,
Carla Phillips, NP
Correctional Health Services/OHS
19-10 49th Street, 2nd floor
Queens, NY
E-mail: Carla.Phillips@nychhc.org

---

**From:** Kaye, Melissa
**Sent:** Friday, September 7, 2018 6:48 AM
**To:** Richardson, Equilla
**Cc:** Phillips, Carla; Mundy, Daniel
**Subject:** Re: Annual Health Assessment Review

Ms.Richardson:

CHS scheduled my health assessment on September 10th, a major Jewish Holiday. I was also scheduled for mandatory iSight computer training during the Jewish High Holidays. I am not available for any work related duties during this time.

This pervasive lack of cultural sensitivity is concerning. Also, I do not understand why a work peer and someone I do not know are gratuitously copied on an email that pertains to my private healthcare related matters. I oppose this unwarranted dissemination of my personnel information.

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Richardson, Equilla
**Sent:** Thursday, September 6, 2018 3:39 PM
**To:** Kaye, Melissa
**Cc:** Phillips, Carla; Mundy, Daniel
**Subject:** Annual Health Assessment Review

Dear CHS Colleague **Melissa Kaye**,

According to our records, it's time for you to complete your Annual Health Assessment Review.

You are scheduled to report to Occupational Health Services on **September 10th, 2018 at 3:30 PM**.

Occupational Health Services is located at:

>CHS Queens Building
>19-10 49th Street (2nd Floor)
>Astoria, NY 11105
>(Use the buzzer to the left of the door to alert staff to let you into the facility)

Attached is the form you are required to have completed prior to your scheduled appointment. **\*\*If you prefer to see your primary health care provider, please have your provider complete the attached form along with a tuberculosis screening and submit via interoffice or email to Carla.Phillips@nychhc.org.\*\***

If you are unable to attend the scheduled date/time provided above or if will see your primary health care provider, please respond to this email or call 347-774-7301. Your appointment can be rescheduled up to two times, however, the encounter must occur within 30 days of this email.

Thank you,
OHS Team