| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 12/4/2018 6:59:21 AM |
| **To:** | melissakayemd@gmail.com |
| **Subject:** | Fw: Expiring License/Certification |

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** WANGEL, JONATHAN
**Sent:** Monday, December 3, 2018 7:30 PM
**To:** Kaye, Melissa
**Cc:** Santa Maria, Nate (Doctors Council); kCollins@doctorscouncil.org; Jain, Abhishek; Dudley, Denise; HRSYSADMIN; Barrow, Rosalind; Campese, Matthew; Yang, Patricia; Ford, Elizabeth; Laboy, Jessica
**Subject:** Re: Expiring License/Certification

+ Ms. Laboy

Good evening Dr. Kaye,

I spoke with Kevin Collins this evening regarding the issues raised below:

1. Incorrect supervisor listed in PeopleSoft – This issue has been corrected. Your supervisor is now correctly reflected as Dr. Jain.

2. Incorrect amount paid for the retention bonus (.67) – Your retention bonus was calculated by Bellevue/Central Office. It is my understanding that your time has been re-reviewed by Bellevue/Central and that you will be paid for any difference to which you are entitled.

Thank you.

On Dec 3, 2018, at 3:03 PM, Ford, Elizabeth <eford@nychhc.org> wrote:

> Thanks, Melissa, for the email. We are definitely looking into all of the issues that you raise. Since Doctor's Council is included above, our Office of Labor Relations will respond directly to them.
> Elizabeth
>
> **From:** Kaye, Melissa
> **Sent:** Monday, December 03, 2018 10:58 AM
> **To:** Ford, Elizabeth <eford@nychhc.org>
> **Cc:** Santa Maria, Nate (Doctors Council) <nsantamaria@doctorscouncil.org>; kCollins@doctorscouncil.org; Jain, Abhishek <jaina7@nychhc.org>; Dudley, Denise <dudleyd2@nychhc.org>; HRSYSADMIN <HRSYSADMIN@nychhc.org>; Barrow, Rosalind <Rosalind.Barrow@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Campese, Matthew <Matthew.Campese@nychhc.org>; Yang, Patricia <Patricia.Yang@nychhc.org>
> **Subject:** Fw: Expiring License/Certification

Dear Dr. Ford:

Dan Mundy continues to incorrectly be copied on emails related to on my personnel matters at CHS.

In September when CHS occupational health sent HIPPA protected information about me to Dr. Mundy in error, I was assured by Dr. Jain that this CHS HR error was corrected, but apparently it has not been resolved.

In addition, CHS incorrectly categorized me an a part time employee of Manhattan Court Clinic. As a result, Central Office was misinformed by CHS in listing me as a 0.67 FTE when I am 1.0 FTE. This caused me to only receive partial payment of the full bonus due to me. I learned of this error over two months ago, and I have yet to receive the outstanding balance owed to me.

I am very concerned that my personal data continues to be mishandled.

Thank you for your attention to this matter.

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Mundy, Daniel
**Sent:** Monday, December 3, 2018 9:28 AM
**To:** HR SYSADMIN; Kaye, Melissa
**Cc:** Dudley, Denise
**Subject:** RE: Expiring License/Certification

Please remove me from future emails not addressed to clinicians reporting to me at 100 Centre Street/ Manhattan FPECC. Dr. Kaye does not report to me and I need not know her licensing status.

**Daniel S Mundy, MD**
Director, Manhattan Criminal and Supreme Court Forensic Psychiatry Clinic
NYC Health + Hospitals
(646) 357-2900

**From:** hrsysadmin@nychhc.org [mailto:hrsysadmin@nychhc.org]
**Sent:** Sunday, December 02, 2018 11:06 PM
**To:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Cc:** Mundy, Daniel <Daniel.Mundy@nychhc.org>; Dudley, Denise <dudleyd2@nychhc.org>
**Subject:** Expiring License/Certification

**Expiring in 4 Weeks**

Dear Melissa Kaye,

Our records indicate that your License and/or Certification DRUG ENFORCEMENT ADMIN will expire on 2018-12-31.
Out of date License information may result in termination of access and disqualify you from continued interaction with Patients.

Please submit your updated document to the appropriate party for recertification. Failure to comply may result in appropriate disciplinary action. You may be placed in an inactive status and will not be able to report to duty during the duration of your non-compliance.

If an active License is no longer required for your position, please disregard this message.