| | |
|---|---|
| **From**: | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
| **Sent**: | 2/15/2019 8:34:41 PM |
| **To**: | Laboy, Jessica [laboyj@nychhc.org] |
| **Subject**: | Fwd: Melissa Kaye FMLA/Intermittent - To care for ill family member leave approval |

Begin forwarded message:

> From: "WANGEL, JONATHAN" <wangelj@nychhc.org>
> Date: February 15, 2019 at 8:33:35 PM EST
> To: "Kaye, Melissa" <Melissa.Kaye@nychhc.org>
> Cc: "Ford, Elizabeth" <eford@nychhc.org>, Abhishek Jain <beesh.jain.md@gmail.com>, "Mendez, Maria" <Maria.Mendez@nychhc.org>, "Fritz, Mary" <fritzm1@nychhc.org>, "Yang, Patricia" <Patricia.Yang@nychhc.org>, "Campese, Matthew" <Matthew.Campese@nychhc.org>, "Mundy, Daniel" <Daniel.Mundy@nychhc.org>
> **Subject: Re: Melissa Kaye FMLA/Intermittent - To care for ill family member leave approval**
>
> Dr. Kaye,
>
> As I previously advised you via email on December 3, 2018, Correctional Health Services corrected the reporting structure in Health + Hospitals' (H+H) database. That correction occurred on December 3, 2018.
>
> As of this evening, Vice President of H+H Human Resources, Yvette Villanueva, confirms that Ms. Mendez, an employee of H+H Central Office HR, now understands that Dr. Jain is your supervisor and Dr. Mundy is not to be included in any communications regarding your personnel matters.
>
>
> On Feb 15, 2019, at 4:40 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:
>
>> Mr. Wangel:
>>
>> Firstly, let me thank HHC for completing the processing of my FMLA today; this is an especially difficult time for me and my family. However, I am also writing to express my ongoing concern about the repeated HIPPAA and privacy violations that have transpired, and have continued in the FMLA notification process.
>>
>> On at least two prior occasions, Dr. Daniel Mundy was copied on emails that contained my personnel and medical information. I initially contacted my supervisor Dr. Jain in September 2018 who indicated that he had resolved the matter. However, when it happened again in December 2018, I contacted you and other HHC management about this violation and you indicated it had been resolved in PeopleSoft.
>>
>> Dr. Mundy responded via email and clearly stated that he had no authority or authorization to be copied on my confidential private healthcare related matters.

Dr. Mundy made clear that I neither reported to him nor was he involved in any way in my personnel matters. As you know, my personal FMLA information is not for public consumption and should be handled in accordance with the privacy protections afforded by law.

Despite the emails from Dr. Mundy and myself, HHC continues to incorrectly send emails to Dr. Mundy. Dr. Mundy was copied yet again as recently as today when I was notified about the approval of my FMLA request.

Due to these repeated violations of HIPPAA and my privacy rights, I feel compelled to report this matter HHC Corporate Compliance unless I receive written assurance from your office by next Wednesday at noon that Dr. Mundy will not continue to be copied on private correspondence that pertain to my private emails such as FMLA, licensure status and healthcare matters.

Thank you for your attention to this serious matter,

Dr. Melissa Kaye

Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

**From:** Mendez, Maria
**Sent:** Friday, February 15, 2019 11:01 AM
**To:** Kaye, Melissa
**Cc:** Mundy, Daniel; Jain, Abhishek; Fong, Donna; Barrow, Colleen; CHS Payroll
**Subject:** Melissa Kaye FMLA/Intermittent - To care for ill family member leave approval

Melissa,

Attached, please find an approval letter regarding your request for an intermittent leave of absence to care for your ill family member. For any time sheets submitted without the proper codes, please complete the attached Employee Time Sheet Changes Data Entry forms and submit directly to Payroll. Thank you.

Kind regards,

**Maria Mendez**

Assistant Director

HRSS Leaves Administration

Phone: (212) 748-2267

Fax: (347) 671-8491

Maria.Mendez@nychhc.org

Confidential

| | |
|---|---|
| **From**: | Yang, Patricia [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.YANG.NYCHHC.ORG] |
| **Sent**: | 2/15/2019 6:35:07 PM |
| **To**: | Laboy, Jessica [laboyj@nychhc.org] |
| **CC**: | Villanueva, Yvette [yvette.villanueva@nychhc.org]; Patsos, Catherine [patsosc@nychhc.org]; Greenfield, Blanche [blanche.greenfield@nychhc.org]; WANGEL, JONATHAN [wangelj@nychhc.org] |
| **Subject**: | Re: simmering about to boil over |

Thanks, Jessica
Yvette - can you please fix in your end and send an email before Wednesday noon confirming this is done? If you want more background, Blanche or Jessica can fill you in.

On Feb 15, 2019, at 6:17 PM, Laboy, Jessica <laboyj@nychhc.org> wrote:

> The supervisor change from Daniel Mundy to Abhishek Jain was already done in PeopleSoft on 12/3/18, screen shot below...this is not a system issue.
> Maria Mendez continues to copy Daniel Mundy on Melissa Kaye's FMLA notices although she was previously notified that Daniel Mundy is not her supervisor and should be removed from all notifications to Melissa Kaye.
>
> **From:** Yang, Patricia <Patricia.Yang@nychhc.org>
> **Sent:** Friday, February 15, 2019 6:07 PM
> **To:** Villanueva, Yvette <Yvette.Villanueva@nychhc.org>
> **Cc:** Patsos, Catherine <patsosc@nychhc.org>; Greenfield, Blanche <Blanche.Greenfield@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
> **Subject:** Re: simmering about to boil over
> Jessica. CAn you clarify about correcting the system
>
> On Feb 15, 2019, at 5:55 PM, Villanueva, Yvette <Yvette.Villanueva@nychhc.org> wrote:
>
>> Thanks for the heads up. If this person is reporting to the wrong person, then Correctional Health HR can make the change. However, I am certain receiving a notice that someone is on a FMLA or license expired or status is not a HIPAA violation. So we are fine on that end.
>> We will review the electronic reports to history.
>>
>> **From:** Yang, Patricia <Patricia.Yang@nychhc.org>
>> **Sent:** Friday, February 15, 2019 5:17 PM
>> **To:** Villanueva, Yvette <Yvette.Villanueva@nychhc.org>; Patsos, Catherine <patsosc@nychhc.org>; Greenfield, Blanche <Blanche.Greenfield@nychhc.org>
>> **Cc:** WANGEL, JONATHAN <wangelj@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
>> **Subject:** simmering about to boil over
>> See below.
>> CHS made the correction in PeopleSoft on December 3, 2018. Apparently Drs. Mundy and Kaye also emailed Maria Mendez directly, asking for this correction.
>> Yvette – can you please fix this on your end?
>> Catherine – heads up.
>> Blanche – S.O.S.
>>
>>> **From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
>>> **Sent:** Friday, February 15, 2019 4:40 PM
>>> **To:** WANGEL, JONATHAN <wangelj@nychhc.org>

**Cc:** Ford, Elizabeth <eford@nychhc.org>; Abhishek Jain <beesh.jain.md@gmail.com>; Mendez, Maria <Maria.Mendez@nychhc.org>; Fritz, Mary <fritzm1@nychhc.org>; Yang, Patricia <Patricia.Yang@nychhc.org>; Campese, Matthew <Matthew.Campese@nychhc.org>; Mundy, Daniel <Daniel.Mundy@nychhc.org>
**Subject:** Fw: Melissa Kaye FMLA/Intermittent - To care for ill family member leave approval

Mr. Wangel:

Firstly, let me thank HHC for completing the processing of my FMLA today; this is an especially difficult time for me and my family. However, I am also writing to express my ongoing concern about the repeated HIPPAA and privacy violations that have transpired, and have continued in the FMLA notification process. On at least two prior occasions, Dr. Daniel Mundy was copied on emails that contained my personnel and medical information. I initially contacted my supervisor Dr. Jain in September 2018 who indicated that he had resolved the matter. However, when it happened again in December 2018, I contacted you and other HHC management about this violation and you indicated it had been resolved in PeopleSoft.

Dr. Mundy responded via email and clearly stated that he had no authority or authorization to be copied on my confidential private healthcare related matters. Dr. Mundy made clear that I neither reported to him nor was he involved in any way in my personnel matters. As you know, my personal FMLA information is not for public consumption and should be handled in accordance with the privacy protections afforded by law.

Despite the emails from Dr. Mundy and myself, HHC continues to incorrectly send emails to Dr. Mundy. Dr. Mundy was copied yet again as recently as today when I was notified about the approval of my FMLA request.

Due to these repeated violations of HIPPAA and my privacy rights, I feel compelled to report this matter HHC Corporate Compliance unless I receive written assurance from your office by next Wednesday at noon that Dr. Mundy will not continue to be copied on private correspondence that pertain to my private emails such as FMLA, licensure status and healthcare matters.

Thank you for your attention to this serious matter,
Dr. Melissa Kaye
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Mendez, Maria
**Sent:** Friday, February 15, 2019 11:01 AM
**To:** Kaye, Melissa
**Cc:** Mundy, Daniel; Jain, Abhishek; Fong, Donna; Barrow, Colleen; CHS Payroll

Confidential
NYC_003912

**Subject:** Melissa Kaye FMLA/Intermittent - To care for ill family member leave approval

Melissa,

Attached, please find an approval letter regarding your request for an intermittent leave of absence to care for your ill family member. For any time sheets submitted without the proper codes, please complete the attached Employee Time Sheet Changes Data Entry forms and submit directly to Payroll. Thank you.

Kind regards,

**Maria Mendez**
Assistant Director
HRSS Leaves Administration
Phone: (212) 748-2267
Fax: (347) 671-8491
Maria.Mendez@nychhc.org