| | |
|---|---|
| **From**: | Mundy, Daniel [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIEL.MUNDY.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 6/10/2019 11:46:49 AM |
| **To**: | Jain, Abhishek [jaina7@nychhc.org] |
| **Subject**: | RE: PeopleSoft - Dr. Kaye assignment |

I concur

---

**From:** Jain, Abhishek
**Sent:** Monday, June 10, 2019 11:46 AM
**To:** Mundy, Daniel
**Subject:** RE: PeopleSoft - Dr. Kaye assignment

Thanks, Dan. Looks like Dr. Kaye is no longer listed?

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

---

**From:** Mundy, Daniel
**Sent:** Monday, June 10, 2019 11:45 AM
**To:** Jain, Abhishek <jaina7@nychhc.org>
**Subject:** RE: PeopleSoft - Dr. Kaye assignment



---

**From:** Jain, Abhishek <jaina7@nychhc.org>
**Sent:** Monday, June 10, 2019 11:26 AM
**To:** Mundy, Daniel <Daniel.Mundy@nychhc.org>
**Subject:** FW: PeopleSoft - Dr. Kaye assignment

Do you know what screen this is exactly?

Thanks,

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

---

**From:** Bailey, Kiesha
**Sent:** Monday, June 10, 2019 10:56 AM
**To:** Jain, Abhishek <jaina7@nychhc.org>; McGranaghan, Justine <mcgranaj@nychhc.org>

**Cc:** Swenson, Andrea <swensona@nychhc.org>
**Subject:** RE: PeopleSoft - Dr. Kaye assignment

Good Morning

Melissa Kaye is reporting to you in Peoplesoft. The screen print attached I am not sure what screen that is in PS.

Justine - Are you familiar with that screen?

---

**From:** Jain, Abhishek
**Sent:** Monday, June 10, 2019 10:24 AM
**To:** McGranaghan, Justine <mcgranaj@nychhc.org>; Bailey, Kiesha <baileyk7@nychhc.org>
**Cc:** Swenson, Andrea <swensona@nychhc.org>
**Subject:** RE: PeopleSoft - Dr. Kaye assignment

Hi Kiesha, I am also looping in Andrea Swenson.

Just to clarify, I just want to make sure Dr. Melissa Kaye is not listed as reporting to Dr. Mundy in PeopleSoft. Dr. Mundy sent me this image (attached) that People still has Dr. Kaye reporting to him?

Thanks,

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

---

**From:** McGranaghan, Justine
**Sent:** Monday, June 03, 2019 12:09 PM
**To:** Jain, Abhishek <jaina7@nychhc.org>; Bailey, Kiesha <baileyk7@nychhc.org>
**Cc:** Mundy, Daniel <Daniel.Mundy@nychhc.org>
**Subject:** RE: PeopleSoft - Dr. Kaye assignment

+Kiesha Bailey

Hi Beesh,

I am looping Kiesha into the conversation to help troubleshoot. We will handle ASAP.

Thank you,
Justine

---

**From:** Jain, Abhishek
**Sent:** Monday, June 03, 2019 11:47 AM
**To:** McGranaghan, Justine <mcgranaj@nychhc.org>
**Cc:** Mundy, Daniel <Daniel.Mundy@nychhc.org>
**Subject:** PeopleSoft - Dr. Kaye assignment

Hi Justine,

Hope you are doing well. Dr. Mundy just informed me that PeopleSoft still has Dr. Kaye reporting to him (image attached). Dr. Kaye should be listed as reporting to me. I think we fixed this at some point, but appears it may still be listed incorrectly in other parts of the system. Can you help with this again?

Thanks so much,

Beesh

Confidential