| | |
|---|---|
| **From**: | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
| **Sent**: | 9/18/2018 12:33:49 PM |
| **To**: | Campese, Matthew [matthew.campese@nychhc.org] |
| **Subject**: | RE: Docs Council Lump Sum |

Thank you.

**From:** Campese, Matthew
**Sent:** Tuesday, September 18, 2018 12:31 PM
**To:** WANGEL, JONATHAN
**Subject:** RE: Docs Council Lump Sum

I sent to Bellevue to confirm.

**From:** WANGEL, JONATHAN
**Sent:** Tuesday, September 18, 2018 10:45 AM
**To:** Campese, Matthew <Matthew.Campese@nychhc.org>
**Subject:** Re: Docs Council Lump Sum

Just making sure this didn't get lost in your email vortex.

On Sep 17, 2018, at 3:06 PM, WANGEL, JONATHAN <wangelj@nychhc.org> wrote:

> Former Bellevue FPECC staff now w/ CHS that should be on the retention lump sum list. My understanding is that this cost should be charged-back to Bellevue. Let me know if I need to do anything.

| Employee Name (or Vacancy) | Corp Title | HHC Employment Date |
|---|---|---|
| Harper, Oliver | Psychiatrist | 7/3/2017 |
| Kaye, Melissa | Attending Physician L-II | 8/16/1999 |
| Solanki, Kanishk | Psychiatrist | 7/3/2017 |
| Weiss, Jonathan | Physician Specialist | 7/2/2013 |