| | |
|---|---|
| **From**: | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
| **Sent**: | 9/26/2018 1:25:46 PM |
| **To**: | Yang, Patricia [patricia.yang@nychhc.org] |
| **CC**: | Laboy, Jessica [laboyj@nychhc.org] |
| **Subject**: | Docs Council Retention Bonus |
| **Attachments**: | Docs Council Lump Sum .msg; FW_ Doc Council List Additions - ASAP.msg |

I discussed with Matt and sent him the attached list. Blanche is aware as well. Chain is the other attachment.

Confidential

**From:** WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT]
**Sent:** 9/17/2018 3:06:40 PM
**To:** Campese, Matthew [matthew.campese@nychhc.org]
**Subject:** Docs Council Lump Sum

Former Bellevue FPECC staff now w/ CHS that should be on the retention lump sum list. My understanding is that this cost should be charged-back to Bellevue. Let me know if I need to do anything.

| Employee Name (or Vacancy) | Corp Title | HHC Employment Date |
|---|---|---|
| Harper, Oliver | Psychiatrist | 7/3/2017 |
| Kaye, Melissa | Attending Physician L-II | 8/16/1999 |
| Solanki, Kanishk | Psychiatrist | 7/3/2017 |
| Weiss, Jonathan | Physician Specialist | 7/2/2013 |

| | |
|---|---|
| **From**: | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
| **Sent**: | 9/26/2018 8:27:36 AM |
| **To**: | Cianci, Diane [diane.cianci@nychhc.org] |
| **CC**: | Campese, Matthew [matthew.campese@nychhc.org] |
| **Subject**: | FW: Doc Council List Additions - ASAP |

Good morning Diane,

Has anyone confirmed dates of employment yet?  Thanks.

**From:** Campese, Matthew
**Sent:** Tuesday, September 25, 2018 11:46 AM
**To:** Cianci, Diane <Diane.Cianci@nychhc.org>
**Cc:** WANGEL, JONATHAN <wangelj@nychhc.org>; Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Alexander, April <April.Alexander@nychhc.org>; McCarthy, Michele <Michele.McCarthy@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; Guzman, Elizabeth <Elizabeth.Guzman@nychhc.org>
**Subject:** RE: Doc Council List Additions - ASAP

Hi April,

Just a reminder that Payroll needs confirmation on the former Bellevue doctors who now work for CHS by tomorrow in order to make the retention payment on 10/5.

Thanks,
Matt

**From:** Campese, Matthew
**Sent:** Monday, September 24, 2018 4:54 PM
**To:** Cianci, Diane <Diane.Cianci@nychhc.org>
**Cc:** WANGEL, JONATHAN <wangelj@nychhc.org>; Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Alexander, April <April.Alexander@nychhc.org>; McCarthy, Michele <Michele.McCarthy@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; Guzman, Elizabeth <Elizabeth.Guzman@nychhc.org>
**Subject:** Re: Doc Council List Additions - ASAP

Ok.  Hopefully we can get the information from the facility by then.   Will let you know

Thanks

Sent from my iPhone

On Sep 24, 2018, at 4:43 PM, Cianci, Diane <Diane.Cianci@nychhc.org> wrote:

> Wed 9/26
>
> **From:** Campese, Matthew
> **Sent:** Monday, September 24, 2018 11:01 AM
> **To:** WANGEL, JONATHAN <wangelj@nychhc.org>; Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Alexander, April <April.Alexander@nychhc.org>
> **Cc:** McCarthy, Michele <Michele.McCarthy@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>; Guzman, Elizabeth <Elizabeth.Guzman@nychhc.org>
> **Subject:** RE: Doc Council List Additions - ASAP

Diane,

What is the drop dead date that we would need to get you confirmation on the 4 doctors below for them to be included in the 10/5 payment date?

Thanks
Matt

---

**From:** WANGEL, JONATHAN
**Sent:** Monday, September 24, 2018 10:20 AM
**To:** Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Alexander, April <April.Alexander@nychhc.org>
**Cc:** McCarthy, Michele <Michele.McCarthy@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>; Guzman, Elizabeth <Elizabeth.Guzman@nychhc.org>; Campese, Matthew <Matthew.Campese@nychhc.org>
**Subject:** RE: Doc Council List Additions - ASAP

Good morning everyone,

Just following-up on this as the staff are expecting a 10/5 check.  Can we confirm today?  Thank you.

Jon

Jonathan C. Wangel, Esq.
Senior Director, Employment & Labor Relations
NYC Health + Hospitals, Correctional Health Services
55 Water Street, 18th Floor
New York, NY 10041
646-614-0118 (office)
917-620-7815 (mobile)
347-774-8894 (confidential fax)

.

---

**From:** Campese, Matthew
**Sent:** Friday, September 21, 2018 1:55 PM
**To:** Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Alexander, April <April.Alexander@nychhc.org>
**Cc:** McCarthy, Michele <Michele.McCarthy@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>; Guzman, Elizabeth <Elizabeth.Guzman@nychhc.org>
**Subject:** RE: Doc Council List Additions - ASAP
**Importance:** High

+Diane Cianci and Elizabeth Guzman

Hi April,

Just wanted to follow-up on Kerry's email below.   If these CHS doctors are going to be added to the 10/5 retention payment date, then I think payroll needs confirmation ASAP.

Has Bellevue been able to confirm that these doctors meet the eligibility for payment and provide the annual hours worked for the part-timers so that their retention payment can be pro-rated?

Thanks
Matt

---

**From:** Campese, Matthew
**Sent:** Wednesday, September 19, 2018 10:11 AM
**To:** Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Alexander, April <April.Alexander@nychhc.org>
**Cc:** McCarthy, Michele <Michele.McCarthy@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; JONATHAN WANGEL (wangelj@nychhc.org) <wangelj@nychhc.org>
**Subject:** RE: Doc Council List Additions - ASAP

+Jonathan Wangel

---

**From:** Kolodziejski, Kerry (kolodzik)
**Sent:** Wednesday, September 19, 2018 9:57 AM
**To:** Alexander, April <April.Alexander@nychhc.org>
**Cc:** Campese, Matthew <Matthew.Campese@nychhc.org>; McCarthy, Michele <Michele.McCarthy@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>
**Subject:** Doc Council List Additions - ASAP
**Importance:** High

Hey April – it has come to our attention that there are four doctors currently assigned to CHS who were held at Bellevue until July (we presume, of this year?) to ensure there would be no issue with their retention payments, but they were not added to your list or otherwise mentioned. Can you review the list below and advise of the last date(s) physically worked for Bellevue by these employees?

The employees are and were, all working in Psychiatry as Attending Physicians, except Weiss, who is a Physician Specialist:
Oliver Harper (100020912)
Melissa Kaye (000047801)
Kanishk Solanki (100042029)
Jonathan Weiss (100015392)

To address payment, we will need the number of hours worked for any in part-time status (looks like a couple are now at CHS, not sure if that's a change, but I can review for you if needed), but I cannot get the hours so I need your timekeeping/payroll folks to do that ASAP, please.

Let me know if you need anything further to facilitate this request. Thanks!

**Kerry Kolodziejski**
Senior Director, Classification and Compensation
Human Resources Office of Classification and Compensation Administration
(646) 694-6687
Kolodzik@nychhc.org

**Central Office**
55 Water Street, 26th Floor
New York, NY 10041

<image001.png>

*Please visit our Employee Resource Center – the one-stop, easy to use place on our intranet for all Human Resources information and employee self-service functions.*

Confidential

NYC_000564

| | |
|---|---|
| **From**: | Yang, Patricia [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.YANG.NYCHHC.ORG] |
| **Sent**: | 9/26/2018 1:35:16 PM |
| **To**: | Hicks, William [william.hicks@nychhc.org] |
| **Subject**: | can you help us help ourselves? |
| **Attachments**: | Docs Council Lump Sum .msg; FW_ Doc Council List Additions - ASAP.msg |
| **Importance**: | High |

Hi Bill.

Despite a lot of outreach by CHS and OLA to Bellevue HR, information has still not been provided to enable the four psychiatrists from the 730 clinics to get their retention bonuses.

Deadline for this information is TODAY.

You will recall that:
1. CHS delayed taking over the 730 clinics from Bellevue precisely so that the four Bellevue docs would qualify for the bonuses;
2. Melissa Kaye, who filed the EEO claim against you/us, is one of those docs.

See first attachment of the four names, and the second attachment which is a sample of the fruitless email exchanges. Maybe you can make them bear fruit today!

Thanks.

Patsy