**From**: WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT]
**Sent**: 9/26/2018 5:30:36 PM
**To**: Yang, Patricia [patricia.yang@nychhc.org]; Laboy, Jessica [laboyj@nychhc.org]
**Subject**: FW: can you help us help ourselves?

Your email made its way around. Back to Bellevue to calculate as the bonus is paid from their budget.

---

**From:** WANGEL, JONATHAN
**Sent:** Wednesday, September 26, 2018 5:28 PM
**To:** Alexander, April ; Cianci, Diane
**Cc:** Owens, Beth ; Myrie, Wayne ; Matthew Campese (Matthew.Campese@nychhc.org) ; Kolodziejski, Kerry (kolodzik)
**Subject:** RE: can you help us help ourselves?

April,

Attached is the week-by-week breakdown for each staff member. Can your team confirm the total number of hours for the 3 part-timers, as well as confirm that Dr. Kaye is entitled to the max retention bonus? For each of the 4, this entire period was time at Bellevue.

Diane, this needs to be completed by tomorrow (as early as possible) to make pay calc for the 10/5 check, correct?

---

**From:** Campese, Matthew
**Sent:** Wednesday, September 26, 2018 4:05 PM
**To:** Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Alexander, April <April.Alexander@nychhc.org>; Jolibois, Wendy <Wendy.Jolibois@nychhc.org>; Daniel, Shelly <Shelly.Daniel@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
**Cc:** Hicks, William <William.Hicks@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; Myrie, Wayne <Wayne.Myrie@nychhc.org>
**Subject:** RE: can you help us help ourselves?

+Jonathan Wangel

Thanks. Jonathan Wangel at CHS said he is looking to see what they may have. I gave him the requisite time period August 1, 2017 to June 30, 2018.

---

**From:** Kolodziejski, Kerry (kolodzik)
**Sent:** Wednesday, September 26, 2018 4:02 PM
**To:** Alexander, April <April.Alexander@nychhc.org>; Jolibois, Wendy <Wendy.Jolibois@nychhc.org>; Daniel, Shelly <Shelly.Daniel@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>
**Cc:** Hicks, William <William.Hicks@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; Campese, Matthew <Matthew.Campese@nychhc.org>; Myrie, Wayne <Wayne.Myrie@nychhc.org>
**Subject:** RE: can you help us help ourselves?

Thanks April. I believe Matt reached out to CHS after you and I spoke, but I don't know if he's gotten anywhere. Appreciate this information!

---

**From:** Alexander, April
**Sent:** Wednesday, September 26, 2018 4:00 PM
**To:** Jolibois, Wendy <Wendy.Jolibois@nychhc.org>; Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Daniel, Shelly <Shelly.Daniel@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>
**Cc:** Hicks, William <William.Hicks@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; Campese, Matthew

<Matthew.Campese@nychhc.org>; Myrie, Wayne <Wayne.Myrie@nychhc.org>
**Subject:** RE: can you help us help ourselves?
**Importance:** High

Hi Kerry,

In attempt to help us help ourselves I have done a bit more research. I see there are quite a few people added to the communication trail on this topic. If I understand this correctly, the doctors in question are on CHS payroll now.

As you & I discussed earlier today, they were previously on Bellevue payroll and may have acquired the hours at Bellevue, we, (Bellevue HR, Bellevue Payroll), **are no longer able to access the detailed information**.

**CHS payroll can access the details through a Central Office payroll query. They will need the specific period. The doctors names are:**

Jonathan Wangel
Oliver Harper (100020912)
Melissa Kaye (000047801)
Kanishk Solanki (100042029)
Jonathan Weiss (100015392)


**April Alexander**
Director, Human Resources
Human Resources
Phone 646-672-3028
212-423-7722
April.alexander@nychhc.org

NYC **Health+Hospital - Metropolitan/Central Office**
1901 First Avenue room# 13M12
New York, NY 10029

NYC
**HEALTH+**
Live Your Healthiest Life. **HOSPITALS**

*Please visit our Employee Resource Center - the one-stop, easy to use place on our intranet for all Human Resources information and employee self-service functions*

---

**From:** Jolibois, Wendy
**Sent:** Wednesday, September 26, 2018 3:01 PM
**To:** Alexander, April <April.Alexander@nychhc.org>
**Subject:** FW: can you help us help ourselves?
**Importance:** High

Hi April,

See below and attached. I believe these are the names you have Ocedia look into. However, she stated we no longer have access to CHS information.

Let me know next steps to move this along. Thanks

**From:** Daniel, Shelly
**Sent:** Wednesday, September 26, 2018 2:48 PM
**To:** Jolibois, Wendy <Wendy.Jolibois@nychhc.org>
**Subject:** FW: can you help us help ourselves?
**Importance:** High

Wendy,

This request is high priority, thank you.

**From:** Yang, Patricia
**Sent:** Wednesday, September 26, 2018 1:35 PM
**To:** Hicks, William <William.Hicks@nychhc.org>
**Subject:** can you help us help ourselves?
**Importance:** High

Hi Bill.

Despite a lot of outreach by CHS and OLA to Bellevue HR, information has still not been provided to enable the four psychiatrists from the 730 clinics to get their retention bonuses.

Deadline for this information is TODAY.

You will recall that:
1. CHS delayed taking over the 730 clinics from Bellevue precisely so that the four Bellevue docs would qualify for the bonuses;
2. Melissa Kaye, who filed the EEO claim against you/us, is one of those docs.

See first attachment of the four names, and the second attachment which is a sample of the fruitless email exchanges. Maybe you can make them bear fruit today!

Thanks.

Patsy