| | |
|---|---|
| **From**: | Yang, Patricia [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.YANG.NYCHHC.ORG] |
| **Sent**: | 9/27/2018 3:55:23 PM |
| **To**: | WANGEL, JONATHAN [wangelj@nychhc.org] |
| **CC**: | Laboy, Jessica [laboyj@nychhc.org] |
| **Subject**: | Re: Total Work Hours |

Great. Thank you

On Sep 27, 2018, at 2:57 PM, WANGEL, JONATHAN <wangelj@nychhc.org> wrote:

> Bit later than this morning, but done.
>
> Begin forwarded message:
>
>> **From:** "WANGEL, JONATHAN" <wangelj@nychhc.org>
>> **Date:** September 27, 2018 at 2:55:53 PM EDT
>> **To:** "Cianci, Diane" <Diane.Cianci@nychhc.org>
>> **Subject: Re: Total Work Hours**
>>
>> Thank you very much.
>>
>> On Sep 27, 2018, at 2:49 PM, Cianci, Diane <Diane.Cianci@nychhc.org> wrote:
>>
>>> Yep
>>>
>>> On Sep 27, 2018, at 2:33 PM, WANGEL, JONATHAN <wangelj@nychhc.org> wrote:
>>>
>>>> We good on this? Thanks.
>>>>
>>>> **From:** Campese, Matthew
>>>> **Sent:** Thursday, September 27, 2018 11:21 AM
>>>> **To:** WANGEL, JONATHAN <wangelj@nychhc.org>
>>>> **Cc:** Cianci, Diane <Diane.Cianci@nychhc.org>; Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Mulett, Angela <Angela.Mulett@nychhc.org>; Jolibois, Wendy <Wendy.Jolibois@nychhc.org>; Daniel, Shelly <Shelly.Daniel@nychhc.org>; Myrie, Wayne <Wayne.Myrie@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>
>>>> **Subject:** Re: Total Work Hours
>>>> I don't think we need it. Your confirmation should be good enough.
>>>> Diane: can the below docs be added to the payment list at the amounts listed below
>>>>
>>>> FTE status. Retention amt
>>>>
>>>> Dr. Kay. .67 $13,400

Confidential NYC_000616

    Dr. Solanki. .55. $11,000

    Dr. Weiss. .47. $9,400

    Dr. Harper. .46. $9,200

Thank you,
Matt

Sent from my iPhone

On Sep 27, 2018, at 11:18 AM, WANGEL, JONATHAN <wangelj@nychhc.org> wrote:

> I've confirmed all on the list are board certified in psychiatry . Do you need me to send supporting documentation?
>
> On Sep 27, 2018, at 9:03 AM, Campese, Matthew <Matthew.Campese@nychhc.org> wrote:
>
>> Thanks Kerry.
>> **From:** Kolodziejski, Kerry (kolodzik)
>> **Sent:** Thursday, September 27, 2018 8:54 AM
>> **To:** Campese, Matthew <Matthew.Campese@nychhc.org>; Mulett, Angela <Angela.Mulett@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
>> **Cc:** Jolibois, Wendy <Wendy.Jolibois@nychhc.org>; Daniel, Shelly <Shelly.Daniel@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>; Myrie, Wayne <Wayne.Myrie@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>
>> **Subject:** RE: Total Work Hours
>> Just checked percentage FTE of $20K

and came up with the same numbers you provided below.

**From:** Campese, Matthew
**Sent:** Wednesday, September 26, 2018 7:33 PM
**To:** Mulett, Angela <Angela.Mulett@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
**Cc:** Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Jolibois, Wendy <Wendy.Jolibois@nychhc.org>; Daniel, Shelly <Shelly.Daniel@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>; Myrie, Wayne <Wayne.Myrie@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>
**Subject:** Re: Total Work Hours

Thank you very much Angela. Based on the hours provided, it would appear that the doctors FTE status during the required time period is as follows:
FTE status. Retention amt
Dr. Kay. .67 $13,400
Dr. Solanki. .55. $11,000
Dr. Weiss. .47. $9,400
Dr. Harper. .46. $9,200
Can HR please double check my calculations?
Jonathan: if you can confirm that these doctors are board eligible or board certified in psychiatry, then I think we are good to send their

Confidential

names to Payroll for payment.
Please confirm.
Thanks
Matt
Sent from my iPho

On Sep 26, 2018, at 6:44 PM, Mulett, Angela <Angela.Mulett@nychhc.org> wrote:

> Good Afternoon,
> April asked that I forward you the total number of work hours for the employees listed below. The following is based on the print outs provided by Payroll:
> Kaye (000047801) Total hours paid from 7/30/17 – 6/30/18 – 1400 hours

1184 hours (actual work hours) – 216 (annual, sick, holidays, education)

Solanki (100042029) Total hours paid from 7/30/17 – 6/30/18 – 1152 hours

1064 hours (actual work hours) – 88 (annual, sick, holidays, education)

Weiss (100015392) Total hours paid from 7/30/17 – 6/30/18 – 974.55 hours

821 hours (actual

work hours) – 153.55 (annual, sick, holidays, education)

Harper (100020912) Total hours paid from 7/30/17 – 6/30/18 – 960 hours 866 hours (actual work hours) – 94 (annual, sick, holidays, education)