| | |
|---|---|
| **From:** | Campese, Matthew [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MATTHEW.CAMPESE.NYCHHC.ORG] |
| **Sent:** | 9/27/2018 6:17:14 PM |
| **To:** | Kevin Collins, Doctors Council [KCollins@doctorscouncil.org] |
| **CC:** | WANGEL, JONATHAN [wangelj@nychhc.org]; Owens, Beth [beth.owens@nychhc.org]; Barrow, Rosalind [rosalind.barrow@nychhc.org]; Guzman, Elizabeth [elizabeth.guzman@nychhc.org]; Cianci, Diane [diane.cianci@nychhc.org]; Kolodziejski, Kerry (kolodzik) [kolodzik@nychhc.org] |
| **Subject:** | RE: Doctors Council Retention payment list - Revised 9.27.18 |

Good evening Kevin,

FYI - There are 4 additional doctors from CHS who have been added to the retention payment list and we are planning on paying them on the October 5th check as follows

FTE status. Retention amt

Dr. Melissa Kaye .67 $13,400

Dr. Kanishk Solanki .55 $11,000

Dr. Jonathan Weiss .47 $9,400

Dr. Oliver Harper .46 $9,200

Regards,
Matt

---

**From:** Campese, Matthew
**Sent:** Tuesday, September 25, 2018 11:10 AM
**To:** 'Kevin Collins, Doctors Council'
**Cc:** Indramattie Harrilall ; Beth Owens ; Rosalind Barrow (Rosalind.Barrow@nychhc.org) ; Guzman, Elizabeth ; Cianci, Diane ; Kolodziejski, Kerry (kolodzik)
**Subject:** Doctors Council Retention payment list - Revised 9.25.18

Kevin,

There has been a change to the H+H retention payment list. The below two doctors from Morrisania should not have been included since they have previously separated from service and are not in active payroll. Therefore, their names will be removed from the payment list.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MORRISANIA | 000009497 | SANTOS | REALINO | 005070 | PCP (Commncare/Mngd Care) | | MEDICINE | MEDICINE |
| MORRISANIA | 000040688 | GADDIPATI | SWARUPA | 005070 | PCP (Commncare/Mngd Care) | | MEDICINE | MEDICINE |

Sorry for the confusion.

Thanks
Matt

Confidential

NYC_000630