| | |
|---|---|
| **From**: | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
| **Sent**: | 10/31/2018 11:53:45 AM |
| **To**: | Campese, Matthew [matthew.campese@nychhc.org]; Greenfield, Blanche [blanche.greenfield@nychhc.org] |
| **CC**: | Rivera, Pedro [riverap4@nychhc.org]; Barrow, Rosalind [rosalind.barrow@nychhc.org]; Owens, Beth [beth.owens@nychhc.org]; Kolodziejski, Kerry (kolodzik) [kolodzik@nychhc.org]; Cianci, Diane [diane.cianci@nychhc.org] |
| **Subject**: | RE: FTE error causing bonus retention error |

CHS provided Bellevue with the complete record of Dr. Kaye's time for the period of the longevity payment eligibility. Bellevue completed the initial calculation, which I believe was verified by Central Payroll.

Diane, can someone triple check the calc? thanks.

---

**From:** Campese, Matthew
**Sent:** Wednesday, October 31, 2018 11:50 AM
**To:** WANGEL, JONATHAN ; Greenfield, Blanche
**Cc:** Rivera, Pedro ; Barrow, Rosalind ; Owens, Beth ; Kolodziejski, Kerry (kolodzik) ; Cianci, Diane
**Subject:** FW: FTE error causing bonus retention error

Can CHS please let us know if Dr. Kaye's payment needs to be adjusted. Thanks

Matt

---

**From:** Myrie, Wayne
**Sent:** Wednesday, October 31, 2018 11:35 AM
**To:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Cc:** Badaracco, Mary <Mary.Badaracco@nychhc.org>; Santa Maria, Nate (Doctors Council) <nsantamaria@doctorscouncil.org>; Moreinis, Peter <Peter.Moreinis@nychhc.org>; Rivera, Pedro <RIVERAP4@nychhc.org>; Campese, Matthew <Matthew.Campese@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Moreinis, Peter <Peter.Moreinis@nychhc.org>; Colley, Jeremy <Jeremy.Colley@nychhc.org>
**Subject:** FTE error causing bonus retention error

Good Morning Dr. Kaye

I verify that while you were employed at Bellevue between the period May 22, 2000 through June 30, 2018 you were a 1.0 employee working 40hrs per week.

---

**From:** Kaye, Melissa
**Sent:** Wednesday, October 31, 2018 11:25 AM
**To:** Myrie, Wayne <Wayne.Myrie@nychhc.org>
**Cc:** Badaracco, Mary <Mary.Badaracco@nychhc.org>; Santa Maria, Nate (Doctors Council) <nsantamaria@doctorscouncil.org>; Moreinis, Peter <Peter.Moreinis@nychhc.org>; Rivera, Pedro <RIVERAP4@nychhc.org>; Campese, Matthew <Matthew.Campese@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Moreinis, Peter <Peter.Moreinis@nychhc.org>; Colley, Jeremy <Jeremy.Colley@nychhc.org>
**Subject:** FTE error causing bonus retention error

Hello Mr. Myrie,

I worked a 1.0 FTE at Bellevue starting in May 2000 thru June, 30, 2018.
**I am eligible for the full retention bonus but I only received a partial payment because I am incorrectly listed as 0.67 FTE by Central Office.**

This is according to information provided to me by Doctors Council.

Please provide payroll verification that I worked 1.0 FTE at Bellevue from 8/1/17 thru 6/30/18. Also, please verify that I am correctly listed as 1.0 FTE starting May 2000, which is when I changed from part-time to full-time. I was hired part- time in August 1999.

I am currently 1.0 FTE at CHS, beginning July 1, 2018, which should be listed accordingly at Central Office.

In addition to not receiving my full bonus, I am concerned that this error could negatively impact my pension, accrual of annual leave and other benefits so I am anxious to ensure that it is corrected as soon as possible.

Thank you very much for your help

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344