| | |
|---|---|
| **From**: | Campese, Matthew [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MATTHEW.CAMPESE.NYCHHC.ORG] |
| **Sent**: | 11/14/2018 3:52:26 PM |
| **To**: | Rivera, Pedro [riverap4@nychhc.org]; WANGEL, JONATHAN [wangelj@nychhc.org] |
| **CC**: | Kolodziejski, Kerry (kolodzik) [kolodzik@nychhc.org]; Owens, Beth [beth.owens@nychhc.org]; Cianci, Diane [diane.cianci@nychhc.org]; Greenfield, Blanche [blanche.greenfield@nychhc.org] |
| **Subject**: | RE: some retention bonus issues |

Thanks Pedro

**From:** Rivera, Pedro
**Sent:** Wednesday, November 14, 2018 1:57 PM
**To:** Campese, Matthew ; WANGEL, JONATHAN
**Cc:** Kolodziejski, Kerry (kolodzik) ; Owens, Beth ; Cianci, Diane ; Greenfield, Blanche
**Subject:** RE: some retention bonus issues

Good Afternoon Matt,

We will look into this matter.

Respectfully,

Pedro

**Pedro A. Rivera, Esq., LL.M**
Director
Bellevue Hospital Center
Department of Labor Relations
Ph: (212) 562-7531 - Fax: (212) 562-6187
RiveraP4@nychhc.org



CONFIDENTIALITY NOTICE: This information is intended only for the use of the addressee. All other use is prohibited without proper authorization. If you have received this email in error, please notify the sender immediately by reply email, delete the document and keep any information you may have viewed confidential.

---

**From:** Campese, Matthew
**Sent:** Wednesday, November 14, 2018 8:02 AM
**To:** Rivera, Pedro <RIVERAP4@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
**Cc:** Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>; Greenfield, Blanche <Blanche.Greenfield@nychhc.org>
**Subject:** Fwd: some retention bonus issues

Good morning Pedro,

Can you please work with Bellevue HR and CMO to see if Dr. Zuniga was owed a retention bonus?

Jonathan: we also need a final word on Dr. Kaye's FTE status during relevant time period and if her amount needs to be adjusted?

Thanks
Matt

Sent from my iPhone

Begin forwarded message:

> **From:** "Kevin Collins, Doctors Council" <KCollins@doctorscouncil.org>
> **Date:** November 13, 2018 at 9:04:14 PM EST
> **To:** "Campese, Matthew" <Matthew.Campese@nychhc.org>
> **Cc:** "Nate Santa Maria, Doctors Council" <NSantaMaria@doctorscouncil.org>
> **Subject: some retention bonus issues**
>
> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. If it looks suspicious, send it as an attachment to spamadmin@nychhc.org*
>
> Hi Matt.
>
> Please look into the following and get back to me on some retention bonus issues:
>
> -Federico Zuniga of Psych in Bellevue is a 1.0 FTE board cert in Psych and there since July 2010 but received no bonus
>
> -Melissa Kaye in Psych at CHS is a 1.0 FTE (not 0.67 FTE or something other than a 1.0 FTE) and an H+H employee since 1999 and board cert in Psych and received a lower bonus of 13,400 so is owed $ 6,600
>
> Thanks, Kevin
>
> Kevin Collins
> Executive Director
> Doctors Council SEIU
> A United Voice for Doctors, Our Patients & the Communities We Serve
> National Affiliate of the Service Employees International Union (SEIU)
> 50 Broadway, 11th Floor, Suite 1101
> New York, NY 10004
> Phone (212) 532-7690 Fax (212) 481-4137
> E-mail: kcollins@doctorscouncil.org
>
> Follow Us On:
> DoctorsCouncil | Facebook | Twitter | LinkedIn | Youtube

Confidential