| | |
|---|---|
| **From**: | Campese, Matthew [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MATTHEW.CAMPESE.NYCHHC.ORG] |
| **Sent**: | 12/19/2018 7:45:44 AM |
| **To**: | WANGEL, JONATHAN [wangelj@nychhc.org] |
| **CC**: | Cianci, Diane [diane.cianci@nychhc.org]; Alexander, April [april.alexander@nychhc.org]; Kolodziejski, Kerry (kolodzik) [kolodzik@nychhc.org]; Owens, Beth [beth.owens@nychhc.org]; Jolibois, Wendy [wendy.jolibois@nychhc.org]; Anderson, Aaron [andersoa9@nychhc.org]; Laboy, Jessica [laboyj@nychhc.org]; Smith, Ciara [smithc45@nychhc.org] |
| **Subject**: | Re: Total Work Hours - KAYE RETENTION PAYMENT |

Thank you Diane

Sent from my iPhone

On Dec 18, 2018, at 7:33 PM, WANGEL, JONATHAN <wangelj@nychhc.org> wrote:

> Thank you.

> On Dec 18, 2018, at 7:02 PM, Cianci, Diane <Diane.Cianci@nychhc.org> wrote:

> No we will do it for 12/28 check

> On Dec 18, 2018, at 7:01 PM, WANGEL, JONATHAN <wangelj@nychhc.org> wrote:

> Diane, if it's more expeditions, CHS can cut the check and we'll deal with the budget mod separately.

> On Dec 18, 2018, at 5:27 PM, Campese, Matthew <Matthew.Campese@nychhc.org> wrote:

> Thank you for confirming April.

> Diane: based on the below, can Payroll please schedule payment for doctor Kaye to receive the additional $6,600 she is entitled to.

> Thanks
> Matt

> Sent from my iPhone

> On Dec 18, 2018, at 5:23 PM, Alexander, April <April.Alexander@nychhc.org> wrote:

> Hi Matt:
> This employee now belongs to Correctional Health Services Bellevue is no longer am able to view her profile, but she was employed to **Bellevue as a 40hr/week** employee up until the time she transferred to CHS. According to Wayne, the difference, that would have to be paid by CHS as the employee is now on their Payroll.

Confidential

Originally Dr. Kaye (000047801) was paid the retention bonus as a .67 FTE. She worked full-time from 7/30/17 – 6/30/18 and that the check she received for the .67 FTE was in the amount of $13,400. She should be paid the difference to reach the $20,000. Thank you.

**April Alexander**
Director, Human Resources
Human Resources
Phone 646-672-3028
212-423-7722
April.alexander@nychhc.org
**NYC Health+Hospital – Metropolitan/Central Office**
1901 First Avenue room# 13M12
New York, NY 10029
<!--[if !vml]--><!--[endif]-->

*Please visit our Employee Resource Center – the one-stop, easy to use place on our intranet for all Human Resources information and employee self-service functions*

**From:** Myrie, Wayne
**Sent:** Tuesday, December 18, 2018 5:15 PM
**To:** Mulett, Angela <Angela.Mulett@nychhc.org>
**Cc:** Alexander, April <April.Alexander@nychhc.org>
**Subject:** Total Work Hours - KAYE RETENTION PAYMENT
Hi Angela
This employee now belongs to Correctional Health Services so I no longer am able to view her profile, but she was employed to Bellevue as a 40hr/week employee up until the time she transferred to CHS. In terms of payment for the difference, that would have to be paid by CHS as the employee is now on their Payroll.
Thanks

**From:** Mulett, Angela <Angela.Mulett@nychhc.org>
**Sent:** Tuesday, December 18, 2018 5:11 PM
**To:** Myrie, Wayne <Wayne.Myrie@nychhc.org>
**Cc:** Alexander, April <April.Alexander@nychhc.org>

Confidential

**Subject:** FW: Total Work Hours - KAYE RETENTION PAYMENT
**Importance:** High

Hi Wayne,

Originally Dr. Kaye (000047801) was paid the retention bonus as a .67 FTE. They believe she was actually full-time. Can you please verify that she worked full-time from 7/30/17 – 6/30/18 and that the check she received for the .67 FTE was in the amount of $13,400. If you can verify the hours then she can get paid the difference to reach the $20,000. Thank you.

**From:** Alexander, April
**Sent:** Tuesday, December 18, 2018 4:12 PM
**To:** Mulett, Angela <Angela.Mulett@nychhc.org>
**Subject:** FW: Total Work Hours - KAYE RETENTION PAYMENT

**April Alexander**
Director, Human Resources
Human Resources
Phone 646-672-3028
212-423-7722
April.alexander@nychhc.org
**NYC Health+Hospital –**
**Metropolitan/Central Office**
1901 First Avenue room# 13M12
New York, NY 10029
<!--[if !vml]--><!--[endif]-->

*Please visit our Employee Resource Center – the one-stop, easy to use place on our intranet for all Human Resources information and employee self-service functions*

**From:** Kolodziejski, Kerry (kolodzik)
**Sent:** Tuesday, December 18, 2018 1:48 PM
**To:** Alexander, April <April.Alexander@nychhc.org>
**Cc:** Owens, Beth <Beth.Owens@nychhc.org>
**Subject:** FW: Total Work Hours - KAYE RETENTION PAYMENT
Hey April – per Beth's request.

**From:** Campese, Matthew <Matthew.Campese@nychhc.org>
**Sent:** Monday, December 10, 2018 9:03

NYC_001030

AM
**To:** WANGEL, JONATHAN
<wangelj@nychhc.org>
**Cc:** Kolodziejski, Kerry (kolodzik)
<kolodzik@nychhc.org>; Alexander,
April <April.Alexander@nychhc.org>;
Owens, Beth
<Beth.Owens@nychhc.org>; Jolibois,
Wendy <Wendy.Jolibois@nychhc.org>;
Cianci, Diane
<Diane.Cianci@nychhc.org>
**Subject:** Re: Total Work Hours - KAYE
RETENTION PAYMENT
Good morning April,
Can you please confirm if Dr. Kaye was
as a 1.0 FTE for the required time time
period, so that a revised payment can
be made? I'm concerned the union will
file a grievance on this shortly if it is not
resolved.
Thanks
Matt
Sent from my iPhone

On Dec 7, 2018, at 10:43 AM, WANGEL,
JONATHAN <wangelj@nychhc.org>
wrote:

> Good morning all,
> We need to close the
> loop on this. Can
> Bellevue triple-check
> the 1.0 calc? If
> confirmed, we need to
> issue the check for the
> difference ASAP.
> Thank you.
>
> On Dec 4, 2018, at
> 10:47 AM, Kolodziejski,
> Kerry (kolodzik)
> <kolodzik@nychhc.org>
> wrote:
>
>> Good
>> mornin
>> g, April!
>> Hope
>> all is
>> well.
>> Jonatha
>> n
>> reache

Confidential

d out this AM regarding Dr. Kaye, who was a Bellevue employee and transferred over to CHS. As you may recall, there was some back and forth over the issue of whether the employees below were entitled and ultimately, Dr. Kaye was paid as .67 FTE, however, it seems that she was actually full-time? I see that Angela provide

NYC_001032

d information below initially on the 4 doctors in question, but Jonathan is now trying to work out how the (rest of the) check should be handled. Who can he speak with at Bellevue about coordinating this? Please advise, thanks so much! Have a great day.

**From:** WANGEL, JONATHAN <wangelj@nychhc.org>

**Sent:** Tuesda

y, Decem ber 4, 2018 10:37 AM
**To:** Kolodzi ejski, Kerry (kolodzi k) <[kolodz ik@nyc hhc.org](mailto:kolodzik@nychhc.org)>
**Subject:** FW: Total Work Hours

**From:** WANGE L, JONAT HAN
**Sent:** Friday, Novem ber 16, 2018 12:33 PM
**To:** Kolodzi ejski, Kerry (kolodzi k) <[kolodz ik@nyc hhc.org](mailto:kolodzik@nychhc.org)>; Mulett, Angela <[Angel a.Mulet t@nych hc.org](mailto:Angela.Mulett@nychhc.org)>
**Cc:** Jolibois, Wendy <[Wend](mailto:Wend)

NYC_001034

y.Jolibo
is@nyc
hhc.org
>;
Daniel,
Shelly
<Shelly.
Daniel
@nych
hc.org>
; Cianci,
Diane
<Diane.
Cianci
@nych
hc.org>
; Myrie,
Wayne
<Wayn
e.Myrie
@nych
hc.org>
;
Owens,
Beth
<Beth.
Owens
@nych
hc.org>
;
Campes
e,
Matthe
w
<Matth
ew.Ca
mpese
@nych
hc.org>
;
Barrow,
Colleen
<Collee
n.Barro
w@nyc
hhc.org
>;
Smith,
Ciara
<smithc
45@ny
chhc.or
g>;

NYC_001035

Perry, Antiena <[Antiena.Perry@nychhc.org](mailto:Antiena.Perry@nychhc.org)>

**Subject**: RE: Total Work Hours

+ Antiena, Colleen and Ciara

Good afternoon everyone,

Circling back on this because Dr. Kaye (& Doctors Council) have asserted the full $20k retention bonus should be paid. Please review the screenshots below and advise if an adjustment is appropriate.

NYC_001036

Thank you.

**From:** Campese, Matthew

**Sent:** Thursday, September 27, 2018 9:03 AM

**To:** Kolodziejski, Kerry (kolodzik) <kolodzik@nychhc.org>; Mulett, Angela <Angela.Mulett@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>

**Cc:** Jolibois, Wendy <Wendy.Jolibois@nychhc.org>; Daniel, Shelly <Shelly.Daniel@nych

NYC_001037

hc.org>
; Cianci,
Diane
<Diane.
Cianci
@nych
hc.org>
; Myrie,
Wayne
<Wayn
e.Myrie
@nych
hc.org>
;
Owens,
Beth
<Beth.
Owens
@nych
hc.org>
**Subject**
**:** RE:
Total
Work
Hours
Thanks
Kerry.

**From:**
Kolodzi
ejski,
Kerry
(kolodzi
k)
**Sent:**
Thursd
ay,
Septem
ber 27,
2018
8:54
AM
**To:**
Campes
e,
Matthe
w
<Matth
ew.Ca
mpese
@nych
hc.org>
;
Mulett,

NYC_001038

Angela <Angela.Mulett@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>

**Cc:** Jolibois, Wendy <Wendy.Jolibois@nychhc.org>; Daniel, Shelly <Shelly.Daniel@nychhc.org>; Cianci, Diane <Diane.Cianci@nychhc.org>; Myrie, Wayne <Wayne.Myrie@nychhc.org>; Owens, Beth <Beth.Owens@nychhc.org>

**Subject**: RE: Total Work Hours

NYC_001039

Just checked percentage FTE of $20K and came up with the same numbers you provided below.

**From:** Campese, Matthew
**Sent:** Wednesday, September 26, 2018 7:33 PM
**To:** Mulett, Angela <Angela.Mulett@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
**Cc:** Kolodziejski, Kerry (kolodzik) <kolodzik@nyc

hhc.org
>;
Jolibois,
Wendy
<Wend
y.Jolibo
is@nyc
hhc.org
>;
Daniel,
Shelly
<Shelly.
Daniel
@nych
hc.org>
; Cianci,
Diane
<Diane.
Cianci
@nych
hc.org>
; Myrie,
Wayne
<Wayn
e.Myrie
@nych
hc.org>
;
Owens,
Beth
<Beth.
Owens
@nych
hc.org>
**Subject**
: Re:
Total
Work
Hours
Thank
you
very
much
Angela.
Based
on the
hours
provide
d, it
would
appear
that the
doctors

FTE status during the required time period is as follows: FTE status. Retention amt Dr. Kay. .67 $13,400 Dr. Solanki. .55. $11,000 Dr. Weiss. .47. $9,400 Dr. Harper. .46. $9,200 Can HR please double check my calculations? Jonathan: if you can confirm that these doctors are board eligible or board certified in psychiatry,

then I think we are good to send their names to Payroll for payment. Please confirm. Thanks Matt Sent from my iPho

On Sep 26, 2018, at 6:44 PM, Mulett, Angela <Angela.Mulett@nychhc.org> wrote:

Good

Afternoon,

Apr

i
l

a
s
k
e
d

t
h
a
t

l

f
o
r
w
a
r
d

y
o
u

t
h
e

t
o
t
a
l

n
u
m
b
e
r

o
f

w
o
r
k

NYC_001044

hours for the employees listed below. The following i

NYC_001045

s based on the printouts provided by Payroll: Kaye (0

NYC_001046

0
0
0
4
7
8
0
1
)
T
o
t
a
l

h
o
u
r
s

p
a
i
d

f
r
o
m

7
/
3
0
/
1
7

–

6
/
3
0
/
1
8

–

1
4

NYC_001047

00

hours

1184

hours

(actual

work

hours)

—

216

(annual

, sick, holidays, education) Solanki (100042029) Total

NYC_001049

hours

paid

from

7/30/17

–

6/30/18

–

11552

hours

1064

h

ours (actual work hours) – 88 (annual, sick, holidays

Confidential

, education) Weiss (10001539 2) Total hours paid from 7/

30/17 – 6/30/18 – 974.55 hours 821 hours (actual work

NYC_001053

hours) – 153.55 (annual, sick, holidays, education)

NYC_001054

Harper (10002091 2) Total hours paid from 7/30/17 – 6/3

NYC_001055

0
/
1
8

–

9
6
0

h
o
u
r
s

8
6
6

h
o
u
r
s

(
a
c
t
u
a
l

w
o
r
k

h
o
u
r
s
)

–

9
4

(

NYC_001056

annual, sick, holidays, education)

NYC_001057