

**U.S. Equal Employment Opportunity Commission**
**New York District Office**
33 Whitehall Street
5th Floor
New York, NY 10004

## NOTICE OF CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

### DIGITAL CHARGE SYSTEM

May 31, 2018

**To:** Shirley Facey
EEO Coordinator
BELLEVUE HOSPITAL CENTER
First Avenue & 27th Street
New York, NY 10016

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Melissa Kaye, under: Title VII of the Civil Rights Act (Title VII). The circumstances of the alleged discrimination are based on Sex, and involve issues of Wages that are alleged to have occurred on or about Jan 01, 2000 through May 22, 2018 and may be continuing.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice:

1. Access EEOC's secure online system: **https://nxg.eeoc.gov/rsp/login.jsf**
2. Enter this EEOC Charge No.: **520-2018-01534**
3. Enter this temporary password: **by8428jf**

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC. The system will also advise you of possible actions or responses, and identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding the Digital Charge System, you can send an email to NEWYACT@EEOC.GOV.

## Preservation of Records Requirement

EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see http://eeoc.gov/employers/recordkeeping.cfm.

## Non-Retaliation Requirements

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

## Legal Representation

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.



### U.S. Equal Employment Opportunity Commission

### FEDERAL INVESTIGATION:
### REQUEST FOR POSITION STATEMENT
### AND SUPPORTING DOCUMENTARY EVIDENCE

EEOC hereby requests that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge of discrimination under investigation, as well as any other facts which you deem relevant for EEOC's consideration.

We recommend you review EEOC's resource guide on "Effective Position Statements" as you prepare your response to this request.

#### Fact-Based Position Statement
This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge. The position statement should set forth all of the facts relevant to respond to the allegations in the charge, as well as any other facts the Respondent deems pertinent to EEOC's consideration. The position statement should only refer to, but not identify, information that the Respondent asserts is sensitive medical information, or confidential commercial or financial information.

EEOC also requests that you submit all documentary evidence you believe is responsive to the allegations of the charge. If you submit only an advocacy statement, unsupported by documentary evidence, EEOC may conclude that Respondent has no evidence to support its defense to the allegations of the charge.

EEOC may release your position statement and non-confidential attachments to the Charging Party and her representative and allow them to respond to enable the EEOC to assess the credibility of the information provided by both parties. It is in the Respondent's interest to provide an effective position statement that focuses on the facts. EEOC will not release the Charging Party's response, if any, to the Respondent.

If no response is received to this request, EEOC may proceed directly to a determination on the merits of the charge based on the information at its disposal.

#### Signed by an Authorized Representative
The Position Statement should be signed by an officer, agent, or representative of Respondent authorized to speak officially on its behalf in this federal investigation.

#### Segregate Confidential Information into Separately Designated Attachments
If you rely on confidential medical or commercial information in the position statement, you should provide such information in separate attachments to the position statement labeled "Sensitive Medical Information," "Confidential Commercial or Financial Information," or "Trade Secret Information" as applicable. Provide an explanation justifying the confidential nature of the information contained in the attachments. Medical information about the

Charging Party is not sensitive or confidential medical information in relation to EEOC's investigation.

Segregate the following information into separate attachments and designate them as follows:

    a. Sensitive medical information (except for the Charging Party's medical information).
    b. Social Security Numbers
    c. Confidential commercial or financial information.
    d. Trade secrets information.
    e. Non-relevant personally identifiable information of witnesses, comparators or third parties, for example, social security numbers, dates of birth in non-age cases, home addresses, personal phone numbers and email addresses, etc.
    f. Any reference to charges filed against the Respondent by other charging parties.

### Requests for an Extension

If Respondent believes it requires additional time to respond, it must, at the *earliest possible time* in advance of the due date, make a written request for extension, explain why an extension is necessary, and specify the amount of additional time needed to reply. Submitting a written request for extension of time does not automatically extend the deadline for providing the position statement.

### Upload the Position Statement and Attachments into the Respondent Portal

You can upload your position statement and attachments into the Respondent Portal using the + **Upload Documents** button. Select the "Position Statement" Document Type and click the **Save Upload** button to send the Position Statement and attachments to EEOC. Once the Position Statement has been submitted, you will not be able to retract it via the Portal.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>520-2018-01534 |
|---|---|---|

| New York State Division Of Human Rights | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)*<br>Dr. Melissa Kaye | Home Phone<br>(212) 794-1157 | Year of Birth<br>1962 |
|---|---|---|

| Street Address                                    City, State and ZIP Code |
|---|
| 500 E. 77th St, Apt 239,  MANHATTAN, NY 10162 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>BELLEVUE HOSPITAL | No. Employees, Members<br>501+ | Phone No. |
|---|---|---|

| Street Address                                    City, State and ZIP Code |
|---|
| 1st Avenue & 27th Street, New York, NY 10016 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address                                    City, State and ZIP Code |
|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br><br>☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest                        Latest<br>01-01-2000                 05-22-2018<br><br>☒ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a 55 year old Caucasian female who has worked for Bellevue Hospital and HHC since 1999, most recently as the Bronx Court Clinic Medical Director. I believe I have been discriminated against because of my sex, in violation of the Equal Pay Act of 1963, as amended, and Title VII of the Civil Rights Act of 1964, as amended. Specifically, I have been paid less than the male Manhattan Court Clinic Medical Directors, despite having the same title and job duties. I have been paid under an Attending III title since 1999, while the men who have worked as the Manhattan Court Clinic Medical Director have been paid as a Physician Specialist title. The Physician Specialist title carries a significant pay increase, and the male Manhattan Court Clinic Medical Directors have made significantly more money than I over the almost 20 years I have worked here. I believe I was given an Attending III title and underpaid compared to my male counterparts because of my sex. Based on the above, I believe I have been discriminated against because of my sex, in violation of the Equal Pay Act of 1963, as amended, and Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Melissa Kaye on 05-22-2018 02:42 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |