| | |
|---|---|
| **From**: | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
| **Sent**: | 9/18/2018 4:27:18 PM |
| **To**: | Laboy, Jessica [laboyj@nychhc.org]; Yang, Patricia [patricia.yang@nychhc.org] |
| **Subject**: | FW: Melissa Kaye |
| **Attachments**: | 3608_001.pdf |

Take a look at attachment A last page

**From:** Greenfield, Blanche
**Sent:** Tuesday, September 18, 2018 4:06 PM
**To:** WANGEL, JONATHAN
**Subject:** Melissa Kaye


See attached


Sent from my Verizon 4G LTE smartphone


-------- Original message --------
From: noreply@nychhc.org
Date: 9/18/18 3:48 PM (GMT-05:00)
To: "Greenfield, Blanche" <Blanche.Greenfield@nychhc.org>
Subject: Attached Image

Confidential