| | |
|---|---|
| **From**: | William Kalish [wkalish@nycourts.gov] |
| **Sent**: | 11/30/2018 5:25:45 PM |
| **To**: | Kaye, Melissa [melissa.kaye@nychhc.org] |
| **CC**: | Swenson, Andrea [swensona@nychhc.org] |
| **Subject**: | FW: Meeting |

OK Dr Melissa --- Wed., 12/5/18 @ 1030 AM @ "your house" !!!

have a good weekend

---

**From:** Swenson, Andrea
**Sent:** Friday, November 30, 2018 5:03 PM
**To:** Kaye, Melissa
**Cc:** William Kalish
**Subject:** Re: Meeting

That would be great for 10:30. I don't anticipate it will be a long meeting. Thank you both for making the time.

Andrea Swenson, LMHC
Administrative Director
Forensic Court Clinics
Correctional Health Services
Email: Swensona@nychhc.org
Cell: 646-285-3402

On Nov 30, 2018, at 4:45 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

> I'm free starting at 8am.
>
>
> Melissa Kaye, M.D.
>
> Medical Director
>
> Bronx Court Clinic
>
> phone: 718-410-2345
>
> Fax: 718-410-2344
>
> ---
>
> **From:** William Kalish <wkalish@nycourts.gov>
> **Sent:** Friday, November 30, 2018 4:23 PM
> **To:** Swenson, Andrea; Kaye, Melissa
> **Subject:** RE: Meeting
>
>
> … … please note : that i have another meeting @ 12 noon

Confidential                                                                                                    NYC_000944

**From:** William Kalish
**Sent:** Friday, November 30, 2018 4:22 PM
**To:** 'Swenson, Andrea' <swensona@nychhc.org>; Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Subject:** RE: Meeting


OK – how about Wed., 12/5/18 @ 1030AM—Dr Kaye's Ofc ??


**From:** Swenson, Andrea <swensona@nychhc.org>
**Sent:** Friday, November 30, 2018 12:58 PM
**To:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Cc:** William Kalish <wkalish@nycourts.gov>
**Subject:** Re: Meeting


That's my mistake yes you did say that. I apologize. We can aim for the morning of 12/5 since that seems to be best for everyone.


Have a great weekend!


Andrea Swenson, LMHC

Administrative Director

Forensic Court Clinics

Correctional Health Services

Email: Swensona@nychhc.org

Cell: 646-285-3402


On Nov 30, 2018, at 12:53 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

> **From:** Kaye, Melissa
> **Sent:** Friday, November 30, 2018 6:51 AM
> **To:** Swenson, Andrea; William Kalish
> **Subject:** Re: Meeting

Thank you for trying to schedule this meeting on a day that does not interfere with seeing cases. Our second evaluator is only here on Mon. Tues. Thurs. and sometimes just until 1:15. Unfortunately, I am out on 12/12 so that does not work. The only options I see are either early on 12/5 before MOCJ or if that does not work, I will need to take a 730 case off the schedule on 12/4.

Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

---

**From:** Swenson, Andrea
**Sent:** Thursday, November 29, 2018 4:03 PM
**To:** William Kalish
**Cc:** Kaye, Melissa
**Subject:** RE: Meeting

I have the citywide 730 meeting at MOCJ on Wednesday, 12/5, would 12/12 be possible?

---

**From:** William Kalish [mailto:wkalish@nycourts.gov]
**Sent:** Thursday, November 29, 2018 4:02 PM
**To:** Swenson, Andrea <swensona@nychhc.org>
**Cc:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Subject:** RE: Meeting

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown sender unexpected emails. If it looks suspicious, send it as an attachment to spamadmin@nychhc.org*

**Wed., 12/5/18 is OK –but I need to be available for another meeting by 12 noon.**

**if you want to start the meeting a bit earlier than 11AM – that's OK by me ( 1045 AM ?)**

---

**From:** Swenson, Andrea <swensona@nychhc.org>
**Sent:** Thursday, November 29, 2018 3:20 PM
**To:** William Kalish <wkalish@nycourts.gov>
**Cc:** Jain, Abhishek <jaina7@nychhc.org>
**Subject:** Meeting

Hello,

I was wondering if it would be possible to reschedule our meeting next Tuesday to a Wednesday or a Friday? Dr. Kaye has advised us of a scheduling conflict that has come up and we would like for her to be in attendance. She suggested a Wednesday or a Friday as an alternative. Please let me know if this is possible.

**Andrea Swenson, LMHC**

Correctional Health Services

Administrative Director

Forensic Psychiatry Court Clinics

Email: swensona@nychhc.org

Cell: 646-285-3402

Confidential                                                                    NYC_000947

*"Live Your Healthiest Life"*

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

> Please be CAREFUL when clicking links or opening attachments from external senders.

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

| | |
|---|---|
| From: | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| Sent: | 11/29/2018 2:25:42 PM |
| To: | Ford, Elizabeth [eford@nychhc.org] |
| Subject: | Fwd: Meeting 12/4 |

Just an FYI, I'll handle.

Sent from my iPhone

Begin forwarded message:

> **From:** "Kaye, Melissa" <Melissa.Kaye@nychhc.org>
> **Date:** November 29, 2018 at 1:26:12 PM EST
> **To:** "Jain, Abhishek" <jaina7@nychhc.org>
> **Subject: Re: Meeting 12/4**
>
> Hi Dr. Jain:
>
> I understand that this has been scheduled but I'm wondering, do other court clinic directors forgo important meetings in order to perform exams? Or do they have adequate coverage to avoid being excluded from meetings?
>
> My role as BCC director does entail being present and providing input at these types of meetings. This is the second time a meeting has gone forward without me after I made a scheduling conflict known. Given that I have the most extensive knowledge about the functioning of the BCC, it's concerning that I would continue to be excluded from meetings.
>
> As a reasonable alternative, I suggest we reschedule to a Wednesday or Friday when I do not have a second evaluator to see 730 cases. Or perhaps you could send Dr. Brayton or someone else up here on 12/4 to perform exams with Dr. Mullan?
>
> Thanks
>
> Melissa Kaye, M.D.
>
> Medical Director
>
> Bronx Court Clinic

Confidential                                                                                                                                               NYC_002178

phone: 718-410-2345

Fax: 718-410-2344

---

**From:** Jain, Abhishek
**Sent:** Thursday, November 29, 2018 11:49 AM
**To:** Kaye, Melissa
**Cc:** Swenson, Andrea; Persaud, Lucrecia
**Subject:** Re: Meeting 12/4

Okay, thank you. For now, we will keep this scheduled meeting with Mr. Kalish and can fill you in afterwards.


Thanks,


Beesh



Abhishek Jain, MD

Director, Forensic Psychiatry Court Clinics

NYC Health + Hospitals, Correctional Health Services

Work cell: 646-901-0640

Email: jaina7@nychhc.org

---

**From:** Kaye, Melissa
**Sent:** Wednesday, November 28, 2018 3:35 PM
**To:** Jain, Abhishek
**Cc:** Swenson, Andrea; Persaud, Lucrecia
**Subject:** Re: Meeting 12/4

Hi Dr. Jain,


On 11/15 I said 'as far as I know, I'm available' because there were no cases scheduled at that time. We've received new referrals since 11/15. In order to avoid adjournments and to accommodate the need for a timely reevaluation of ▓▓▓, I cannot block out this day. Mr. Bloom is mostly available on Mondays and Tuesday and he sits in on all LAS cases. We want to

ensure that his misdemeanor cases are seen. Prime DOC production time for our cases is 10a to 1pm.


Our schedule is dynamic. I'm letting you know the status and that I'm double booked. I'm fine with whatever you decide to do.

Thanks


Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

---

**From:** Jain, Abhishek
**Sent:** Wednesday, November 28, 2018 3:02 PM
**To:** Kaye, Melissa
**Cc:** Swenson, Andrea; Persaud, Lucrecia
**Subject:** RE: Meeting 12/4

Hi Dr. Kaye,

Minus Mr. Kalish.

We scheduled this meeting because on 11/15 you said you would be free on 12/4. We would like you to be present, but do not want to adjourn cases. Please let us know if you are okay with us still keeping our meeting with Mr. Kalish if you cannot make it, and we can of course fill you in afterwards.

Thank you,

Beesh

---

**From:** Kaye, Melissa
**Sent:** Wednesday, November 28, 2018 2:30 PM
**To:** Jain, Abhishek <jaina7@nychhc.org>
**Cc:** Swenson, Andrea <swensona@nychhc.org>; Persaud, Lucrecia <Lucrecia.Persaud@nychhc.org>; wkalish@nycourts.gov
**Subject:** Meeting 12/4

Hi Dr. Jain,

I see a meeting is scheduled in the Bronx with Mr. Kalish on 12/4 at 11am. I do not know what this is about or if you are expecting me to be present, but if so please be advised that we have cases scheduled that day and I may be in an evaluation at that time.

Also, I will be working to finish up a report on a high profile case that is due the next day. If my presence is necessary, we may need to reschedule the meeting or adjourn cases. Dr. Mullan only works Mondays, Tuesdays and Thursdays so these are heavy evaluation days. Please let me know how you wish to proceed.

Thank you

Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344