| | |
|---|---|
| **From:** | Swenson, Andrea [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3DECADF39857403F85F24703BE437FFF-SWENSON, ANDR] |
| **Sent:** | 7/2/2018 10:39:58 AM |
| **To:** | Herrera, Jeffrey [jherrera@nychhc.org]; Feigman, Zachary [zfeigman@nychhc.org]; WANGEL, JONATHAN [wangelj@nychhc.org] |
| **CC:** | Liskovic, Nemanja [nliskovi1@nychhc.org] |
| **Subject:** | RE: Kronos Accounts for FPECC Staff at Manhattan and Bronx |

Was not completed. Gigi is working on it now.

---

**From:** Herrera, Jeffrey
**Sent:** Monday, July 02, 2018 10:37 AM
**To:** Feigman, Zachary ; WANGEL, JONATHAN
**Cc:** Liskovic, Nemanja ; Swenson, Andrea
**Subject:** RE: Kronos Accounts for FPECC Staff at Manhattan and Bronx

Hi,

Was this done, how was log-in today?

Thanks

Jeffrey Herrera
Senior Director, Information Technology
Correctional Health Services
Desk: (646) 614-0043
Cell: (917) 468-9916
jherrera@nychhc.org
55 Water Street, 18th floor
New York, NY 10041

NYC
HEALTH+
HOSPITALS
Live Your Healthiest Life.

---

**From:** Feigman, Zachary
**Sent:** Friday, June 29, 2018 8:56 AM
**To:** WANGEL, JONATHAN <wangelj@nychhc.org>
**Cc:** Herrera, Jeffrey <Jherrera@nychhc.org>; Liskovic, Nemanja <nliskovi1@nychhc.org>; Swenson, Andrea <swensona@nychhc.org>
**Subject:** Kronos Accounts for FPECC Staff at Manhattan and Bronx

Hey Jonathan,

Can you get Kronos accounts for the following FPECC staff at Manhattan and the Bronx? I trained them this week. If we can get their accounts today, I'll get it to them today in time for Monday morning and help them all next week.

There are two types of accounts: Direct Entry folks (the clinicians) and Timestamp button (Admin/Clerical)

**These are the staff the need accounts:**
Melissa Kaye
Oliver Harper
Jonathan Weiss
Maria Nunez
Lucrecia Persaud
Kimberly Jones

Kimberly Patten
Kanishk Solanki
Yanika King

I don't know which staff need manager accounts from this bunch but I think it's Melissa Kaye and Yanika King. Maybe Andrea or you know? I can do the manager training next week once that's sorted out.

**Thanks,**

**Zachary J. Feigman, MA**
Quality Improvement Team Lead, Information Technology
Correctional Health Services
Work: (347) 774-7540
Cell: (646) 841-3380
Secondary #: (347) 774-7050
Cisco DX80 Telehealth Phone: (646) 614-0423
CHS Operations Trailer 2
West Facility, Rikers Island

Live Your Healthiest Life. **NYC HEALTH+ HOSPITALS**