**From:** Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG]
**Sent:** 7/5/2018 9:56:41 PM
**To:** melissakayemd@gmail.com
**Subject:** Fw: Kronos not working in the Bronx

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Abhishek Jain
**Sent:** Thursday, July 5, 2018 8:11 PM
**To:** Kaye, Melissa; Jain, Abhishek
**Subject:** Re: Kronos not working in the Bronx

I was able to sign your time in for this week, so there should be no problems. I'm still working on getting this resolved so you'll hopefully be able to start entering the times directly yourself. This Kronos issue happened with a lot of us when we first started, but they were also able to fix it pretty quickly. Unfortunately I think they were just slow fixing it this week with the Holiday.

Thanks,

Beesh

On Thu, Jul 5, 2018 at 1:35 PM Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:
?Hi Beesh,
Andrea has been signing in Lucrecia's time for her since we are not up and running with Kronos yet. Do you think you should be doing that for me or should I ask someone else to do it?
I don't want to fall thru the cracks with getting paid or risk getting taken off the payroll and losing my benefits and health insurance.
Thanks
Melissa

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Abhishek Jain <beesh.jain.md@gmail.com>
**Sent:** Tuesday, July 3, 2018 3:32 PM
**To:** Kaye, Melissa
**Cc:** Jain, Abhishek
**Subject:** Re: Kronos not working in the Bronx

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. If it looks suspicious, send it as an attachment to spamadmin@nychhc.org*

I'm getting some information on how to process this. Thanks for letting me know.

Beesh

On Tue, Jul 3, 2018 at 3:08 PM Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:
?Hi Beesh,
FYUI our Kronox system is not working in the Bronx. The CHS IT people came today it's still not up and running and they said it won't be until they fix our connectivity. Please let me know how to process my time until then.
Thanks
Melissa

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**