| | |
|---|---|
| **From:** | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent:** | 11/5/2018 9:36:27 AM |
| **To:** | Kaye, Melissa [melissa.kaye@nychhc.org] |
| **CC:** | Smith, Ciara [smithc45@nychhc.org]; CHS Payroll [chspayroll@nychhc.org]; WANGEL, JONATHAN [wangelj@nychhc.org] |
| **Subject:** | RE: Kronos not accepting time input for Monday 10/29/18 |

Yes, I entered it for 10/29.
Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

**From:** Kaye, Melissa
**Sent:** Monday, November 05, 2018 9:35 AM
**To:** Jain, Abhishek
**Cc:** Smith, Ciara ; CHS Payroll ; WANGEL, JONATHAN
**Subject:** Re: Kronos not accepting time input for Monday 10/29/18
FYI this was for last week, not today. Thank you
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Jain, Abhishek
**Sent:** Monday, November 5, 2018 9:16 AM
**To:** Kaye, Melissa
**Cc:** Smith, Ciara; CHS Payroll; WANGEL, JONATHAN
**Subject:** RE: Kronos not accepting time input for Monday 10/29/18
Hi Dr. Kaye,
I entered and saved your time for Monday (8a-5p). Let me know if you are having any other problems with the rest of the week.
Thank you,
Beesh
Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

**From:** Kaye, Melissa
**Sent:** Monday, November 05, 2018 8:44 AM
**To:** Jain, Abhishek <jaina7@nychhc.org>
**Cc:** Smith, Ciara <smithc45@nychhc.org>; CHS Payroll <CHSPayroll@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
**Subject:** Kronos not accepting time input for Monday 10/29/18
Good Morning Beesh,
I am unable to enter my time into Kronos for last week because Kronos blocked out Monday, 10/29. It is yellowed out with a grayed out X next to that date). Therefore, I cannot put in for my time on that day so I cannot complete and electronically sign my timesheet for last week. Please advise

Thank for your attention to this matter.
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Confidential
NYC_000814