| | |
|---|---|
| From: | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| Sent: | 2/25/2019 2:33:07 PM |
| To: | Kaye, Melissa [melissa.kaye@nychhc.org] |
| Subject: | RE: Kronos Access Denied: Time for this week, Sick Day Tomorrow: 2/13 double docked |

Thank you, I see Zach is looking into this and hopefully this will be resolved today.

While we wait for it to be resolved:

1) I have entered your times for last week as you mention and approved it on your behalf:



2) Also, regarding the week of 2/10-2/16, I noticed last week that there were two entries for 2/13, so to make sure you did not get docked twice for that day, I removed the Annual Leave. Here is how it has been signed off with only the Floating Holiday Used for 2/13:



3) Regarding tomorrow, I approved your time off request for 2/25/19-3/8/19. My apologies if I misunderstood your request?

4) BTW, while you were away on on 12/12, I noticed you entered sick time twice, so I removed one of those so you would not be docked twice. I did not want to bother you during that time, so I made this change on your behalf:





Let me know if this looks okay to you now?

Thank you,

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

**From:** Kaye, Melissa
**Sent:** Monday, February 25, 2019 2:04 PM
**To:** Jain, Abhishek
**Subject:** Kronos Access Denied: Time for this week, Sick Day Tomorrow: 2/13 double docked

Hello Beesh,

I am unable to utilize Kronos so I cannot submit my time for last week nor can I request time off. It appears system changes were made to my account, possibly related to your request that I sign Dr. Brayton's timesheet.

My Kronos homepage has been changed and I cannot access my timesheet or put in my time. I get an error message that says "Cannot perform the action for the selected people because they are not assigned Workforce Timekeeper Employee license" and there is a sections that says "Manage My Department" section, which I never had on my screen before.

My current and past time sheets do not populate in the system so I do not have access to my timesheet and I cannot enter my time for last week:

I was out on Monday 2/18 for a Holiday code 27.
I was out on Tuesday 2/19, for annual leave/FMLA.
I worked Wed through Friday 2/20 to 2/22.

I was unable to check the status of Wednesday 2/13 from the week before. I noted last week that 2 requests for time off were in the system for that day: 8 hours for annual leave and an additional 8 hours for the Floating Holiday. I was unable to correct this in the system by removing one of these requests. Obviously, I should not be docked 16 hours for an 8 work day, and I need to check that this did not happen, and if so ensure it is corrected promptly.

I am taking a sick day tomorrow but I cannot enter that into the system, nor can I sign my timesheet for last week. I would really appreciate it if we can get this matter resolved today.

Thank you


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Confidential

NYC_001315

| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 2/25/2019 3:01:06 PM |
| **To:** | Jain, Abhishek [jaina7@nychhc.org]; Feigman, Zachary [zfeigman@nychhc.org]; Smith, Ciara [smithc45@nychhc.org] |
| **Subject:** | Re: FPECC Kronos Assignment |

Thanks Dr Jain,
How do I "unapprove" the FMLA requests in the system for these dates that I'm working?
When I left click or right click on the request nothing happens, so but don't understand how I undo it.
Thank you for any IT guidance you can provide, much appreciated.

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Jain, Abhishek
**Sent:** Monday, February 25, 2019 2:50 PM
**To:** Kaye, Melissa; Feigman, Zachary; Smith, Ciara
**Subject:** RE: FPECC Kronos Assignment

Hi Dr. Kaye,
I had approved the time off request for 2/25-3/8, but can retract this approval through Kronos. It may still appear as time off on your Kronos weekly schedule, but I think you can manually change this now? Please let me know how it appears now. We can then clear up what times you are requesting off.
Thank you,
Beesh
**Abhishek Jain, MD**
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

**From:** Kaye, Melissa
**Sent:** Monday, February 25, 2019 2:45 PM
**To:** Feigman, Zachary ; Smith, Ciara
**Cc:** Jain, Abhishek
**Subject:** Re: FPECC Kronos Assignment

Thanks Zach, this information is very helpful, I really appreciate it. There was some confusion regarding my schedule. I am working this week so I need to know how to remove approved requests for time off because the system has marked as being out. Please advise.
Thank you very much for you assistance.
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Feigman, Zachary
**Sent:** Monday, February 25, 2019 2:16 PM
**To:** Kaye, Melissa; Smith, Ciara

**Cc:** Jain, Abhishek
**Subject:** RE: FPECC Kronos Assignment
Hi Dr. Kaye,

I am adding Ciara in Payroll to see if we can figure this out. Sounds like your account was changed to be a manager. '**Manage My Department**' is where your employees will be stored who you sign timesheets for. Dr. Brayton should be here and her timecard should be accessable by double clicking on her name to open.
For **Supervisory tasks** in Kronos: Adding a guide for Supervisor to sign off on timecards in Kronos. Page 2 is very helpful for signing off on timecards and the guide walks you thru the process. Additionally, I can help you do your first timecard this week, if you would like?
Your **own timecard** is here: Workspaces > "My Information" (then your timecard appears and it's business as usual)

Ciara – can you confirm, did Dr. Kaye have an account change?
Thanks!
-Zach

**From:** Kaye, Melissa
**Sent:** Monday, February 25, 2019 2:07 PM
**To:** Feigman, Zachary <zfeigman@nychhc.org>
**Cc:** Jain, Abhishek <jaina7@nychhc.org>
**Subject:** Re: FPECC Kronos Assignment
Hello Zach:
I am unable to utilize Kronos so I cannot submit my time for last week nor can I request time off. It appears system changes were made to my account, possibly related to Dr. Jain's request that I get set up in the system to be able to sign Dr. Brayton's timesheet.
My Kronos homepage has been changed and I cannot access my timesheet or put in my time. I get an error message that says "Cannot perform the action for the selected people because they are not assigned Workforce Timekeeper Employee license" and there is a sections that says "Manage My Department" section, which I never had on my screen before.
My current and past time sheets do not populate in the system so I do not have access to my timesheet and I cannot enter my time for last week or request time off. I will be out tomorrow so I would really appreciate it if we can get this matter resolved today.

Thank you for your help
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Feigman, Zachary
**Sent:** Monday, February 25, 2019 12:54 PM
**To:** Kaye, Melissa; Jain, Abhishek
**Subject:** RE: FPECC Kronos Assignment
Hi,

I am checking with Payroll for you. I was not aware of any accounts changes for you. I'll get back to you once I hear from Payroll.
Thanks,
Zach

**From:** Kaye, Melissa
**Sent:** Monday, February 25, 2019 12:42 PM

**To:** Feigman, Zachary <zfeigman@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>
**Subject:** Re: FPECC Kronos Assignment

Hello All

Due to changes made to my Kronos, I can no longer access my timesheets, current or past, and I cannot put in for time off. Please let me know who I can speak with to correct this problems
Thank you
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Feigman, Zachary
**Sent:** Friday, February 15, 2019 8:36 AM
**To:** Jain, Abhishek; Kaye, Melissa
**Subject:** RE: FPECC Kronos Assignment

Sure. Whatever she needs. That's good about the PAR to HR and Payroll. Once all configured by Payroll, I will be happy to assist.

Thanks,

Zach

**From:** Jain, Abhishek
**Sent:** Thursday, February 14, 2019 3:39 PM
**To:** Kaye, Melissa <Melissa.Kaye@nychhc.org>; Feigman, Zachary <zfeigman@nychhc.org>
**Subject:** FPECC Kronos Assignment

Hi Zach,
We are in the process of switching Dr. Anansa Brayton's assigned supervisor in Kronos from me to Dr. Melissa Kaye.
I know this may take a couple weeks (we are working on the PAR and paperwork), but I wanted to at least put it on your radar and connect you with Dr. Kaye for any future Kronos assistance that she may need. Specifically, assistance about signing off on an employee's Kronos as well as delegating Kronos responsibilities (likely to me) when Dr. Kaye is away.
Thank you so much,
Beesh
Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

| | |
|---|---|
| **From:** | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent:** | 2/25/2019 3:50:56 PM |
| **To:** | Kaye, Melissa [melissa.kaye@nychhc.org]; Smith, Ciara [smithc45@nychhc.org] |
| **Subject:** | RE: FMLA |

Sorry, I tried a few things as well and didn't go through.
Ms. Smith, is there a way to remove the FMLA in Kronos for 2/25-3/8? I retracted the approval in Kronos, but is still showing up as FMLA this week.
Dr. Kaye is at work and not on FMLA during this period (2/25-3/8) and we do not want her time to be docked.
Thank you,
Beesh
Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

**From:** Kaye, Melissa
**Sent:** Monday, February 25, 2019 3:40 PM
**To:** Smith, Ciara
**Cc:** Jain, Abhishek
**Subject:** FMLA
Hi Ms. Smith
I need to know how correct FMLA docked time in the system. I am not on FMLA this week. I am working everyday except tomorrow I'm out sick. I do not know how to remove the errors in the system. I'm docked 8 hours FMLA everyday this week Monday thru Thursday and 16 hours FMLA time for this Friday.
Please let me know how to correct my timesheet by removing this.
Thank you
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Confidential                                                                                                           NYC_001319

Case 1:18-cv-12137-JPC-JLC   Document 227-10   Filed 03/05/22   Page 8 of 10

| | |
|---|---|
| **From**: | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent**: | 2/26/2019 9:36:09 AM |
| **To**: | Smith, Ciara [smithc45@nychhc.org]; Liu, Min [min.liu@nychhc.org]; Kaye, Melissa [melissa.kaye@nychhc.org] |
| **CC**: | Fong, Donna [fongd@nychhc.org]; Ayarza, Saadya [saadya.ayarza@nychhc.org] |
| **Subject**: | RE: URGENT CORRECTION NEEDED": FMLA TIME ERROR pay week 2/25 - 3/1 |

Thank you for deleting the FMLA request. I have entered Dr. Kaye's sick time for today on her behalf.

Thank you so much again for your help. Hopefully this has been resolved now.

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

---

**From:** Smith, Ciara
**Sent:** Tuesday, February 26, 2019 9:29 AM
**To:** Jain, Abhishek ; Liu, Min ; Kaye, Melissa
**Cc:** Fong, Donna ; Ayarza, Saadya
**Subject:** RE: URGENT CORRECTION NEEDED": FMLA TIME ERROR pay week 2/25 - 3/1

Good Morning,

The request has been deleted.

Dr Kaye – You will need to submit a FMLA request or sick day request for any days this week that you will be taking.

Thank you,

Ciara Smith
Director of CHS Payroll
NYC Health + Hospitals, Correctional Health Services
55 Water Street, 18th Floor
New York, NY 10041
(646) 614-0218
smithc45@nychhc.org

---

**From:** Jain, Abhishek <jaina7@nychhc.org>
**Sent:** Tuesday, February 26, 2019 9:26 AM
**To:** Liu, Min <Min.Liu@nychhc.org>; Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Cc:** Smith, Ciara <smithc45@nychhc.org>; Fong, Donna <fongd@nychhc.org>; Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
**Subject:** RE: URGENT CORRECTION NEEDED": FMLA TIME ERROR pay week 2/25 - 3/1

As the supervisor I was actually not able to delete the approved request despite trying a few different ways.

Please advise?

Thank you so much,

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

---

**From:** Liu, Min
**Sent:** Tuesday, February 26, 2019 9:14 AM
**To:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Cc:** Smith, Ciara <smithc45@nychhc.org>; Fong, Donna <fongd@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>; Ayarza, Saadya <Saadya.Ayarza@nychhc.org>
**Subject:** RE: URGENT CORRECTION NEEDED": FMLA TIME ERROR pay week 2/25 - 3/1

Good afternoon,

You can ask your supervisor to delete the approved requests from current week timecard. Once the requests are deleted, you should be able to submit the new request.

Please be advised that code 55 FMLA should be use concurrently with your leave balances (annual leave or sick leave) or absence without pay if no sufficient balance. Therefore, you will need to submit two separate requests for FMLA time off in Kronos. One for code 55 FMLA and one for leave balance(code 02 scheduled AL, code 49 unscheduled AL, code 03 scheduled SL or code 50 unscheduled SL). Both requests should have the same duration and same start time.

Dr. Jain, let me know if you need any help.

Min Liu

**From:** Kaye, Melissa
**Sent:** Monday, February 25, 2019 7:05 PM
**To:** Liu, Min <Min.Liu@nychhc.org>
**Cc:** Smith, Ciara <smithc45@nychhc.org>; Fong, Donna <fongd@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>
**Subject:** URGENT CORRECTION NEEDED": FMLA TIME ERROR pay week 2/25 - 3/1

Hi Ms. Liu,

I reaching out because my time for this week of 2/25 to 3/1 was incorrectly put into Kronos as FMLA leave, plus it was put in twice on 3/1 Friday thereby docking me 16 hours for that one day.

I'm not sure how this happened but it is in error and needs to be corrected.

I worked today Monday 2/25, and plan to work Wednesday 2/27, Thursday 2/28 and Friday 3/1.

I plan to be out tomorrow 2/26 for a sick day but I could not put this into the system because it already has me marked out for FMLA the entire week.

Please confirm with me that this correction is processed and ensure that I will not be docked any FMLA/accrued annual leave for the week of 2/25 to 3/1.

Thank you for your attention to this matter,

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344