| | |
|---|---|
| **From:** | Moore, Joseph [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=525E9386436E48948732E64FD0C861A9-MOOREJ3] |
| **Sent:** | 1/11/2019 5:51:02 PM |
| **To:** | WANGEL, JONATHAN [wangelj@nychhc.org]; Herrera, Jeffrey [jherrera@nychhc.org] |
| **CC:** | Laboy, Jessica [laboyj@nychhc.org] |
| **Subject:** | RE: Email Access to Active Employee |
| **Attachments:** | Copy of MelissaKaye_searchReport_20190111172103.xlsx; MelissaKaye_searchReport_20190111172813_with_terms.xlsx; Information-Technology-Resources-Acceptable-Use-july-2016.pdf |

Jonathan,

This is complete. The previous collection was 460 messages (225 after de-dupe). The re-collect to date added 101 messages, total after de-dupe is 267 documents (360 items).

In case you forgot, the URL is https://edpl.corp.nychhc.org and use your computer login/password to access.

The attached spreadsheet "Copy of MelissaKaye_searchReport." has a breakdown of external domains (gmail, etc.) on the tab named 'Filters' and was run without your search terms.

The other spreadsheet ".with_terms." has the same breakdown, and was run after your search terms (search results on first 3 tabs). The search terms resulted in 86 documents which I have copied to the folder "Search_Terms".

She sent a total of 87 documents (121 items) to her personal gmail address in violation of the attached Acceptable Use Policy (Section 9) usually by BCC'ing her personal email address, at least one of which contained patient information (█████████, copied to folder 'Patient). I did not review all 87, I picked a couple at random to see what method she was using to send email to her personal account.

If you need a refresher on how to use the system, let me know and I will walk you thru it. Reminder that when you go to the Analysis and Review section, you have to click the Search button to return all documents. If you click on the All Documents drop down, you can select one of the folders mentioned above and then click the Search button to return the contents.

Joseph Moore, CNE
Messaging Team Lead
Assistant Director, EITS User Engagement
(718) 794-4561 desk
(917) 680-6736 cell
(646) 694-6200 Messaging Team
Jacobi Medical Center
1400 Pelham Pkwy S.
Bldg 2, Room B2
Bronx, NY 10461

Problems are just solutions in work clothes

**NYC HEALTH+HOSPITALS**

Have an Email related request? Use our Email & Collaboration Service Request portal.

Have an Email Issue or Problem? Contact the Enterprise Service Desk.
877-934-8442
enterpriseservicedesk@nychhc.org

**From:** WANGEL, JONATHAN
**Sent:** Friday, January 11, 2019 4:03 PM
**To:** Moore, Joseph ; Herrera, Jeffrey
**Cc:** Laboy, Jessica
**Subject:** RE: Email Access to Active Employee

July 1 through present
Outbound email to external recipients, focus on legal aid society and personal email addresses (gmail, yahoo, etc.)
All or part of the phrase: FPECC policy Psychological Testing

And THANK YOU!


**From:** Moore, Joseph <Joseph.Moore@nychhc.org>
**Sent:** Friday, January 11, 2019 3:43 PM
**To:** Lutz, Jeffrey <Jeffrey.Lutz@nychhc.org>; Herrera, Jeffrey <Jherrera@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
**Cc:** Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Email Access to Active Employee

Jonathan,

You know the drill, I need the date range and search terms and I will set you up in Clearwell


Joseph Moore, CNE
Messaging Team Lead
Assistant Director, EITS User Engagement
(718) 794-4561 desk
(917) 680-6736 cell
(646) 694-6200 Messaging Team
Jacobi Medical Center
1400 Pelham Pkwy S.
Bldg 2, Room B2
Bronx, NY 10461

Problems are just solutions in work clothes

**NYC HEALTH+HOSPITALS**

Have an Email related request? Use our Email & Collaboration Service Request portal.

Have an Email Issue or Problem? Contact the Enterprise Service Desk.
877-934-8442
enterpriseservicedesk@nychhc.org


**From:** Lutz, Jeffrey
**Sent:** Friday, January 11, 2019 3:33 PM
**To:** Herrera, Jeffrey <Jherrera@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Moore, Joseph <Joseph.Moore@nychhc.org>
**Cc:** Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: Email Access to Active Employee

Approved - Joe please work with Jonathan on this.

**From:** Herrera, Jeffrey
**Sent:** Friday, January 11, 2019 2:25 PM
**To:** Lutz, Jeffrey <Jeffrey.Lutz@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
**Cc:** Laboy, Jessica <laboyj@nychhc.org>
**Subject:** Email Access to Active Employee

Hi Jeff,

Jessica Laboy is requesting that Jonathan Wangel be provided access to the mailbox of active employee Melissa Kaye Melissa.Kaye@nychhc.org

Not sure if you need search terms or date ranges, etc. -copying Jonathan in case he needs to provide you further details.

Thanks,
Jeff

Jeffrey Herrera
Senior Director, Information Technology
Correctional Health Services
Desk: (646) 614-0043
Cell: (917) 468-9916
jherrera@nychhc.org
55 Water Street, 18th floor
New York, NY 10041

NYC HEALTH+ HOSPITALS
Live Your Healthiest Life.

Confidential
NYC_002198