| | |
|---|---|
| **From:** | Fong, Donna [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=533D0CEE65784592BD5FAF75BC1FA7A6-FONG, DONNA] |
| **Sent:** | 10/5/2018 4:13:58 PM |
| **To:** | Kaye, Melissa [melissa.kaye@nychhc.org] |
| **Subject:** | RE: FMLA |
| **Attachments:** | Kaye, Melisssa (care for family member) 7_6_18.pdf |

Good afternoon Dr. Kaye,

Here is the form you need.
Thank you and have a great weekend.

Donna

---

**From:** Kaye, Melissa
**Sent:** Friday, October 05, 2018 4:10 PM
**To:** Fong, Donna
**Cc:** Jain, Abhishek
**Subject:** FMLA

Hi Ms. Fong,
As we discussed, I will be taking FMLA for my son. The forms you previously sent me are not opening. Could you please resend them and/or fax them to me at 718-410-2344.

Thank you,

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344