**From:** Fong, Donna [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=533D0CEE65784592BD5FAF75BC1FA7A6-FONG, DONNA]
**Sent:** 10/15/2018 4:07:59 PM
**To:** Kaye, Melissa [melissa.kaye@nychhc.org]
**Subject:** RE: FMLA paperwork Confidential Information

Thank you Dr. Kaye.

**From:** Kaye, Melissa
**Sent:** Monday, October 15, 2018 2:36 PM
**To:** Fong, Donna
**Subject:** Re: FMLA paperwork Confidential Information

Hi Ms. Fong
Attached is my son's birth certificate per your requet.
Thank you

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Fong, Donna
**Sent:** Monday, October 15, 2018 9:57 AM
**To:** Kaye, Melissa
**Subject:** RE: FMLA paperwork Confidential Information

Good morning Dr. Kaye,

I will forward your email along with the FMLA application form and the SR71 to Central Office for approval.
I forgot to remind you that you need to provide your son's birth certificate as well, I mentioned that on my July email only.
Please send the document to me at your earliest convenience. Thank you.

Donna

**From:** Kaye, Melissa
**Sent:** Monday, October 15, 2018 8:02 AM
**To:** Fong, Donna <fongd@nychhc.org>
**Subject:** FMLA paperwork Confidential Information

Hi Ms. Fong,
Attached is medical information and FMLA paperwork from my son's doctor. I will be out on FMLA to care for my child 10/15 thru 10/26, and on the other dates listed as well. I will also be taking FMLA on yet unknown dates if and when my son has a flare.

My direct supervisor is Dr. Abhishek Jain. He and I discussed this matter on 10/11/18, and he is aware of the coverage needs at the Bronx Court Clinic.
Please contact me if you need anything else at 917-842-3092.

Thank you for your help

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344