| | |
|---|---|
| **From:** | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent:** | 10/17/2018 2:48:12 PM |
| **To:** | Ford, Elizabeth [eford@nychhc.org] |
| **Subject:** | Re: Kronos next week |

Yes, will do. Sorry about that.

Sent from my iPhone

> On Oct 17, 2018, at 2:46 PM, Ford, Elizabeth <eford@nychhc.org> wrote:
>
> Also, I went to sign Kronos time sheets this am and yours wasn't completed for last week. Will you please fill out if you haven't already?
> many thanks
> _____
> From: Jain, Abhishek
> Sent: Wednesday, October 17, 2018 2:35 PM
> To: Ford, Elizabeth
> Subject: Kronos next week
>
> Elizabeth,
>
> I just thought of this. When I am out next week, who should sign off on Kronos for the staff I supervise? (Drs. Kaye, Winkler, Mundy, Owen, Nobrega, Francois, Brayton, and Spada). I have all the Brooklyn staff because Dr. Winkler is PAGNY and does not have the ability to sign off on their Kronos.
>
> Thanks,
>
> Beesh
>
> Sent from my iPhone