| | |
|---|---|
| **From**: | Mendez, Maria [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARIA.MENDEZ.NYCHHC.ORG] |
| **Sent**: | 2/15/2019 11:01:55 AM |
| **To**: | Kaye, Melissa [melissa.kaye@nychhc.org] |
| **CC**: | Mundy, Daniel [daniel.mundy@nychhc.org]; Jain, Abhishek [jaina7@nychhc.org]; Fong, Donna [fongd@nychhc.org]; Barrow, Colleen [colleen.barrow@nychhc.org]; CHS Payroll [chspayroll@nychhc.org] |
| **Subject**: | Melissa Kaye FMLA/Intermittent - To care for ill family member leave approval |
| **Attachments**: | Melissa Kaye-Intermittent-to care for family member approval letter.pdf; Melissa Kaye-FMLA Designation Notice.pdf; Time sheet changes data entry form.pdf |

Melissa,

Attached, please find an approval letter regarding your request for an intermittent leave of absence to care for your ill family member. For any time sheets submitted without the proper codes, please complete the attached Employee Time Sheet Changes Data Entry forms and submit directly to Payroll. Thank you.

Kind regards,

**Maria Mendez**
Assistant Director
HRSS Leaves Administration
Phone: (212) 748-2267
Fax: (347) 671-8491
Maria.Mendez@nychhc.org

Confidential
NYC_001275