| From: | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
|---|---|
| Sent: | 10/25/2018 3:21:48 PM |
| To: | Villanueva, Yvette [yvette.villanueva@nychhc.org] |
| Subject: | Fw: Reasonable Accommodations Request |

Jut FYI, CHS has been in communication with Legal Affairs (Blanche) regarding this employee. Pending EEOC matter.

---

**From:** WANGEL, JONATHAN
**Sent:** Thursday, October 25, 2018 3:17 PM
**To:** Kaye, Melissa; Villanueva, Yvette
**Cc:** Abhishek Jain; Ford, Elizabeth; Yang, Patricia
**Subject:** Re: Reasonable Accommodations Request
?Dr. Kaye,

Mr. Marrazzo is the EEO officer assigned to Correctional Health Services. Please reach out to him directly and he will explain the procedure to request a reasonable accommodation. I have included his contact information below. Thank you.

**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
Phone: (212) 788-3375
Cell: (646) 630-1192
Marrazzk@nychhc.org?

---

**From:** Kaye, Melissa
**Sent:** Thursday, October 25, 2018 3:04 PM
**To:** Villanueva, Yvette
**Cc:** Abhishek Jain; WANGEL, JONATHAN; Ford, Elizabeth; Yang, Patricia
**Subject:** Reasonable Accommodations Request
Dear Ms. Yvette Villanueva:
I have been a dedicated public servant at HHC for 19 years. I work in a non-clinical setting at the Bronx Court Clinic as a forensic psychiatric evaluator and have been the Medical Director since 2004. Under my leadership, the Bronx Court has produced quality examinations in the most timely manner.
I have worked an 8 ½ hour shift from 9am to 5:30pm with a 30 minute unpaid lunch for over 13 years per an agreement between HHC and Doctor's Council. In August, my shift was unexpectedly and adversely changed to 8am to 5pm with an hour lunch. I am a single mother with a chronically ill child and this has directly interfered with my ability to provide care to my child.
I am seeking reasonable accommodations by a return to my prior shift, a spilt shift, and the ability to work remotely. My previous supervisors allowed accommodations for my son's disability, and I have been more than able to perform the essential functions of my job with this schedule with no disruptions in work product. The above accommodations are needed so that I can administer treatment to my child at the times prescribed by his treating physician. Due to his age, the severity of his condition and the nature of his treatment, I need to personally administer his care.
Please advise me of the formal process at HHC for seeking reasonable accommodations. Currently, I do not know about HHC's policy, process or designated person(s) for obtaining reasonable accommodations.

Confidential

Thank you for your help,
Dr. Melissa Kaye


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Confidential