| | |
|---|---|
| **From:** | WANGEL, JONATHAN [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=62E7199958CE4FBDAC31D33582DC4EF5-WANGEL, JONAT] |
| **Sent:** | 1/10/2019 10:29:55 AM |
| **To:** | Jain, Abhishek [jaina7@nychhc.org]; Ford, Elizabeth [eford@nychhc.org] |
| **CC:** | Yang, Patricia [patricia.yang@nychhc.org] |
| **Subject:** | RE: Shift restoration |

Please don't respond. This will be treated as a request for intermittent FMLA . I'll be in touch shortly.

---

**From:** Kaye, Melissa
**Sent:** Thursday, January 10, 2019 8:48 AM
**To:** Jain, Abhishek ; Ford, Elizabeth
**Cc:** Santa Maria, Nate (Doctors Council) ; kCollins@doctorscouncil.org; WANGEL, JONATHAN ; Yang, Patricia ; Campese, Matthew ; Marrazzo, Kevin ; Keys, James ; Granderson, Ricardo
**Subject:** Shift restoration

Dear Drs. Jain and Ford:

Thank you for your well wishes. My family and I continue to mourn my brother's untimely death, he meant a lot to all of us and it will definitely take time. With that said, I may need additional time to readjust, as you know me and my children have been struggling with my current shift. As I am sure you can imagine, things are even more difficult for my family and I now, especially since my children were extremely close to their uncle. If possible, I ask that you and the agency restore me back to my old shift. My son has always needed me to work the prior shift so that I can assist with his medical treatment, but since his ailments have been further aggravated, I need to be there for him now even more.

Please advise,


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344