| | |
|---|---|
| **From**: | Marrazzo, Kevin [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8F4B99079B324A23A5478D28D85FBCDF-MARRAZZO, KEV] |
| **Sent**: | 8/20/2019 10:45:28 AM |
| **To**: | Kaye, Melissa [melissa.kaye@nychhc.org] |
| **Subject**: | RE: Request for a Reasonable Accommodation |

Dr. Kaye, I have spoken to a few people regarding your request. I need to speak to at least one more person, but that person is away until the end of the month. I just wanted to advise you of that so you have an understanding of why the response may be delayed. Thank you.

**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
Marrazzk@nychhc.org
NYC Health + Hospitals
Central Office
55 Water Street, 26th Floor
New York, NY 10041

**From:** Kaye, Melissa
**Sent:** Friday, August 16, 2019 12:52 PM
**To:** Marrazzo, Kevin
**Subject:** Re: Request for a Reasonable Accommodation

Dear Mr. Mazarro:

For purposes of clarity and for my records I want to be clear about the status of my request for reasonable accommodations. As you are aware, I made a request for accommodations based on my medical condition and for the provision of my parental caregiver responsibilities. I'm asking for one of two things: the ability to work remotely or to work from 9AM to 5PM. From my understanding, despite my provision of supporting medical documentation, my requests were denied without further explanation.

Therefore, I write because I believe that the denial of my request is due to retaliation for the lawsuit I filed against the agency, Ms. Yang, Mr. Wangel and Drs. Ford and Jain. However, despite my belief, I would like to try to proceed in good faith and in compliance with the ADA. As such, I am aware that the reasonable accommodations process is interactive and would like to propose a work schedule of 9:00AM to 5:00PM. I believe that this work schedule will allow me to address my medical conditions, attend to my caregiver responsibilities for the healthcare needs of my children and still meet the business needs of CHS/HHC.

It is my understanding that the all other FPECC Directors and court clinic staff either have this shift or work an 8-hour day of their choice. As such, I am simply asking to be treated the same way as the other FPECC Directors. I am currently being required to work 9 hours a day in clear distinction from the other directors and staff. Again, it is my understanding that none of the other FPECC Directors are required to work 9-hour shifts. It is my hope that I am not being treated differently from the other FPECC Directors. However, I truly believe that I am being treated differently because of my lawsuit, and that HHC/CHS is denying my request in an effort to force me to resign.

Please advise,
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Marrazzo, Kevin
**Sent:** Monday, August 12, 2019 1:39 PM

**To:** Kaye, Melissa
**Subject:** RE: Request for a Reasonable Accommodation
I will be responding to you shortly. Thank you for your patience.
**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
Marrazzk@nychhc.org
NYC Health + Hospitals
Central Office
55 Water Street, 26th Floor
New York, NY 10041

**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Thursday, August 1, 2019 1:29 PM
**To:** Marrazzo, Kevin <marrazzk@nychhc.org>
**Subject:** Re: Request for a Reasonable Accommodation
Hello Mr. Marrazzo,
I'm following up on my request for reasonable accommodations.
Thank you,
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

**From:** Marrazzo, Kevin
**Sent:** Thursday, June 27, 2019 9:41 AM
**To:** Kaye, Melissa
**Subject:** Request for a Reasonable Accommodation
Dear Dr. Melissa Kaye:
As per our call, I am attaching a Request for a Reasonable Accommodation form. You can review this and we can discuss later (you did not have time to talk now).

As an administrative matter, I mentioned I had an open file on you regarding a possible accommodation. Since that matter is several months old, I will simply close that out and I can open a new one with this new request. Thank you.
**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
Marrazzk@nychhc.org
NYC Health + Hospitals
Central Office
55 Water Street, 25th Floor
New York, NY 10041

| | |
|---|---|
| **From**: | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent**: | 7/17/2019 3:17:53 PM |
| **To**: | Ford, Elizabeth [eford@nychhc.org] |
| **Subject**: | Re: Kay description of job duties, reasonable accommodation |

Talking tomorrow is fine. I think later start time could work as long as defendants are not having to wait to be seen, and court is open with court officers still around when her shift ends. For things like her supervision of Dr. Brayton and meetings, we can do our best to accommodate around her schedule.

Thanks,

Beesh

Sent from my iPhone

On Jul 17, 2019, at 2:05 PM, Ford, Elizabeth <eford@nychhc.org> wrote:

> Sure. Will be tough to call today (multi-tasking now to the chagrin of the person running this meeting); does tomorrow work?
>
> fyi, I am totally fine with later start date unless you have significant concerns. I know that remote work out of the question.
>
> Sent from my iPhone
> 347-461-5830
>
>
> On Jul 17, 2019, at 1:48 PM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>
>> Hi Elizabeth,
>>
>> Let me know if you have a minute to discuss? Want to get your thoughts before we respond.
>>
>> Thanks,
>>
>> Beesh
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** "Kent, Samantha" <kents1@nychhc.org>
>>> **Date:** July 17, 2019 at 1:15:04 PM EDT
>>> **To:** "Jain, Abhishek" <jaina7@nychhc.org>
>>> **Subject: FW: Kay description of job duties, reasonable accommodation**
>>>
>>> That sent before I meant to.
>>> I wanted to let you know I'm sitting down by Jessica's office now (Jon's old office). And my number is 646-614-0027 if you're not at 55 and want to call me.
>>> Thanks!

**From:** Kent, Samantha
**Sent:** Wednesday, July 17, 2019 1:14 PM
**To:** Jain, Abhishek <jaina7@nychhc.org>
**Subject:** FW: Kay description of job duties, reasonable accommodation

Hi Beesh,

Please see attached document from Mr. Marrazzo. This is Dr. Kaye's description of her job duties and her request for a later start time, a flex schedule, and shift changes as needed.

Please take a look at the job description and advise if this is accurate or if additional duties should be included.

Let's have a chat later or tomorrow about the accommodations being requested and what is doable at the Departmental level without causing a hardship.

**From:** Marrazzo, Kevin <marrazzk@nychhc.org>
**Sent:** Wednesday, July 17, 2019 10:35 AM
**To:** Kent, Samantha <kents1@nychhc.org>
**Subject:** Kay description of job duties, reasonable accommodation

Samantha, as per our call, I am forwarding the description of job duties as described by Dr. Kaye.

**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
Marrazzk@nychhc.org
NYC Health + Hospitals
Central Office
55 Water Street, 26th Floor
New York, NY 10041

<4285_001.pdf>

| | |
|---|---|
| **From:** | Marrazzo, Kevin [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8F4B99079B324A23A5478D28D85FBCDF-MARRAZZO, KEV] |
| **Sent:** | 10/8/2019 9:10:23 AM |
| **To:** | Kaye, Melissa [melissa.kaye@nychhc.org] |
| **Subject:** | RE: Request for a Reasonable Accommodation |

Yes, that will work.

**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
Marrazzk@nychhc.org
NYC Health + Hospitals
Central Office
55 Water Street, 26th Floor
New York, NY 10041

---

**From:** Kaye, Melissa
**Sent:** Tuesday, October 8, 2019 9:09 AM
**To:** Marrazzo, Kevin
**Subject:** Re: Request for a Reasonable Accommodation

I will call you today at 3:00 is good. Thank you


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Marrazzo, Kevin
**Sent:** Monday, October 7, 2019 2:54 PM
**To:** Kaye, Melissa
**Subject:** RE: Request for a Reasonable Accommodation

How about after 3:00 tomorrow, Tuesday, or pick anytime on Wednesday. Let me know what works for you, or we can explore other times.

**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
Marrazzk@nychhc.org
NYC Health + Hospitals
Central Office
55 Water Street, 26th Floor
New York, NY 10041

**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Monday, October 7, 2019 11:56 AM
**To:** Marrazzo, Kevin <marrazzk@nychhc.org>
**Subject:** RE: Request for a Reasonable Accommodation

I left you a voicemail. Please let me know a good time to call. Thank

**From:** Marrazzo, Kevin
**Sent:** Monday, September 30, 2019 11:40 AM
**To:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Subject:** RE: Request for a Reasonable Accommodation

Dr. Kaye, I called but you were not in the office today. Please reach out to me so we can continue our discussion. Thank you.

**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
Marrazzk@nychhc.org
NYC Health + Hospitals
Central Office
55 Water Street, 26th Floor
New York, NY 10041

**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Friday, August 16, 2019 12:52 PM
**To:** Marrazzo, Kevin <marrazzk@nychhc.org>
**Subject:** Re: Request for a Reasonable Accommodation

Dear Mr. Mazarro:

For purposes of clarity and for my records I want to be clear about the status of my request for reasonable accommodations. As you are aware, I made a request for accommodations based on my medical condition and for the provision of my parental caregiver responsibilities. I'm asking for one of two things: the ability to work remotely or to work from 9AM to 5PM. From my understanding, despite my provision of supporting medical documentation, my requests were denied without further explanation.

Therefore, I write because I believe that the denial of my request is due to retaliation for the lawsuit I filed against the agency, Ms. Yang, Mr. Wangel and Drs. Ford and Jain. However, despite my belief, I would like to try to proceed in good faith and in compliance with the ADA. As such, I am aware that the reasonable accommodations process is interactive and would like to propose a work schedule of 9:00AM to 5:00PM. I believe that this work schedule will allow me to address my medical conditions, attend to my caregiver responsibilities for the healthcare needs of my children and still meet the business needs of CHS/HHC.

It is my understanding that the all other FPECC Directors and court clinic staff either have this shift or work an 8-hour day of their choice. As such, I am simply asking to be treated the same way as the other FPECC

Directors. I am currently being required to work 9 hours a day in clear distinction from the other directors and staff. Again, it is my understanding that none of the other FPECC Directors are required to work 9-hour shifts.

It is my hope that I am not being treated differently from the other FPECC Directors. However, I truly believe that I am being treated differently because of my lawsuit, and that HHC/CHS is denying my request in an effort to force me to resign.

Please advise,

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Marrazzo, Kevin
**Sent:** Monday, August 12, 2019 1:39 PM
**To:** Kaye, Melissa
**Subject:** RE: Request for a Reasonable Accommodation

I will be responding to you shortly. Thank you for your patience.

**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
Marrazzk@nychhc.org
NYC Health + Hospitals
Central Office
55 Water Street, 26th Floor
New York, NY 10041

---

**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Thursday, August 1, 2019 1:29 PM
**To:** Marrazzo, Kevin <marrazzk@nychhc.org>
**Subject:** Re: Request for a Reasonable Accommodation

Hello Mr. Marrazzo,
I'm following up on my request for reasonable accommodations.
Thank you,

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Marrazzo, Kevin
**Sent:** Thursday, June 27, 2019 9:41 AM

**To:** Kaye, Melissa
**Subject:** Request for a Reasonable Accommodation

Dear Dr. Melissa Kaye:

As per our call, I am attaching a Request for a Reasonable Accommodation form. You can review this and we can discuss later (you did not have time to talk now).

As an administrative matter, I mentioned I had an open file on you regarding a possible accommodation. Since that matter is several months old, I will simply close that out and I can open a new one with this new request.

Thank you.

**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
Marrazzk@nychhc.org
NYC Health + Hospitals
**Central Office**
**55 Water Street, 25th Floor**
**New York, NY 10041**