| | |
|---|---|
| **From:** | Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F] |
| **Sent:** | 10/23/2019 12:01:08 PM |
| **To:** | Jain, Abhishek [jaina7@nychhc.org] |
| **Subject:** | RE: Grant of Reasonable Accommodation |

thx

---

**From:** Jain, Abhishek
**Sent:** Wednesday, October 23, 2019 10:10 AM
**To:** Ford, Elizabeth
**Subject:** Fwd: Grant of Reasonable Accommodation

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** "Marrazzo, Kevin" <marrazzk@nychhc.org>
> **Date:** October 23, 2019 at 9:11:53 AM EDT
> **To:** "Kaye, Melissa" <Melissa.Kaye@nychhc.org>
> **Cc:** "Jain, Abhishek" <jaina7@nychhc.org>, "Mendez, Maria" <Maria.Mendez@nychhc.org>, "Kent, Samantha" <kents1@nychhc.org>
> **Subject: Grant of Reasonable Accommodation**
>
> Dear Dr. Kaye:
>
> The Office of Equal Employment Opportunity (EEO) has received and reviewed your request for a reasonable accommodation to perform the essential functions required of your position. This Office is charged with considering and making decisions on requests for reasonable accommodations on behalf of the NYC Health + Hospitals. Your healthcare provider's note dated July 2, 2019, submitted to support your completed Reasonable Accommodation Request Form dated July 11, 2019, request the following accommodations: that you be allowed to work remotely, and be provided a later start time as needed.
>
> As discussed, after reviewing the accommodation request and following discussions with you, and in consultation with your department concerning your essential job functions and potential accommodations, your request for an accommodation for a later start time is granted as follows: that your shift will be changed from 8:00 am to 5:00 pm, to 9:00 am to 6:00 pm.; this shift change is on an as needed basis up to 5 days a week. Please note that on your time sheet, your schedule change under this accommodation should be designated as shift change (code 13). This Office is unable to approve your request to work remotely as a form of reasonable accommodation as your request is not reasonable and/or poses an undue hardship.
>
> Following its implementation, EEO will continue to monitor the effectiveness of this approved accommodation. Please note that should the operational needs of the department change, or your medical needs change, the grant of this accommodation request can be revisited.
>
> Should you have any questions, please feel free to contact me.

Confidential

**Kevin Marrazzo**
EEO Officer
Office of Equal Employment Opportunity
(212) 788-3375
Fax: 347-671-8492
<u>Marrazzk@nychhc.org</u>
NYC Health + Hospitals
Central Office
55 Water Street, 26th Floor
New York, NY 10041

Confidential