| | |
|---|---|
| From: | Kent, Samantha [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C0D16FFF2A244AE6BC495DDAC64622D8-KENT, SAMANTH] |
| Sent: | 10/30/2019 11:23:13 AM |
| To: | Kaye, Melissa [melissa.kaye@nychhc.org] |
| CC: | Jain, Abhishek [jaina7@nychhc.org]; Santa Maria, Nate (Doctors Council) [nsantamaria@doctorscouncil.org]; kCollins@doctorscouncil.org; Barrow, Colleen [colleen.barrow@nychhc.org]; CHS Payroll [chspayroll@nychhc.org] |
| Subject: | RE: DEDUCTION OF PAY NOTICE |

Good Morning Dr. Kaye,

There is a definite lag in Kronos so it oftentimes will not reflect an accurate balance for the date you are looking. Personally, I track my usage myself and then when I lose track I will reach out to payroll to verify that we are on the same page. Not the most perfect way to manage it; however, always best to track and account for your own time. And again, if you reach out to payroll they will always be able to provide you with your accurate accruals from their back-end system. Or if you feel more comfortable, you may ask me and I can walk over there to find out for you.

I have spoken with Payroll regarding the Yom Kippur date and unfortunately you did not have any balances available on that date to pull from so the day must be taken unpaid.

As a note moving forward, you currently have 18 hours of ALV and you will continue to accrue 18 hours per month.

I hope this helps address some of your concerns.

Thanks,

Samantha Kent, Esq.
Senior Associate Director, Employment & Labor Relations
NYC Health + Hospitals – Correctional Health Services
(646)614-0027 (office)
(646)951-6000 (mobile)

---

**From:** Kaye, Melissa
**Sent:** Wednesday, October 30, 2019 9:11 AM
**To:** Kent, Samantha
**Cc:** Jain, Abhishek ; Santa Maria, Nate (Doctors Council) ; kCollins@doctorscouncil.org; Barrow, Colleen ; CHS Payroll
**Subject:** Re: DEDUCTION OF PAY NOTICE

Dear Ms. Kent

Thank you for this information. Going forward, I'd like to know if there is a way for me to check my time and leave balances in real time. It appears that I am experiencing an ongoing problem with Kronos and I am not sure how to proceed. What is clear however, is that I do not want to experience another instance where I am docked pay because I am not privy to my time and leave balances beforehand. I am thereby writing to ask that you reconsider the determination to dock my pay for my religious observance of Yom Kippur.

Please let me know if there are any other options and I would like to work with you going forward to avoid any further confusion in the future.

Thank you

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** CHS Payroll
**Sent:** Monday, October 28, 2019 9:39 AM
**To:** Kaye, Melissa; Kent, Samantha
**Cc:** Jain, Abhishek; Santa Maria, Nate (Doctors Council); kCollins@doctorscouncil.org; Barrow, Colleen
**Subject:** RE: DEDUCTION OF PAY NOTICE

Good morning,

you used your floating holiday code 63 on 2/13/19 . available once year .

see below



**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Monday, October 28, 2019 8:21 AM
**To:** Kent, Samantha <kents1@nychhc.org>
**Cc:** CHS Payroll <CHSPayroll@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>; Santa Maria, Nate (Doctors Council) <nsantamaria@doctorscouncil.org>; kCollins@doctorscouncil.org; Barrow, Colleen <Colleen.Barrow@nychhc.org>
**Subject:** Re: DEDUCTION OF PAY NOTICE

Dear Ms. Kent:

I am writing about being docked pay for my observance of Yom Kippur on October 9th. I made an error when I submitted my time. Instead of putting in for my floating holiday, I mistakenly inputted code 13 for that day.

Accordingly, please let me know if the day can be changed to code 63 Floating Holiday, in observance of my religious beliefs.

Thank you for your help with this matter.

Sincerely,


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** CHS Payroll
**Sent:** Friday, October 25, 2019 4:46 PM
**To:** Kaye, Melissa
**Subject:** DEDUCTION OF PAY NOTICE

*Good afternoon ,*

*Please be advised that you had 6 **hours** and **56 minutes** absence without pay during the period of **10/06/2019- 10/12/2019**.*
*The absence without pay totals- **$677.11** and it will be deducted from the **11/01/2019** paycheck due to not having enough sick time .*

*If you have any additional questions, please contact me at the numbers below.*

*Saadya*
*646-614-0096*

| | |
|---|---|
| From: | Laboy, Jessica [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2EC93EBB7C8488E8D10620AE5AFBD2F-LABOY, JESSIC] |
| Sent: | 11/12/2019 10:31:37 AM |
| To: | Yang, Patricia [patricia.yang@nychhc.org] |
| Subject: | RE: DEDUCTION OF PAY NOTIC |

Ok

**From:** Yang, Patricia
**Sent:** Tuesday, November 12, 2019 10:18 AM
**To:** Laboy, Jessica
**Subject:** Fwd: DEDUCTION OF PAY NOTIC

Remove me from your scheduling email pls


Begin forwarded message:

**From:** "Greenfield, Blanche" <Blanche.Greenfield@nychhc.org>
**Date:** November 12, 2019 at 10:17:00 AM EST
**To:** "Laboy, Jessica" <laboyj@nychhc.org>
**Cc:** "Yang, Patricia" <Patricia.Yang@nychhc.org>
**Subject: RE: DEDUCTION OF PAY NOTIC**

No, not today I am all booked. Sorry.

Blanche Greenfield
Deputy Counsel and Chief Employment Counsel


125 Worth Street, Suite 527
New York, NY 10013-4006
E-mail: Blanche.Greenfield@nychhc.org
Phone: (212) 788-3300
Fax: (212) 267-6905

**From:** Laboy, Jessica <laboyj@nychhc.org>
**Sent:** Tuesday, November 12, 2019 10:12 AM
**To:** Greenfield, Blanche <Blanche.Greenfield@nychhc.org>
**Cc:** Yang, Patricia <Patricia.Yang@nychhc.org>
**Subject:** RE: DEDUCTION OF PAY NOTIC

Hi Blanche,

We can definitely discuss later today.

I'm free from noon-2:30pm, does any time between then work for you?

[text redacted]

Thanks,
Jessica

**From:** Greenfield, Blanche <Blanche.Greenfield@nychhc.org>
**Sent:** Tuesday, November 12, 2019 9:49 AM
**To:** Yang, Patricia <Patricia.Yang@nychhc.org>
**Cc:** Laboy, Jessica <laboyj@nychhc.org>
**Subject:** RE: DEDUCTION OF PAY NOTIC

Thank you. Jessica, lets schedule a call or I a meeting. I will come to 55.

**Blanche Greenfield**
Deputy Counsel and Chief Employment Counsel

125 Worth Street, Suite 527
New York, NY 10013-4006
E-mail: Blanche.Greenfield@nychhc.org
Phone: (212) 788-3300
Fax: (212) 267-6905

**From:** Yang, Patricia <Patricia.Yang@nychhc.org>
**Sent:** Tuesday, November 12, 2019 9:47 AM
**To:** Greenfield, Blanche <Blanche.Greenfield@nychhc.org>
**Cc:** Laboy, Jessica <laboyj@nychhc.org>
**Subject:** Re: DEDUCTION OF PAY NOTIC

Jessica, copied here. 646.614.0142.

On Nov 12, 2019, at 9:40 AM, Greenfield, Blanche <Blanche.Greenfield@nychhc.org> wrote:

[REDACTED]

Blanche

**Blanche Greenfield**
Deputy Counsel and Chief Employment Counsel

125 Worth Street, Suite 527
New York, NY 10013-4006
E-mail: Blanche.Greenfield@nychhc.org
Phone: (212) 788-3300
Fax: (212) 267-6905

**From:** Patsos, Catherine <patsosc@nychhc.org>
**Sent:** Tuesday, November 12, 2019 9:14 AM

**To:** Greenfield, Blanche <Blanche.Greenfield@nychhc.org>
**Subject:** FW: DEDUCTION OF PAY NOTIC

FYI

**Catherine G. Patsos, Esq., CHC**
Chief Corporate Compliance Officer
Corporate Privacy and Security Officer
Office of Corporate Compliance
NYC Health + Hospitals
160 Water Street, Suite 1129
New York, NY 10038
Office: (646) 458-5632
Fax: (646) 458-5624
Email: patsosc@nychhc.org
Compliance Helpline: 1-866-HELP-HHC

---

**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Friday, November 8, 2019 4:46 PM
**To:** Soto, Wilma <sotow2@nychhc.org>
**Cc:** Kent, Samantha <kents1@nychhc.org>; CHS Payroll <CHSPayroll@nychhc.org>; Smith, Ciara <smithc45@nychhc.org>; Barrow, Colleen <Colleen.Barrow@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Yang, Patricia <Patricia.Yang@nychhc.org>; Santa Maria, Nate (Doctors Council) <nsantamaria@doctorscouncil.org>; kCollins@doctorscouncil.org; CHS Payroll <CHSPayroll@nychhc.org>; Patsos, Catherine <patsosc@nychhc.org>; WANGEL, JONATHAN <Jonathan.Wangel@nychhc.org>
**Subject:** Fw: DEDUCTION OF PAY NOTIC

Dear Ms. Soto:

I am writing to express my concerns about the CHS payroll emails from timekeeper Saadya, and I to seek further resolution of my time and leave balances.

Unfortunately, this is the second Friday afternoon in a row that I have been informed by CHS payroll that money is being deducted from my paycheck for alleged deficits of time and leave balance.

I reached out to Sammantha Kent about this problem, and she acknowledged that there are problems with Kronos and the ability to obtain accurate, real time leave balances. Please see email correspondence below.

As such, I am respectfully asking that HR refrain from deducting any moneys from check until there is a firm accounting of my leave balances for the past year. Again, I would not have taken off any time had I known that my leave balances had been exhausted. However, to date, I still don't have confirmation of my usage; again I have respectfully requested an accounting of time and leave balances for last year but to no avail.

Lastly, I am beginning to feel that these deductions are in retaliation for my lawsuit. This is the second week in a row that I have been notified on a Friday afternoon that my paycheck is being docked without having been given an accurate or transparent accounting of time and leave from payroll, despite my multiple requests. If possible, I would like to resolve this matter without filing a formal grievance, however I am truly concerned about being treated unfairly and further retaliation.

Sincerely,

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** CHS Payroll
**Sent:** Friday, November 8, 2019 3:50 PM
**To:** Kaye, Melissa
**Subject:** DEDUCTION OF PAY NOTICE

*Good afternoon ,*

*Please be advised that you had* **8 hours** *absence without pay during the period of* **10/13/19-10/19/2019.**
*The absence without pay totals-* **$781.28** *and it will be deducted from the* **11/15/2019** *paycheck due to not haven't enough annual time .*

*If you have any additional questions, please contact me at the numbers below.*

*Saadya*
*646-614-0096*

RE: DEDUCTION OF PAY NOTICE
REPLY REPLY ALL FORWARD
Mark as unread



Kent, Samantha
Wed 10/30/2019 11:23 AM
Inbox

To:
Kaye, Melissa;
Cc:
Jain, Abhishek;
Santa Maria, Nate (Doctors Council);
kCollins@doctorscouncil.org;
Barrow, Colleen;
CHS Payroll;

Enterprise Vault

Good Morning Dr. Kaye,

There is a definite lag in Kronos so it oftentimes will not reflect an accurate balance for the date you are looking. Personally, I track my usage myself and then when I lose track I will reach out to payroll to verify that we are on the same page. Not the most perfect way to manage it; however, always best to track and account for your own time. And

again, if you reach out to payroll they will always be able to provide you with your accurate accruals from their back-end system. Or if you feel more comfortable, you may ask me and I can walk over there to find out for you.
I have spoken with Payroll regarding the Yom Kippur date and unfortunately you did not have any balances available on that date to pull from so the day must be taken unpaid.

As a note moving forward, you currently have 18 hours of ALV and you will continue to accrue 18 hours per month.

I hope this helps address some of your concerns.

Thanks,

Samantha Kent, Esq.
Senior Associate Director, Employment & Labor Relations
NYC Health + Hospitals – Correctional Health Services
(646)614-0027 (office)
(646)951-6000 (mobile)

---

**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Wednesday, October 30, 2019 9:11 AM
**To:** Kent, Samantha <kents1@nychhc.org>
**Cc:** Jain, Abhishek <jaina7@nychhc.org>; Santa Maria, Nate (Doctors Council) <nsantamaria@doctorscouncil.org>; kCollins@doctorscouncil.org; Barrow, Colleen <Colleen.Barrow@nychhc.org>; CHS Payroll <CHSPayroll@nychhc.org>
**Subject:** Re: DEDUCTION OF PAY NOTICE

Dear Ms. Kent

Thank you for this information. Going forward, I'd like to know if there is a way for me to check my time and leave balances in real time. It appears that I am experiencing an ongoing problem with Kronos and I am not sure how to proceed. What is clear however, is that I do not want to experience another instance where I am docked pay because I am not privy to my time and leave balances beforehand. I am thereby writing to ask that you reconsider the determination to dock my pay for my religious observance of Yom Kippur.

Please let me know if there are any other options and I would like to work with you going forward to avoid any further confusion in the future.

Thank you

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Confidential