**NYC HEALTH+HOSPITALS** | # Correctional Health Services

| | |
|---|---|
| To: | Melissa Kaye<br>Attending Physician, Forensic Psychiatric Evaluation Court Clinic |
| From: | Elizabeth Ford<br>Chief of Service, Psychiatry-Mental Health |
| Date: | May 29, 2019 |
| Re: | Audio recording of 730 Competency Evaluations |

---

This memorandum serves as a notice that you inappropriately recorded a 730 Competency Evaluation without authorization. Your unauthorized recording of private health information is in violation of CHS custom and practice.

As a provider of mental health, substance use and general medical services, CHS is protected by restrictive patient confidentiality laws. Violation of these confidentiality laws may lead to civil and criminal penalties, as well as progressive disciplinary actions through CHS. You are hereby reminded that protecting the confidentiality of our patients is a term and condition of employment and should be treated seriously by all staff in the execution of their duties.

Going forward, you are expected to adhere to the CHS Confidentiality Statement, attached, follow all confidentiality protocols, and apply sound judgement in the execution of your duties. You are to expressly avoid the unauthorized recording of any confidential patient health information. Failure to comply may result in administrative action up to and including termination of employment.

Signed under protest

Received by: [signature M Kaye] *signed under protest*   Date: 7/1/19

Service by: [signature] Ford   Date: 7/1/19

Witnessed by: [signature] Clarence B. Mui   Date: 7/1/19

Confidential

NYC_002974

**From:** Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG]
**Sent:** 6/21/2019 4:56:55 PM
**To:** Ford, Elizabeth [eford@nychhc.org]
**CC:** Santa Maria, Nate (Doctors Council) [nsantamaria@doctorscouncil.org]
**Subject:** Re: Follow-up

?Okay, confirmed see you in the Bronx then. Thank you

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Ford, Elizabeth
**Sent:** Friday, June 21, 2019 4:50 PM
**To:** Kaye, Melissa
**Cc:** Santa Maria, Nate (Doctors Council)
**Subject:** Re: Follow-up

Thank you. How about 7/1 at 1:00?


Sent from my iPhone
347-461-5830


On Jun 21, 2019, at 3:30 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

> ?Hi Elizabeth,
> We can meet 6/27 or 7/1 early afternoon onward. Please let us know if either of those dates work for you and what time.
> Thanks,
> Melissa
>
> Melissa Kaye, M.D.
> Medical Director
> Bronx Court Clinic
> phone: 718-410-2345
> Fax: 718-410-2344
>
> ---
>
> **From:** Ford, Elizabeth
> **Sent:** Thursday, June 20, 2019 11:25 AM
> **To:** Kaye, Melissa
> **Subject:** RE: Follow-up
>
> Hi Melissa,
>
> That's the one day until August that I am actually out of the office - long planned day off for my daughter's birthday.

In terms of coming to the Bronx, how about 6/24 or 6/27 middle of the day into mid-afternoon? Or 7/1 any time after noon or 7/2 before 1:00?

I'm assuming morning times not great because of exams, but can be up there in the morning on 6/27, 7/2 and 7/5.

Hope one of those works,

Thanks,

-e

---

**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Thursday, June 20, 2019 10:04 AM
**To:** Ford, Elizabeth <eford@nychhc.org>
**Subject:** Re: Follow-up

?Hi Elizabeth,
Is it possible for you to meet in the Bronx on Friday 6/28 around 12 noon? If not, can you please give us some dates/times that work for you?
Thank you
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Ford, Elizabeth
**Sent:** Tuesday, June 18, 2019 5:06 PM
**To:** Kaye, Melissa
**Subject:** Follow-up

Dear Melissa,
I'm writing as an apology for not realizing at the time of our call this afternoon that you had recently experienced a death in your family. I am deeply sorry to hear the news and also for not being more aware during our phone conversation.
I'll wait to hear back from you about potential times to meet.
Thank you,
-e
Elizabeth Ford, M.D.
Chief of Service, Psychiatry
Correctional Health Services
New York City Health + Hospitals
O: 347-774-7145
Cell: 347-461-5830
eford@nychhc.org