**From:** Patsos, Catherine [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=13D22363B13246638CC6279243C404A5-PATSOS, CATHE]
**Sent:** 5/7/2019 9:29:54 AM
**To:** Kaye, Melissa [melissa.kaye@nychhc.org]
**Subject:** RE: CHS Phishing email physician credentialing failure to advise

Hi Dr. Kaye,

I am in receipt of your emails regarding potential phishing email. The Office of Corporate Compliance will look into this matter for you, and will reach out to you if we have any questions or need additional information.

Catherine

**Catherine G. Patsos, Esq., CHC**
Chief Corporate Compliance Officer
Corporate Privacy and Security Officer
Office of Corporate Compliance
NYC Health + Hospitals
160 Water Street, Suite 1129
New York, NY 10038
Office: (646) 458-5632
Fax: (646) 458-5624
Email: patsosc@nychhc.org
Compliance Helpline: 1-866-HELP-HHC



---

**From:** Kaye, Melissa
**Sent:** Tuesday, May 7, 2019 8:19 AM
**To:** Patsos, Catherine
**Subject:** CHS Phishing email physician credentialing failure to advise
**Importance:** High

Dear Ms. Patsos:

I am writing to request your assistance in the investigation and clarification of a possible phishing scam by Correctional Health Services ("CHS") staff. On 3/7/19, I received a suspicious email from a CHS employee, Teleakie Parker. Ms. Parker made ambiguous and unusual requests for an array of credentialing information from me, much of which was non-applicable or already on file with HHC.

Most concerning is that Ms. Parker also asked for my date of birth and social security number, both of which has been on file with HHC since the inception of my employment. Given that I was a victim of identify theft at HHC in the past, and the unprofessional and unsubstantiated nature of the email from Ms. Parker, I have concerns.

I have made multiple verbal and written requests to CHS leadership and administrative staff to try to clarify this matter. Unfortunately, no one at CHS has responded, hence I have not been able to resolve this.

This is a serious matter for the following reasons:

1) It is my understanding that physicians can be removed from the payroll if credentialing materials are not in proper order. Therefore, if I am required to submit updated credentialing materials to CHS, it is necessary that I be properly and specifically notified about this in a proven legitimate manner.

2) In the course of my HHC employment, I submit legal documents (psychiatric-legal reports) to the courts on a regular basis so it is imperative that there are no lapses in my credentialing as this could compromise my professional standing and credibility in court, as well as possibly subject me and HHC to liability.

3) I believe that I have been ignored and marginalized and that the refusal of CHS (Jain, Ford, Wangle, Yang) to address this important issue regarding my credentialing and possible attempted identity theft is consistent with their pattern of retaliatory actions against me stemming from my prior complaints of discrimination and malfeasance.

Below are emails pertaining to this. I appreciate your attention to this important matter, and I kindly request that you provide me with clarification about my credentialing status and let me know if I have been subjected to attempted identify theft.

Thank you,


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

Fw: Audit - Kaye, Melissa
REPLY REPLY ALL FORWARD
Mark as unread



Kaye, Melissa
Thu 3/14/2019 9:20 AM
Sent Items

To:
Swenson, Andrea;

Enterprise Vault

Hi Ms. Swenson,
Any assistance you can provide in clarifying this matter and securing my personal data is appreciated.
Thank you

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345

Fax: 718-410-2344

---

**From:** Kaye, Melissa
**Sent:** Monday, March 11, 2019 12:36 PM
**To:** SPAMADMIN
**Subject:** Fw: Audit - Kaye, Melissa

To Whom It May Concern:

I have been a physician at HHC for two decades; I was hired in 1999. Shortly thereafter, I was the victim of identity theft. The detective who investigated my case at the time determined that it was probable that this breach occurred during my initial HHC credentialing process. Following this negative experience, I am vigilant in my efforts to protect against the misuse of my personal data.

My department was transferred from Bellevue Hospital to Correctional Health Services on July 1, 2018. Since that time, I have been subjected to repeated privacy violations. With each occurrence, I attempted to address the violation, and was assured on two occasions, incorrectly, that the problem had been resolved.

Last week, I received an unusual and disconcerting email from a sender unknown to me that asked for basic employment and credentialing information. The sender requested my social security number and date of birth, both of which have been on file with HHC since the inception of my employment.

Consequently, I am writing this email because I am concerned that Correctional Health Services may be mishandling my private and confidential information.

As such, I request that these privacy violations and possible phishing emails be looked into, so that steps can be taken to properly secure my sensitive and confidential data.

Thank you,
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Kaye, Melissa
**Sent:** Friday, March 8, 2019 1:40 PM
**To:** Parker, Teleakie
**Cc:** Jain, Abhishek; Ford, Elizabeth; Dudley, Denise; HRSYSADMIN; Laboy, Jessica; WANGEL, JONATHAN
**Subject:** Re: Audit - Kaye, Melissa

Dear Ms. Parker,

I am a credentialed physician at H & H and have been since 1999. On July 1, 2018, the management of my department was moved from Bellevue Hospital Center (BHC) to Correctional Health Services (CHS), both of which are under the auspice of Health and Hospitals (H & H). We were told that the credentialing status of Bellevue court clinic employees would roll over to CHS; I was never informed that I would be required to recredential at CHS.

Prior to your email, the only credentialing issue brought to my attention was in December 2018. That was an email from hrsysadmin[at] nychhc [dot] org regarding the pending expiration of my DEA license. I provided an updated DEA certificate prior its expiration. Denise Dudley from Bellevue Medical Staff Office, and Dr. Abhishek Jain, supervisor at CHS, were copied on those emails.

Per below, I am now informed by CHS that much of my credentialing and employment information is missing, including basic demographic information such as my DOB and SS number. This seems implausible and is a serious matter that needs clarification.

I completed a full background check when I was hired by H & H. Please feel free to reach out the Bellevue Medical Staff Office for that information and my most recent credentialing packet. If my packet is due for renewal or is missing additional newly added requirements, I will need more than one day notice to complete that.

Sincerely,

Dr. Melissa Kaye


Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Parker, Teleakie
**Sent:** Thursday, March 7, 2019 11:03 AM
**To:** Kaye, Melissa
**Subject:** Audit - Kaye, Melissa


Hi,

While conducting an audit, it came across that the following documents are missing.

Please review the list below for the required documents you must complete and submit.

- Infections Control Certificate (If applicable)
- Board Certificate (If applicable)
- ECFMG (If applicable)
- PREA Authorization to Release + Questionnaire (Attached)
- Sterling Background From (Attached)
- DEA Certificate (If applicable)
- NPI Nation Practitioner Identification (If applicable)
- BCLS (If applicable)
- ACLS (If applicable)
- Degree/Medical Diploma (Highest Level)
- License Certificate & Registration (If applicable)

**Please submit before Monday March 11, 2019.**

Please provide me with the following for credentialing:

S.S -
D.O.B -

**Feel free to contact me should you have any questions.**

Kindly,

**Teleakie Parker**
Assistant Coordinating Manager, Operations
Correctional Health Services

49-04 19th Avenue 2nd Floor
Astoria, NY 11105
Operations: 347-774-7000
Direct: 646-614-0217
Fax: 347-774-8050
Email: parkert6@nychhc.org