| | |
|---|---|
| **From**: | Swenson, Andrea [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3DECADF39857403F85F24703BE437FFF-SWENSON, ANDR] |
| **Sent**: | 5/31/2019 10:26:51 AM |
| **To**: | Kent, Samantha [kents1@nychhc.org] |
| **Subject**: | FW: Assistance with Bronx |
| **Importance**: | High |

This is off the record, but can you help me? I just got screamed at for a good 40 minutes. See below.

Basically, read the below email first. Then this one. ☺
These timecard reports. Melissa got an email from Ciara saying she would be getting hers with Dr. Brayton's to distribute. Melissa copied me, for reasons as explained below. I explained, it's probably because she is in charge of Dr. Brayton's Kronos. Event occurred as below.

This has been a problem with these timecard reports. It was split between Colleen, Ciara and Saadya. No one knows what it is or when or how we are supposed to receive them. Ciara told me to distribute to my staff. Toba got an email saying she was to distribute to her staff in Queens. I offered, based on Melissa and Toba's emails to give them to all of FPECC. Ciara told me I will distribute them to whoever Saadya gives me. I still don't know who that is, who is considered my staff, or when to expect them unless I picked them up at 55.

The Teleakie part. Teleakie, out of nowhere, in March, asked Dr. Kaye for her social and DOB via email. Dr. Kaye has been freaking out about it thinking her identity will be stolen, and now what has happened below. I am not given ANY credentialing information. I don't know why Teleakie sent the email. I understood Beesh was going to follow up with Jessica but that was the end of it. I don't have further information because that is not my stuff to manage. Obviously I wasn't going to throw Beesh under the bus so I said I would get her some answers.

Clearly I don't expect you to assist with the answers but if you can give me some guidance as to how I'm supposed to manager her I would appreciate it.

---

**From:** Swenson, Andrea
**Sent:** Friday, May 31, 2019 9:53 AM
**To:** Jain, Abhishek ; MUIRJR, CLARENCE
**Subject:** Assistance with Bronx
**Importance:** High

Hello,
Please help me with something. These timekeeping reports have become a problem. Dr. Kaye does not want to be treated like a secretary and responsible for giving Dr. Brayton her timekeeping report. She thinks this is a secretary's job and that she is being treated like a secretary. She says that physicians are the reason I (and Lucrecia) have a job, and she should be treated like one. Further, she believes Ciara said that the reports will be mailed to the office (I think she actually said delivered) and this is a time sensitive issue and they should not be treating her time like it is not important. She would like to receive her time reports in a timely fashion so she can report grievances.

She would further like to know if Dr.'s Mundy, Owen and Winkler are being treated like secretaries and asked to distribute administrative paperwork.

She also would like to know why Teleakie sent her an email asking for her social and birthday. She wants to know if she is the victim of identity theft, if she needs to be recredentialed, and what has been done to address the situation. She feels it is completely unacceptable that I would not get back to her as the administrator as it is my responsibility. If it is not my responsibility she would like it in writing that it is Beesh's responsibility. I didn't respond except to say I would have an answer for her. She thinks she is not being taken seriously and as a physician if she comes off of payroll it is criminal. I told her that we talked about Teleakie and that Jessica had responded and she said I was lying. We have known about this since March and have done nothing.

Also, she refuses to see three cases on Monday. She said Beesh said only two cases a day.

Can I go home now?

**Andrea Swenson, LMHC, CCHP**
Correctional Health Services
Administrative Director
Forensic Psychiatric Evaluation Court Clinics
Email: swensona@nychhc.org
Cell: 646-285-3402



*"Live Your Healthiest Life"*

Confidential
NYC_002834