| | |
|---|---|
| **From**: | Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F] |
| **Sent**: | 6/4/2019 8:01:58 AM |
| **To**: | WANGEL, JONATHAN [wangelj@nychhc.org] |
| **CC**: | Macdonald, Ross [rmacdonald@nychhc.org]; Kent, Samantha [kents1@nychhc.org] |
| **Subject**: | Re: Assistance with Bronx |

Ok. Thx.
Please keep me posted

Sent from my iPhone
347-461-5830


On Jun 4, 2019, at 8:00 AM, WANGEL, JONATHAN <wangelj@nychhc.org> wrote:

> We'll draft a separate write-up in addition to the unauthorized recording. Can be served simultaneously.
>
> **From:** Macdonald, Ross <rmacdonald@nychhc.org>
> **Sent:** Monday, June 3, 2019 5:46 PM
> **To:** Ford, Elizabeth <eford@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
> **Subject:** RE: Assistance with Bronx
> I agree.
>
> **From:** Ford, Elizabeth
> **Sent:** Monday, June 03, 2019 4:59 PM
> **To:** Macdonald, Ross <rmacdonald@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>
> **Subject:** FW: Assistance with Bronx
> As discussed...
> I am going to be talking to Beesh tomorrow, but to me this is absolutely unprofessional
>
> **From:** Jain, Abhishek <jaina7@nychhc.org>
> **Sent:** Friday, May 31, 2019 5:15 PM
> **To:** Ford, Elizabeth <eford@nychhc.org>
> **Subject:** Fwd: Assistance with Bronx
> FYI, unfortunately I didn't get this until later in the day, but Andrea, Clarence, and Carlos were able to work something out to address these concerns regarding Dr. Kaye. Andrea called me more recently and described that Dr. Kaye continued for 40 minutes and it was a tense environment throughout the day. Dr. Brayton and Lucrecia were also present in the clinic.
> For that last part where I'm mentioned, I've generally said two a day is reasonable, but also that there are times we may need to schedule or see more, especially if it balances out throughout the week.
> Also, there is more information regarding interactions between Mr. Bloom and Drs. Brayton and Mullan that I recently learned and that we should to discuss. Let me know when you next have some time?
> Sorry to email this late on a Friday, but didn't want to sit on it and wanted to keep you informed.
> Thanks,
> Beesh
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Swenson, Andrea" <swensona@nychhc.org>
>> **Date:** May 31, 2019 at 9:53:00 AM EDT
>> **To:** "Jain, Abhishek" <jaina7@nychhc.org>, "MUIRJR, CLARENCE" <muirjrc@nychhc.org>
>> **Subject: Assistance with Bronx**

Hello,

Please help me with something. These timekeeping reports have become a problem. Dr. Kaye does not want to be treated like a secretary and responsible for giving Dr. Brayton her timekeeping report. She thinks this is a secretary's job and that she is being treated like a secretary. She says that physicians are the reason I (and Lucrecia) have a job, and she should be treated like one. Further, she believes Ciara said that the reports will be mailed to the office (I think she actually said delivered) and this is a time sensitive issue and they should not be treating her time like it is not important. She would like to receive her time reports in a timely fashion so she can report grievances.

She would further like to know if Dr.'s Mundy, Owen and Winkler are being treated like secretaries and asked to distribute administrative paperwork.

She also would like to know why Teleakie sent her an email asking for her social and birthday. She wants to know if she is the victim of identity theft, if she needs to be recredentialed, and what has been done to address the situation. She feels it is completely unacceptable that I would not get back to her as the administrator as it is my responsibility. If it is not my responsibility she would like it in writing that it is Beesh's responsibility. I didn't respond except to say I would have an answer for her. She thinks she is not being taken seriously and as a physician if she comes off of payroll it is criminal. I told her that we talked about Teleakie and that Jessica had responded and she said I was lying. We have known about this since March and have done nothing.

Also, she refuses to see three cases on Monday. She said Beesh said only two cases a day.

**Andrea Swenson, LMHC, CCHP**
Correctional Health Services
Administrative Director
Forensic Psychiatric Evaluation Court Clinics
Email: swensona@nychhc.org
Cell: 646-285-3402
***"Live Your Healthiest Life"***

Confidential