| | |
|---|---|
| From: | Kent, Samantha [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C0D16FFF2A244AE6BC495DDAC64622D8-KENT, SAMANTH] |
| Sent: | 6/6/2019 2:48:47 PM |
| To: | Ford, Elizabeth [eford@nychhc.org]; Macdonald, Ross [rmacdonald@nychhc.org] |
| CC: | WANGEL, JONATHAN [wangelj@nychhc.org]; Laboy, Jessica [laboyj@nychhc.org] |
| Subject: | Workplace Conduct Memo |
| Attachments: | Principles of Professional Conduct.pdf; Workplace Conduct Memo.docx |

Good Morning All,

Please see attached warning memo for Dr. Kaye regarding the incident with Ms. Swenson on 5/31. I have also attached a copy of the H+H Principles of Professional Conduct, which Dr. Kaye should be given a copy of with the warning memo.

Please note that Dr. Kaye is entitled to have a union delegate present at the time of the meeting so she may request a postponement. Please let me know if you have any concerns/questions.

Thanks,

Samantha Kent, Esq.
Associate Director, Employment & Labor Relations
NYC Health + Hospitals - Correctional Health Services
(646)614-0027 (office)
(646)951-6000 (mobile)

Confidential

NYC_002886



# NYC HEALTH + HOSPITALS

# PRINCIPLES OF PROFESSIONAL CONDUCT



© 2016 NYC Health + Hospitals



# TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | POPC OVERVIEW | PAGE 3 |
| II. | WHO DOES THE POPC APPLY TO? | PAGE 3 |
| III. | POPC CORE OBJECTIVES | PAGES 3-7 |
| IV. | WHAT ARE THE RESPONSIBILITIES OF WORKFORCE MEMBERS UNDER THE POPC? | PAGES 7-8 |
| V. | WHAT ARE THE RESPONSIBILITIES OF NYC HEALTH + HOSPITALS BUSINESS PARTNERS UNDER THE POPC? | PAGE 8 |
| VI. | WHAT ARE SOME EXAMPLES OF UNPROFESSIONAL CONDUCT? | PAGES 9-11 |
| VII. | WHAT HAPPENS IF YOU ENGAGE IN UNPROFESSIONAL CONDUCT OR OTHERWISE VIOLATE THE POPC? | PAGE 11 |
| VIII. | HOW TO REPORT ISSUES OR VIOLATIONS | PAGE 12 |
| IX. | PROHIBITION OF RETALIATION/WHISTLEBLOWER PROTECTION | PAGE 12 |
| X. | STAY INFORMED! | PAGE 13 |



Confidential

NYC_002888



# NYC HEALTH + HOSPITALS

# PRINCIPLES OF PROFESSIONAL CONDUCT

## I. POPC OVERVIEW.

The *Principles of Professional Conduct* ("POPC") is a guide that sets forth NYC Health + Hospitals' compliance expectations and commitment to comply with all applicable Federal and State laws. It describes NYC Health + Hospitals' standards of professional conduct and efforts to prevent fraud, waste, and abuse. All NYC Health + Hospitals workforce members and business partners, as described in Section II below, are expected to carry out their duties and functions in a manner that is lawful and ethical. Workforce member responsibilities under the POPC are listed in Section IV below, and business partner responsibilities under the POPC are listed in Section V below.

## II. WHO DOES THE POPC APPLY TO?

The POPC applies to and governs the conduct of: (i) NYC Health + Hospitals <u>workforce members</u> (whether permanent or temporary), including all NYC Health + Hospitals employees, members of the Board of Directors, personnel, affiliates, medical staff members, volunteers, students, and trainees, throughout all NYC Health + Hospitals facilities, units, and entities; and (ii) NYC Health + Hospitals <u>business partners</u> who are required by law or contract to comply with this POPC, including the POPC's core objectives specified in Section III below. Business partners include OneCity Health/Delivery System Reform Incentive Payment ("DSRIP") Program partners as well as contractors, subcontractors, agents and other persons or entities that, on behalf of NYC Health + Hospitals, provide billing or coding functions, furnish health care services or items, or monitor the health care provided by NYC Health + Hospitals.

## III. POPC CORE OBJECTIVES.

The core objectives of the POPC are to ensure that NYC Health + Hospitals workforce members and, as applicable, its business partners:

- Fulfill NYC Health + Hospitals' mission;



3



- Provide and deliver high quality, dignified and comprehensive care and treatment for the ill and infirm, both physical and mental, particularly to those who can least afford such services;
- Extend equally to all we serve comprehensive health services of the highest quality, in an atmosphere of humane care and respect;
- Promote and protect, as both an innovator and advocate, the health, welfare and safety of the people of the State of New York and of the City of New York; and
- Join with other health workers and with communities in a partnership which will enable each of our institutions to promote and protect health in its fullest sense - - the total physical, mental and social well-being of the people of the State of New York and of the City of New York;

• Uphold NYC Health + Hospitals' values by continuously reinforcing the six essential features of our daily work outlined in NYC Health + Hospitals *Guiding Principles*;

- Keep patients first;
- Keep everyone safe;
- Work together;
- Pursue excellence;
- Manage your resources; and
- Keep learning;

• Prevent, identify, and correct unlawful and unethical behavior and fraud, waste, and abuse;

- Identify, assess, and monitor potential risk areas;
- Adhere to all applicable provisions of Federal and State law, NYC Health + Hospitals' Corporate Compliance and Ethics Program, and NYC Health + Hospitals' policies, including provisions that require the reporting of violations to appropriate parties;
- Prevent the submission of inappropriate claims and billings and the receipt of improper payments by implementing training initiatives, establishing internal controls, and carrying out auditing and monitoring activities; and



Confidential

NYC_002890



- Minimize financial loss and reduce the likelihood of an overpayment by a federal health program, governmental entity or other third party payor;

- Deliver high quality, medically necessary care and services to all individuals in need regardless of their ability to pay;

  - Ensure that only health practitioners and other health professionals who are duly licensed, certified, credentialed or otherwise qualified in accordance with Federal and State law, medical staff bylaws and associated rules, and internal policies, are authorized to deliver care to patients;
  - Respect and protect patients' rights;
  - Deliver care and services in a culturally sensitive manner; and
  - Strive for the highest level of patient satisfaction;

- Maintain a respectful, healthy, productive, and safe work environment with the goals of preventing discriminatory and other inappropriate forms of conduct, reducing the likelihood of illnesses and injuries, and helping workforce members realize their full potential;

  - Provide equal employment opportunities to all workforce members and employment candidates regardless of any protected characteristic including, without limitation, race, age, gender, gender identity, sexual orientation, religion, ethnicity, disability or any other any other protected class covered by Federal, State, and/or local anti-discrimination laws;
  - Promptly respond to and address all acts or threats of violence, intimidation, discrimination, harassment or disruptive behavior;
  - Encourage workforce members to realize their full potential;
  - Provide reasonable accommodations to workforce members with disabilities; and
  - Perform initial and periodic health screenings of workforce members as required by applicable law and internal policies;

- Facilitate and promote standards of conduct that detect, reduce, and/or effectively manage conflicts of interest;



5



- Respect the environment in which we work and our facilities operate;

    - Handle, use, and dispose of all toxic, hazardous, radioactive, and pharmacological agents, materials, instruments, and supplies in a safe manner consistent with applicable law and internal policies;

- Establish mandatory compliance and other training and education initiatives;

- Engage in only fair business practices;

- Maintain an information governance program wherein patient, billing, employment, and other business records are authenticated and maintained in accordance with NYC Health + Hospitals' record management, privacy, and data security policies;

    - Ensure that all business records are kept securely, recorded accurately, authentic when produced, and available when needed;
    - Protect patient and workforce member privacy and confidentiality; and
    - Provide notice to patients and other affected parties as required by applicable law and internal policies in the case of a breach of confidential information;

- Participate in the NYC Health + Hospitals Corporate Compliance and Ethics Program and promptly report compliance concerns;

- As a condition of employment or contract (or other agreement), comply with the POPC and, where appropriate, other NYC Health + Hospitals policies that relate to the types of services, duties, functions, and products that the workforce member and/or business partner provides;

- Prohibit and promptly report to appropriate parties allegations of retaliation, harassment or intimidation in response to workforce member, business partner or other stakeholder participation in the Corporate Compliance and Ethics Program;



Confidential



- Establish and enforce fair and consistent disciplinary policies and procedures for workforce member and, to the extent applicable, business partner violations of law or NYC Health + Hospitals policies;

- Provide NYC Health + Hospitals/MetroPlus Health Plan members with access to the highest quality, cost-effective health care including a comprehensive program of care management, health education, and customer service;

  - Strive for performance excellence by holding the Plan and its providers to the highest standards to ensure that members receive quality care;
  - Engage in team work, including all human resources and providers, to deliver the highest quality care and services to members
  - Achieve superior provider, member, and employee satisfaction;
  - Be fiscally responsible and ensure that revenues received are used effectively;
  - Foster a culture of respectfulness in the way everyone who is encountered is treated;
  - Protect member rights; and
  - Be accountable to each other, members, and providers; and

- Adhere to all NYC Health + Hospitals/MetroPlus Health Plan's contractual commitments with Federal and State regulatory agencies;

IV. **WHAT ARE THE RESPONSIBILITIES OF WORKFORCE MEMBERS UNDER THE POPC?**

All workforce members are required to carry out their functions and duties - whether delivering clinical care, assisting in coding, billing or claims reimbursement activities, providing administrative oversight of NYC Health + Hospitals' operations, or acting as support personnel - in a professional and ethical manner. This means, each workforce member is responsible for the following:



7



- Not engaging in any acts, conduct or practice that would be contrary to any of the core objectives listed in Section III above or interfere with NYC Health + Hospitals achieving any of these core objectives;

- Following the POPC and other applicable NYC Health + Hospitals policies and procedures, and applicable law;

- Not engaging in unprofessional conduct, examples of which are provided in Section VI below;

- Completing assigned training and education programs;

- Fully cooperating with any internal or government investigation; and

- Reporting, as outlined in Section VIII below, any event, occurrence, activity or other incident that appears to violate applicable law or NYC Health + Hospitals policies and procedures.

Workforce members must understand and comply with the applicable rules and policies that relate to their particular duties, functions or role. If a workforce member does not know what rules or policies apply to his/her position, that workforce member should talk to his/her supervisor, manager, administrative head or chief of service.

### V. WHAT ARE THE RESPONSIBILITIES OF NYC HEALTH + HOSPITALS BUSINESS PARTNERS UNDER THE POPC?

It is the expectation of NYC Health + Hospitals that each entity with which it partners to accomplish its mission: (i) adopts the POPC or their own code of conduct that includes the POPC's core objectives or substantially similar compliance goals; (ii) not violate the POPC or their own similar code; (iii) not engage in unprofessional conduct as described in Section VI below; (iv) timely reports to NYC Health + Hospitals any violation of the POPC of which it becomes aware; and (v) fully cooperates, to the extent applicable, with any investigation by NYC Health + Hospitals or, if required, any governmental agency.



8



## VI. WHAT ARE SOME EXAMPLES OF UNPROFESSIONAL CONDUCT?

The following are some examples of unprofessional conduct and are prohibited by NYC Health + Hospitals:

- Submitting false and/or fraudulent claims;

- Improper billing practices, including, but not limited to:
    - Billing for items or services not rendered or those that are not medically necessary;
    - Upcoding - using a billing or DRG code that provides for a higher payment rate than the correct code;
    - Submitting multiple claims for a single service or submitting a claim to more than one primary payor at the same time;
    - Unbundling - submitting claims in a piecemeal or fragmented way to improperly increase payment;

- Failing to promptly report and refund, as required by law, any overpayment;

- Interfering with or otherwise impeding an internal or government investigation;

- Submitting false cost reports;

- Failure to deliver medical care to any individual based on their inability to pay;

- Failure to comply with laws governing workplace safety;

- Engaging in conduct that is discriminatory in nature, amounts to sexual or other harassment, or constitutes intimidation, as well any act or threat of violence;

- Engaging in conduct that is hazardous to the environment;



9



- Engaging in conflicts of interest;
    - Accepting gifts or services from a patient, vendor or potential vendor;
    - Unlawfully donating hospital funds, services and products, or other resources to any political cause, party or candidate;
    - Failing to comply with the Chapter 68 of the New York City Charter or the NYC Health + Hospitals Code of Ethics to the extent such conflicts of interest policies apply;

- Failure to complete mandated training;

- Failure to maintain accurate, clear, and comprehensive medical records;

- Improperly using, disclosing, accessing, transmitting, and/or storing patient, workforce member or business information;

- Entering into an agreement with a business partner or affiliate the terms of which: (i) do not call for compliance with the POPC; or (ii) provide for activities and services that constitute unprofessional conduct;

- Engaging in business practices and acts that are unfair, deceptive or anti-competitive;

- Conducting unlawful marketing practices to enroll members into NYC Health + Hospitals/MetroPlus Health Plan including, but not limited to, engaging in unlawful beneficiary inducements;

- Failure to promptly report a potential compliance concern or incident;

- Submitting false statements, certifications, qualifications and/or documentation required in any business dealings or one's role;

- Any violation of Federal and State human subject research laws and/or the NYC Health + Hospitals Human Subject Research Protections Program Policies and Procedures;



Confidential

NYC_002896



- Any violation of applicable NYC Health + Hospitals' policies and procedures;

- Other types of unprofessional conduct, including, but not limited to:

    - Misuse or misallocation of World Trade Center Health Program, DSRIP Program, research or grant funds;
    - Engaging in improper or illegal business arrangements;
    - Giving or receiving anything of value to induce referrals for items or services, or for the ordering of items or services;
    - Hiring or contracting with persons or entities excluded from participation in Federal health care programs; and
    - Engaging in any activity or conduct that may result in the imposition of civil monetary penalties.

### VII. WHAT HAPPENS IF YOU ENGAGE IN UNPROFESSIONAL CONDUCT OR OTHERWISE VIOLATE THE POPC?

Workforce members or business partners who engage in unprofessional conduct or act contrary to applicable law or NYC Health + Hospitals' policies and procedures, many of which are summarized in the POPC core objectives or other elements of the POPC, shall be subject to disciplinary action up to and including termination of employment, contract, and/or other affiliation with NYC Health + Hospitals, as applicable.

- NO FURTHER TEXT ON THIS PAGE -



Confidential

NYC_002897



## VIII. HOW TO REPORT ISSUES OR VIOLATIONS.

Workforce members and business partners, as applicable, are responsible for promptly reporting to the Office of Corporate Compliance any suspected unlawful or unethical behavior or incidents and/or violations of the POPC.  Reports may be made, by phone, fax or e-mail in the following manner:

> **NYC Health + Hospitals**
> **Office of Corporate Compliance**
> **160 Water Street, Suite 1129**
> **New York, NY 10038**
> **Telephone: (646) 458-7799**
> **Facsimile: (646) 458-5624**
> **E-mail: COMPLIANCE@nychhc.org**
> **Confidential Compliance Helpline: 1-866-HELP-HHC (1-866-435-7442)**

Reports may be made anonymously by using the **CONFIDENTIAL COMPLIANCE HELPLINE** provided directly above.  Each report received by will be treated confidentially, fully assessed, and investigated as warranted.

## IX. PROHIBITION OF RETALIATION/WHISTLEBLOWER PROTECTION.

NYC Health + Hospitals is committed to protecting whistleblowers.  Accordingly, NYC Health + Hospitals strictly prohibits intimidation, harassment, or retaliation, in any form against any individual who in good faith participates in the Corporate Compliance and Ethics Program by reporting or participating in the investigation of suspected violations of law, regulation, policies and/or suspicions of fraud, waste, or abuse.  Examples of retaliation include unjustified discharge/termination, demotion, or suspension of employment; threatening or harassing behavior; and/or negative or onerous change in any term or condition of employment.

Any attempt by an individual or entity to intimidate, harass, or retaliate against a reporter or potential reporter will result in action up to and including termination of employment, contract, and/or other affiliation with NYC Health + Hospitals.



Confidential                                                                                                                                 NYC_002898



## X. STAY INFORMED!

Workforce members and business partners are strongly encouraged to familiarize themselves with NYC Health + Hospitals' mission, values, *Guiding Principles*, and to stay informed of the many NYC Health + Hospitals policies related to the POPC's core objectives by visiting its intranet page at: http://compliance.nychhc.org/, or NYC Health + Hospitals' public website at: http://www.nychealthandhospitals.org/hhc/html/about/About-PublicInfo-Compliance.shtml.  Questions regarding these policies or any of the following important topics, may be addressed by contacting the Office of Corporate Compliance as described in Section VIII above:

- NYC Health + Hospitals Corporate Compliance and Ethics Program;

- Stark Law, Anti-Kickback Statute, State and Federal False Claims Acts, Civil Monetary Penalties Law, Exclusion Authorities, Criminal Health Care Fraud Statute, and New York Labor Law §§ 740 and 741;

- Billing, coding, payments, accounting, and record keeping;

- Conflicts of interest;

- Customer and vendor relations;

- Discrimination, sexual harassment, and retaliation;

- Patient rights;

- HIPAA and patient confidentiality;

- Workplace safety and environment of care issues;

- Improper business arrangements (*e.g.*, leases) or referrals; and

- Information governance.



Confidential   NYC_002899

# NYC HEALTH+HOSPITALS | Correctional Health Services

| | |
|---|---|
| To: | Melissa Kaye<br>Attending Physician, Forensic Psychiatric Evaluation Court Clinic |
| From: | Elizabeth Ford<br>Chief of Service, Psychiatry-Mental Health |
| Date: | June 6, 2019 |
| Re: | Unprofessional Conduct and Communication |

This memorandum serves as a notice that in the presence of other staff you engaged in inappropriate and unprofessional conduct when you spoke with Ms. Andrea Swenson, Administrative Director for FPECC, on or about May 31, 2019. Specifically, on or about May 31, 2019, you stated to Ms. Swenson, "you have a job because of physicians like me" or words to that effect. Further, you disrupted the work space for approximately 40 minutes by speaking unprofessionally to Ms. Swenson publicly in the work space, in violation of the NYC Health + Hospitals Principles of Professional Conduct.

NYC Health + Hospitals – Correctional Health Services employees are expected to maintain a respectful, healthy, productive, and safe work environment with the goals of preventing discriminatory and other inappropriate forms of conduct. Harassment and intimidation are not tolerated.

Going forward, you are expected to adhere to the NYC Health + Hospitals Principles of Professional Conduct, attached. You are expected to communicate with your colleagues in a respectful, and professional manner. Employees who engage in unprofessional conduct or act contrary to NYC Health +Hospitals policies and procedures may be subject to administrative action up to and including termination of employment.

Received by: _____ Date: _____

Service by: _____ Date: _____

Witnessed by: _____ Date: _____

Confidential                                                                 NYC_002900

| | |
|---|---|
| From: | Kent, Samantha [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C0D16FFF2A244AE6BC495DDAC64622D8-KENT, SAMANTH] |
| Sent: | 6/6/2019 3:23:09 PM |
| To: | Ford, Elizabeth [eford@nychhc.org] |
| CC: | Macdonald, Ross [rmacdonald@nychhc.org]; WANGEL, JONATHAN [wangelj@nychhc.org]; Laboy, Jessica [laboyj@nychhc.org] |
| Subject: | RE: Workplace Conduct Memo |

No problem.

The Step 1 and 2 process is PAGNY (which is where most of our doctors fall); however she is H+H. This is a warning letter so generally it would be the frontline supervisor. If she progresses to formal discipline then it will come from me directly.

Given everything surrounding this, I would prefer neither of you do this alone though. So if you can arrange to do it together, that would be ideal. As it is not the PAGNY process, that doesn't pose any issues of you having to see it fresh at a Step 2. If you cannot find a date/time where you and Beesh can both be there, one of you can do it but just be sure to pull in an additional manager to act as witness.

Thanks and if you have any additional questions feel free to reach out.

Thanks,
Sam


-----Original Message-----
From: Ford, Elizabeth
Sent: Thursday, June 06, 2019 3:17 PM
To: Kent, Samantha <kents1@nychhc.org>
Cc: Macdonald, Ross <rmacdonald@nychhc.org>; WANGEL, JONATHAN <wangelj@nychhc.org>; Laboy, Jessica <laboyj@nychhc.org>
Subject: Re: Workplace Conduct Memo

Thanks, Samantha. Is this a similar process as other unionized disciplines where step 1 is by the employee's supervisor (Beesh in this case) and then, if grieved, step 2 is by me?
Or should I meet with her first?
Thx



Sent from my iPhone
347-461-5830


> On Jun 6, 2019, at 2:48 PM, Kent, Samantha <kents1@nychhc.org> wrote:
>
> Good Morning All,
>
> Please see attached warning memo for Dr. Kaye regarding the incident with Ms. Swenson on 5/31. I have also attached a copy of the H+H Principles of Professional Conduct, which Dr. Kaye should be given a copy of with the warning memo.
>
> Please note that Dr. Kaye is entitled to have a union delegate present at the time of the meeting so she may request a postponement. Please let me know if you have any concerns/questions.
>
> Thanks,
>
> Samantha Kent, Esq.
> Associate Director, Employment & Labor Relations NYC Health +
> Hospitals - Correctional Health Services
> (646)614-0027  (office)
> (646)951-6000  (mobile)
>
>
> <Principles of Professional Conduct.pdf> <Workplace Conduct Memo.docx>