EXHIBIT UUUU – MEMO RE: UNPROFESSIONAL CONDUCT  DATED JUNE 6TH  2019