| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 6/21/2019 4:56:55 PM |
| **To**: | Ford, Elizabeth [eford@nychhc.org] |
| **CC**: | Santa Maria, Nate (Doctors Council) [nsantamaria@doctorscouncil.org] |
| **Subject**: | Re: Follow-up |

?Okay, confirmed see you in the Bronx then. Thank you

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Ford, Elizabeth
**Sent:** Friday, June 21, 2019 4:50 PM
**To:** Kaye, Melissa
**Cc:** Santa Maria, Nate (Doctors Council)
**Subject:** Re: Follow-up

Thank you. How about 7/1 at 1:00?


Sent from my iPhone
347-461-5830


On Jun 21, 2019, at 3:30 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

> ?Hi Elizabeth,
> We can meet 6/27 or 7/1 early afternoon onward. Please let us know if either of those dates work for you and what time.
> Thanks,
> Melissa
>
> Melissa Kaye, M.D.
> Medical Director
> Bronx Court Clinic
> phone: 718-410-2345
> Fax: 718-410-2344
>
> ---
>
> **From:** Ford, Elizabeth
> **Sent:** Thursday, June 20, 2019 11:25 AM
> **To:** Kaye, Melissa
> **Subject:** RE: Follow-up
>
> Hi Melissa,
>
> That's the one day until August that I am actually out of the office - long planned day off for my daughter's birthday.

Confidential

In terms of coming to the Bronx, how about 6/24 or 6/27 middle of the day into mid-afternoon? Or 7/1 any time after noon or 7/2 before 1:00?

I'm assuming morning times not great because of exams, but can be up there in the morning on 6/27, 7/2 and 7/5.

Hope one of those works,

Thanks,

-e

---

**From:** Kaye, Melissa <Melissa.Kaye@nychhc.org>
**Sent:** Thursday, June 20, 2019 10:04 AM
**To:** Ford, Elizabeth <eford@nychhc.org>
**Subject:** Re: Follow-up

?Hi Elizabeth,
Is it possible for you to meet in the Bronx on Friday 6/28 around 12 noon? If not, can you please give us some dates/times that work for you?
Thank you
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Ford, Elizabeth
**Sent:** Tuesday, June 18, 2019 5:06 PM
**To:** Kaye, Melissa
**Subject:** Follow-up

Dear Melissa,
I'm writing as an apology for not realizing at the time of our call this afternoon that you had recently experienced a death in your family. I am deeply sorry to hear the news and also for not being more aware during our phone conversation.
I'll wait to hear back from you about potential times to meet.
Thank you,
-e
Elizabeth Ford, M.D.
Chief of Service, Psychiatry
Correctional Health Services
New York City Health + Hospitals
O: 347-774-7145
Cell: 347-461-5830
eford@nychhc.org

Confidential