| | |
|---|---|
| **From:** | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent:** | 10/3/2018 10:02:37 AM |
| **To:** | Persaud, Lucrecia [lucrecia.persaud@nychhc.org] |
| **BCC:** | melissakayemd@gmail.com |
| **Subject:** | Fw: Notes |

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Jain, Abhishek
**Sent:** Tuesday, October 2, 2018 11:42 AM
**To:** Kaye, Melissa
**Subject:** RE: Notes

Hi Melissa,
Lucrecia mentioned this to me last time I was in Bronx. I have the notes in a file in my office, so I can bring them next time I am in Bronx.
Thanks for the reminder,
Beesh
Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

**From:** Kaye, Melissa
**Sent:** Tuesday, October 02, 2018 10:16 AM
**To:** Jain, Abhishek
**Subject:** Notes

?Hi Beesh,
Lucrecia is still waiting for your original notes so she can close the files on the cases you've seen. Do you know when we can expect to get them?
Thanks,
Melissa
Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344