| | |
|---|---|
| **From**: | Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F] |
| **Sent**: | 12/21/2018 5:14:15 AM |
| **To**: | WANGEL, JONATHAN [wangelj@nychhc.org] |
| **Subject**: | Fw: Bronx - my handwritten notes |

---

From: Jain, Abhishek
Sent: Thursday, December 20, 2018 11:36 PM
To: Ford, Elizabeth
Subject: Re: Bronx - my handwritten notes

My notes for at least 10 cases, which I gave to Lucrecia to file, are not in their respective charts. These are my personal notes that I take during interviews and they serve as an aid to help me write my reports.

Lucrecia emailed me for my notes on those defendants on 11/8. I provided them on 11/13. A handwritten post-it note on the charts indicates, and Lucrecia also confirms, that my notes were received on these cases.

When I looked through the charts today, the rest of the papers, including other examiners' notes, seem to still be in those charts. Only my notes appear to be removed. I have a list of these 10 charts.

When I asked for notes on a particular case, Lucrecia said Dr. Kaye asked for my notes, took them, and they might still be in Dr. Kaye's office, but Lucrecia could not find them.

There is no legitimate reason for these notes to be missing or taken by Dr. Kaye without my knowledge. This is unusual and concerning.

Beesh

Sent from my iPhone

> On Dec 20, 2018, at 4:08 PM, Ford, Elizabeth <eford@nychhc.org> wrote:
>
> Thank you. Spoke with JW.
> As many specifics as you can get would be helpful - how many charts, when your notes were put in there and how you know that, is there any legitimate reason why the notes should be missing, when the request to pull them came through, etc.
>
>
> Sent from my iPhone
> 347-461-5830
>
>
>> On Dec 20, 2018, at 4:04 PM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>>
>> We looked again and cannot locate them. According to Lucrecia, some of the charts were originally pulled 11/8/18, and there were subsequent charts as well.
>>
>> Beesh
>>
>> Sent from my iPhone
>>
>>> On Dec 20, 2018, at 3:30 PM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>>>
>>> Maybe better in person or over the phone? I'm free now, but okay also for when we meet tomorrow.
>>>
>>> Beesh
>>>
>>> Sent from my iPhone
>>>
>>>> On Dec 20, 2018, at 3:14 PM, Ford, Elizabeth <eford@nychhc.org> wrote:
>>>>
>>>> Thx, Beesh.
>>>> Who else is aware of this?
>>>>
>>>> Sent from my iPhone

```
>>>> 347-461-5830
>>>>
>>>>
>>>>> On Dec 20, 2018, at 2:24 PM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>>>>>
>>>>> Hi Elizabeth, letting you know that I am in the Bronx Court Clinic. I am told that Dr. Kaye has taken my handwritten notes out of the charts and has them in her possession. They are no longer in the charts and we cannot find them. We can discuss more tomorrow.
>>>>>
>>>>> Beesh
>>>>>
>>>>> Sent from my iPhone
```

Confidential
NYC_001061