| | |
|---|---|
| **From**: | Kaye, Melissa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MELISSA.KAYE.BELLEVUE.NYCHHC.ORG] |
| **Sent**: | 4/5/2018 8:51:42 AM |
| **To**: | Abhishek Jain [beesh.jain.md@gmail.com] |
| **Subject**: | Re: Drs. Jonathan Kent and Raina Lamade |

Sounds like a good plan, thanks Beesh, looking forward to talking more soon.
Best,
Melissa

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Abhishek Jain
**Sent:** Wednesday, April 4, 2018 4:05 PM
**To:** Kaye, Melissa
**Subject:** Re: Drs. Jonathan Kent and Raina Lamade
Hi Melissa,

Not sure if April 19 will work. So we'll just wait for Elizabeth Ford and Susannah first before we officially start scheduling the interviews.

Thanks,

Beesh

On Wed, Apr 4, 2018 at 3:03 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:
Okay! Thank you

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Abhishek Jain <beesh.jain.md@gmail.com>
**Sent:** Wednesday, April 4, 2018 2:21 PM
**To:** Kaye, Melissa

**Subject:** Re: Drs. Jonathan Kent and Raina Lamade
Hi Melissa, I think April 19 works well and that's really helpful about Jonathan Kent. I'm also interviewing candidates for the other Court Clinics right after the meeting, so we'll just need to coordinate with Susannah to make sure the timings work with everyone's schedules.

Thanks,

Beesh

Confidential

On Wed, Apr 4, 2018 at 12:58 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

Hi Beesh,

I look forward to meeting you. Regarding interviewing psychologists, I suggest we interview Raina on 4/19 after the court clinic meeting. I do not think Jonathan Kent has experience to make him a viable candidate for the Bronx. We are a small service and he would need to work independently, without supervision and training from me as the other evaluator.

Best,
Melissa

Melissa Kaye, M.D.
Medical Director
Bronx Court Clinic
phone: 718-410-2345
Fax: 718-410-2344

---

**From:** Abhishek Jain <beesh.jain.md@gmail.com>
**Sent:** Tuesday, April 3, 2018 3:04 PM
**To:** Lewis, Susannah
**Cc:** Kaye, Melissa
**Subject:** Re: Drs. Jonathan Kent and Raina Lamade

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. If it looks suspicious, send it as an attachment to spamadmin@nychhc.org*

Thanks Susannah, and looking forward to meeting you, Melissa.

As far as I can tell, I should be available starting April 16. So I think probably makes most sense to work around Melissa's schedule for these?

Beesh

On Tue, Apr 3, 2018 at 1:30 PM, Lewis, Susannah <lewiss1234@nychhc.org> wrote:

Dear Beesh and Melissa,

Elizabeth has recommended that you together interview Drs. Jonathan Kent and Raina Lamade for the Bronx clinic. Dr. Kent is looking for a full time position and Dr. Lamade for a part time one. I have requested references and a writing sample so will have those on hand. Timing-wise, Beesh, it is fine for this to be scheduled after you officially begin on the 16th if you prefer.

Dr. Kent's contact information is not on his CV. It is: 516-297-6645, jonathan.scott.kent@gmail.com, and Dr. Lamade's information is included on hers.

Best,

NYC_000153

Susannah

---

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

---

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

---

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE: The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.**

NYC_000154