**From**: Jonathan Kent [jonathan.scott.kent@gmail.com]
**Sent**: 4/24/2018 11:41:57 AM
**To**: Kaye, Melissa [melissa.kaye@nychhc.org]
**Subject**: Thank you Dr. Kaye

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. If it looks suspicious, send it as an attachment to spamadmin@nychhc.org*

Hello Dr. Kaye

Thank you for taking the time to meet with me yesterday to discuss the available psychologist position with Correctional Health Services. I enjoyed our conversation and learning more about this position. I am very intrigued by this position's role within the criminal justice system and responsibility that I would assume by filling it.

I would like to reiterate my passion for forensic psychology and for this position in particular. From our discussion, it was clear to me that, this opportunity would be an excellent fit for me and my long term career goals. I am confident that if offered this position, that my training, clinical experience, and overall dedication, will allow me to grow and excel as a member of your team.

Again, thank you for the opportunity to interview for this position, and I look forward to hearing from you in the near future.

Best regards,

Jonathan Kent