**From:** Abhishek Jain [beesh.jain.md@gmail.com]
**Sent:** 4/24/2018 3:20:01 PM
**To:** Kaye, Melissa [melissa.kaye@nychhc.org]
**CC:** Winkler, Barry [barry.winkler@nychhc.org]
**Subject:** Re: Fw: Thank you Dr. Kaye

Thank you both and noted.

Beesh

On Tue, Apr 24, 2018 at 3:05 PM Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

> I'm good with you doing it. As we discussed, I don't think he's a good fit for the Bronx.
>
> Thank you
>
>
> Melissa Kaye, M.D.
>
> Medical Director
>
> Bronx Court Clinic
>
> phone: 718-410-2345
>
> Fax: 718-410-2344
>
> **From:** Abhishek Jain <beesh.jain.md@gmail.com>
> **Sent:** Tuesday, April 24, 2018 2:11 PM
> **To:** Kaye, Melissa
> **Cc:** Winkler, Barry
> **Subject:** Re: Fw: Thank you Dr. Kaye
>
> Thank you for sending,
>
> Unless either of you would like to do it, I can contact his references just so we have a complete picture?
>
> Best,
>
> Beesh
>
> On Tue, Apr 24, 2018 at 12:40 PM Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:
>
>> Melissa Kaye, M.D.
>>
>> Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

---

**From:** Jonathan Kent <jonathan.scott.kent@gmail.com>
**Sent:** Tuesday, April 24, 2018 11:41 AM
**To:** Kaye, Melissa
**Subject:** Thank you Dr. Kaye

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. If it looks suspicious, send it as an attachment to spamadmin@nychhc.org*

Hello Dr. Kaye

    Thank you for taking the time to meet with me yesterday to discuss the available psychologist position with Correctional Health Services. I enjoyed our conversation and learning more about this position. I am very intrigued by this position's role within the criminal justice system and responsibility that I would assume by filling it.

    I would like to reiterate my passion for forensic psychology and for this position in particular. From our discussion, it was clear to me that, this opportunity would be an excellent fit for me and my long term career goals. I am confident that if offered this position, that my training, clinical experience, and overall dedication, will allow me to grow and excel as a member of your team.

    Again, thank you for the opportunity to interview for this position, and I look forward to hearing from you in the near future.

Best regards,

Jonathan Kent

---

**Visit www.nyc.gov/hhc**

**CONFIDENTIALITY NOTICE:** The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE:** The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.

Confidential                                                                                                                                                    NYC_000169