| | |
|---|---|
| **From**: | Tiara Catalano [TCatalano@execu-search.com] |
| **Sent**: | 5/22/2018 11:13:41 AM |
| **To**: | 'Louise Mullan' [l.mullan.md@gmail.com]; Kaye, Melissa [melissa.kaye@nychhc.org] |
| **CC**: | Abhishek Jain [beesh.jain.md@gmail.com]; Ferdinand, Amanda [ferdinaa1@nychhc.org] |
| **Subject**: | RE: Bronx Court Clinic |

Good morning Dr. Mullan,

From my understanding Nicole Eaves (credentialing liaison) sent over the remaining paperwork to Amanda Ferdinand yesterday. You should be all set to start work on Thursday. Please let me know if you have any questions.

Thank you!

All the best,
Tiara Catalano
561-656-9589

**Tiara Catalano | The Execu|Search Group | 561.656.9589**

**From:** Louise Mullan [mailto:l.mullan.md@gmail.com]
**Sent:** Monday, May 21, 2018 4:23 PM
**To:** Kaye, Melissa
**Cc:** Abhishek Jain; Ferdinand, Amanda; Tiara Catalano
**Subject:** Re: Bronx Court Clinic

Hey Melissa -
I have not been interfacing at all with HR at H+H (apart from fingerprinting).

Just been working with Tiara Catalano (CC'd here) at the recruitment agency.

Tiara - seems that HR may not have all the paperwork they require. Do you have any further information?

Thanks very much.
Louise
Sent from my iPhone

On May 21, 2018, at 3:16 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

> Hi Louise
>
> I don't have any direct contact or involvement with HR so I cannot say when/if you are cleared to work. You'll need follow-up with HR and Beesh to confirm they have everything they need for you to start. Please let me know.
>
> Thanks
>
> Melissa
>
>
>
> Melissa Kaye, M.D.

Medical Director

Bronx Court Clinic

phone: 718-410-2345

Fax: 718-410-2344

---

**From:** Louise Mullan <l.mullan.md@gmail.com>
**Sent:** Monday, May 21, 2018 1:53 PM
**To:** Kaye, Melissa
**Cc:** Abhishek Jain
**Subject:** Re: Bronx Court Clinic

> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. If it looks suspicious, send it as an attachment to spamadmin@nychhc.org

Thanks Melissa.
Yes sent all this to Execu-search some time ago. I think they were liaising with Miguel (?) from H+H.
Maybe some delay in communication.
Just let me know when all is good and I'll be there.
Louise.

Sent from my iPhone

On May 21, 2018, at 1:36 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:

> Hi Louise
>
> I'm forwarding you below email from Beesh regarding HR. I'm not sure if you submitted these things. Let's plan on starting Thursday 5/24 assuming all is good with HR.
>
> Thanks
>
> Melissa
>
>
> Melissa Kaye, M.D.
>
> Medical Director
>
> Bronx Court Clinic
>
> phone: 718-410-2345
>
> Fax: 718-410-2344

**From:** Jain, Abhishek
**Sent:** Friday, May 18, 2018 10:33 AM
**To:** Louise Mullan
**Cc:** Kaye, Melissa; Perez, Miguel (mperez14); Ferdinand, Amanda
**Subject:** Bronx Court Clinic

Hi Louise,

I understand you are planning on starting at the Bronx Court Clinic next week. We're really looking forward to it!

I was just following up with our HR, and looks like there are three remaining documents before your application is complete and you can begin. Hope you can provide these:

1. Resume

2. BCLS

3. Medical school degree

Thanks so much,

Beesh

Abhishek Jain, MD

Director, Forensic Psychiatry Court Clinics

NYC Health + Hospitals, Correctional Health Services

Work cell: 646-901-0640

Email: jaina7@nychhc.org

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE:** The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.

---

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE:** The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.

**Tiara Catalano**
**SENIOR PHYSICAN RECRUITER - LOCUM TENENS**

  

250 South Australian Ave, Suite 702 | West Palm Beach, FL 33401
D: 561.656.9589
tcatalano@execu-search.com
www.execu-search.com

We're a "Best Place to Work" in Florida!



Confidential                                                                                                                  NYC_000227