**From:** Persaud, Lucrecia [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LUCRECIA.PERSAUD.BELLEVUE.NYCHHC.ORG]
**Sent:** 5/31/2019 3:40:26 PM
**To:** Kaye, Melissa [melissa.kaye@nychhc.org]
**Subject:** RE: Inquiry

---

**From:** Persaud, Lucrecia
**Sent:** Friday, May 31, 2019 3:18 PM
**To:** Swenson, Andrea
**Subject:** RE: Inquiry

Dr. Brayton will be back in the office on June 18th.

Dr. Mullan will not be here as of June 14th.

Dr. Kaye is off on 4th & 5th of June. She says she might take more days off depending on the results of her medical consultation. She cannot pinpoint exactly what days off she might need at this time.

We have a pending total of 22 cases. (not seen)

For the next two weeks we have scheduled 7 cases. Please note that Dr. Mullan will not carry a full workload during her last week here as she has to meet with the DA and testify in court, so she will be unavailable for at least 1/5. Days.

---

**From:** Swenson, Andrea
**Sent:** Friday, May 31, 2019 1:41 PM
**To:** Persaud, Lucrecia <Lucrecia.Persaud@nychhc.org>
**Subject:** Inquiry

Would you be able to help me with this?

---

**From:** MUIRJR, CLARENCE
**Sent:** Friday, May 31, 2019 1:29 PM
**To:** Swenson, Andrea <swensona@nychhc.org>
**Subject:**

Have Lucrecia draft an email with the following

How many cases pending total in the Bronx,
Brayton off for what days
Mullan resigning when
Kaye off when
Cases scheduled for the next couple weeks.

Clarence G. Muir, CCHP
*Associate Director, Field Operations*
NYC H+H | Correctional Health Services

Email: Muirjrc@nychhc.org
Rikers Island Office: (347) 774-7325
55 Water Office: (646) 614-0203
Mobile: (347) 899-1743
Fax: (347) 774-8135
DY8HTG

Confidential NYC_002862