| | |
|---|---|
| From: | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| Sent: | 6/11/2018 12:35:51 PM |
| To: | Kaye, Melissa [melissa.kaye@nychhc.org]; Winkler, Barry [barry.winkler@nychhc.org] |
| Subject: | Bronx Psychologist Candidate |
| Attachments: | DANA_JACKSON_Cover_Letters.docx; DANA_JACKSON_Resume_37076.docx; Sanitized forensic report for NYC Court Clinic.pdf |

Hi Melissa and Barry,
Here is the cover letter, CV, and sample report from Dr. Dana Jackson. He is interested in a full-time position. I spoke with him on the phone. He is has experience doing about 20-30 fitness evaluations. I spoke with two of his references - both speak highly about his clinical skills, but do not have direct knowledge about his forensic experience. I am hoping to speak with a reference who can speak more about his forensic abilities. I am wondering your thoughts on him for full-time Bronx psychologist position?
Let me know your thoughts,

Beesh
Abhishek Jain, MD
Director, Forensic Psychiatry Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org