| | |
|---|---|
| **From:** | Ford, Elizabeth [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=579CF529F9C04311A301246C6C46FEFB-ELIZABETH A F] |
| **Sent:** | 9/26/2019 11:15:30 AM |
| **To:** | Laboy, Jessica [laboyj@nychhc.org]; Anderson, Aaron [andersoa9@nychhc.org] |
| **CC:** | Macdonald, Ross [rmacdonald@nychhc.org] |
| **Subject:** | RE: VRF for Bronx court clinic |
| **Attachments:** | FPECC Org Chart 9.17.19.pptx; Bronx_Court_Clinic_Psychiatrist.docx |

Org chart and job description attached.

Really need an ad in Psychiatric Times. That's where psychiatrists look. H+H has ads in there. Please let me know with whom I should coordinate getting that done. I have the copy for it.

---

**From:** Yang, Patricia
**Sent:** Thursday, September 19, 2019 9:14 PM
**To:** Laboy, Jessica ; Anderson, Aaron
**Cc:** Macdonald, Ross ; Ford, Elizabeth
**Subject:** Fwd: VRF for Bronx

E will send JD org etc but today I approved additional psychiatrist line at Bronx fpecc. Priority hire


Begin forwarded message:

Confidential                                                                                                                                     NYC_001694