| | |
|---|---|
| **From**: | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent**: | 10/1/2018 12:06:33 PM |
| **To**: | Kaye, Melissa [melissa.kaye@nychhc.org] |
| **Subject**: | Re: Dr. Brayton |

Okay, sounds good. I'll sign off until she starts in Bronx.

Beesh

Sent from my iPhone

> On Oct 1, 2018, at 12:01 PM, Kaye, Melissa <Melissa.Kaye@nychhc.org> wrote:
>
> Hi Beesh,
> I think it makes more sense for you or Barry to sign off on her timesheets until she comes up here.
> Thanks
> Melissa
>
> Melissa Kaye, M.D.
>
> Medical Director
>
> Bronx Court Clinic
>
> phone: 718-410-2345
>
> Fax: 718-410-2344
>
> _____
> From: Jain, Abhishek
> Sent: Monday, October 1, 2018 10:54 AM
> To: Kaye, Melissa
> Subject: Dr. Brayton
>
> Hi Melissa,
>
> Dr. Brayton is starting orientation today.
>
> With your role as the Medical Director of the Bronx Court Clinic and Dr. Brayton's direct supervisor, I thought it would make most sense for you to sign off on her Kronos.
>
> I know the first month or so she will be in Brooklyn, so we can coordinate with Barry to verify her hours each week before you sign off. I can show you how to do this in Kronos, but just wanted to make sure to keep you in the loop and see if you have any questions about this?
>
> Thanks so much and glad she's officially starting!
>
> Beesh
>
> Sent from my iPhone

Confidential