| | |
|---|---|
| **From**: | Brayton, Anansa [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ANANSA.BRAYTON.NYCHHC.ORG] |
| **Sent**: | 11/1/2019 11:49:51 AM |
| **To**: | Kaye, Melissa [melissa.kaye@nychhc.org]; Jain, Abhishek [jaina7@nychhc.org]; Persaud, Lucrecia [lucrecia.persaud@nychhc.org] |
| **Subject**: | Logistics |

Hi all, I have been officially told that my last day on-site will be Friday, 11/22.

Currently, looking at the schedule in which there could potentially be 10 cases due the week of 11/18, I don't want to see cases after 11/14 except for a case I may have to see with Lorraine on 11/19.

Thanks,
Anansa

**Anansa Brayton, Psy.D.**
Psychologist II
Bronx Forensic Psychiatry Court Clinic
(718) 410-2345 (p)
(718) 410-2344 (f)
anansa.brayton@nychhc.org

Bronx Forensic Psychiatry Court Clinic
215 E. 161st Street, Room 318
Bronx, NY 10451

NYC
HEALTH+
HOSPITALS
Live Your Healthiest Life.