| | |
|---|---|
| **From**: | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent**: | 11/4/2019 2:55:27 PM |
| **To**: | Garcia-Mansilla, Alexandra [garciaa21@nychhc.org]; Ford, Elizabeth [eford@nychhc.org]; Barber Rioja, Virginia [barberv@nychhc.org] |
| **Subject**: | RE: What is plan for psychologist staffing in the Bronx? |

Alex and Virginia,

What's a good number to call you? I am available anytime for the rest of the day today.

Thanks,

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org


-----Original Message-----
From: Garcia-Mansilla, Alexandra
Sent: Monday, November 04, 2019 2:47 PM
To: Ford, Elizabeth <eford@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>; Barber Rioja, Virginia <barberv@nychhc.org>
Subject: RE: What is plan for psychologist staffing in the Bronx?

I believe all the CHS psychologists (per diem) have gone through the HR orientation. Beesh, Virginia and I are talking this week about details re. using them for coverage.

-----Original Message-----
From: Ford, Elizabeth <eford@nychhc.org>
Sent: Monday, November 4, 2019 2:39 PM
To: Jain, Abhishek <jaina7@nychhc.org>; Barber Rioja, Virginia <barberv@nychhc.org>; Garcia-Mansilla, Alexandra <garciaa21@nychhc.org>
Subject: Re: What is plan for psychologist staffing in the Bronx?

Thanks for update.
Sounds like you have some good ideas.
While you are exploring possibility of Dr. Berman, please put in place plans to have coverage in the Bronx. Including Virginia and Alex on this as well for collaboration

Alex, Virginia - we need to try to have staff cover the Bronx rather than send cases to other boroughs

Sent from my iPhone
347-461-5830


> On Nov 4, 2019, at 1:46 PM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>
> I left a message for Dr. Berman. I tried her email, but don't think I had the correct one, so just ended up calling and leaving a voicemail.
>
> As a back-up plan and while we sort out a more permanent plan for Bronx staffing (also considering that Dr. Berman is a psychiatrist and we will need a psychologist in cases where we need testing), the following possibilities each have their pros and cons but could be a temporary solution:
>
> 1. Examiners from another borough go to the Bronx as needed 2. Case
> produced to another borough if possible 3. Per diem Rikers
> psychologists either cover in another borough while that borough's
> examiners cover in Bronx, or a per diem psychologist and another
> examiner see the case in Bronx with my supervision 4. I am also happy
> to help out as needed in another borough or seeing a case with another
> examiner in Bronx
>
> Thanks,
>

```
> Beesh
>
>
> Abhishek Jain, MD
> Director, Forensic Psychiatry Evaluation Court Clinics NYC Health +
> Hospitals, Correctional Health Services Work cell: 646-901-0640
> Email: jaina7@nychhc.org
>
> -----Original Message-----
> From: Ford, Elizabeth
> Sent: Saturday, November 02, 2019 10:59 AM
> To: Jain, Abhishek <jaina7@nychhc.org>
> Subject: Re: What is plan for psychologist staffing in the Bronx?
>
> I'm fine with this.
> do you have back up plans also?
> _____
> From: Jain, Abhishek
> Sent: Friday, November 1, 2019 5:02 PM
> To: Ford, Elizabeth
> Subject: RE: What is plan for psychologist staffing in the Bronx?
>
> One idea would be to reach out to Dr. Elisheva Berman who has worked in the Bronx with Dr. Kaye in the past. I mentioned her to you before, and Dr. Kaye also mentioned her. Dr. Berman initially reached out to me for per diem work with us and it didn't work out, but we could see if she may be interested in a full-time position (which would probably be ideal) or if still interested in per diem? Let me know if you think this would be a good option.
>
> Thank you,
>
> Beesh
>
> -----Original Message-----
> From: Ford, Elizabeth
> Sent: Thursday, October 31, 2019 10:53 AM
> To: Jain, Abhishek <jaina7@nychhc.org>
> Subject: Re: What is plan for psychologist staffing in the Bronx?
>
> Thanks, Beesh.
> Please send me your proposal(s) wth respect to plans. CHS leadership preference is that we staff the clinic rather than move cases to another borough.
>
> Trust that you and Virginia and Alex have discussed already with respect to psychology.
>
>
> Sent from my iPhone
> 347-461-5830
>
>
>> On Oct 31, 2019, at 10:39 AM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>>
>> Hi Elizabeth,
>>
>> I just received the official transfer request from HR and we negotiated Dr. Brayton's final date as 11/22. I submitted a VRF to backfill Dr. Brayton's backfill position, and we also have a posting for another FPECC Bronx Psychiatrist position.
>>
>> At this point, until these positions are formally filled, we have to think about either the cases being produced to another borough or getting the per diem psychologists available. Also, should we reach out to Execusearch for a per diem psychiatrist that they previously mentioned?
>>
>> I am helping out with a 730 in Manhattan right now, but would be happy to touch base regarding logistics and options.
>>
>> Thanks,
>>
>> Beesh
>>
>> -----Original Message-----
>> From: Jain, Abhishek
>> Sent: Friday, September 20, 2019 5:15 PM
>> To: Ford, Elizabeth <eford@nychhc.org>; Barber Rioja, Virginia
>> <barberv@nychhc.org>; Garcia-Mansilla, Alexandra
```

```
>> <garciaa21@nychhc.org>
>> Subject: RE: What is plan for psychologist staffing in the Bronx?
>>
>> I don't think we have a final consensus yet, but I was in Bronx today and met with Dr. Kaye. She herself brought up similar options:
>>
>> 1. Examiner from another borough rotates or is transferred to Bronx 2.
>> Per diem psychiatrist or psychologist - she mentioned a few names
>> from outside CHS; I did not bring up the possibility of our current
>> CHS psychologists 3. Having the case split - she sees the case in
>> Bronx, and then an examiner from Manhattan or another borough sees
>> the case (I think this is the least desirable option, but she said
>> apparently this is what they did 2005-2007)
>>
>> I haven't yet identified a particular examiner from one of our court clinics, but also wondering one way of doing it would be two at a time or a pool of them who could rotate through. Our best bet is going to be someone from Manhattan (because they are fully staffed), so I'll reach out to Dan Mundy to see what we can work out.
>>
>> Thanks,
>>
>> Beesh
>>
>>
>>
>>
>>
>>
>>
>> -----Original Message-----
>> From: Ford, Elizabeth
>> Sent: Friday, September 20, 2019 4:43 PM
>> To: Barber Rioja, Virginia <barberv@nychhc.org>; Jain, Abhishek
>> <jaina7@nychhc.org>; Garcia-Mansilla, Alexandra
>> <garciaa21@nychhc.org>
>> Subject: RE: What is plan for psychologist staffing in the Bronx?
>>
>> Sorry if I missed the consensus.
>> We can revisit next week.
>>
>>
>> -----Original Message-----
>> From: Ford, Elizabeth <eford@nychhc.org>
>> Sent: Friday, September 20, 2019 10:07 AM
>> To: Barber Rioja, Virginia <barberv@nychhc.org>; Jain, Abhishek
>> <jaina7@nychhc.org>; Garcia-Mansilla, Alexandra
>> <garciaa21@nychhc.org>
>> Subject: Re: What is plan for psychologist staffing in the Bronx?
>>
>> Thanks, everyone. I am meeting with Jessica today about a few things. Will bring this issue up.
>> Preference is to have a psychologist in another clinic cover for Brayton and have per  diems work in better-staffed clinics unless there is a per diems applicant who does not need content training on doing 730's. But there may be barriers to this.
>> If you can let me know your consensus plan before 2:00 that would be great. Otherwise I will follow up with Jessica again next week.
>>
>>
>>
>> Sent from my iPhone
>> 347-461-5830
>>
>>
>>> On Sep 20, 2019, at 9:36 AM, Barber Rioja, Virginia <barberv@nychhc.org> wrote:
>>>
>>> Hi
>>> Attached is Shauna's CV.
>>> Let me know if we have a limit of 3 because in that case, I would like to think about the ones that could cover most cases without conflict.
>>>
>>> Ideally, a psychologist from another clinic will be transferred to the Bronx, so that the PAGNY per diem will cover in other clinics, given all the concerns with the Bronx specifically, but I understand that may be difficult.
```

Confidential

```
>>>
>>> -----Original Message-----
>>> From: Jain, Abhishek <jaina7@nychhc.org>
>>> Sent: Friday, September 20, 2019 9:16 AM
>>> To: Ford, Elizabeth <eford@nychhc.org>
>>> Cc: Garcia-Mansilla, Alexandra <garciaa21@nychhc.org>; Barber Rioja,
>>> Virginia <barberv@nychhc.org>
>>> Subject: Re: What is plan for psychologist staffing in the Bronx?
>>>
>>> The paperwork for our per diem psychologists has been completed and Jessica Laboy and I have been
following up on the logistics. We still have some legal technicality to clear up regarding per diem work
and I was just informed by HR this morning that we only have 3 lines available for per diem
psychologists. This is the first I'm hearing about any limit, so I just emailed Jessica to clarify.
>>>
>>> We also need the most updated CV for Shauna Weinstein. I have our other four psychologists.
>>>
>>> Virginia mentioned a psychologist may be interested in part-time work.
>>>
>>> Very preliminary, but I'm even wondering if it would be possible for one of our other psychologists
to be transferred there or even something on a rotating basis.
>>>
>>> Definitely open to other ideas.
>>>
>>> Beesh
>>>
>>> Sent from my iPhone
>>>
>>>> On Sep 20, 2019, at 8:41 AM, Ford, Elizabeth <eford@nychhc.org> wrote:
>>>>
>>>>
>>>>
>>>> Sent from my iPhone
>>>> 347-461-5830
>>>>
>>> <Shauna Weinstein PhD CV.doc>
```

| | |
|---|---|
| **From**: | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent**: | 11/4/2019 5:08:12 PM |
| **To**: | Barber Rioja, Virginia [barberv@nychhc.org]; Ford, Elizabeth [eford@nychhc.org]; Garcia-Mansilla, Alexandra [garciaa21@nychhc.org] |
| **Subject**: | RE: What is plan for psychologist staffing in the Bronx? |

That's actually even better. See you Wednesday.

Best,

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org


-----Original Message-----
From: Barber Rioja, Virginia
Sent: Monday, November 04, 2019 4:30 PM
To: Jain, Abhishek <jaina7@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Garcia-Mansilla, Alexandra <garciaa21@nychhc.org>
Subject: RE: What is plan for psychologist staffing in the Bronx?

3:30 is best for me if that is OK with you

-----Original Message-----
From: Jain, Abhishek <jaina7@nychhc.org>
Sent: Monday, November 4, 2019 4:13 PM
To: Barber Rioja, Virginia <barberv@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Garcia-Mansilla, Alexandra <garciaa21@nychhc.org>
Subject: RE: What is plan for psychologist staffing in the Bronx?

I will be in Queens Wednesday morning, so should be able to make it back to 55 Water by about 3p if that works?

Thanks,

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics NYC Health + Hospitals, Correctional Health Services Work cell: 646-901-0640
Email: jaina7@nychhc.org


-----Original Message-----
From: Barber Rioja, Virginia
Sent: Monday, November 04, 2019 4:09 PM
To: Jain, Abhishek <jaina7@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Garcia-Mansilla, Alexandra <garciaa21@nychhc.org>
Subject: RE: What is plan for psychologist staffing in the Bronx?

Hi
Not available today, but will be at Water Wednesday, can meet in the late afternoon if you are around, or Thursday Thanks!

-----Original Message-----
From: Jain, Abhishek <jaina7@nychhc.org>
Sent: Monday, November 4, 2019 3:27 PM
To: Barber Rioja, Virginia <barberv@nychhc.org>; Ford, Elizabeth <eford@nychhc.org>; Garcia-Mansilla, Alexandra <garciaa21@nychhc.org>
Subject: RE: What is plan for psychologist staffing in the Bronx?

This is my understanding as well, but happy to discuss the details and plan further. Are you available today?

Thank you,

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics NYC Health + Hospitals, Correctional Health Services Work cell: 646-901-0640
Email: jaina7@nychhc.org


-----Original Message-----
From: Barber Rioja, Virginia
Sent: Monday, November 04, 2019 3:19 PM
To: Ford, Elizabeth <eford@nychhc.org>; Jain, Abhishek <jaina7@nychhc.org>; Garcia-Mansilla, Alexandra <garciaa21@nychhc.org>
Subject: RE: What is plan for psychologist staffing in the Bronx?

Hi all,
So I thought we had decided already that it was not ideal to send the per diem to the Bronx since some are very new to competency evals. My preference will be to transfer a psychologist for another borough to the Bronx when needed and have the per diem cover the other boroughs. Can we do this?
Thanks

-----Original Message-----
From: Ford, Elizabeth <eford@nychhc.org>
Sent: Monday, November 4, 2019 2:39 PM
To: Jain, Abhishek <jaina7@nychhc.org>; Barber Rioja, Virginia <barberv@nychhc.org>; Garcia-Mansilla, Alexandra <garciaa21@nychhc.org>
Subject: Re: What is plan for psychologist staffing in the Bronx?

Thanks for update.
Sounds like you have some good ideas.
While you are exploring possibility of Dr. Berman, please put in place plans to have coverage in the Bronx. Including Virginia and Alex on this as well for collaboration

Alex, Virginia - we need to try to have staff cover the Bronx rather than send cases to other boroughs

Sent from my iPhone
347-461-5830


> On Nov 4, 2019, at 1:46 PM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>
> I left a message for Dr. Berman. I tried her email, but don't think I had the correct one, so just ended up calling and leaving a voicemail.
>
> As a back-up plan and while we sort out a more permanent plan for Bronx staffing (also considering that Dr. Berman is a psychiatrist and we will need a psychologist in cases where we need testing), the following possibilities each have their pros and cons but could be a temporary solution:
>
> 1. Examiners from another borough go to the Bronx as needed 2. Case
> produced to another borough if possible 3. Per diem Rikers
> psychologists either cover in another borough while that borough's
> examiners cover in Bronx, or a per diem psychologist and another
> examiner see the case in Bronx with my supervision 4. I am also happy
> to help out as needed in another borough or seeing a case with another
> examiner in Bronx
>
> Thanks,
>
> Beesh
>
>
> Abhishek Jain, MD
> Director, Forensic Psychiatry Evaluation Court Clinics NYC Health +
> Hospitals, Correctional Health Services Work cell: 646-901-0640
> Email: jaina7@nychhc.org
>
> -----Original Message-----
> From: Ford, Elizabeth
> Sent: Saturday, November 02, 2019 10:59 AM
> To: Jain, Abhishek <jaina7@nychhc.org>

Confidential                                                                                                                NYC_001830

```
> Subject: Re: What is plan for psychologist staffing in the Bronx?
>
> I'm fine with this.
> do you have back up plans also?
> _____
> From: Jain, Abhishek
> Sent: Friday, November 1, 2019 5:02 PM
> To: Ford, Elizabeth
> Subject: RE: What is plan for psychologist staffing in the Bronx?
>
> One idea would be to reach out to Dr. Elisheva Berman who has worked in the Bronx with Dr. Kaye in the past. I mentioned her to you before, and Dr. Kaye also mentioned her. Dr. Berman initially reached out to me for per diem work with us and it didn't work out, but we could see if she may be interested in a full-time position (which would probably be ideal) or if still interested in per diem? Let me know if you think this would be a good option.
>
> Thank you,
>
> Beesh
>
> -----Original Message-----
> From: Ford, Elizabeth
> Sent: Thursday, October 31, 2019 10:53 AM
> To: Jain, Abhishek <jaina7@nychhc.org>
> Subject: Re: What is plan for psychologist staffing in the Bronx?
>
> Thanks, Beesh.
> Please send me your proposal(s) wth respect to plans. CHS leadership preference is that we staff the clinic rather than move cases to another borough.
>
> Trust that you and Virginia and Alex have discussed already with respect to psychology.
>
>
> Sent from my iPhone
> 347-461-5830
>
>
>> On Oct 31, 2019, at 10:39 AM, Jain, Abhishek <jaina7@nychhc.org> wrote:
>>
>> Hi Elizabeth,
>>
>> I just received the official transfer request from HR and we negotiated Dr. Brayton's final date as 11/22. I submitted a VRF to backfill Dr. Brayton's backfill position, and we also have a posting for another FPECC Bronx Psychiatrist position.
>>
>> At this point, until these positions are formally filled, we have to think about either the cases being produced to another borough or getting the per diem psychologists available. Also, should we reach out to Execusearch for a per diem psychiatrist that they previously mentioned?
>>
>> I am helping out with a 730 in Manhattan right now, but would be happy to touch base regarding logistics and options.
>>
>> Thanks,
>>
>> Beesh
>>
>> -----Original Message-----
>> From: Jain, Abhishek
>> Sent: Friday, September 20, 2019 5:15 PM
>> To: Ford, Elizabeth <eford@nychhc.org>; Barber Rioja, Virginia
>> <barberv@nychhc.org>; Garcia-Mansilla, Alexandra
>> <garciaa21@nychhc.org>
>> Subject: RE: What is plan for psychologist staffing in the Bronx?
>>
>> I don't think we have a final consensus yet, but I was in Bronx today and met with Dr. Kaye. She herself brought up similar options:
>>
>> 1. Examiner from another borough rotates or is transferred to Bronx 2.
>> Per diem psychiatrist or psychologist - she mentioned a few names
>> from outside CHS; I did not bring up the possibility of our current
>> CHS psychologists 3. Having the case split - she sees the case in
>> Bronx, and then an examiner from Manhattan or another borough sees
>> the case (I think this is the least desirable option, but she said
```

```
>> apparently this is what they did 2005-2007)
>>
>> I haven't yet identified a particular examiner from one of our court clinics, but also wondering one way of doing it would be two at a time or a pool of them who could rotate through. Our best bet is going to be someone from Manhattan (because they are fully staffed), so I'll reach out to Dan Mundy to see what we can work out.
>>
>> Thanks,
>>
>> Beesh
>>
>>
>>
>>
>>
>>
>>
>>
>> -----Original Message-----
>> From: Ford, Elizabeth
>> Sent: Friday, September 20, 2019 4:43 PM
>> To: Barber Rioja, Virginia <barberv@nychhc.org>; Jain, Abhishek
>> <jaina7@nychhc.org>; Garcia-Mansilla, Alexandra
>> <garciaa21@nychhc.org>
>> Subject: RE: What is plan for psychologist staffing in the Bronx?
>>
>> Sorry if I missed the consensus.
>> We can revisit next week.
>>
>>
>> -----Original Message-----
>> From: Ford, Elizabeth <eford@nychhc.org>
>> Sent: Friday, September 20, 2019 10:07 AM
>> To: Barber Rioja, Virginia <barberv@nychhc.org>; Jain, Abhishek
>> <jaina7@nychhc.org>; Garcia-Mansilla, Alexandra
>> <garciaa21@nychhc.org>
>> Subject: Re: What is plan for psychologist staffing in the Bronx?
>>
>> Thanks, everyone. I am meeting with Jessica today about a few things. Will bring this issue up.
>> Preference is to have a psychologist in another clinic cover for Brayton and have per  diems work in better-staffed clinics unless there is a per diems applicant who does not need content training on doing 730's. But there may be barriers to this.
>> If you can let me know your consensus plan before 2:00 that would be great. Otherwise I will follow up with Jessica again next week.
>>
>>
>>
>> Sent from my iPhone
>> 347-461-5830
>>
>>
>>> On Sep 20, 2019, at 9:36 AM, Barber Rioja, Virginia <barberv@nychhc.org> wrote:
>>>
>>> Hi
>>> Attached is Shauna's CV.
>>> Let me know if we have a limit of 3 because in that case, I would like to think about the ones that could cover most cases without conflict.
>>>
>>> Ideally, a psychologist from another clinic will be transferred to the Bronx, so that the PAGNY per diem will cover in other clinics, given all the concerns with the Bronx specifically, but I understand that may be difficult.
>>>
>>> -----Original Message-----
>>> From: Jain, Abhishek <jaina7@nychhc.org>
>>> Sent: Friday, September 20, 2019 9:16 AM
>>> To: Ford, Elizabeth <eford@nychhc.org>
>>> Cc: Garcia-Mansilla, Alexandra <garciaa21@nychhc.org>; Barber Rioja,
>>> Virginia <barberv@nychhc.org>
>>> Subject: Re: What is plan for psychologist staffing in the Bronx?
>>>
>>> The paperwork for our per diem psychologists has been completed and Jessica Laboy and I have been following up on the logistics. We still have some legal technicality to clear up regarding per diem work
```

```
and I was just informed by HR this morning that we only have 3 lines available for per diem
psychologists. This is the first I'm hearing about any limit, so I just emailed Jessica to clarify.
>>>
>>> We also need the most updated CV for Shauna Weinstein. I have our other four psychologists.
>>>
>>> Virginia mentioned a psychologist may be interested in part-time work.
>>>
>>> Very preliminary, but I'm even wondering if it would be possible for one of our other psychologists
to be transferred there or even something on a rotating basis.
>>>
>>> Definitely open to other ideas.
>>>
>>> Beesh
>>>
>>> Sent from my iPhone
>>>
>>>> On Sep 20, 2019, at 8:41 AM, Ford, Elizabeth <eford@nychhc.org> wrote:
>>>>
>>>>
>>>>
>>>> Sent from my iPhone
>>>> 347-461-5830
>>>>
>>> <Shauna Weinstein PhD CV.doc>
```

| | |
|---|---|
| **From:** | Jain, Abhishek [/O=CORPNYCHHC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A376F1B31674454886BB9716A102CC34-JAIN, ABHISHE] |
| **Sent:** | 11/12/2019 4:28:57 PM |
| **To:** | Bailey, Kiesha [baileyk7@nychhc.org]; Soto, Wilma [sotow2@nychhc.org] |
| **CC:** | Laboy, Jessica [laboyj@nychhc.org] |
| **Subject:** | RE: VRF - Bronx FPECC |
| **Attachments:** | FPECC Org Chart 11.12.19.pptx; PAR.Brayton 11.12.19.pdf; VRF.Bronx FPECC Backfill 10.31.19.pdf |

Hi Kiesha,

Please see attached Org chart, PAR, and VRF for Dr. Brayton. I think we can get the job description from Justine?

Also, can you send the link to apply for this position? I have a couple strong applicants who I hope we can hire soon.

Thank you,

Beesh

Abhishek Jain, MD
Director, Forensic Psychiatry Evaluation Court Clinics
NYC Health + Hospitals, Correctional Health Services
Work cell: 646-901-0640
Email: jaina7@nychhc.org

---

**From:** Bailey, Kiesha
**Sent:** Thursday, October 31, 2019 10:53 AM
**To:** Jain, Abhishek ; Soto, Wilma
**Subject:** RE: VRF - Bronx FPECC

Hi Beesh

Please submit the JD & Org Chart so I can send for approval & a PAR for Dr. Brayton leaving.

Kiesha

---

**From:** Jain, Abhishek
**Sent:** Thursday, October 31, 2019 10:30 AM
**To:** Soto, Wilma <sotow2@nychhc.org>; Bailey, Kiesha <baileyk7@nychhc.org>
**Subject:** VRF - Bronx FPECC

Hi Wilma and Kiesha,

Here is the VRF to backfill Dr. Brayton's position in Bronx FPECC. Let me know if you need any other information?

Beesh