

**SYLVIA HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DONNA A. CANFIELD**
*Assistant Corporation Counsel*
Phone: (212) 356-2461
Fax: (212) 356-2438
dcanfiel@law.nyc.gov

March 7, 2022

**BY: ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: *Kaye v. NYC Health & Hospitals Corp. et al.*, 18-cv-12137 (JPC)(JLC)

Dear Judge Cronan:

I am an Assistant Corporation Counsel in the office of Sylvia Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants the New York City Health and Hospitals Corporation ("H+H"), Elizabeth Ford, Patricia Yang, Abhishek Jain, and Jonathan Wangel, in the above-referenced matter. Due to problems uploading the numerous exhibits in this case on ECF, I write to respectfully request that Defendants motion for summary judgment, filed in its entirety at 5:24 a.m. on March 5, 2022, be considered as filed *nunc pro tunc*, on March 4, 2022.

Defendants thank the Court in advance for its consideration of this request.

The request is granted.

Respectfully submitted,

SO ORDERED.
Date: March 7, 2022
    New York, New York

_____
JOHN P. CRONAN
United States District Judge

ECF   /s/
_____
Donna A. Canfield
Assistant Corporation Counsel
dcanfiel@law.nyc.gov

cc:    Special Hagan (by ECF)