

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DONNA A. CANFIELD**
*Assistant Corporation Counsel*
Phone: (212) 356-2461
Fax: (212) 356-2438
dcanfiel@law.nyc.gov

May 2, 2022

**BY: ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re: *Kaye v. NYC Health & Hospitals Corp. et al.*, 18-cv-12137 (JPC)(JLC)

Dear Judge Cronan:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants the New York City Health and Hospitals Corporation ("H+H"), Elizabeth Ford, Patricia Yang, Abhishek Jain, and Jonathan Wangel, in the above-referenced matter. I write to respond to Plaintiff's request for a two week extension of time to file her opposition to Defendants' motion for summary judgment.

      As stated in previous submissions to the Court, Defendants do not agree with Plaintiff's assessment that Defendants moved for summary judgment on an inoperative complaint. That being said, Defendants do not oppose Plaintiff's request for an extension of time to oppose Defendants' motion for summary judgment on the First Amended Complaint filed on ECF Dkt. Nos. 22 and 25-1, and would have communicated same to Plaintiff, had Plaintiff sought Defendants' consent.

      On a related matter, it appears after a review of the exhibits filed in support of Defendants' motion for summary judgment, three exhibits were wrongly filed [Exs. CC, XX, PPPP], and three were mistakenly not filed at all [Exs. KK, KKK, JJJJJ]. Therefore, Defendants respectfully seek leave of Court to correct/amend Defendants' Declaration in Support of Defendants' Motion for Summary Judgment to include the six exhibits identified above.

      I thank the Court for its consideration of this request.

- 2 -

                      Respectfully submitted,

                     **ECF**  /s/

                    Donna A. Canfield
                    Assistant Corporation Counsel
                    dcanfiel@law.nyc.gov

cc:    Special Hagan (by ECF)

The request is granted. Defendants shall file a supplemental declaration by May 4. 2022.

SO ORDERED.
Date: May 3, 2022
     New York, New York

                    JOHN P. CRONAN
                    United States District Judge