UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELISSA KAYE,

                                               PLAINTIFF,

                                             -against-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION;
ELIZABETH FORD;
ABHISHEK JAIN;
JONATHAN WANGEL; and
PATRICIA YANG (as aiders and abettors)

                                             DEFENDANTS.

---

**MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**
(Request for Oral Argument)

---

*Duly Submitted by:*                         Special Hagan, Esq.
                                               **LAW OFFICES OF SPECIAL HAGAN, ESQ.**
                                               **88-08 Justice Avenue Apt. 16i**
                                               **Elmhurst, New York 11373**