UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MELISSA KAYE,

                                Plaintiff,

       -against-                                  **DEFENDANTS' RESPONSE TO PLAINTIFF'S COUNTERSTATEMENT OF DISPUTED FACTS**

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; ELIZABETH FORD; PATRICIA YANG; ABHISHEK JAIN; and JONATHAN WANGEL (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the names Defendants),

                                18 Civ. 12137 (JPC)(JCC)

                                Defendants.
------------------------------------------------------------------------x

      Pursuant to Local Rule 56.1 of the Civil Rules of this Court, Defendants, New York City Health and Hospitals Corporation, Elizabeth Ford, Patricia Yang, Abhishek Jain, and Jonathan Wangel submit their response to Plaintiff's statement of an additional factual allegations:

    **I.**    **Background**

**A.**    **Dr. Kaye's Background**

      1.    Throughout the course of her employment, Dr. Kaye was more qualified than Dr. Steve Ciric and the other male Directors of the Forensic Psychiatric Court Clinics. Dr. [sic] obtained her medical degree from the Medical College of Pennsylvania. She is a triple board certified Psychiatrist with certifications in the following specialties: General Psychiatry; Forensic Psychiatry; and Child & Adolescent Psychiatry. She had more directly appliable experience in Court Ordered forensic psychiatric evaluations, she had the most seniority of all of the evaluators and directors at the clinic.

- Exhibit 1: Dr. Kaye's CV NYC2541-NYC2544; and
- Exhibit 2: Dr. Kaye's Decl..

- 2 -

**Defendants' Response: The cited evidence does not support plaintiff's statement of fact.**

Dated:   New York, New York
         May 16, 2022

                                        SYLVIA O. HINDS-RADIX
                                        Corporation Counsel of the City of New York
                                            Attorney for Defendants
                                        100 Church Street, Room 2-124
                                        New York, New York 10007
                                        (212) 356-2461

                                By:   ECF        /s/
                                          Donna A. Canfield
                                        Assistant Corporation Counsel
                                        dcanfiel@law.nyc.gov