UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MELISSA KAYE,

                     Plaintiff,

        -v-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION *et al.*,

                  Defendants.

------------------------------------------------------------------X

18 Civ. 12137 (JPC) (JLC)

ORDER

JOHN P. CRONAN, United States District Judge:

      Today, the Court received an email from Plaintiff herself indicating that she wishes to retain new counsel in this case. Counsel for the parties, as well as Plaintiff herself, shall appear for a conference to discuss the status of Special Hagan, Esq.'s representation of Plaintiff on June 29, 2022 at 2:30 p.m. EST. At the scheduled time, they should call (866) 434-5269, access code 9176261. Plaintiff's counsel shall email this Order to her client and note service on the docket by June 15, 2022.

      SO ORDERED.

Dated: June 13, 2022
      New York, New York

                                JOHN P. CRONAN
                        United States District Judge