

88-08 Justice Avenue Apt. 16i<br>
ELMHURST, NEW YORK 11373<br>
P: (917) 337-2439<br>
SPECIAL@HAGANLAWOFFICES.NET

Monday, June 20, 2022

**VIA ECF**

Honorable District Judge John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 20C
New York, New York 10007-1312

                Re:    Kaye v. Health and Hospitals Corporation et. al.
                      18-CV-12137(JPC)(JLC)

Dear Honorable District Judge Cronan:

I respectfully submit this correspondence to the Court, seeking to withdraw my application to file a motion to withdraw. I ask that the Court grant the application herein without prejudice in light of the Conference scheduled on June 29, 2022. Additionally, I am also requesting that a reporter be assigned to the Conference on the 29th.

Respectfully submitted,

        /s/

Special Hagan
Counsel for Plaintiff, Melissa Kaye, M.D.
Cc:    Donna Canfield,
          Counsel for Defendants

The Court will address the matter of withdrawal at the conference on June 29, 2022.
SO ORDERED.
Date: June 28, 2022
      New York, New York

                      JOHN P. CRONAN
                United States District Judge