| | |
|---|---|
| **Law Offices of Special Hagan** |  |
| 196-04 Hollis Avenue | |
| Saint Albans, NY 11412 | |

**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162



**Invoice 10002**

| Date | Feb 25, 2020 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

**In Reference To: Kaye v. H + H et. al. (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 10/18/2018 | SH | **Draft:** Email correspondence with M. Kaye and revision of reasonable accommodation request. | 0.30 | $ 350.00/hr | $ 105.00 |
| 10/25/2018 | SH | **Email Correspondence:** Drafting Email correspondence to Kevin Marazzo, H + H EEO Officer. | 0.10 | $ 350.00/hr | $ 35.00 |
| 10/30/2018 | SH | **Email Correspondence:** Drafting Email correspondence to Ricardo Granderson, regarding the denial of Kaye's request for reasonable accommodation. | 0.10 | $ 350.00/hr | $ 35.00 |
| 12/17/2018 | SH | **Email Correspondence:** Drafting Email correspondence regarding death of brother. Request for bereavement time. | 0.10 | $ 350.00/hr | $ 35.00 |
| 01/02/2019 | SH | **Email Correspondence:** Email exchange between January 2 through January 4th. Addressed the denial of FMLA request. | 0.20 | $ 350.00/hr | $ 70.00 |
| 01/08/2019 | SH | **Email Correspondence:** Email regarding the restoration of FMLA, addressed to A. Jain. | 0.20 | $ 350.00/hr | $ 70.00 |
| 01/10/2019 | SH | **Email Correspondence:** Email correspondence regarding request for reasonable accommodation for Kaye. Request to address her medical diagnoses. | 0.10 | $ 350.00/hr | $ 35.00 |
| 01/16/2019 | SH | **Email Correspondence:** Email correspondence regarding call from EEO Officer. Drafted email and spoke on phone regarding request. | 0.40 | $ 350.00/hr | $ 140.00 |
| 02/15/2019 | SH | **Email Correspondence:** Drafting of email regarding request for FMLA; Email addressed to Mendez. | 0.10 | $ 350.00/hr | $ 35.00 |

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412

# INVOICE

**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162

## Invoice 10002



| | |
|---|---|
| **Date** | Feb 25, 2020 |
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/15/2019 | SH | **Email Correspondence:** Drafting of email regarding expiration of certification and the inclusion of D. Mundy. | 0.20 | $ 350.00/hr | $ 70.00 |
| 02/15/2019 | SH | **Email Correspondence:** Drafting of email regarding violation of FMLA. Email was addressed to Wangel. | 0.30 | $ 350.00/hr | $ 105.00 |
| 02/16/2019 | SH | **Email Correspondence:** Drafting of email regarding breach of confidentiality and FMLA. | 0.10 | $ 350.00/hr | $ 35.00 |
| 02/16/2019 | SH | **Email Correspondence:** Drafting of email regarding follow up on concerns about the operations of the Bronx Clinic. | 0.10 | $ 350.00/hr | $ 35.00 |
| 02/22/2019 | SH | **Email Correspondence:** Letter and Email correspondence to Quintero. | 0.30 | $ 350.00/hr | $ 105.00 |
| 02/22/2019 | SH | **Email Correspondence:** Letter and Email correspondence to A. Jain | 0.10 | $ 350.00/hr | $ 35.00 |
| 03/01/2019 | SH | **Email Correspondence:** Letter and Email correspondence regarding performance evaluation. | 0.10 | $ 350.00/hr | $ 35.00 |
| 03/04/2019 | SH | **Email Correspondence:** Draft CHS Complaint. | 1.20 | $ 350.00/hr | $ 420.00 |
| 03/11/2019 | SH | **Email Correspondence:** Draft email regarding pfishing and identity theft. | 0.30 | $ 350.00/hr | $ 105.00 |
| 03/29/2019 | SH | **Email Correspondence:** Draft email regarding forced retirement. | 0.10 | $ 350.00/hr | $ 35.00 |
| 04/02/2019 | SH | **Email Correspondence:** Meeting with Yang in June 2018. | 0.10 | $ 350.00/hr | $ 35.00 |
| 04/04/2019 | SH | **Email Correspondence:** Email regarding NYCERS (Email and Letter) | 0.10 | $ 350.00/hr | $ 35.00 |
| 04/10/2019 | SH | **Email Correspondence:** Email regarding Corporate Compliance findings (drafting of correspondence). | 0.10 | $ 350.00/hr | $ 35.00 |
| 04/11/2019 | SH | **Correspondence:** Letter to Judge Oetken re. request for extension of time. | 0.20 | $ 350.00/hr | $ 70.00 |

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412



**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162



**Invoice 10002**

| Date | Feb 25, 2020 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| | | | | | |
|---|---|---|---|---|---|
| 04/12/2019 | SH | **Correspondence:** Letter to Judge Oetken re. request for extension of time to serve complaints. | 0.10 | $ 350.00/hr | $ 35.00 |
| 04/17/2019 | SH | **Email Correspondence:** Email and letter regarding coverage of center in June and Dr. Mullan's absence. | 0.20 | $ 350.00/hr | $ 70.00 |
| 04/24/2019 | SH | **Prepped Summonses:** Prepped summonses to serve on named defendants. Requested Court's so ordered stamp. | 0.80 | $ 350.00/hr | $ 280.00 |
| 04/30/2019 | SH | **Drafting of Amended Complaint:** Drafting and filing of Amended Complaint. | 10.00 | $ 350.00/hr | $ 3,500.00 |
| 05/06/2019 | SH | **Email Correspondence:** Email to Patsos Corporate Compliance officer and letter re. Teleakie Parker. | 0.30 | $ 350.00/hr | $ 105.00 |
| 05/15/2019 | SH | **Email Correspondence:** Email to to A. Jain regarding taking annual leave and letter. | 0.10 | $ 350.00/hr | $ 35.00 |
| 05/17/2019 | SH | **Email Correspondence:** Email and letter regarding compensation for jury duty. | 0.20 | $ 350.00/hr | $ 70.00 |
| 05/29/2019 | SH | **Email Correspondence:** Email following up on FMLA usage, points out discrepancy. | 0.10 | $ 350.00/hr | $ 35.00 |
| 06/05/2019 | SH | **Meeting:** Meeting with Kaye. | 2.00 | $ 350.00/hr | $ 700.00 |
| 06/10/2019 | SH | **Email Correspondence:** Email correspondence about time card matters. Chain started on June 10 through June 14, 2019. | 0.30 | $ 350.00/hr | $ 105.00 |
| 06/12/2019 | SH | **Email Correspondence:** Email correspondence regarding request for reasonable accommodation form. | 0.10 | $ 350.00/hr | $ 35.00 |
| 06/14/2019 | SH | **Email Correspondence:** Email correspondence and research on reasonable accommodation request for Kaye ; case law and LEXIS NEXIS files. | 1.00 | $ 350.00/hr | $ 350.00 |
| 06/16/2019 | SH | **Email Correspondence:** Email and letter addressed to Caedmon. | 1.00 | $ 350.00/hr | $ 350.00 |

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412

# INVOICE

**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162

## Invoice 10002

PRE-BILL

| Date | Feb 25, 2020 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/18/2019 | SH | **Email Correspondence:** Email and letter regarding request for bereavement leave (step-father). | 0.10 | $ 350.00/hr | $ 35.00 |
| 06/18/2019 | SH | **Email Correspondence:** Email to Nate Santamaria re. Andrea Swenson and pfishing email and credentialing. | 0.10 | $ 350.00/hr | $ 35.00 |
| 06/18/2019 | SH | **Email Correspondence:** Email and letter addressed to Donna Fong regarding discrepancy between FMLA usage and letter. | 0.30 | $ 350.00/hr | $ 105.00 |
| 06/21/2019 | SH | **Email Correspondence:** Email regarding Ford's request to meet about recording exams and Swenson complaint. | 0.10 | $ 350.00/hr | $ 35.00 |
| 06/21/2019 | SH | **Email Correspondence:** Email and letter regarding FMLA discrepancy and email. | 0.10 | $ 350.00/hr | $ 35.00 |
| 06/24/2019 | SH | **Email Correspondence:** Email and research (PACER) | 0.50 | $ 350.00/hr | $ 175.00 |
| 06/24/2019 | SH | **Research:** Briefing on case/strategy.discussion of procedure and advice. | 0.30 | $ 350.00/hr | $ 105.00 |
| 06/24/2019 | SH | **Research:** Scheduling prep for Corporate Compliance meeting. | 0.10 | $ 350.00/hr | $ 35.00 |
| 07/02/2019 | SH | **Research:** Email and letter for reasonable accommodation request (application). | 0.10 | $ 350.00/hr | $ 35.00 |
| 07/04/2019 | SH | **Research:** Email and letter to A. Jain regarding traveling to do examinations. | 0.50 | $ 350.00/hr | $ 175.00 |
| 07/05/2019 | SH | **Research:** Email and letter to Doctor's Council regarding pfishing email. | 0.30 | $ 350.00/hr | $ 105.00 |
| 07/05/2019 | SH | **Research:** Email response to A. Jain regarding traveling to do exams. (Email and letter) | 0.30 | $ 350.00/hr | $ 105.00 |
| 07/11/2019 | SH | **Research:** Draft letter to union re. pre-disciplinary charge. | 0.50 | $ 350.00/hr | $ 175.00 |

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412



**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162



**Invoice 10002**

| Date | Feb 25, 2020 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| | | | | | |
|---|---|---|---|---|---|
| 07/15/2019 | SH | **Email Correspondence:** Rebuttal to pre disciplinary charge. | 1.00 | $ 350.00/hr | $ 350.00 |
| 07/15/2019 | SH | **Discovery:** Preparation of Discovery demands and requests for admissions. | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 07/23/2019 | SH | **Correspondence:** Letter to Judge Oetken requesting to re=schedule scheduling conference. | 0.20 | $ 350.00/hr | $ 70.00 |
| 07/26/2019 | SH | **Correspondence:** Letter to Judge Preska re. request for the assignment of a mediator. | 0.10 | $ 350.00/hr | $ 35.00 |
| 07/26/2019 | SH | **Correspondence:** Second letter to Judge Preska re. request for the assignment of a mediator. | 0.10 | $ 350.00/hr | $ 35.00 |
| 07/30/2019 | SH | **Email Correspondence:** Drafting email regarding FPECC offsite Examination Policy. | 0.10 | $ 350.00/hr | $ 35.00 |
| 07/31/2019 | SH | **Email Correspondence:** Drafting email and letter to A. Jain regarding Brayton. | 0.30 | $ 350.00/hr | $ 105.00 |
| 08/02/2019 | SH | **Email Correspondence:** Drafting email and letter to S. Kent regarding licensing documentation. | 0.10 | $ 350.00/hr | $ 35.00 |
| 08/06/2019 | SH | **Email Correspondence:** Drafting email and letter regarding rebuttal. This was an updated draft and consisted of emails between August 6th and 14th. | 0.50 | $ 350.00/hr | $ 175.00 |
| 08/06/2019 | SH | **Email Correspondence:** Drafting email regarding EEO request for reasonable accommodation to Kevin Marazzo. | 0.10 | $ 350.00/hr | $ 35.00 |
| 08/06/2019 | SH | **Email Correspondence:** Drafting email regarding EEO request for reasonable accommodation to Kevin Marazzo. | 0.10 | $ 350.00/hr | $ 35.00 |
| 08/15/2019 | SH | **Email Correspondence:** Edited letter regarding EEO request for reasonable accommodation to Kevin Marazzo. | 0.10 | $ 350.00/hr | $ 35.00 |
| 08/16/2019 | SH | **Email Correspondence:** Final draft of letter/email to K. Marazzo re. reasonable accommodation request. | 0.10 | $ 350.00/hr | $ 35.00 |

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412

# INVOICE

**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162

## PRE-BILL

## Invoice 10002

| Date | Feb 25, 2020 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/19/2019 | SH | **Email Correspondence:** Email and letter request to review personnel file. | 0.20 | $ 350.00/hr | $ 70.00 |
| 08/22/2019 | SH | **Correspondence:** Letter to Judge Oetken requesting withdrawal from Mediation program. | 0.20 | $ 350.00/hr | $ 70.00 |
| 08/22/2019 | SH | **Correspondence:** Second letter to Judge Oetken requesting withdrawal from Mediation program. | 0.10 | $ 350.00/hr | $ 35.00 |
| 08/25/2019 | SH | **Correspondence:** Request to re-schedule 26(f) conference from September 30, 2019 since parties withdrew from Mediation program. | 0.20 | $ 350.00/hr | $ 70.00 |
| 08/27/2019 | SH | **Email Correspondence:** Email and letter to A. Jain regarding Meeting with Brayton. (consists of emails sent between 8/27 and 8/28) | 0.10 | $ 350.00/hr | $ 35.00 |
| 08/30/2019 | SH | **Email Correspondence:** Email to A. Jain inquiring about Brayton's supervision. | 0.10 | $ 350.00/hr | $ 35.00 |
| 08/30/2019 | SH | **Email Correspondence:** Email to A. Jain inquiring about Brayton's supervision. | 0.10 | $ 350.00/hr | $ 35.00 |
| 09/03/2019 | SH | **Email Correspondence:** Email regarding meeting with personnel on August 30th. | 0.10 | $ 350.00/hr | $ 35.00 |
| 09/12/2019 | SH | **Preparation of 26(f) Plan:** Preparation of 26(f) Joint Case Management Plan. Email Correspondence and drafting in conjunction with D. Canfield. | 1.00 | $ 350.00/hr | $ 350.00 |
| 09/17/2019 | SH | **Court Time:** Attended Pre-Trial Scheduling Conference. (Oetken) | 1.00 | $ 350.00/hr | $ 350.00 |
| 09/18/2019 | SH | **Preparation of 26(f) Plan:** Finalizing Case Management Plan w. Donna Canfield. | 0.30 | $ 350.00/hr | $ 105.00 |
| 09/25/2019 | SH | **Draft:** Email and letter regarding blocked access to shared calendar. | 0.30 | $ 350.00/hr | $ 105.00 |
| 10/03/2019 | SH | **Draft:** Letter to Caedmon regarding tuition and special circumstances. | 0.50 | $ 350.00/hr | $ 175.00 |

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412


INVOICE

**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162



### Invoice 10002

| | |
|---|---|
| **Date** | Feb 25, 2020 |
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/2019 | SH | **Email Correspondence:** Email and letter regarding traveling to perform exams. re Judge Collins | 0.20 | $ 350.00/hr | $ 70.00 |
| 10/07/2019 | SH | **Email Correspondence:** Request for Kaye's Tax returns. | 0.10 | $ 350.00/hr | $ 35.00 |
| 10/07/2019 | SH | **Draft:** Drafting of 26(a)(1) disclosures. | 2.50 | $ 350.00/hr | $ 875.00 |
| 10/15/2019 | SH | **Email Correspondence:** Email and letter regarding longevity pay and retention bonus to S. Kent. | 0.30 | $ 350.00/hr | $ 105.00 |
| 10/18/2019 | SH | **Email Correspondence:** Email to A. Jain regarding off site examinations. | 0.20 | $ 350.00/hr | $ 70.00 |
| 10/22/2019 | SH | **Draft:** Drafting of settlement letter (research and drafting). | 2.00 | $ 350.00/hr | $ 700.00 |
| 10/23/2019 | SH | **Email Correspondence:** Draft Emai and letterl to A. Jain regarding Brayton's lateness. | 0.10 | $ 350.00/hr | $ 35.00 |
| 10/25/2019 | SH | **Email Correspondence:** Draft Email requesting to review time and leave balances addressed to Saadya. | 0.10 | $ 350.00/hr | $ 35.00 |
| 10/28/2019 | SH | **Email Correspondence:** Draft Email (2 emails) and letter to S. Kent regarding floating holiday. | 0.20 | $ 350.00/hr | $ 70.00 |
| 10/29/2019 | SH | **Email Correspondence:** Email and letter to A. Jain regarding Brayton. | 0.10 | $ 350.00/hr | $ 35.00 |
| 10/30/2019 | SH | **Email Correspondence:** Email, letter and call. | 0.50 | $ 350.00/hr | $ 175.00 |
| 11/01/2019 | SH | **Email Correspondence:** Email and letter chain regarding Brayton's work stoppage. 3 drafts between November 1st and November 6th. | 0.30 | $ 350.00/hr | $ 105.00 |
| 11/08/2019 | SH | **Email Correspondence:** Email and letter regarding being docked pay. (2nd letter to Soto) | 0.30 | $ 350.00/hr | $ 105.00 |
| 11/13/2019 | SH | **Discovery:** Emails and conference calls to D. Canfield regarding discovery. | 0.50 | $ 350.00/hr | $ 175.00 |
| 11/14/2019 | SH | **Email Correspondence:** Email and letter regarding docking of pay (2nd draft). | 0.10 | $ 350.00/hr | $ 35.00 |

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412



**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162



**Invoice 10002**

| | |
|---|---|
| **Date** | Feb 25, 2020 |
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| | | | | | |
|---|---|---|---|---|---|
| 11/18/2019 | SH | **Email Correspondence:** Emails to Canfield regarding discovery disputes and ESI. | 0.80 | $ 350.00/hr | $ 280.00 |
| 11/19/2019 | SH | **Correspondence:** Letter to Oetken, request for intervention re. ESI Protocol. | 0.30 | $ 350.00/hr | $ 105.00 |
| 11/20/2019 | SH | **Email Correspondence:** Email and draft letter regarding grievance. | 0.30 | $ 350.00/hr | $ 105.00 |
| 11/22/2019 | SH | **Correspondence:** Letter to Judge Cott re. ESI Protocol; request for intervention on discovery. | 0.30 | $ 350.00/hr | $ 105.00 |
| 12/02/2019 | SH | **Email Correspondence:** Email and letter regarding Bronx Court Clinic coverage. | 0.20 | $ 350.00/hr | $ 70.00 |
| 12/03/2019 | SH | **Discovery:** Responses to Defendants' discovery demands (document requests and interrogatories). | 3.50 | $ 350.00/hr | $ 1,225.00 |
| 12/03/2019 | SH | **Discovery:** Production of documents in response to Defendants' discovery demands. | 3.00 | $ 350.00/hr | $ 1,050.00 |
| 12/04/2019 | SH | **Court Time:** Court Conference re. ESI Protocol and discovery disputes. Appeared in front of Judge Cott. | 1.00 | $ 350.00/hr | $ 350.00 |
| 12/13/2019 | SH | **Correspondence:** Letter to Judge Cott regarding discovery disputes. | 0.40 | $ 350.00/hr | $ 140.00 |
| 12/14/2019 | SH | **Correspondence:** Letter to Judge Cott in further support of request for intervention on discovery disputes. | 0.30 | $ 350.00/hr | $ 105.00 |
| 12/16/2019 | SH | **Email Correspondence:** Email and letter to Wangel. | 0.40 | $ 350.00/hr | $ 140.00 |
| 12/17/2019 | SH | **Email Correspondence:** Emails to Kaye regarding Defendants' first document production. | 1.00 | $ 350.00/hr | $ 350.00 |
| 12/21/2019 | SH | **Email Correspondence:** Emails to Canfield regarding production of documents. | 0.10 | $ 350.00/hr | $ 35.00 |
| 12/21/2019 | SH | **Email Correspondence:** Emails to Canfield and response to hiring Kaye (Winkler) | 0.20 | $ 350.00/hr | $ 70.00 |

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412

# INVOICE

**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162



## Invoice 10002

| Date | Feb 25, 2020 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/30/2019 | SH | **Email Correspondence:** Email and letter: regarding resignation to Katz. | 0.50 | $ 350.00/hr | $ 175.00 |
| 12/30/2019 | SH | **Email Correspondence:** Email and letter regarding Board of Correction Complaint. | 1.00 | $ 350.00/hr | $ 350.00 |
| 01/02/2020 | SH | **Email Correspondence:** Email to Canfield addressing Protective Order. (Discovery) | 0.50 | $ 350.00/hr | $ 175.00 |
| 01/03/2020 | SH | **Email Correspondence:** Email to Canfield objecting to the production of tax returns | 0.10 | $ 350.00/hr | $ 35.00 |
| 01/06/2020 | SH | **Correspondence:** Letter to Judge Cost regarding Defendants' production of ESI and deficient production of discovery. | 0.30 | $ 350.00/hr | $ 105.00 |
| 01/06/2020 | SH | **Email Correspondence:** Email to Canfield and A. DiSenso re. ESI production. | 0.30 | $ 350.00/hr | $ 105.00 |
| 01/06/2020 | SH | **Email Correspondence:** Revisions to Board of Correction Complaint (Email and letter) | 0.20 | $ 350.00/hr | $ 70.00 |
| 01/06/2020 | SH | **Email Correspondence:** HIPAA Releases Preparation and Production to Canfield. | 0.50 | $ 350.00/hr | $ 175.00 |
| 01/07/2020 | SH | **Email Correspondence:** Meet and confer regarding ESI and discovery. | 0.80 | $ 350.00/hr | $ 280.00 |
| 01/09/2020 | SH | **Email Correspondence:** Resignation letter and email. | 0.20 | $ 350.00/hr | $ 70.00 |
| 01/14/2020 | SH | **Correspondence:** Letter to Judge Cott regarding Defendants' refusal to produce discovery. | 0.30 | $ 350.00/hr | $ 105.00 |
| 01/16/2020 | SH | **Email Correspondence:** Emails to Canfield re. letter request specifying Kaye's last day on payroll. | 0.10 | $ 350.00/hr | $ 35.00 |
| 01/16/2020 | SH | **Email Correspondence:** Emails to Canfield regarding terms of separation and W2 request. | 0.40 | $ 350.00/hr | $ 140.00 |

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412

# INVOICE

**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162

### PRE-BILL

### Invoice 10002

| Date | Feb 25, 2020 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/17/2020 | SH | **Correspondence:** Letter to Judge Cott regarding Defendants' refusal to comply with Fed. R. Civ. 26 and 34 (Transparent and cooperative production of discovery) | 0.50 | $ 350.00/hr | $ 175.00 |
| 01/17/2020 | SH | **Motion Practice:** Drafted Motion to Compel the production of ESI and discovery. | 0.50 | $ 350.00/hr | $ 175.00 |
| 01/22/2020 | SH | **Email Correspondence:** Emails to Canfield regarding request to meet and confer regarding Defendants' deficient response to discovery requests. | 0.40 | $ 350.00/hr | $ 140.00 |
| 01/23/2020 | SH | **Email Correspondence:** Emails to Kaye and Najari regarding rebuttal (made revisions). | 0.30 | $ 350.00/hr | $ 105.00 |
| 01/27/2020 | SH | **Email Correspondence:** Research on Ramirez lawsuit and email to Kaye. | 0.30 | $ 350.00/hr | $ 105.00 |
| 01/27/2020 | SH | **Email Correspondence:** Email to Canfield regarding abdication of examinations. | 0.20 | $ 350.00/hr | $ 70.00 |
| 01/29/2020 | SH | **Motion Practice:** Request for 37.2 Conference | 0.80 | $ 350.00/hr | $ 280.00 |
| 02/05/2020 | SH | **Court Time:** Conference re. Deficient production of discovery. | 1.00 | $ 350.00/hr | $ 350.00 |
| 02/05/2020 | SH | **Email Correspondence:** Review of Defendants' discovery production. 1-1912pdfs. | 2.00 | $ 350.00/hr | $ 700.00 |

**In Reference To: Kaye v. H + H et. al. (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 12/21/2018 | SH | **Filing Fee for Complaint:** Filing fee for Complaint. | $ 400.00 |
| 02/24/2020 | SH | **Service of Complaints:** Service of Amended Complaints | $ 500.00 |

| | |
|---|---|
| **Total Hours** | 69.90 hrs |
| **Total Labor** | $ 24,465.00 |



# INVOICE

**Law Offices of Special Hagan**
196-04 Hollis Avenue
Saint Albans, NY 11412

**Melissa Kaye**
500 E. 77th Street Apt. 239
New York, NY 10162



### Invoice 10002

| Date | Feb 25, 2020 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Feb 25, 2020 |

| | |
|---:|---:|
| **Total Expenses** | $ 900.00 |
| **Total Invoice Amount** | $ 25,365.00 |
| **Previous Balance** | **$ 0.00** |
| 12/07/2018 Payment - Check | ($10,000.00) |
| Client paid 10,000 which was deposited in an IOLA trust account. | |
| **Balance (Amount Due)** | **$ 15,365.00** |