**Law Offices of Special Hagan**
88-08 Justice Avenue Apt. 16i
Elmhurst, NY 11373

# INVOICE

**Kaye, Melissa 2**
517 Ortiz Dr.
Albuquerque, NM 87108

PRE-BILL

### Invoice 10008

| | |
|---|---|
| **Date** | May 26, 2022 |
| **Terms** | N/A |
| **Service Thru** | May 26, 2022 |

**In Reference To: Kaye v. H + H (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 03/26/2020 | SH | **Correspondence:** Letter to Oetken (Extension of Discovery Request) ECF Dkts. 77-78 | 11.00 | $ 350.00/hr | $ 3,850.00 |
| 03/30/2020 | SH | **Correspondence:** Letter to Cott regarding Request for Extension of Fact Discovery. ECF Dkt. 80 | 0.20 | $ 350.00/hr | $ 70.00 |
| 04/03/2020 | SH | **Motion Practice:** Letter Motion for Rule 37.2 Conference (ESI/Sanctions) ECF. Dkts. 83-84 | 2.00 | $ 350.00/hr | $ 700.00 |
| 04/21/2020 | SH | **Motion Practice:** Filed Objection to Judge Cott's Ruling, pursuant to Fed. R. Civ. P. 72(ESI/Sanctions) ECF. Dkts. 87-88 | 3.00 | $ 350.00/hr | $ 1,050.00 |
| 09/16/2020 | SH | **Correspondence:** Letter Motion to extend discovery. ECF. Dkt. 92 | 0.50 | $ 350.00/hr | $ 175.00 |
| 09/30/2020 | SH | **Draft:** Drafted and submitted Proposed Case Management Plan. ECF Dkt. 94 | 1.00 | $ 350.00/hr | $ 350.00 |
| 10/08/2020 | SH | **Motion Practice:** Motion for Local rule 37.2 Conference. ECF. Dkt. 98 | 1.00 | $ 350.00/hr | $ 350.00 |
| 10/26/2020 | SH | **Motion Practice:** Letter Motion to Compel Deposition of Catherine Patsos, Esq. ECF. Dkt. 100 | 1.00 | $ 350.00/hr | $ 350.00 |
| 10/27/2020 | SH | **Court Time:** Pre-Trial Conference. Associated with ECF. Dkt. 100 | 1.00 | $ 350.00/hr | $ 350.00 |
| 10/27/2020 | SH | **Correspondence:** Letter to Judge Cott, re. Patsos's failure to appear for her deposition. ECF. Dkt. 101. | 0.20 | $ 350.00/hr | $ 70.00 |
| 10/29/2020 | SH | **Correspondence:** Letter to Judge Cronan. ECF Dkt. 103 | 0.50 | $ 350.00/hr | $ 175.00 |
| 10/29/2020 | SH | **Motion Practice:** Motion to Compel ESI/Discovery ECF. Dkts. 104-105. | 2.00 | $ 350.00/hr | $ 700.00 |



**Law Offices of Special Hagan**
88-08 Justice Avenue Apt. 16i
Elmhurst, NY 11373



**Kaye, Melissa 2**
517 Ortiz Dr.
Albuquerque, NM 87108

PRE-BILL

# Invoice 10008

| Date | May 26, 2022 |
|---|---|
| Terms | N/A |
| Service Thru | May 26, 2022 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/2020 | SH | **Motion Practice:** Motion to Compel ESI/Discovery. ECF Dkt. 104. | 2.00 | $ 350.00/hr | $ 700.00 |
| 10/30/2020 | SH | **Motion Practice:** Letter Motion to Judge Cronan. ECF. Dkt. 106 | 2.00 | $ 350.00/hr | $ 700.00 |
| 11/11/2020 | SH | **Motion Practice:** Letter Response in further Support of Plaintiff's Motion to Compel and Sanctions. ECF Dkt. 109 | 2.00 | $ 350.00/hr | $ 700.00 |
| 11/12/2020 | SH | **Correspondence:** Status Update addressed to Judge Cronan. ECF Dkt. 111. | 1.00 | $ 350.00/hr | $ 350.00 |
| 11/18/2020 | SH | **Motion Practice:** Draft and submission of Memo of Law in Support of Motion; Declaration in Support. ECF Dkts. 112-114 (Submissions and revisions entered between 11/18-11/19/20. | 4.00 | $ 350.00/hr | $ 1,400.00 |
| 11/19/2020 | SH | **Preparation of Subpoenas:** Preparation of subpoenas and letter motion to Judge Cott. ECF Dkts. 115-117. | 1.00 | $ 350.00/hr | $ 350.00 |
| 11/23/2020 | SH | **Motion Practice:** Letter Motion to Judge Cott (Motion to Compel Patsos; Plaintiff's Subpoenas to DOI and Board of Correction) ECF Dkt. 120 | 1.50 | $ 350.00/hr | $ 525.00 |
| 11/23/2020 | SH | **Correspondence:** Letter to Judge Cott. ECF. Dkt. 118 | 1.50 | $ 350.00/hr | $ 525.00 |
| 11/24/2020 | SH | **Deposition:** Deposition of Catherine Patsos. | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 11/24/2020 | SH | **Deposition:** Preparation for the deposition of Catherine Patsos.( 11/15/20-11/18/20) | 4.00 | $ 350.00/hr | $ 1,400.00 |
| 12/03/2020 | SH | **Motion Practice:** Filed Objection Pursuant to Fed. R. Civ. P. 72. ECF Dkt. 124 | 3.50 | $ 350.00/hr | $ 1,225.00 |
| 12/03/2020 | SH | **Motion Practice:** Reply in further support of Letter Motion addressed to Judge Cott. ECF Dkt. 123 | 2.00 | $ 350.00/hr | $ 700.00 |
| 12/23/2020 | SH | **Motion Practice:** Filed Objection to Judge Cott's Order Pursuant to Fed. R. Civ. P. 72. ECF Dkt. 126 | 3.00 | $ 350.00/hr | $ 1,050.00 |

**Law Offices of Special Hagan**
88-08 Justice Avenue Apt. 16i
Elmhurst, NY 11373

# INVOICE

**Kaye, Melissa 2**
517 Ortiz Dr.
Albuquerque, NM 87108

PRE-BILL

## Invoice 10008

| Date | May 26, 2022 |
|---|---|
| Terms | N/A |
| Service Thru | May 26, 2022 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/30/2020 | SH | **Motion Practice:** Letter Motion to Compel ESI. (ECF. Dkt. 129) | 2.00 | $ 350.00/hr | $ 700.00 |
| 01/03/2021 | SH | **Motion Practice:** Letter Motion to Judge Cronan, requesting a ruling on Plaintiff's objections. | 0.30 | $ 350.00/hr | $ 105.00 |
| 01/03/2021 | SH | **Motion Practice:** Letter Motion to Complete Discovery. (ECF Dkt. 130) | 0.30 | $ 350.00/hr | $ 105.00 |
| 01/04/2021 | SH | **Motion Practice:** Letter Motion Response in support of Motion. (ECF Dkt. 133) | 0.30 | $ 350.00/hr | $ 105.00 |
| 01/04/2021 | SH | **Motion Practice:** Letter in Response in Support of Motion. (ECF Dkt. 135) | 0.50 | $ 350.00/hr | $ 175.00 |
| 02/26/2021 | SH | **Deposition:** Preparation for deposition of Patricia Yang. (Defendant) (February 26-27,2021) | 5.00 | $ 350.00/hr | $ 1,750.00 |
| 03/08/2021 | SH | **Correspondence:** Letter to Cott requesting lifting of the stay. ECF Dkt. 139 (Joint Letter including phone conference w. Canfield) | 1.00 | $ 350.00/hr | $ 350.00 |
| 03/31/2021 | SH | **Zoom Deposition Prep:** Zoom Deposition Prep Melissa Kaye. 3:44:10 | 3.80 | $ 350.00/hr | $ 1,330.00 |
| 04/20/2021 | SH | **Correspondence:** Letter to Court (Discovery Update). ECF Dkt. 144 | 0.30 | $ 350.00/hr | $ 105.00 |
| 05/06/2021 | SH | **Motion Practice:** Letter Motion Requesting Settlement Conference. (ECF. Dkt. 149) | 0.30 | $ 350.00/hr | $ 105.00 |
| 06/14/2021 | SH | **Motion Practice:** Letter Motion to Stay Depositions re. Settlement Conference. (ECF Dkt. 152) | 0.20 | $ 350.00/hr | $ 70.00 |
| 06/14/2021 | SH | **Motion Practice:** Joint Letter Motion to Request Settlement Conference. ECF Dkt. 153 | 1.00 | $ 350.00/hr | $ 350.00 |
| 06/29/2021 | SH | **Motion Practice:** Letter Motion re. In Person Settlement Conference. (ECF Dkt. 156) | 0.30 | $ 350.00/hr | $ 105.00 |

**Law Offices of Special Hagan**
88-08 Justice Avenue Apt. 16i
Elmhurst, NY 11373

# INVOICE

**Kaye, Melissa 2**
517 Ortiz Dr.
Albuquerque, NM 87108

PRE-BILL

### Invoice 10008

| Date | May 26, 2022 |
|---|---|
| Terms | N/A |
| Service Thru | May 26, 2022 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/2021 | SH | **Motion Practice:** Letter Motion (Plaintiff's Response to Defendants' Request to Adjourn Settlement Conference) ECF. Dkt. 160 | 0.30 | $ 350.00/hr | $ 105.00 |
| 07/15/2021 | SH | **Preparation for Court Conference:** Preparation for Settlement Conference. Discussions with Kaye and research. Preparation took place over the course of several days during the week of July 13-20th. | 3.00 | $ 350.00/hr | $ 1,050.00 |
| 07/20/2021 | SH | **Settlement Conference:** Settlement negotiations with Judge Cott, Canfield and Greenfield. | 6.00 | $ 350.00/hr | $ 2,100.00 |
| 07/26/2021 | SH | **Other:** Joint Submission: Proposed Schedule for Fact & Expert Discovery. (ECF. Dkt. 162) Drafted letter and had phone call with Canfield. | 1.50 | $ 350.00/hr | $ 525.00 |
| 09/09/2021 | SH | **Motion Practice:** Letter motion to compel the deposition of Dr. Barry Winkler. ECF. Dkt. 164 | 0.20 | $ 350.00/hr | $ 70.00 |
| 09/13/2021 | SH | **Motion Practice:** Response in further Support of Motion to Compel Deposition of Barry Winkler, Psy. J.D. (ECF. Dkt. 166) | 0.30 | $ 350.00/hr | $ 105.00 |
| 09/16/2021 | SH | **Motion Practice:** Motion to Compel Meet and Confer. ECF. Dkt. 169 | 0.30 | $ 350.00/hr | $ 105.00 |
| 09/17/2021 | SH | **Motion Practice:** Motion to Compel Amended Submission. ECF. Dkt. 170 | 0.30 | $ 350.00/hr | $ 105.00 |
| 09/17/2021 | SH | **Deposition:** Preparation for the Deposition of Jonathan Wangel, Esq. (Defendant): September 17-September 19. | 5.00 | $ 350.00/hr | $ 1,750.00 |
| 09/20/2021 | SH | **Deposition:** Deposition of Jonathan Wangel, Esq. (Defendant) | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 09/27/2021 | SH | **Deposition:** Preparation for the Deposition of Elizabeth Ford, M.D. (Defendant) ; Research (academic articles and Ford's Book; preparation of exhibits) | 15.00 | $ 350.00/hr | $ 5,250.00 |

**Law Offices of Special Hagan**
88-08 Justice Avenue Apt. 16i
Elmhurst, NY 11373

# INVOICE

**Kaye, Melissa 2**
517 Ortiz Dr.
Albuquerque, NM 87108

PRE-BILL

## Invoice 10008

| Date | May 26, 2022 |
|---|---|
| Terms | N/A |
| Service Thru | May 26, 2022 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/27/2021 | SH | **Deposition:** Deposition of Elizabeth Ford, M.D. (Defendant) | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 09/28/2021 | SH | **Deposition:** Deposition of Andrea Swenson | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 09/29/2021 | SH | **Motion Practice:** Response in further opposition to Defendants' Letter Motion. ECF. Dkt. 174 | 0.30 | $ 350.00/hr | $ 105.00 |
| 10/03/2021 | SH | **Deposition:** Preparation for the deposition of Abhishek Jain, M.D. | 5.00 | $ 350.00/hr | $ 1,750.00 |
| 10/04/2021 | SH | **Deposition:** Deposition of Abhishek Jain, M.D> (Defendant) | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 10/04/2021 | SH | **Motion Practice:** Letter Motion for Local 37.2 Conference. ECF. Dkt. 176 | 0.30 | $ 350.00/hr | $ 105.00 |
| 10/05/2021 | SH | **Deposition:** Preparation for the Deposition of Barry Winkler, Psy. J.D. | 5.00 | $ 350.00/hr | $ 1,750.00 |
| 10/06/2021 | SH | **Deposition:** Deposition of Barry Winkler, Psychiatrist. JD | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 10/07/2021 | SH | **Deposition:** Preparation for Deposition for Jeffrey Bloom, Esq. March 2020; and October 2021 | 12.00 | $ 350.00/hr | $ 4,200.00 |
| 10/12/2021 | SH | **Deposition:** Deposition of Jeffrey Bloom, Esq. | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 10/14/2021 | SH | **Correspondence:** Letter addressed to Judge Cott re: Defendants' Cancellation of the Depositions of Drs. Kaye and MacDonald. (ECF. Dkt. 177) | 0.20 | $ 350.00/hr | $ 70.00 |
| 10/18/2021 | SH | **Motion Practice:** Letter Motion for Local 37.2 Conference (to Compel the production of Dr. Kaye's Personnel File, Performance Evaluation and Sanctions) (ECF. Dkt. 180) | 0.80 | $ 350.00/hr | $ 280.00 |
| 10/29/2021 | SH | **Motion Practice:** Response in further support of Plaintiff's Motion for a Conference pursuant to Local Rule. 37.2. ECF Dkt. 183 | 0.50 | $ 350.00/hr | $ 175.00 |

**Law Offices of Special Hagan**
88-08 Justice Avenue Apt. 16i
Elmhurst, NY 11373



**Kaye, Melissa 2**
517 Ortiz Dr.
Albuquerque, NM 87108

**Invoice 10008**

| Date | May 26, 2022 |
|---|---|
| Terms | N/A |
| Service Thru | May 26, 2022 |

PRE-BILL

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/09/2021 | SH | **Deposition:** Preparation for Deposition of Ross MacDonald, M.D. | 5.00 | $ 350.00/hr | $ 1,750.00 |
| 11/12/2021 | SH | **Deposition:** Deposition of Ross MacDonald, M.D. | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 11/15/2021 | SH | **Deposition:** Deposition of Melissa Kaye., M.D. (Plaintiff) (Direct) | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 11/16/2021 | SH | **Motion Practice:** Plaintiff's Opposition to Defendants' Motion for an Additional hour and thirty minutes to depose Dr. Kaye. (ECF. Dkt. 187) | 0.80 | $ 350.00/hr | $ 280.00 |
| 11/30/2021 | SH | **Motion Practice:** Letter Motion to submit recorded transcript for Court's consideration; in further support of Plaintiff's opposition. (ECF. Dkt. 189) | 0.20 | $ 350.00/hr | $ 70.00 |
| 12/02/2021 | SH | **Motion Practice:** Letter Motion to conduct Plaintiff's Deposition pursuant to Fed. R. Civ. P. 31 (via written interrogatories). ECF. Dkt. 191 | 0.20 | $ 350.00/hr | $ 70.00 |
| 12/03/2021 | SH | **Motion Practice:** Objection filed via Letter Pursuant to Fed. R. Civ. P. 72. ECF. Dkt. 194 | 2.00 | $ 350.00/hr | $ 700.00 |
| 12/03/2021 | SH | **Motion Practice:** Objection pursuant to Fed. R. Civ. P. 72 re. Order on Motion for Discovery. (ECF. Dkt. 197) | 1.00 | $ 350.00/hr | $ 350.00 |
| 12/10/2021 | SH | **Motion Practice:** Letter Motion addressed to Judge Cronan; application to modify briefing schedule. ECF. Dkt. 206 | 0.10 | $ 350.00/hr | $ 35.00 |
| 12/26/2021 | SH | **Motion Practice:** Letter motion for leave to file excess pages addressed to Judge Cronan. (ECF Dkt. 200-204) | 0.50 | $ 350.00/hr | $ 175.00 |
| 01/03/2022 | SH | **Motion Practice:** Letter Motion to Re-open Plaintiff's Deposition. (ECF. Dkt. 208) | 0.80 | $ 350.00/hr | $ 280.00 |
| 01/10/2022 | SH | **Motion Practice:** Letter Motion in further support of Re-opening Dr. Kaye's Deposition (ECF. Dkt. 211) | 0.30 | $ 350.00/hr | $ 105.00 |

**Law Offices of Special Hagan**
88-08 Justice Avenue Apt. 16i
Elmhurst, NY 11373

# INVOICE

**Kaye, Melissa 2**
517 Ortiz Dr.
Albuquerque, NM 87108

PRE-BILL

## Invoice 10008

| Date | May 26, 2022 |
|---|---|
| Terms | N/A |
| Service Thru | May 26, 2022 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/2022 | SH | **Zoom Deposition Prep:** Zoom Deposition Prep 2:43 minutes. | 2.80 | $ 350.00/hr | $ 980.00 |
| 01/25/2022 | SH | **Deposition:** Deposition of Melissa Kaye, M.D. Cross Examination 1/25/22 | 1.50 | $ 350.00/hr | $ 525.00 |
| 01/26/2022 | SH | **Motion Practice:** Letter Motion (Reply) to Defendants' Motion to Re-Open Plaintiff's Deposition. (ECF. Dkt. 217) | 0.40 | $ 350.00/hr | $ 140.00 |
| 01/31/2022 | SH | **Deposition:** Zoom Deposition preparation of Dr. Melissa Kaye. 1:36:13 | 2.60 | $ 350.00/hr | $ 910.00 |
| 02/02/2022 | SH | **Zoom Deposition Prep:** Zoom deposition prep of Dr. Melissa Kaye, 3:44:24 | 3.80 | $ 350.00/hr | $ 1,330.00 |
| 02/03/2022 | SH | **Deposition:** Deposition of Melissa Kaye, M.D. (Re-Direct) | 1.50 | $ 350.00/hr | $ 525.00 |
| 02/14/2022 | SH | **Motion Practice:** Letter Motion (Reply) Second Request for an extension to brief Summary judgment motion. (ECF. Dkt. 222) | 0.30 | $ 350.00/hr | $ 105.00 |
| 02/28/2022 | SH | **Deposition:** Deposition of Patricia Yang. (Defendant) | 8.00 | $ 350.00/hr | $ 2,800.00 |
| 05/17/2022 | SH | **Motion Practice:** Summary Judgment: Responses to 56.1 Motion | 12.00 | $ 350.00/hr | $ 4,200.00 |
| 05/18/2022 | SH | **Motion Practice:** Responses in Opposition to Defendants' Motion for Summary Judgment 56.1 | 12.00 | $ 350.00/hr | $ 4,200.00 |
| 05/18/2022 | SH | **Motion Practice:** Responses in Opposition to Defendants' Motion for Summary Judgment 56.1 | 12.00 | $ 350.00/hr | $ 4,200.00 |
| 05/24/2022 | SH | **Motion Practice:** Drafting of Dr. Kaye's Declaration in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. | 6.00 | $ 350.00/hr | $ 2,100.00 |

| | |
|---|---|
| **Total Hours** | 268.00 hrs |
| **Total Labor** | $ 93,800.00 |

**Law Offices of Special Hagan**
88-08 Justice Avenue Apt. 16i
Elmhurst, NY 11373


INVOICE

**Kaye, Melissa 2**
517 Ortiz Dr.
Albuquerque, NM 87108



Invoice 10008

| Date | May 26, 2022 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | May 26, 2022 |

|  |  |
|---:|---:|
| **Total Invoice Amount** | $ 93,800.00 |
| **Previous Balance** | $ 0.00 |
| **Balance (Amount Due)** | $ 93,800.00 |