## IN THE NON-COURT ACTION IN A NEW YORK CASE

| | | |
|---|---|---|
| **MELISSA KAYE** | Plaintiff/Petitioner | Hearing Date:<br>INDEX NO:  **18-CV-12137**<br>Index Date: |
| vs. | | |
| **NYC HEALTH & HOSPITAL CORP., ET AL.** | Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>**LETTER; EXHIBITS** |

Received by **Thomas Taschner**, on the **30th day of June, 2022 at 3:36 PM** to be served upon **MELISSA KAYE, M.D.** at **5300 Antequera Rd NW Apt. 505, Albuquerque, Bernalillo County, NM 87120**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **8th day of July, 2022 at 12:30 PM**, this affiant served **MELISSA KAYE, M.D.** by duly posting the above listed documents, by then and there personally affixing **1** true and correct copy(ies) thereof, to the front door of the property known as: **5300 Antequera Rd NW Apt. 505, Albuquerque, Bernalillo County, NM 87120**.

First class mailing was completed on _____ by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential. Affiant was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there:

**7/1/2022 11:54 AM:** There was no answer at the address.
**7/2/2022 10:21 AM:** There was no answer at the address. I spoke with a property manager/landlord who says subject resides.
**7/5/2022 6:09 PM:** There was no answer at the address. I spoke with a property manager/landlord who says subject resides.
**7/8/2022 12:27 PM:** There was no answer at the address. I spoke with an on-site worker who says subject resides and a property manager/landlord who says subject resides.
**7/8/2022 12:30 PM:** There was no answer at the address. I spoke with an on-site worker who says subject resides and a property manager/landlord who says subject resides.

Executed on _____, 20____.

_____
**Thomas Taschner, NM**

ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/24
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF _____
SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ OF _____ 20____ BY _____ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

_____
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN_____ OR PRODUCED IDENTIFICATION_____
TYPE OF IDENTIFICATION PRODUCED_____

Page 1 of 1
FOR: **Law Offices Special Hagan**
REF: **REF-10359245**

Tracking #: **0089437913**

