

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DONNA A. CANFIELD**
*Assistant Corporation Counsel*
Phone: (212) 356-2461
Fax: (212) 356-2438
dcanfiel@law.nyc.gov

August 30, 2022

**BY: ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: *Kaye v. NYC Health & Hospitals Corp. et al.*, 18-cv-12137 (JPC)(JLC)

Dear Judge Cronan:

I am an Assistant Corporation Counsel in the Office of Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants the New York City Health and Hospitals Corporation ("H+H"), Elizabeth Ford, Patricia Yang, Abhishek Jain, and Jonathan Wangel, in the above-referenced matter. With the consent of plaintiff's counsel, I write to respectfully request an extension of time, from September 1, 2022 until September 9, 2022 to file defendants' reply to plaintiff's opposition to summary judgment. This is defendants' third request for an extension of time.

Owing to the fact that the parties continue to be engaged in settlement discussions, defendants seek this extension in order to avoid additional and unnecessary work on the motion should the case settle.

Defendants thank the Court in advance for its consideration of this request.

The request is granted. Defendants' reply shall be filed by September 9, 2022.

SO ORDERED Date:
August 31, 2022 New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

ECF /s/

Donna A. Canfield
Assistant Corporation Counsel
dcanfiel@law.nyc.gov

cc: Thomas Ricotta (by ECF)