

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA HINDS-RADIX**
*Corporation Counsel*

**DONNA A. CANFIELD**
phone: (212) 356-2461
mobile: (917) 902-6212
email: dcanfiel@law.nyc.gov

September 9, 2022

**BY ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

          Re:    Kaye v. Health and Hospitals Corporation, et al.
                 Civil Action No. 18 CV 12137

Dear Judge Cronan:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants the New York City Health and Hospitals Corporation ("H+H"), Elizabeth Ford, Patricia Yang, Abhishek Jain, and Jonathan Wangel, in the above-referenced matter. Consistent with Section 2.B. of Your Honor's Individual Rules and Practices in Civil Cases, I write to respectfully request five additional pages, for a total of fifteen pages, for Defendants' to reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, which is to be filed today, September 9, 2022.

      Defendants have attempted to limit their reply to ten pages consistent with Your Honor's rules. However, due to the number of claims in this action, Defendants find that they require the additional pages as requested.

      Defendants thank the Court in advance for consideration of this request.

                              Respectfully submitted,

      By:    **ECF**:    /s/
                   Donna A. Canfield
                   Assistant Corporation Counsel

cc:    Counsel of Record [via ECF]