**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MELISSA KAYE,

                Plaintiff,

    -against-                                     18 **CIVIL** 12137 (JPC)(JLC)

                                                **<u>JUDGMENT</u>**

NEW YORK CITY HEATH AND HOSPITALS
CORPORATION et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, Defendants' motion for summary judgment is granted in full; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2023

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                         **Clerk of Court**

                                 **BY:**     *K. Mango*

                                                        _____
                                                          **Deputy Clerk**