UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MELISSA KAYE,

                                                                                          Docket No.: 18-CV-12137 (JPC)(JLC)

                                        Plaintiff,

           -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION; ELIZABETH FORD; ABHISHEK
JAIN; JONATHAN WANGEL; and PATRICIA
YANG (in their official and individual capacities and
as aiders and abettors),

                                     Defendants.
-----------------------------------------------------------------X

      Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment granting, in full, Defendants' motion for summary judgment, the order and opinion having been rendered on March 31, 2023 by the Honorable John P. Cronan, United States District Court Judge, and entered in this action on March 31, 2023.


Dated:  Long Island City, New York
       April 28, 2023

                                                           **RICOTTA & MARKS, P.C.**

                                                           *Attorneys for Plaintiff*
                                                           2174 Jackson Ave.
                                                           Seaford, New York 11783
                                                           (347) 464-8694


                                                           By:  _____/s_____
                                                                    Thomas Ricotta