UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :

MELISSA KAYE,                                    :

                                                       Plaintiff,          :
                                                                                :         18 Civ. 12137 (JPC) (JLC)
                   -v-                                            :
                                                                                 :                  <u>ORDER</u>

NEW YORK CITY HEALTH AND HOSPITALS     :
CORPORATION *et al.*,                                      :
                                                                                 :
                                                 Defendants.       :
                                                                                 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On March 31, 2023, the Court granted Defendants' motion for summary judgment and directed the Clerk of Court to enter judgment in Defendants' favor. Dkt. 309 ("Summary Judgment Opinion"). More than a year later, and following a withdrawn appeal, *see* Dkts. 311-312, on April 1, 2024, Plaintiff filed a motion to vacate the Court's Summary Judgment Opinion under Federal Rule of Civil Procedure 60(b)(6). Dkts. 313-315. By on or before April 22, 2024, Defendants shall submit a response to Plaintiff's motion of no longer than fifteen pages, double-spaced.

       SO ORDERED.

Dated: April 8, 2024
           New York, New York
                                                            JOHN P. CRONAN
                                                       United States District Judge